```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMILEE CATTOUSE a/k/a SHAILA SCOTT,

                Plaintiff,

-v.-

MEDIACO HOLDING INC. and EMMIS COMMUNICATIONS CORPORATION,

                Defendants.

22 Civ. 5860 (JHR)

ORDER

---

JENNIFER H. REARDEN, District Judge:

    IT IS HEREBY ORDERED that the parties shall appear for a post-discovery video conference, via Microsoft Teams, on March 23, 2023 at 11:30 AM. The parties will receive log-in credentials via email. The public listen-only line may be accessed by dialing 646-453-4442 and entering Conference ID: 102 981 15#.

SO ORDERED.

Dated: February 17, 2023
       New York, New York

                                            */s/ Jennifer H. Rearden*
                                            JENNIFER H. REARDEN
                                            United States District Judge