USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMILEE CATTOUSE a/k/a Shaila Scott,

                Plaintiff,

-v.-

MEDIACO HOLDING INC. and EMMIS COMMUNICATIONS CORPORATION,

                Defendants.

---

22 Civ. 5860 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    IT IS HEREBY ORDERED that, by May 9, 2023, the parties shall meet and confer in good faith for at least one hour—in person, virtually, or by telephone—regarding the issues addressed in Plaintiff's pre-motion letter, ECF No. 48, and Defendant MediaCo Holding Inc.'s cross-motion, ECF No. 51.  *See* Rule 3.C of the Court's Individual Rules and Practices in Civil Cases.  By May 10, 2023, the parties shall file a joint letter confirming that they have met and conferred, and stating whether a pre-motion conference concerning their respective applications is still needed.

    SO ORDERED.

Dated: May 5, 2023
       New York, New York

                                                  */s/ Jennifer H. Rearden*
                                                  JENNIFER H. REARDEN
                                                  United States District Judge