Page 1

1

2

UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    Index No. 1:22-cv-05860

5    ------------------------------------x

6    AMILEE CATTOUSE, a/k/a SHAILA SCOTT,

7                    Plaintiff,

8

            -against-

9

MEDIACO HOLDING, INC. and EMMIS

10   COMMUNICATIONS CORPORATION,

11                    Defendants.

12   ------------------------------------x

13

                    May 31, 2023

14                    10:15 A.M.

15

16       DEPOSITION of MEDIACO HOLDING, INC., by PIO

17   FERRO, one of the Defendants herein, taken by

18   the Plaintiff, pursuant to Order, held via

19   Zoom, before Lisa H. MacDonald, RPR, and Notary

20   Public of the State of New York.

21

22

23

24

25

```
 1
 2    A P P E A R A N C E S :
 3
 4    WIGDOR LLP
      85 Fifth Avenue, Suite 5
 5    New York, New York 10003
                Attorneys for Plaintiff
 6    BY:       VALDI LICUL, ESQ.
 7
 8
      GILDA L. KRAMER & ASSOCIATES, LLC
 9    127 Penarth Road
      Bala Cynwyd, Pennsylvania 19004
10              Attorneys for Plaintiff
      BY:       GILDA KRAMER, ESQ.
11
12
13
      NIXON PEABODY, LLP
14    275 Broadhollow Road, Suite 300
      Melville, New York 11747
15              Attorneys for Defendant MEDIACO
                HOLDING INC.
16    BY:       CHRISTOPHER MORO, ESQ.
                TARA EYER DAUB, ESQ.
17
18
19    LITTLER MENDELSON
      900 Third Avenue, 20th Floor
20    New York, New York 10022-4834
                Attorneys for Defendant EMMIS
21              COMMUNICATIONS
      BY:       SHAWN MATTHEW CLARK, ESQ.
22              JASON BYRD, ESQ.
23
24
25
```

```
                                           Page 3
 1

 2    A P P E A R A N C E S :

 3

      ALSO PRESENT:

 4

 5    Celeste McCaw, Esq., In-House Counsel MediaCo
      Holding

 6

      Brad Tobin, Esq., COO and General Counsel,

 7    MediaCo Holding

 8    Elizabeth Ellis, Esq., In-House Counsel Emmis
      Communications Corporation

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 4

1

2

S T I P U L A T I O N S

3

4

5        IT IS HEREBY STIPULATED AND AGREED by and

6   between the attorneys for the respective

7   parties hereto that the filing and sealing be

8   and the same are hereby waived.

9        IT IS FURTHER STIPULATED AND AGREED that

10   all objections except as to the form of the

11   question, shall be reserved to the time of the

12   trial.

13        IT IS FURTHER STIPULATED AND AGREED that

14   the within deposition may be signed and sworn

15   to before any notary public with the same force

16   and effect as though signed and sworn to before

17   this Court.

18

19

20

21

22

23

24

25

```
                                    Page 5
 1                    P. Ferro
 2              MS. REPORTER:  Shawn, are
 3       you ordering a copy of the
 4       transcript?
 5              MR. CLARK:  Yes, please.
 6    P I O   F E R R O , after having first been
 7    duly sworn by a Notary Public of the State of
 8    New York, was examined and testified as
 9    follows:
10              MS. REPORTER:  Mr. Ferro,
11       what is your present business
12       address?
13              THE WITNESS:  395 Hudson
14       Street, New York, 7th Floor, 10014.
15    EXAMINATION BY
16    MR. LICUL:
17       Q      Good morning, Mr. Ferro.
18       A      Good morning.
19       Q      My name is Valdi Licul.  I
20    represent Shaila Scott in this action and
21    I'm going to be taking your deposition
22    today.
23       A      Okay.
24       Q      Have you ever been deposed
25    before?
```

Page 6

                              P. Ferro

1

2          A         No.

3          Q         Have you ever given

4     testimony under oath in any kind of

5     proceeding?

6          A         Yes.

7          Q         When did you give testimony

8     under oath?

9          A         God, it was well over 10

10    years ago, 12 years ago.  I can't recall

11    exactly when, but -- and when you say

12    under oath, like I've spoken to lawyers

13    for other cases, but I've never -- like

14    I've never been in a situation like this.

15         Q         Do you see the court

16    reporter made you swear to tell the truth

17    just now?

18         A         Yes.  That's never happened

19    to me before.

20         Q         Never happened before, so

21    when you said that you gave some

22    testimony under oath 10 or 12 years ago,

23    what were you referring to?

24         A         It was a case that a former

25    company that I worked for had and they

```
                              P. Ferro
 1
 2    asked me questions.
 3         Q        Who asked you questions?
 4         A        They're in-house lawyer.
 5         Q        What was the former company?
 6         A        Spanish Broadcasting System.
 7         Q        And what kind of a case was
 8    it?
 9         A        It was I had left the
10    company by that time, so I was actually
11    in a whole different market and they flew
12    out to speak with me and for the life of
13    me I can't fully remember what it was
14    about.  They wanted to ask me about one
15    of the employees that I worked with that,
16    you know, that I worked with.  I can't --
17    it was so long ago.
18         Q        Was it your understanding
19    that the employee had brought a case
20    against that company?
21                  MR. MORO:  Note my objection
22       to form.
23         A        I can't remember.
24         Q        All right.  Well, let me go
25    over some ground rules for today's
```

```
 1                    P. Ferro
 2    deposition, is that all right?
 3         A       Of course.
 4         Q       So as you can tell, you are
 5    under oath.  Do you know what that means?
 6         A       Yes.
 7         Q       What do you understand that
 8    to mean?
 9         A       That I have to tell the
10    whole truth and I swore to God that I
11    would.
12         Q       And you understand that if
13    you do not tell the truth and make false
14    statements that are material, that that
15    could be a crime of perjury?
16                 MR. MORO:  Objection to
17         form.
18         A       Yes.
19         Q       Because we have a court
20    reporter here today, you and I have to
21    try not to speak over each other.  I'm
22    going to be asking the questions, you
23    will be doing the answering.  I ask that
24    you please let me finish my question
25    before you begin an answer.  Do you
```

```
 1                   P. Ferro
 2    understand that?
 3         A      Yes.
 4         Q      And I will try my best to
 5    let you finish your answer before I begin
 6    a question.  If I don't, I apologize in
 7    advance, but please let me know and I'll
 8    let you finish your answer.  Do you
 9    understand that?
10         A      Yes.
11         Q      Also because we have a court
12    reporter here who's taking everything
13    down, you have to verbalize your answers.
14    You can't just nod or shake your head.
15    Do you understand that?
16         A      Yes.
17         Q      Are you on any medication or
18    do you have any medical condition that
19    would impair your ability to testify here
20    today?
21         A      No.
22         Q      How's your memory?
23         A      It's good.
24         Q      You don't have any medical
25    issues with your memory; correct?
```

```
                                        Page 10
 1                      P. Ferro
 2          A        No.
 3          Q        All right.  If I ask a
 4    question that you do not understand,
 5    please let me know and I will rephrase
 6    the question.  Do you understand that?
 7          A        Yes.
 8          Q        If you answer my question, I
 9    will assume that you understand it.  Do
10    you understand that?
11          A        Yes.
12          Q        All right.  Did you do
13    anything to prepare for today's
14    deposition?
15          A        I spoke with my -- with
16    MediaCo counsel.
17          Q        Who's the counsel you spoke
18    with?
19          A        With Chris Moro.
20          Q        Anyone else?
21          A        Beth Ellis was in the room
22    and -- well, via Zoom and so was Celeste
23    McCaw.
24          Q        Anyone else?
25          A        Brad was also present and
```

```
                                        Page 11
 1                    P. Ferro
 2    Tara was on as well.
 3         Q         Anyone else?
 4         A         No.  Oh, I'm sorry, I'm
 5    sorry, Shawn.
 6         Q         Shawn Clark was present?
 7         A         Yes, via Zoom.
 8         Q         And Shawn Clark is counsel
 9    for Emmis; correct?
10         A         I -- I don't know.  I just
11    met Shawn yesterday.
12         Q         And is that when the prep
13    session occurred?
14         A         Yes.
15         Q         How long did it last?
16         A         Five hours.
17         Q         Did you review any documents
18    to prepare for today's deposition?
19         A         Yes.  I reviewed a couple of
20    documents.
21         Q         Other than the one prep
22    session from yesterday, did you speak to
23    anyone else to prepare for today's
24    deposition?
25         A         No.
```

```
                                    Page 12
 1                    P. Ferro
 2      Q        All right.  You said you
 3   reviewed a couple of documents.  What
 4   documents did you review?
 5      A        A research study that was
 6   done by a third party and an e-mail.
 7   That's what I remember looking at.
 8      Q        Anything else?
 9      A        That's pretty much it.
10      Q        Who was the third party that
11   prepared that research study?
12      A        It's Strategic Media
13   Solutions.
14               MR. LICUL:  Chris, I assume
15      that's a document that was produced
16      to it?
17               MR. MORO:  Can you hear me?
18               MR. LICUL:  Yes.
19               MR. MORO:  I believe so, but
20      I'll check and if it hasn't I'll be
21      happy to produce it.
22               MR. LICUL:  Thank you.
23               MR. MORO:  Just follow up in
24      writing.
25      Q        What was the e-mail that you
```

```
                                    Page 13
 1                    P. Ferro
 2   reviewed?
 3        A        It was an e-mail that I sent
 4   to Brad with options for on air for the
 5   radio station WBLS.
 6        Q        And who is Brad?
 7        A        Brad Tobin is our chief
 8   operating officer and he's also an
 9   attorney.
10        Q        But his role at the company
11   is chief operating officer?
12        A        That's what I understand,
13   yes.
14        Q        And does MediaCo have a
15   separate legal department?
16                 MR. MORO:  Objection to
17      form.
18        A        Celeste McCaw is part of our
19   legal department, I'm not sure and I know
20   that Chris is working with us here.
21        Q        I'm asking about internally
22   at MediaCo.  Is there a general counsel
23   for MediaCo?
24        A        Would be Celeste --
25        Q        Okay.
```

```
                                    Page 14
 1                    P. Ferro
 2       A        -- Celeste McCaw.
 3       Q        Are there any other lawyers
 4   that are part of general counsel's office
 5   at MediaCo?
 6       A        Not to my knowledge.
 7       Q        By the way, what was the
 8   date of this study that you reviewed?
 9       A        It would have been -- the
10   study takes several weeks, so it was
11   springtime of last year.  It was in the
12   field early April, late March.  Early
13   April we started getting data, mid April,
14   middle of April.
15       Q        And when did MediaCo
16   commission that study?
17       A        Late February.
18       Q        And what was the purpose for
19   MediaCo commissioning that study?
20       A        Perceptual studies like that
21   one are standard practice in the radio
22   broadcasting industry and we here at
23   MediaCo, the schedule is one year one of
24   our station gets it, the next year the
25   next station gets it and it's a study to
```

```
 1                    P. Ferro
 2    check on the health of the radio station,
 3    check on the health of our competitors.
 4    It's a very healthy sample.  It's 500
 5    people that use the brand in question and
 6    are in that universe and we usually do it
 7    around springtime.  Springtime is my
 8    preference.
 9         Q        And this particular study
10    was for BLS; correct?
11         A        Yes, this one was.
12         Q        And which one of the
13    stations had a study prepared last year?
14         A        The previous one was Hot 97.
15         Q        And when was that?
16         A        That one because of the
17    pandemic, our schedule got -- got messed
18    up.  I want to say that the last one that
19    we did for Hot was 2019 and that's why we
20    were due for one for WBLS.  It had been
21    some time.
22         Q        Do you recall which station
23    was subject to the study in 2018?
24         A        As I mentioned we rotated,
25    so 2018 might have been WBLS.
```

```
                                         Page 16
 1                    P. Ferro
 2        Q        And did you rotate sort of
 3    each year, so one year was BLS, the next
 4    year was Hot and then BLS, then Hot; is
 5    that right?
 6        A        Correct.  Yes.
 7        Q        And had you done one for Hot
 8    97 --
 9        A        Yes.
10        Q        -- since the pandemic?
11        A        Sorry.
12                 MR. MORO:  Just wait until
13      he finishes the question.
14                 THE WITNESS:  Yup.
15        A        Since the pandemic, no.
16        Q        So the last one you did for
17    Hot 97, to your recollection, was in
18    2019?
19        A        Yes.  Correct.
20        Q        All right.  And do you
21    expect to do one for Hot 97 in the
22    future?
23        A        Yes.
24        Q        And when is that?
25        A        For next year.
```

```
                                        Page 17
 1                    P. Ferro
 2        Q        Why did you not do one this
 3    year for Hot 97?
 4        A        Budgetary restraints.
 5        Q        Let's get to the e-mail you
 6    reviewed and you said you sent that to
 7    Brad; correct?
 8        A        Correct.
 9        Q        Anyone else?
10        A        Rahsan Lindsay was also
11    copied.
12        Q        And who is that?
13        A        He's our CEO.
14        Q        Does Brad, to your
15    knowledge, report up to Lindsay?
16                 MR. MORO:  Objection to the
17        form.
18        A        What I understand is they
19    are equal in -- equally in charge, so I'm
20    not sure what the reporting structure is.
21        Q        Have you ever seen an org
22    chart for MediaCo?
23        A        No.
24        Q        And who do you report to?
25        A        I report to Brad.
```

```
 1                    P. Ferro
 2       Q        And do you recall what it is
 3   you wrote to Brad in that e-mail?
 4       A        Yes.  I shared findings that
 5   the study uncovered and I presented a
 6   plan to move forward with the findings.
 7       Q        What are the findings that
 8   you recall sharing with Brad?
 9       A        The findings that I shared
10   were opportunities to expand the
11   listenership of WBLS.  There was -- it's
12   a perceptual study, so it's what's on
13   people's minds.  So I shared a lot of
14   findings, you know, the initial findings
15   that have been shared with me.
16       Q        Who's Kevin?
17       A        Kevin is the president of
18   the research company and he's the person
19   I worked directly with.
20       Q        So you wrote to Brad and in
21   the e-mail you shared with Brad your
22   findings, correct or the findings that
23   Kevin made; correct?
24       A        The findings that Kevin made
25   that he was, yeah, that he was sharing
```

```
                                    Page 19
 1                    P. Ferro
 2   with me, correct.
 3        Q        And then you said you also
 4   shared with Brad your plan.  What was
 5   your plan?
 6                  MR. MORO:  Note my objection
 7       to form.
 8        A        At the moment the plan to
 9   adjust and reorganize the station, which
10   is usually what those tests show us, you
11   know, show the radio broadcaster, you
12   know, what to do.
13        Q        But what was the plan that
14   you shared with Brad about how to adjust
15   and reorganize the station?
16                  MR. MORO:  Note my objection
17       to form.
18        A        I can't recall exactly, so I
19   would be paraphrasing.  I don't know if
20   that's okay with you.
21        Q        Tell me what you remember
22   sharing with Brad about your plan.
23        A        I --
24                  MR. MORO:  Objection again.
25       You can go ahead.
```

```
                                              Page 20
 1                       P. Ferro
 2        A         I remember sharing
 3    opportunities to grow the station, the
 4    station audience, make it appeal to even
 5    more people than what it does and that
 6    was the -- that was the major finding.
 7        Q         Were there any --
 8        A         The major --
 9        Q         I'm sorry, please finish.
10        A         Oh, I was just going to say
11    that was the major finding that the study
12    pointed us towards.  As any business, we
13    want to grow and the study said here's an
14    opportunity and, you know, based on their
15    findings.
16        Q         Were there any minor
17    findings that you shared with Brad?
18                  MR. MORO:  Objection to
19        form.
20        A         Minor findings?  I'd have to
21    review the e-mail again.  I mean I -- you
22    know, I'd have to review the e-mail
23    again.
24        Q         What did you say to Brad
25    about the opportunity to grow the
```

```
                                            Page 21
 1                      P. Ferro
 2   station's audience?
 3        A        That we had found the
 4   audience available to grow it, to be able
 5   to expand even further from where the
 6   station is now.
 7        Q        What was the audience that
 8   you found?
 9                  MR. MORO:  Objection to
10      form.
11        A        The audience that we found
12   was there was a 35 to 44 demo that could
13   be better served.
14        Q        And what did you say to Brad
15   in the e-mail about how you could better
16   serve that audience?
17                  MR. MORO:  Objection to
18      form.
19        A        I'd have to review the
20   e-mail again.
21        Q        You don't recall anything
22   about what you said to Brad about that?
23        A        That e-mail was written over
24   a year ago and I didn't study it
25   yesterday.  I saw it and --
```

```
                                          Page 22
 1                    P. Ferro
 2        Q        But you wrote the e-mail
 3    over a year ago; correct?
 4        A        Yes.  Correct.
 5        Q        And you reviewed it again
 6    yesterday; correct?
 7                  MR. MORO:  Objection to
 8        form.
 9        A        I looked at it yesterday
10    thinking that we might discuss it today
11    and --
12                  MR. MORO:  I just caution
13        you to not get into any of our actual
14        discussions yesterday to the extent
15        you're going to.
16                  THE WITNESS:  Okay.
17        Q        But you reviewed it?
18        A        Yeah.
19        Q        You reviewed it to prepare
20    for today's deposition; right?
21        A        I saw it as something that
22    we might discuss today, yes.
23        Q        That was the purpose of your
24    reviewing it yesterday; correct?
25        A        Correct.
```

```
                                        Page 23
 1                    P. Ferro
 2       Q         Between the time you wrote
 3   it and yesterday, had you seen that
 4   e-mail or reviewed that e-mail again?
 5       A         When we were collecting
 6   e-mails to present, it was the e-mail
 7   that I found in my -- that I had sent
 8   that has to do with our subject matter.
 9       Q         And, again, do you recall
10   anything that you wrote to Brad about how
11   to best serve that audience of 35 to 44?
12                 MR. MORO:  Objection to
13       form.
14       A         I don't specifically recall
15   what was in the e-mail.
16       Q         Other than what you've
17   testified to already, do you recall
18   anything else that was in the e-mail?
19       A         It was, yes, to bring for
20   the afternoon show talent by the name of
21   at that time that went by Nuyork.  Her
22   name is Nicole.
23       Q         Anything else that you
24   recall writing to Brad in that e-mail?
25                 MR. MORO:  Objection to
```

```
                                        Page 24
 1                      P. Ferro
 2        form.
 3        A        Let's see, my desire to
 4    bring Nicole to the afternoon show, the
 5    findings of the study.  I attached a
 6    conversation, an e-mail exchange with
 7    Kevin that included I want to say a dozen
 8    bullet points.  That's it.
 9        Q        Did you have a discussion
10    with Brad or Kevin or anyone else after
11    you sent that e-mail to Brad about the
12    subjects that were in that e-mail?
13                  MR. MORO:  Objection to
14        form.
15        A        I'm sure that we did.  I
16    don't remember how quickly after I wrote
17    it we conversed.
18        Q        So you recall having a
19    conversation about that e-mail; correct?
20                  MR. MORO:  Objection to
21        form.
22        A        Yes.
23        Q        How many conversations did
24    you have about the subjects in that
25    e-mail after you wrote the e-mail?
```

```
                                    Page 25
 1                    P. Ferro
 2      A          Brad and I connect several
 3   times a week and sometimes several times
 4   a day, so my priority with WBLS being so
 5   important to the company I could assume,
 6   but I'm assuming, that we had at least
 7   two or three.
 8      Q          Do you recall actually
 9   having two or three conversations about
10   the subjects that were in that e-mail?
11      A          Not specifically, but as I
12   mentioned Brad and I talk all the time.
13      Q          So you're saying you must
14   have had conversations, but you cannot
15   remember any specific conversations;
16   correct?
17              MR. MORO:  Objection to
18       form.
19      A          That is correct.
20      Q          So if I asked you what you
21   said during those conversations, would
22   you be speculating?
23      A          I have a very clear idea of
24   what I wanted to do at the time for the
25   brand.
```

                        P. Ferro

1

2       Q        And is that something you

3    would have communicated to Brad?

4       A        That is something that I

5    would have communicated to Brad, yes.

6       Q        And what did you want to do

7    for the brand?

8       A        I wanted to bring in a

9    seasoned person for the afternoon that

10   had programming background and had a lot

11   of digital experience and when I say

12   digital, it's Instagram and Twitter and

13   social media, but was also willing to do

14   things, you know, for our digital

15   department, which means digital content.

16      Q        Anything else that you

17   wanted to do for the brand?

18      A        Yes.  I wanted to decide

19   whether -- what we did in the midday

20   show, whether we kept Shaila or we went

21   in a different direction.

22      Q        Anything else you wanted to

23   do for the brand?

24      A        Follow the company's

25   guideline of really championing digital

```
                                     Page 27
 1                    P. Ferro
 2   Instagram, Twitter, film content, have
 3   someone here live when a big artist came
 4   to do interviews, which we were lacking
 5   and I thought I found the perfect person
 6   to do it and so far we are happy with
 7   her.
 8        Q        And why did you focus on
 9   whether you wanted to keep Shaila?
10                 MR. MORO:  Objection to
11        form.
12        A        It was we needed somebody to
13   fill the midday slot and I figured let's
14   let the audience, you know, let's get
15   feedback from the audience to see which
16   one of these two hosts were more popular
17   and --
18        Q        Who were the two hosts --
19   sorry, please finish.
20        A        No, no.  It's all right.
21   The two hosts, one was Deja Vu and the
22   other person was Shaila and the study
23   found that Deja was significantly more
24   known than Shaila, so my recommendation
25   was to put Shaila -- to put Deja in that
```

```
                                            Page 28
 1                      P. Ferro
 2    midday slot.
 3         Q        At the time you had these
 4    conversations with Brad about what you
 5    wanted to do, was Shaila already gone?
 6         A        No.  She was not.
 7         Q        But you had already decided
 8    to let her go; correct?
 9                   MR. MORO:  Objection to
10        form.
11         A        We hadn't decided.  I hadn't
12    decided.  We hadn't decided to let her
13    go.  Her contract was coming to an end.
14    We were in -- we were in a period where
15    we had extended for several months and
16    that's the time that we were having these
17    conversations.
18         Q        Earlier you testified that
19    you needed someone to fill the midday
20    slot; correct?
21         A        Yes.
22         Q        And I'm asking you what came
23    first, did you first decide to let Shaila
24    go and then speak to Brad about bringing
25    on Jusnik or did you first decide to hire
```

```
                                     Page 29
 1                      P. Ferro
 2     Jusnik and then decide to let Shaila go?
 3                   MR. MORO:  Objection to
 4        form.
 5        A        I didn't decide to let
 6     Shaila go.  I knew that I wanted somebody
 7     in the brand that could execute what the
 8     company wanted, which was Instagram,
 9     Twitter and video content for our app,
10     but I -- I hadn't made a decision or
11     hadn't recommended a decision one way or
12     another.
13                   What I did show Brad were
14     the findings of the study.
15        Q        At the time that you showed
16     Brad the findings of the study, had you
17     already decided that you wanted to hire
18     Jusnik?
19                   MR. MORO:  Objection to
20        form.
21        A        I decided that she was the
22     top candidate, I wanted to bring her on,
23     but we had not discussed anything with
24     Nik other than internally that this
25     person might be really good for us.
```

```
                                        Page 30

 1                    P. Ferro
 2        Q        And at the time that you
 3    decided that you wanted to hire Jusnik or
 4    that she was a top candidate, had you
 5    already decided that you did not -- you
 6    no longer wanted Shaila to occupy the
 7    midday spot?
 8                    MR. MORO:  Objection to
 9        form.
10        A        At that time, was that the
11    question?  I'm sorry.
12        Q        So it would be easier if you
13    just listened to my questions.  If I ask
14    you for a date or a person, that's what
15    I'm asking for, a name or a date or
16    something else, okay?
17        A        Okay.
18        Q        So I'm asking you about a
19    sequence of events and I think you said
20    that at the time you spoke to Brad about
21    the study?
22        A        Uh-huh.
23        Q        You had identified Jusnik as
24    a top candidate; correct?
25        A        Yes.
```

```
                                        Page 31
 1                    P. Ferro
 2                MR. MORO:   Objection to
 3      form.
 4       Q       And she is someone you
 5    wanted to hire; correct?
 6                MR. MORO:   Objection to
 7      form.
 8       A       Yes.
 9       Q       At the time of those
10    conversations with Brad, had you already
11    decided that you would terminate Shaila's
12    contract?
13                MR. MORO:   Objection to
14      form.
15       A       No.
16       Q       You said that Jusnik was --
17    you believed she was a top candidate.
18    Who were the other candidates at the
19    time?
20       A       I can't recall specifically,
21    but I knew that Jusnik filled a lot of
22    the requirements that I know are
23    necessary for success.
24       Q       Mr. Ferro, I asked you who
25    were the other candidates.  Can you tell
```

```
                                           Page 32
 1                      P. Ferro
 2    me who they were?
 3                   MR. MORO:  Objection to
 4       form.
 5        A        I can't recall.
 6        Q        You can't recall a single
 7    other candidate that you considered other
 8    than Jusnik?
 9                   MR. MORO:  Objection to
10       form.
11        A        Not one.
12        Q        Not one?  How many of them
13    were there?
14                   MR. MORO:  Objection to
15       form.
16        A        Jusnik was always my -- my
17    focus.
18        Q        So there were no other
19    candidates other than Jusnik; correct?
20                   MR. MORO:  Objection to
21       form.
22                   MR. LICUL:  What's the
23       objection?
24                   MR. MORO:  Misstates the
25       testimony.
```

```
                                                 Page 33
 1                        P. Ferro
 2                  MR. LICUL:   Misstates his
 3       testimony?
 4                  MR. MORO:   Yes.
 5                  MR. LICUL:   Okay.
 6                  Can you read back the
 7       question, Lisa?
 8                     (The requested portion was
 9       read back by the Court Reporter.)
10        Q      You can answer the question.
11        A      Correct.
12        Q      So earlier when you said she
13   was the top candidate, she was, in fact,
14   the only candidate; correct?
15                  MR. MORO:   Objection to
16       form.
17        A      Making her in my opinion the
18   top candidate.
19        Q      She was the top and bottom
20   candidate; correct?
21                  MR. MORO:   Objection to
22       form.
23        A      Yes.
24        Q      Because she was the only
25   candidate; correct?
```

Page 34

```
                        P. Ferro
 1
 2      A       Correct.
 3      Q       How old is Jusnik?
 4      A       I have no idea.
 5      Q       Is she 90 years old?
 6              MR. MORO:  Objection to
 7   form.
 8      A       No.
 9      Q       How old do you believe she
10   is?
11              MR. MORO:  Objection to
12   form.
13      A       40.
14      Q       How old is Shaila?
15      A       I have no idea.
16      Q       How old do you believe she
17   is?
18      A       Mid 50's.
19      Q       Mr. Ferro, have you ever
20   been accused of discriminating against an
21   employee at any of your jobs?
22      A       Never.
23      Q       Have you ever sued anyone?
24      A       Yes.
25      Q       Who did you sue?
```

```
                                        Page 35
 1                      P. Ferro
 2        A          A former employer.
 3        Q          Who is that?
 4        A          Spanish Broadcasting System.
 5        Q          Why did you sue the Spanish
 6   Broadcasting System?
 7        A          Breach of contract.
 8        Q          When did you sue the Spanish
 9   Broadcasting System?
10        A          Springtime of '09.
11        Q          And what was the alleged
12   breach?
13        A          They wanted to reduce my
14   salary significantly in the middle of my
15   contract and when I didn't agree to what
16   they wanted, they terminated me.
17        Q          Did you file your case in
18   court?
19        A          Yes.
20        Q          Where?
21        A          Miami, Florida.
22        Q          Do you recall if that was
23   federal or state court?
24        A          I do not.
25        Q          And do you recall whether
```

```
                                         Page 36
 1                    P. Ferro
 2    you sued just the Spanish Broadcasting
 3    System or you also sued individuals?
 4         A         Just for the remainder of my
 5    contract --
 6         Q         Right.
 7         A         -- just the company.
 8         Q         I'm asking you who you sued
 9    other than the Spanish Broadcast System?
10         A         Yeah.  I wasn't finished
11    answering.
12         Q         Okay.  I'm sorry.
13         A         I said the company, so
14    Spanish Broadcasting System.
15         Q         Did you sue anyone else in
16    that lawsuit, other than the Spanish
17    Broadcasting System?
18         A         No.
19         Q         And did that case resolve?
20         A         Yes.
21         Q         Was there a trial?
22         A         No.
23         Q         Were you deposed?
24                   MR. MORO:  Objection to
25         form.
```

```
                                          Page 37
1                    P. Ferro
2        A        No.  I just spoke with my
3    attorney.
4        Q        Did that case settle?
5        A        Yes.
6        Q        And it settled before you
7    were deposed; correct?
8                 MR. MORO:  Objection to
9        form.
10       A        I don't remember being
11   deposed.  I just remember speaking to my
12   attorney.
13       Q        And as you recall, you filed
14   a case and then it was resolved at some
15   point; correct?
16       A        Yes.
17       Q        When communicating about
18   work, what forms of communication do you
19   use?  Do you use e-mail?
20       A        I do.
21       Q        Do you use a company e-mail?
22       A        Yes.
23       Q        Do you use a personal
24   e-mail?
25       A        No.
```

```
                                      Page 38
 1                   P. Ferro
 2        Q       Never?
 3        A       Never.
 4        Q       What about text?
 5        A        No, not for anything other
 6   than very simple conversation, you know,
 7   I'm going to work from home today and
 8   things like that.
 9        Q        What about other forms of
10   electronic communication like WhatsApp or
11   other apps?
12        A       No.
13        Q        Have you spoken to anyone
14   about your deposition here today, other
15   than counsel?
16        A       No.
17        Q        Have you spoken to anyone
18   other than counsel about Ms. Scott's
19   lawsuit?
20        A       No.
21        Q        You haven't mentioned it to
22   any colleagues?
23                 MR. MORO:  Objection to
24        form.
25        A       No.
```

Page 39

```
 1                    P. Ferro
 2        Q        Your colleagues.
 3        A        No.
 4        Q        Have they mentioned it to
 5   you?
 6        A        Not really, no.
 7        Q        When you say not really, do
 8   you recall somebody mentioning it to you
 9   or not?
10        A        No.
11        Q        When did you first learn
12   that Ms. Scott filed a lawsuit?
13        A        Late last year is the best I
14   can recall, October.
15        Q        And how did you learn?
16        A        Because Brad mentioned it to
17   me.
18        Q        What did Brad say?
19        A        That we were -- that Shaila
20   had filed a lawsuit against the company.
21        Q        Did he say anything else?
22                 MR. MORO:  Before you
23        answer, Brad is also general counsel
24        to MediaCo, so I just want to caution
25        if there's any discussions between
```

```
                                          Page 40
 1                     P. Ferro
 2        you that was for the purpose of
 3        giving legal advice that those are
 4        privileged and you shouldn't answer
 5        that.
 6         A        No.  He just mentioned it to
 7    me and he made me aware of it.
 8         Q        How did you respond to Brad?
 9                  MR. MORO:  I'm going to
10        direct you not to answer that, Pio.
11        Brad is general counsel.  If he's
12        talking about the lawsuit, I think
13        all of this is going to be
14        privileged, Valdi.
15                  MR. LICUL:  Are you
16        directing him not to answer?
17                  MR. MORO:  Yes.  To the
18        extent that you're asking about
19        conversations between the general
20        counsel and Pio about the lawsuit in
21        this case, yeah, I am directing him
22        not to answer on the basis of
23        attorney/client privilege.
24                  MR. LICUL:  Well, as I
25        understand he's the COO.
```

```
                                            Page 41
 1                    P. Ferro
 2                    MR. MORO:  He's the COO and
 3          general counsel.  He was introduced
 4          at Shaila's deposition also.  I mean
 5          you know that.
 6                    MR. LICUL:  Right.
 7          Q         Mr. Ferro, do you know the
 8     purpose of the conversation between you
 9     and Brad at the time that he told you
10     that Shaila had filed a lawsuit?
11                    MR. MORO:  Can you read back
12          the question one more time, please?
13          A         Can you rephrase it?
14                    MR. MORO:  Just let the
15          reporter, when I say that, the
16          reporter will read the question back.
17                    (The requested portion was
18          read back by the Court Reporter.)
19          A         Yes, that she was filing a
20     lawsuit.
21          Q         I'm asking you, okay.  Did
22     you say the purpose of the lawsuit was
23     for him to tell you that she had filed a
24     lawsuit?
25          A         The purpose of the
```

Page 42

```
 1                    P. Ferro
 2    conversation was for him to make me aware
 3    that she was filing a lawsuit and to make
 4    sure that I kept all my e-mails and --
 5         Q        Okay.
 6         A        -- that's it.
 7         Q        I'm not asking you what was
 8    said between you and Brad, but what was
 9    your reaction?  How did you feel when you
10    learned that Shaila filed a lawsuit?
11                   MR. MORO:  Can you read that
12        back one more time?
13                   (The requested portion was
14        read back by the Court Reporter.)
15                   MR. MORO:  You can answer.
16         A        I felt she was -- I felt it
17    was wrong for her to do it.
18         Q        Anything else?
19         A        That was the feeling that I
20    remember.
21         Q        Do you recall any other
22    feelings?
23         A        No.
24         Q        And why did you believe she
25    was wrong for filing the lawsuit?
```

```
                                        Page 43
 1                   P. Ferro
 2        A          Because I believed the
 3   company followed the correct protocols at
 4   the time that we let her know that he
 5   wouldn't be renewing her contract.
 6        Q          Any other reason that you
 7   believed she was wrong for filing the
 8   lawsuit?
 9        A          That was it.  I didn't feel
10   like we had done anything wrong to her to
11   merit a lawsuit.
12        Q          What were the protocols that
13   the company followed?
14        A          We followed the protocols on
15   the Collective Bargaining Agreement which
16   WBLS has with AFTRA and I believed there
17   was a settlement, I don't know if
18   settlement is the correct word, but there
19   was a payment to her post the time that I
20   let her know that we weren't renewing her
21   agreement.
22        Q          Any other protocols that you
23   followed?
24        A          I believe that's it.
25        Q          Other than speaking to Brad
```

Page 44

```
 1                    P. Ferro
 2    and counsel, do you recall speaking to
 3    anyone else at any time about Ms. Scott's
 4    lawsuit?
 5         A        No.  I am aware that other
 6    people are getting -- that are involved,
 7    but we have not spoken about this other
 8    than coordinating dates and making sure
 9    on their availability.
10         Q        When you say people who are
11    involved, what do you mean?
12         A        I am aware of Cynthia Smith,
13    I'm aware that you'd like to speak to
14    Nicole.  I'm aware that you'd like to
15    speak to Ibrahim Darden and to Ashton
16    Taylor.
17         Q        So you're talking about
18    other people that are being deposed in
19    this case; correct?
20         A        Right.  I helped coordinate
21    their schedule to make sure that they're
22    available to you.
23         Q        Who's Charlie Morgan?
24         A        Charlie Morgan was the
25    market president here at MediaCo, pardon
```

```
                                    Page 45
 1                    P. Ferro
 2     me, when we were Emmis from January of
 3     2016 until March of 2020.
 4          Q        Have you spoken to Charlie
 5     Morgan about anything since March of
 6     2020?
 7          A        We keep in touch.  We speak
 8     a couple of times a year, birthdays,
 9     Father's day, things like that.
10          Q        Where is Mr. Morgan
11     currently working?
12          A        He is the head of Apple
13     Music and he and I haven't spoken in
14     several months.  Last time we spoke he
15     was based in Nashville.
16          Q        Do you have his contact
17     information?
18          A        I have a phone number that I
19     believe is still current, yes.
20          Q        Anything else?
21          A        No.
22          Q        What about work address?
23          A        I don't.  I do not.
24          Q        What about a home address?
25          A        No.
```

```
                        P. Ferro
 1
 2        Q        If you wanted to find
 3   Mr. Morgan's contact, either his work
 4   address or his home address, where would
 5   you look?
 6        A        I would call him and ask
 7   him.
 8        Q        Anyplace else?
 9        A        No.
10        Q        Do you know if MediaCo has
11   his contact information?
12        A        I can only assume since he
13   was part of the transition between Emmis
14   and MediaCo that they have an address or
15   something for him.
16        Q        All right.  Let's switch
17   gears a little bit.  Mr. Ferro, what's
18   your current position at MediaCo?
19        A        I'm the senior vice
20   president of programming.
21        Q        And you report to Brad you
22   said; is that right?
23        A        Correct.  Yes.
24        Q        And what are your
25   responsibilities as senior vice president
```

Page 47

```
 1                    P. Ferro
 2    of programming?
 3         A         I oversee the content on air
 4    and I am responsible for the ratings.
 5    I'm responsible to make sure that we
 6    don't have profanity on the air.  I am
 7    responsible to make sure that we put
 8    forward the best product to capture the
 9    widest audience we can.
10         Q         Anything else?
11         A         Sure.  I mean there's
12    involvement with station events, helping
13    coordinate those.  I work with our
14    talent, try to make them better sharing
15    my experience.  We spent thankfully a lot
16    of money on research.  I'm the person
17    that makes sure that research gets
18    implemented.  I review the research that
19    we get weekly amongst other data.  As I
20    mentioned, I work with the hosts.  I work
21    with our other program director, the
22    other program director being Cynthia
23    Smith.  I interact and help our sales
24    department to generate revenue.  I work
25    with our promotions department to make
```

```
                                        Page 48
 1                    P. Ferro
 2   sure that everything is running smoothly
 3   and we have the correct contests and
 4   promotions on the air and also work with
 5   our production department, which is the
 6   department that puts together commercials
 7   and announcements that run on the radio.
 8        Q        Anything else?
 9        A        That's -- that's it.
10        Q        Now, your responsibilities
11   span both WBLS and Hot 97; correct?
12        A        Correct.
13        Q        How many direct reports do
14   you have?
15        A        I have two direct reports.
16        Q        And who are they?
17        A        Cynthia Smith --
18        Q        Okay.
19        A        -- and Jessica Stokes.
20        Q        And what is Ms. Smith's
21   position?
22        A        Ms. Smith is the program
23   director currently for WBLS.
24        Q        And what about Ms. Stokes?
25        A        She is my music director for
```

```
                                              Page 49

 1                    P. Ferro
 2   WQHT.
 3        Q        And does Ms. Smith have any
 4   direct reports?
 5        A        No.  I mean we -- she
 6   manages the air staff just like I do, so
 7   they report to us, but not in a manager
 8   level.
 9        Q        When you say she manages the
10   air staff, what do you mean?
11        A        She does -- she creates
12   schedules for the weekend staff.  She
13   sits and reviews air shows, air checks is
14   what we call them with our on-air talent.
15   She interfaces with the company that
16   syndicates our morning show, with a
17   company that syndicates our evening show.
18   She works on everything from making sure
19   that the research that we discussed is
20   getting implemented and she's in charge
21   of making sure that happens.
22        Q        Does Ms. Stokes supervise
23   anyone?
24        A        The weekend staff on Hot 97,
25   on WQHT.  She creates scheduling for the
```

```
                                           Page 50
 1                    P. Ferro
 2    weekend staff and she approves time
 3    sheets for them.
 4         Q       How long have you had this
 5    position at MediaCo?
 6         A       My current position, since
 7    November of 2019.
 8         Q       And what position did you
 9    hold before that?
10         A       Program director of WQHT.
11         Q       And QHT is Hot 97; correct?
12         A       QHT is Hot 97.
13         Q       So throughout this
14    deposition if we use the call letters QHT
15    or Hot 97 we are talking about the same
16    station?
17         A       Correct.
18         Q       And were your
19    responsibilities different when you were
20    program director for Hot 97?
21         A       I'm still the acting program
22    director for Hot 97.  Those
23    responsibilities are identical.  When I
24    started overseeing WBLS, it was -- there
25    was a different program director then and
```

```
                                        Page 51

 1                      P. Ferro
 2    my function is different for WBLS because
 3    I basically run everything on Hot 97 from
 4    the programming side.
 5                    And with WBLS I work with
 6    somebody that is doing what I'm doing,
 7    but I'm giving them guidance, counsel and
 8    direction.
 9         Q       Did you supervise anyone
10    when you were program director?
11         A       The air staff.
12         Q       Anyone else?
13         A       Jessica was -- has been my
14    music director since the day I walked in.
15         Q       Anyone else?
16         A       Was your question before
17    what I currently do now?
18         Q       Right.  You said you were
19    program director through November of 2019
20    and my question to you is other than the
21    folks that you mentioned, did you
22    supervise anyone else as program
23    director?
24         A       The on-air staff, the prime
25    talent on the on-air staff and Jessica
```

```
                                          Page 52
 1                  P. Ferro
 2    were the primary people that I
 3    supervised.
 4         Q        Were there any secondary
 5    people you supervised?
 6         A        The promotions team was
 7    secondary.  The way that it works is
 8    promotions takes their queue from
 9    programming in terms of what we want to
10    do on air.  The production staff on a
11    secondary basis, you know, if they
12    produce a commercial that has certain
13    language or certain music, I might chime
14    in and say please change it, reword it,
15    functions like that.
16         Q        So after November of 2019,
17    you continued with those duties you just
18    described in those supervisory
19    responsibilities, but then added
20    additional responsibilities that you
21    testified to earlier; correct?
22         A        Correct.
23         Q        Prior to being program
24    director, what job did you have?
25         A        I was in another market.  I
```

```
                                        Page 53
 1                    P. Ferro
 2    was in Miami, Florida and I was also a
 3    program director.
 4         Q        For what station?
 5         A        For WPOW FM.  The station's
 6    name is Power 96.
 7         Q        And how long did you have
 8    that job?
 9         A        For two years.
10         Q        And why did you leave?
11         A        Because the opportunity to
12    come here opened.
13         Q        And at the time you came
14    here, Hot 97 and BLS were owned by Emmis;
15    correct?
16         A        Yes.  Correct.
17         Q        And at some point that
18    ownership transferred to MediaCo;
19    correct?
20         A        Correct.
21         Q        Power 96, was that either an
22    Emmis or a MediaCo station?
23         A        No.
24         Q        Who was it owned by?
25         A        At the time it was owned by
```

```
                                    Page 54
 1                    P. Ferro
 2   Beasley Media Group.
 3        Q        At the time you left?
 4        A        Correct.  Yes.
 5        Q        And prior to working at
 6   Power 96, where did you work?
 7        A        I worked for CBS Radio.
 8        Q        For what period of time?
 9   I'm asking for years.
10        A        Okay.  From 2010 to 2013.
11        Q        What did you do for CBS?
12        A        I was the vice president of
13   programming for all their Spanish
14   properties.
15        Q        Why did you leave CBS?
16        A        Because the opportunity at
17   Power 96 became available and my contract
18   was coming to an end and I fulfilled my
19   duties with CBS Radio and I wanted to go
20   to Power 96.
21        Q        Did you leave CBS Radio
22   voluntarily?
23        A        Yes.
24        Q        Were you offered an
25   extension of your contract?
```

```
                                        Page 55
 1                      P. Ferro
 2         A        Yes.
 3         Q        And did you leave Power 96
 4    voluntarily?
 5         A        Yes.
 6         Q        Prior to CBS, where did you
 7    work?
 8         A        I worked at Spanish
 9    Broadcasting System, SBS, from September
10    of 2009 -- pardon me -- September of 2000
11    until springtime in 2009 March.
12         Q        And you said that Spanish
13    Broadcasting terminated your employment;
14    correct?
15         A        Correct.  Yes.
16         Q        And I know you testified
17    that they wanted you to take a pay cut
18    and then fired you; correct?
19         A        Correct.
20         Q        What was the reason Spanish
21    Broadcast gave for firing you?
22         A        That they couldn't come to
23    future terms with me.
24         Q        Anything else?
25         A        No.
```

```
                                    Page 56
 1                   P. Ferro
 2        Q         What was the reason they
 3     gave for wanting you to take a pay cut?
 4        A         At the time the country was
 5     going through a very tough economic time.
 6     Many people in the broadcasting industry
 7     not only lost jobs, but took certain pay
 8     cuts and at the time I believed the
 9     company needed to do what they needed to
10     do in order to survive.
11        Q         So they asked you to take a
12     pay cut because of economic
13     circumstances?
14        A         Correct.  Many people did.
15        Q         Sorry, many people took pay
16     cuts; correct?
17        A         Yes.
18        Q         But you refused to take a
19     pay cut; correct?
20        A         I refused to take a 50
21     percent pay cut, which is what they were
22     asking for.
23        Q         How much of a pay cut were
24     you willing to take?
25        A         25 percent.
```

```
                                    Page 57
 1                   P. Ferro
 2        Q        Did you ever institute pay
 3     cuts at MediaCo?
 4        A        Me personally, no.
 5        Q        Did MediaCo ever institute
 6     pay cuts while you were working for
 7     MediaCo?
 8                  MR. MORO:  Objection to
 9        form.  Go ahead.
10        A        When the pandemic happened
11     in March of 2020, several months into the
12     pandemic when we didn't know, nobody knew
13     when the end would -- of the pandemic
14     would be here, MediaCo followed suit with
15     what every single broadcaster did, which
16     was furlough some people and reduce
17     salaries for pretty much everybody.
18        Q        Just focusing on on-air
19     personalities, did the on-air
20     personalities at either BLS or Hot 97
21     take pay cuts?
22        A        Yes.
23        Q        What was the range of the
24     pay cuts?
25        A        15 percent.
```

```
                                       Page 58
 1                    P. Ferro
 2      Q        Across the board?
 3                MR. MORO:  Note my objection
 4      to form.
 5      A        It was dependent on the
 6   amount of money that they made, but
 7   everybody on air made over a certain
 8   amount of money and from memory I want to
 9   say it was 15 percent.
10      Q        Do you recall what the
11   threshold was for taking a 15 percent pay
12   cut?  In other words, how much money did
13   an on-air personality have to earn to be
14   subject to the 15 percent pay cut?
15      A        $100,000 or more.
16      Q        Do you know if anybody was
17   asked to take a greater pay cut?
18      A        No.
19      Q        Do you know if any of the
20   on-air personalities negotiated a lower
21   pay cut?
22      A        Lower, no.
23      Q        When were the pay cuts --
24   when was pay restored, if at all?
25      A        What MediaCo did to offset
```

```
                                        Page 59
 1                     P. Ferro
 2     the cut was they offered company stock to
 3     the employees to offset the cut.  Once we
 4     were coming back to work post the
 5     pandemic, whoever had a contract that was
 6     up we would just negotiate from there on.
 7          Q        So is it your testimony that
 8     from some point after the pandemic
 9     MediaCo instituted a 15 percent pay cut
10     for on-air personalities because they all
11     made over $100,000; is that correct?
12                     MR. MORO:   Note my objection
13          to form.
14          A        Correct.
15          Q        Or more, they made at least
16     100,000; correct?
17          A        The full-time on-air
18     personalities.  There are part-timers
19     that do not make $100,000.  The people
20     that made less money, I forget what the
21     threshold was, they did not get asked to
22     take a reduction.
23          Q        I'm just focusing on the
24     on-air personalities.  The on-air
25     personalities took the 15 percent pay
```

```
                                        Page 60
 1                    P. Ferro
 2    cut, but were given company stock;
 3    correct?
 4          A         Correct.
 5          Q         Were they each given the
 6    same amount of company stock?
 7                    MR. MORO:   Objection to
 8         form.
 9          A         They were given the -- if
10    you took a $10,000 or $15,000 cut, they
11    gave you $15,000 worth of equity in the
12    company.
13          Q         And those pay cuts remained
14    until the next round of negotiations for
15    each on-air personality; correct?
16          A         Correct.
17          Q         And at that point you would
18    just negotiate a new contract; correct?
19          A         Correct.
20          Q         Sorry, we got a little off
21    track.  Prior to working at CBS Radio,
22    where did you work?
23          A         Prior to CBS Radio, I worked
24    for Spanish Broadcasting.
25          Q         Oh, sorry, prior to Spanish
```

Page 61

```
 1                    P. Ferro
 2    Broadcasting.  Sorry.
 3         A        Prior to that I worked for a
 4    company that is now known as Univision
 5    Radio, but back then it was known as
 6    Hispanic Broadcasting Corporation and
 7    there was a transition.  When I walked
 8    into the company, it was Heftel
 9    Broadcasting Corporation.
10         Q        And what did you do for
11    Heftel/Univision?
12         A        I was program director and
13    on air for the biggest property in Los
14    Angeles from November of '94 until late
15    1999.
16         Q        Late 1990?
17         A        1999.
18         Q        And why did you leave?
19         A        We got pregnant with our son
20    and we wanted to go back home and the
21    company offered me a job in Miami and it
22    was the first time that I was offered a
23    job to do several stations at once, which
24    meant more money and better opportunity.
25         Q        Prior to working at what
```

```
                                      Page 62

 1                    P. Ferro

 2   became Univision, where did you work?

 3         A       I started my career at WXDJ

 4   FM, I was a month from turning 15, so

 5   this would have been late '86.

 6         Q       Did you attend college?

 7         A       I did not.

 8         Q       Do you have any degrees or

 9   certificates that are not college

10   degrees?

11         A       No.

12         Q       At any of the places that

13   you worked, have you been trained on the

14   employment laws?

15                 MR. MORO:  Objection to

16       form.

17         A       Yes.

18         Q       Does that include MediaCo?

19         A       I don't believe that we've

20   had training here at MediaCo other than

21   what's required by New York State

22   regarding equality and we do standard

23   anti-Payola and Plugola trainings once a

24   year.

25         Q       What about at Emmis, have
```

```
                                    Page 63
 1                    P. Ferro
 2    you had any training on employment laws?
 3         A        It was the same, the
 4    standard anti-Payola Plugola.  Emmis
 5    had -- Emmis took a lot of pride in the
 6    morale, so there was always, you know,
 7    signs up on the wall that was like the
 8    Emmis commandments is what they called
 9    it.
10         Q        Do you recall what the Emmis
11    commandments said?
12         A        It was about kindness and
13    being good to one another and working
14    hard and not being afraid to take risks.
15         Q        Are you aware that
16    discrimination based on age is unlawful?
17         A        Of course.
18         Q        How long have you been aware
19    of that?
20         A        Since the day I became a
21    program director at 19.
22         Q        And are you aware that men
23    and women are required to be paid equally
24    for doing substantially equal work?
25                    MR. MORO:  Note my objection
```

```
                                        Page 64
 1                   P. Ferro
 2        to form, but you can go ahead.
 3        A        Yes.  Of course.
 4        Q        And how long have you known
 5    that?
 6        A        If it's equal amount of
 7    work, then I've known it for a long time.
 8    Gender doesn't play a part.
 9        Q        My question is how long have
10    you known that?
11        A        Thirty plus years.
12        Q        Let's talk a little bit
13    about the two stations that you currently
14    have responsibilities for, WBLS and Hot
15    97.  What type of station is WBLS?
16        A        WBLS is a greatest hits
17    style format that is targeted to people
18    in the demographic of 25 to 54, which is
19    the standard sales demo that Nielsen
20    Ratings uses.  It focuses on the greatest
21    hits of the past couple of decades.  It
22    is very utilitarian, which is music is
23    the star of what we play and we have a
24    pretty significant morning show with
25    Steve Harvey which is syndicated.
```

```
                                        Page 65
 1                      P. Ferro
 2                      What else would you like to
 3    know?
 4          Q       Well --
 5          A       We could be here three days.
 6          Q       Fair enough.
 7          A       Do you want to do that?
 8          Q       Does Nielsen provide ratings
 9    information for WBLS?
10          A       Yes.
11          Q       And does Arbitron do that
12    also or are they the same thing?
13          A       Arbitron was the former
14    company.  Now Nielsen, which was only TV,
15    owns everything.
16          Q       So Nielsen Ratings and
17    Arbitron Ratings are basically the same
18    thing; correct?
19          A       Correct.
20          Q       And is there a particular
21    category that Nielsen puts WBLS in?
22          A       Yes.
23          Q       And what is that category?
24          A       Actually, Nielsen does not,
25    but radio stations say they are, you
```

```
                                    Page 66
 1                   P. Ferro
 2    know, CHR.  There's certain types of
 3    formats that they identify as.  Nielsen
 4    just reports what you say you are, but
 5    their function is ratings.  It's not --
 6    you know, you could classify yourself as
 7    anything you want.  It doesn't change
 8    what they do.
 9              Does that make sense?
10      Q       So if a station identifies
11    itself as a particular type of station,
12    Nielsen would just repeat that; correct?
13      A       No, no.  They are a ratings
14    company.
15      Q       Right.  But Nielsen Ratings
16    have particular categories for types of
17    radio stations; correct?
18      A       No.
19              MR. MORO:  Objection to
20        form.
21      A       No.
22      Q       Have you ever heard of the
23    term urban contemporary?
24      A       Sure.
25      Q       Is that one category of
```

```
                                    Page 67
 1                      P. Ferro
 2    station?
 3         A        That is one category of
 4    station, but it is used to report music
 5    to charts.  It is more of a record label
 6    and industry way of identifying the
 7    stations.
 8                   I can elaborate if you want.
 9         Q        No.
10                   So what is the manner in
11    which WBLS identifies itself?
12         A        Urban AC, urban adult
13    contemporary.
14         Q        And who are WBLS's
15    competitors?
16         A        We just recently got a
17    secondary competitor, it's not a
18    head-to-head competitor, it's more of a
19    flank that we consider a competitor and
20    I'm sorry, are you asking when did we get
21    it or who this competitor is?
22         Q        I'm asking --
23         A        I can answer both.  I can
24    answer both.
25         Q        -- who are WBLS's
```

```
                                              Page 68
 1                      P. Ferro
 2    competitors?
 3          A        Sorry.  I feel that we
 4    compete with every single station on the
 5    dial.  Primary competitors are WXBK I
 6    believe is their call letters.  It's
 7    94.7, The Block.
 8          Q        Any other competitors for
 9    WBLS?
10          A        Yes.  Power 105 is a
11    competitor and when I saw competitor it's
12    audience sharing, so I must add that Hot
13    97 shares audience with WBLS simply
14    because of WBLS's massive size.
15          Q        Any other competitors?
16          A        Aside from those, everybody
17    else on the dial.
18          Q        And when you say everyone
19    else on the dial, you're talking about
20    everyone else on the dial in the New York
21    City geographic area; correct?
22          A        Yes.  Correct.
23          Q        And both WBLS and Hot 97
24    share the same geographic area; correct?
25          A        In terms of signal coverage?
```

```
                        P. Ferro
 1
 2       Q        Yes.
 3       A        Very similar.
 4       Q        Is there any difference?
 5       A        Yes.
 6       Q        What's the difference?
 7       A        I would have to look at
 8   maps, but it's the fringe, the outside
 9   parts of where the signal covers.  One
10   covers Long Island better than the other
11   one and I -- but it's not significant
12   enough for me to know that.  It's
13   refringe.
14       Q        What type of a station is
15   Hot 97?
16       A        Hot 97 is a rhythmic
17   station.  It plays a lot of hip hop and
18   current hits.  Where WBLS would play
19   about 400 titles, Hot 97 focuses on about
20   120 and the difference is the music is
21   rotated, the top songs, the most current
22   and hit songs are rotated more frequently
23   on Hot 97.  It is a station because of
24   its tenure and history of being New
25   York's first major hip hop station,
```

```
                                            Page 70
 1                    P. Ferro
 2      there's a culture leading aspect to it.
 3                    The morning show is local by
 4      design.  It's very skit based in that it
 5      has pieces of content that people look
 6      forward to listening to every day at
 7      specific times, right.
 8                    Is that -- I can keep on.  I
 9      don't know if that satisfies your
10      question.
11           Q      What's Hot 97's category?
12                    MR. MORO:  Objection to
13           form.
14           A      Rhythmic.
15           Q      That's a category the same
16      way that adult urban contemporary is a
17      category?
18           A      Yes.
19           Q      And are there any other
20      categories --
21           A      Yes.
22           Q      -- that Hot 97 fits in?
23           A      No.
24                    MR. MORO:  Just make sure
25           you wait for him to finish the
```

```
                                      Page 71

 1                    P. Ferro

 2       question.

 3                    THE WITNESS:  Sure.  I

 4       apologize.

 5                    MR. MORO:  It's all right.

 6       Q        Has it ever been described

 7    as an urban station?

 8       A        I mean not necessarily.  The

 9    difference -- can I tell you what the

10    difference is?

11       Q        Well, I asked you has it

12    ever been described as an urban station.

13    You said not necessarily.  Does that mean

14    it has been described as an urban

15    station?

16       A        No.

17       Q        Just so you're saying that

18    when record labels place categories on

19    stations, Hot 97 will be described as a

20    rhythmic station?

21       A        Correct.

22       Q        Okay.

23       A        Hot 97 reports to the

24    rhythmic panel, not to the urban panel.

25       Q        And what's Hot 97's
```

```
                                              Page 72
 1                    P. Ferro
 2   demographic?
 3        A       Hot --
 4                MR. MORO:  Objection to
 5      form.  Go ahead.
 6                THE WITNESS:  Sorry.
 7        A       Hot 97's demographic is --
 8   it's changed slightly, but it's 25-34 has
 9   always been my target and that lands us
10   for Nielsen in the 18 to 34 and 18 to 49
11   demographics.
12        Q       So Hot 97 and WBLS share the
13   25 to 34 demographic; correct?
14                MR. MORO:  Note my objection
15      to form.
16        A       As all the stations do,
17   yeah.
18        Q       In fact, they share the 25
19   to 49 demographic; correct?
20                MR. MORO:  Objection to
21      form.
22        A       Yes.
23        Q       I want to ask you about some
24   terms.  You mentioned them and I haven't
25   defined them and I'd like your
```

```
 1                        P. Ferro
 2   explanation.  What is a rating, a Nielsen
 3   Rating?
 4       A        A Nielsen Rating is --
 5   there's two ways that you look at
 6   ratings.  You see rating point, which is
 7   the percentage of the total audience in
 8   the market that your radio station
 9   attracts and that number is mostly used
10   by our sales department for transactional
11   purposes, so usually those ratings are
12   0.2, 0.3, 0.4.
13                  For programming, we -- we
14   use share and what that means is
15   excluding the people that do not listen
16   to radio, we are just looking at the pie
17   of the radio listeners and then a share
18   of, you know, of that pie is what we look
19   at and, you know, my focus is on the
20   people that use radio, not the people
21   that don't.  So share, when we talk about
22   ratings and we are talking about share,
23   it's more of a programming.  It's what
24   programming uses and when we talk about a
25   rating point, it's what sales mostly
```

Page 74

1                    P. Ferro

2    uses.

3          Q        How does sales use rating

4    points in transactions?

5          A        Sales uses rating points to

6    decide what a commercial will cost to air

7    on a radio station.  The higher the

8    rating point, the more you can charge to

9    have your -- the commercial play.

10         Q        And that would translate

11   into higher revenue; correct?

12         A        Correct.

13                  MR. MORO:  Objection to

14      form.

15         Q        What's cume?

16         A        Again, there's two ways of

17   looking at cume.  There's the, you know,

18   the pretty picture which is weekly cume

19   and that is the number of the people that

20   are listening to radio in a week long

21   period, which includes incidental

22   listening so that number is usually

23   pretty high.

24                  What I look at to make sure

25   that our products are on target is daily

Page 75

```
 1                    P. Ferro
 2    cume, which are the people that it's the
 3    repeat customers that come back on a
 4    daily basis, so that's the number that I
 5    pay attention to, but it's lower.  It's
 6    not as pretty as a big weekly cume
 7    number.
 8         Q        And what is cume used for?
 9                  MR. MORO:  Note my objection
10        to form.
11         A        Cume is used to determine
12    the amount of people that are tuning in
13    to a certain radio station on either a
14    daily, when you're looking at daily cume
15    and all exposure through a week when
16    you're looking at the overall weekly cume
17    number.  It's not used as a transaction.
18    It's mostly used when an article is
19    written and when people don't want to get
20    into the details of the rating point and
21    the share that I just mentioned.  They
22    just want to know how many people listen
23    in a week.  It's like well, that's where
24    the cume number comes into play.  So it's
25    more for laymen people.  Yeah, for
```

```
 1                    P. Ferro
 2   laymen.
 3        Q        What is AQH, average quarter
 4   hour share?
 5        A        So the average quarter hour
 6   share is the -- again, it's the share
 7   that we were -- that I was mentioning to
 8   you earlier and that is the share of the
 9   radio listening pie and average quarter
10   hour is -- it's an average of the amount
11   of listeners you have in an average 15
12   minute time period.
13        Q        And what is that used for?
14        A        That is mostly used as a
15   programming tool when you have to adjust
16   and fix a product or, you know, radio
17   station or, you know, just as a health
18   check if you will.  You know, if you're
19   average quarter hour share is going down,
20   there's concern.  If it's going up,
21   everybody's happy.
22        Q        And when you say going down,
23   you mean going down throughout the course
24   of the day, the programming day?
25        A        No.  I look at that
```

Page 77

```
 1                    P. Ferro
 2    seasonally year over year.  I don't even
 3    like looking at that month to month
 4    because radio listening is affected
 5    sometimes with summer vacation.  It's
 6    affected sometimes with the holiday.  You
 7    know, people don't -- the behavior is
 8    different, so it would be a mistake in my
 9    opinion to look at the December book and
10    that's four weeks in December combined to
11    make one book and then the holiday book
12    is separate, so December is going to have
13    traditionally more listening than holiday
14    because people are on vacation during the
15    holidays and probably not using radio as
16    much.
17                    So I like looking at
18    December to December, January to January
19    and so on.  Does that make sense?
20       Q        Would AQH tell you at what
21    parts of the day you have the greatest
22    ratings or share?
23       A            Not necessarily.  Rating
24    point would be a better descriptor
25    because if you have a 3 percent share of
```

```
 1                    P. Ferro
 2    an extra large pizza, it's very different
 3    than if you had a 5 percent share of a
 4    small pizza.  So audiences are larger
 5    during mornings and during the afternoon
 6    drive than they are in the midday show or
 7    at night when people aren't in their cars
 8    and so on.
 9                    So if you said well, you
10    know, Steve Harvey has a 5 share and then
11    the next show has a 5 share, it's equal,
12    it's not because the pie is different.
13    The morning show pie is bigger.  There's
14    more available audience.  Midday shrinks
15    because people are at work and, you know.
16         Q        That's a share though;
17    correct?
18         A        Yes.  Correct.
19         Q        Right.  So you're comparing
20    the number of listeners, your share of
21    the number of listeners; correct?
22         A        No.
23                  MR. MORO:  Object to form.
24         A        I was trying to answer your
25    initial question and I believe that was
```

Page 79

                        P. Ferro

1                       P. Ferro
2   regarding share and how share went
3   through the day.  I believe that was your
4   question.
5        Q       It was.  I just have a
6   follow-up question.
7        A       Okay.
8        Q       Share tells you how much of
9   the listening audience you are capturing;
10  correct?
11       A       Yes.  Correct.
12       Q       Ratings tells you how much
13  of the total number of folks, whether
14  they're listening or not, captures;
15  correct?
16       A       The total number of the
17  people listening to the station versus
18  the entire population of the market.
19       Q       Right.  And share is just
20  it's a percentage of the folks who are
21  actually listening?
22       A       It's a percentage of, yes,
23  correct, of the people listening.
24       Q       Of any station; correct?
25       A       Correct.  Yes.

```
                                       Page 80
 1                     P. Ferro
 2        Q        Have you ever heard of the
 3   term meter?
 4        A        Meter?
 5        Q        Yes.
 6        A        Yes.
 7        Q        What does that mean?
 8        A        In a radio context?
 9        Q        Yes.
10        A        You want me to tell you all
11   the meters?
12        Q        No.  Well, fair enough.
13        A        I mean --
14        Q        What is a meter in the radio
15   context?
16        A        There's several, but I would
17   think that you're asking about the meter
18   that Nielsen provides to people to
19   capture radio ratings and not the meters
20   on a control board that tell you what the
21   level of --
22        Q        Right.
23        A        So the meter is a device
24   that Nielsen provides people that
25   participate in the surveying and as you
```

Page 81

```
 1                    P. Ferro
 2    mentioned before, it used to be Arbitron,
 3    now it's Nielsen.  When it was Arbitron,
 4    there were no meters.  That was a
 5    different era.
 6                    Right now we use meters.
 7    Until recently they looked like old
 8    beepers that we used to use, that I used
 9    to carry around and when somebody had an
10    emergency or needed to, you know, they
11    would call you.  It's that size and that
12    device has a microphone in it.  It is set
13    off by motion.  So your heartbeat sets it
14    off and it is listening.  That microphone
15    is listening for an encoded signal in the
16    radio that is like a fingerprint.  So BLS
17    has its fingerprint and Hot has its
18    fingerprint, that's the way and all the
19    other stations in the top 50 markets have
20    their own particular fingerprint and that
21    device captures actual listening.
22                    And then that data is sent
23    back to Nielsen at some point during the
24    day.  There's some proprietary stuff that
25    Nielsen simply doesn't share with us.
```

Page 82

```
 1                    P. Ferro
 2                    The meter has changed
 3     recently.  They are now called wearables
 4     and they look like, you know, they look
 5     like pendants that you can wear on a
 6     necklace.  They look like a belt clip.
 7     They made it smaller and easier for
 8     people to carry.  Now they also look like
 9     Fitbits that some of us might wear to
10     keep track of our heart rate and things
11     of that nature.  I wear one.
12                    So that's what the meter is.
13                    MR. LICUL:  Why don't we
14        take a 10 minute break and be back at
15        11:50?  Is that okay for everyone?
16                    MR. MORO:  Work for you?
17                    THE WITNESS:  Yeah.
18        Absolutely.
19                    MR. LICUL:  Thank you.
20                    (Time noted:  11:42 a.m.)
21                    (A short recess was taken.)
22                    (Time noted:  11:52 a.m.)
23        Q      Mr. Ferro, earlier you
24     talked about a sales staff.  Do you
25     recall that?
```

Page 83

                          P. Ferro

1

2       A       Yes.

3       Q       Is the sales staff the same

4   for both WBLS and Hot 97?

5       A       Through the time that I've

6   been here, there have been times where

7   they have been separate where one focuses

8   on one brand and another group of people

9   focus on another and there's been times

10  when they have been united.

11              Currently I am not sure what

12  the structure is, although I believe that

13  they're -- the current people are able

14  to, you know, sell both properties.

15      Q       In other words, current

16  sales staff sells ads both on WBLS and

17  Hot 97?

18      A       I believe that.

19      Q       How long do you believe that

20  has been the case?

21      A       I would be guessing.

22      Q       I don't want you to guess,

23  but if you can estimate, you can answer.

24      A       Sales is -- that's not the

25  part of sales that I interact with, but

```
 1                    P. Ferro
 2    an educated answer would be if they're
 3    both selling, a year.
 4         Q       Do you recall any specific
 5    time when they were separate sales teams?
 6                 MR. MORO:  Note my objection
 7       to form.
 8         A       When I first got here to the
 9    company when Emmis owned it, there was a
10    sales staff for Hot 97 and there was a
11    sales staff for WBLS.  When Charlie
12    became the market president, I believe
13    that he united them and then after
14    Charlie exited, that's where I'm not sure
15    how it operates currently in terms of if
16    I'm a salesperson, can I sell both.  I
17    would think so.
18         Q       When did Charlie unite them?
19         A       Several months after he got
20    here.
21         Q       When did he arrive?
22         A       He arrived in January of
23    2016.
24         Q       And when did he exit?
25         A       March of 2020.
```

```
                                              Page 85
 1                        P. Ferro
 2        Q         Thank you.
 3                  How do you measure the
 4     success of a radio station?
 5                  MR. MORO:   Note my objection
 6        to form.
 7        A         By having the highest share
 8     possible.  I want to have the biggest
 9     share of the available audience.
10        Q         Any other way?
11        A         For me that's success.
12     Success is having the most amount of
13     listeners I can possibly get to use our
14     brands.
15        Q         What about ratings?
16        A         Correct.  With higher
17     ratings, if that's what you mean with
18     higher share, with higher -- with higher
19     share comes higher ratings.
20        Q         Would you also consider
21     higher ratings to be a measure of success
22     of a radio station?
23        A         Yes.
24        Q         How do you measure the
25     success of a show on that station?
```

Page 86

1                           P. Ferro

2        A         It depends which show you're

3    talking -- that you're referencing

4    because some shows have very stiff and

5    direct competition and some shows do not.

6    In the case of Hot 97, in the morning

7    they're up against iHeart Media, which is

8    the biggest radio company in America.  We

9    are up against their premiere hip hop

10   based morning show.

11                  When I got here, they

12   were -- they were beating us

13   substantially.  So the measure of success

14   when I first got here was to catch up to

15   them, right and then stay with them and

16   then try to get a lead on them.

17                  On the music side, after the

18   morning show through the midday and the

19   afternoon show, it's still a priority

20   obviously, but you're fighting a music

21   battle.  You're fighting what I call the

22   button punch which means if you're in

23   your car and you're punching through the

24   buttons on your pre-setted radio

25   stations, if you spend more time with one

```
                                        Page 87
 1                     P. Ferro
 2    of my properties, with one of the
 3    properties that I have, you know, it's a
 4    win.  You have that meter and it's
 5    listening, it's capturing that listening,
 6    it's you're winning.
 7                     Does that answer your
 8    question?
 9         Q        You said that Z100 was
10    beating you in the mornings substantially
11    when you got here; is that right?
12         A        I didn't say that.  I said
13    the Breakfast Club, but Z100 was beating
14    us, too.
15         Q        Okay.
16         A        But just so you know, the
17    context was I was talking about the
18    Breakfast Club.  The morning show on Z100
19    is their biggest CHR.  So remember we
20    were talking about categories.  They're
21    the CHR top 40 morning show, Elvis Duran
22    is.  The Breakfast Club is their hip hop
23    morning show, so it's the one we share
24    audience with mostly on.
25         Q        But we are talking about Hot
```

                                            Page 88

    1                        P. Ferro
    2    97, the morning show on Hot 97?
    3         A        Yes.
    4         Q        You said when you got there,
    5    it was being beaten by the iHeart Media
    6    properties; correct?
    7         A        Correct.
    8         Q        Did you say that they were
    9    being beaten substantially or am I
   10    misremembering your testimony?
   11         A        Significantly.
   12         Q        Significantly.  And how do
   13    you define significantly?  How much were
   14    you being beaten by?
   15         A        I -- what I recall is they
   16    had several shares of the pie more
   17    listening.  I want to say as much as five
   18    shares, four shares.
   19         Q        Do you recall --
   20         A        It was significant.
   21         Q        Do you recall what the Hot
   22    97 share was at the time that you arrived
   23    for the morning show?
   24                  MR. MORO:  Note my objection
   25         to form.

```
 1                    P. Ferro
 2        A         I can't, not specifically,
 3   but that's one of the reasons why the
 4   company hired me.
 5        Q         And are the iHeart Media
 6   properties still beating Hot 97 in the
 7   morning?
 8        A         No.
 9        Q         When did that change?
10        A         Going off memory, 2016 we
11   started making some end roads.  By 2017
12   we had caught and passed them and since
13   we get the ratings fairly frequently,
14   there are times when they will beat us,
15   but thankfully for me to keep my job we
16   beat them more frequently.  So out of 13
17   books, last time I checked we beat them
18   10.
19        Q         What is a book?
20        A         A book is four weeks.  So
21   January, as an example, has January week
22   one, two, three and four.  That is the
23   January book.
24        Q         And what you're comparing
25   are the shares and ratings for the Hot 97
```

```
                                          Page 90
 1                     P. Ferro
 2    morning show and the Breakfast Club;
 3    correct?
 4                    MR. MORO:  Note my objection
 5        to form.  Go ahead.
 6         A         In this instance, yes,
 7    that's what we are comparing.
 8         Q         I'm sorry, I may not have
 9    been clear.  Is that the only iHeart
10    Media property that is competing in the
11    morning?
12                    MR. MORO:  Objection to
13        form.  Go ahead.
14         A         As I mentioned earlier, I
15    feel that we are in competition with
16    every single station on the dial.
17         Q         That's what I'm asking you.
18         A         Yeah.  The morning show is
19    such a different animal than the rest of
20    the day because broadcasting companies
21    put their best talent in the morning,
22    right.  That's why Elvis Duran is in the
23    morning.  That's why Ebro is in the
24    morning.  That's why Steve Harvey is in
25    the morning and the Breakfast Club and so
```

```
                                          Page 91
 1                    P. Ferro
 2    on and so forth, so --
 3         Q         But what I'm asking you is
 4    in the morning you're competing, Hot 97
 5    is competing with every other station in
 6    the New York area; correct --
 7         A         Correct.
 8         Q         -- regardless of the station
 9    type; correct?
10         A         Correct.
11         Q         And one of those stations is
12    hosted -- one of those shows is hosted by
13    Elvis Duran; correct?
14         A         Correct, yes.
15         Q         And is the Hot 97 morning
16    show beating Elvis Duran in either share
17    or ratings?
18         A         Since we are not direct
19    competitors I would have to go back and
20    check because it's not really -- it's not
21    my main focus of competition.  We have
22    beaten the Elvis Duran morning show, but
23    I could tell you that consistently it's
24    probably the -- rated higher than Hot 97
25    is.
```

```
                                          Page 92
 1                     P. Ferro
 2        Q         When is the last time you
 3   recall beating Elvis Duran?
 4        A         I can't recall.
 5                  MR. MORO:  Note my objection
 6        to form.  Go ahead.
 7        Q         Do you recall whether it was
 8   in the last three years?
 9                  MR. MORO:  I think he's just
10        trying to answer your question.  Go
11        ahead.
12        A         No.  I just don't pay
13   attention to what Elvis Duran does
14   because there's nothing that I can do
15   with Hot 97 with the format that it's in
16   to compete with Z100.  So even though in
17   the morning people are looking for
18   entertainment, our entertainment is more
19   focused to a hip hop leaning segment of
20   the audience and Elvis is more of a
21   mainstream top 40 segment.
22        Q         Have you ever heard of
23   something called the ranker, R-A-N-K-E-R?
24        A         Yes.
25        Q         What is the ranker?
```

```
                                          Page 93
 1                    P. Ferro
 2        A        It's the sheet of paper that
 3   ranks radio stations from 1 to however
 4   many there are in the market.
 5        Q        Regardless of type of
 6   station; correct?
 7        A        Correct, yes.
 8        Q        And that rating -- sorry.
 9   That ranking is broken out by time slot;
10   correct?
11        A        Correct.
12        Q        So there will be a ranker
13   for the morning and it would rank all of
14   the radio stations and their share in
15   rating for the morning slot; correct?
16        A        Correct.
17        Q        And then there's a separate
18   breakout for the midday; correct?
19        A        Correct.
20        Q        Has Hot 97 ever been rated
21   number 1 on the ranker for the morning?
22                 MR. MORO:  Objection to
23      form.  You can go ahead.
24        A        In certain demos, yes.
25        Q        What about overall?
```

Page 94

```
 1                    P. Ferro
 2      A         When you say overall, are
 3   you talking about a 6 plus, the entire
 4   universe of listening?  Is that your
 5   question?
 6      Q         I'm talking about the ranker
 7   ranks stations from 1 to say 25; correct?
 8      A         Correct, but my question to
 9   you is there's several rankers.
10      Q         Okay.
11      A         There's not just one ranker.
12   There's dozens of rankers.
13      Q         Is there one that just
14   compares all the stations in the New York
15   area?
16                MR. MORO:  Objection to
17      form.
18      A         There is one ranker that
19   Nielsen puts out that is -- that is able
20   to be published by organizations that do
21   not subscribe to Nielsen and that is an
22   overall 12 plus rating, pardon me, a
23   ranker and that is a general Monday
24   through Sunday 6:00 a.m. to midnight
25   ranker.  That's what the -- you know,
```

```
                                            Page 95
 1                       P. Ferro
 2     like if the New York Post is writing or
 3     the Times are writing an article, that's
 4     what they have access to.
 5                   So that's why I'm saying
 6     there's a lot of different rankers.
 7          Q       Let's focus on that
 8     particular one.
 9          A       Okay.
10          Q       So if somebody, if a morning
11     show is rated number 1 on that ranker,
12     they would be considered the number 1
13     morning show in the New York area;
14     correct?
15                   MR. MORO:  Objection to
16          form.
17          A       Incorrect because that
18     ranker that we are talking about is a
19     general 6:00 in the morning until
20     midnight ranker.  That's the one that I
21     believe that we are talking about.
22     That's the ranker that ranks all the
23     radio stations.  It's a general ranker.
24          Q       Is there one that ranks by
25     time slot, morning, midday, afternoon,
```

```
 1                    P. Ferro
 2    night?
 3         A       Yes.
 4         Q       And is there a ranker that
 5    ranks by time lot across all the radio
 6    stations in the New York area?
 7                    MR. MORO:  Objection to
 8         form.
 9         A       Is there a -- can you -- I
10    just want to make sure that I'm answering
11    your question as accurately as possible.
12    Can you ask that again, please?
13         Q       Using ranker, can you
14    compare shares and ratings by time slot
15    across all stations in the New York area,
16    New York City area?
17         A       Yes, yes.
18         Q       And when that ranker comes
19    out, it would rank the number 1 through
20    the say number 25 station; correct?
21         A       Yes.  That is correct.
22         Q       Regardless of type of
23    station?
24         A       Correct.
25         Q       And it would show either the
```

```
                                    Page 97
  1                    P. Ferro
  2    rating or the share of that station;
  3    correct?
  4         A        Correct.  Yes.
  5         Q        Do you recall any instance
  6    in which Hot 97, the morning show, was
  7    ranked number 1 on that particular ranker
  8    that I just mentioned?
  9                   MR. MORO:  Objection to
 10        form.
 11         A        No.
 12         Q        Do you recall where the Hot
 13    97 morning show is ranked on that
 14    particular ranker?
 15         A        Top 5 mostly.
 16         Q        Mostly?
 17         A        Yes.
 18         Q        But you don't recall it ever
 19    being number 1; correct?
 20         A        No.
 21         Q        Do you recall whether WBLS
 22    midday show has ever been ranked number 1
 23    in that time slot across the New York
 24    area?
 25                   MR. MORO:  Note my objection
```

```
 1                      P. Ferro
 2        to form.
 3        A         Maybe once or twice.
 4        Q         Just once or twice?
 5        A         Yeah.  It's not consistent.
 6        Q         When do you recall the last
 7    time that the midday show, the BLS midday
 8    show was ranked number 1 on that
 9    particular ranker?
10                      MR. MORO:  Note my objection
11        to form.
12        A         2017, maybe -- maybe 2018.
13        Q         What about 2022?
14        A         No.
15        Q         How do you know that?
16        A         Because I look at the
17    ratings and 2022 is just last year.
18        Q         What do you recall WBLS's
19    midday show being ranked?
20        A         In the demo that we look at
21    for WBLS?
22        Q         No.  In the ranker that
23    ranks all the radio stations in the New
24    York area.
25                      MR. MORO:  Note my objection
```

```
                                            Page 99

 1                      P. Ferro

 2        to form.

 3        A         There I can't recall because

 4     we don't look at that.  Nobody looks at

 5     that.  It's irrelevant.

 6        Q         Where do you recall Hot 97

 7     being ranked in the midday slot?

 8                      MR. MORO:  Objection to form

 9        again.

10        A         The overall ranker, again, I

11     can't answer that because I don't look at

12     that.

13        Q         Was it ranked higher or

14     lower than BLS?

15                      MR. MORO:  Objection to

16        form.

17        A         I can't answer that because

18     I don't look at that.

19        Q         Do you ever recall a time

20     when Hot 97 midday show was ranked higher

21     than the BLS midday show?

22                      MR. MORO:  Objection to

23        form.

24        A         Not in the ranker that

25     you're referring to, but in the ranker of
```

```
 1                    P. Ferro
 2   the specific demos, sure, of course.
 3        Q        And when you say demos, you
 4   mean demographics; correct?
 5        A        Correct.
 6        Q        And those demographics would
 7   be 12 plus; correct?
 8        A        There's many ways of
 9   breaking out --
10        Q        Is one of them 12 plus?
11        A        Yes.
12        Q        Is one of them 18 to 49?
13   Sorry.  And is another one 25 to 54?
14        A        Yes.
15        Q        And ranker would show the
16   ratings in those particular demographics;
17   correct?
18        A        Correct.  Yes.
19        Q        Which demographic do you
20   recall that the Hot 97 midday show was
21   ranked higher than the WBLS midday show?
22                 MR. MORO:  Objection to
23        form.
24        A        18 to 34 ranker.
25        Q        When?
```

Page 101

```
 1                    P. Ferro
 2       A         2022.  There's been many
 3   times where Hot 97 has outperformed WBLS
 4   in that.  There's countless times.  I
 5   can't remember a specific.  It's been
 6   countless.
 7       Q         You said the last time you
 8   recall that happening was 2022?
 9                 MR. MORO:  Note my objection
10       to form.
11       A         Remember, you're asking me
12   to remember something that I -- I don't
13   compare BLS 18 to 34, so just going off
14   memory, the last time that I saw that I
15   paid attention, that I specifically
16   looked at 18 to 34 midday and gave BLS
17   some thought and Hot 97 some thought in
18   that context would have been a couple of
19   months ago, so January, February.
20       Q         And do you recall that at
21   that time Hot 97 was beating BLS?
22                 MR. MORO:  Objection to
23       form.
24       A         They're very close.
25   Sometimes BLS would do better.  Sometimes
```

```
                                            Page 102

 1                    P. Ferro
 2      Hot 97 would do better.
 3           Q       Give me one second.  I just
 4      want to call up a document.
 5           A       Sure.
 6                   MR. MORO:  You said you're
 7           pulling up an exhibit?
 8                   MR. LICUL:  I might if I can
 9           grab it right away, but I'll let you
10           know what it is.
11                   Why don't we move on.  I'll
12           get back to that just so we don't
13           waste time.
14           Q       All right.  Let's switch
15      gears a little bit.  Have you heard the
16      term on-air personality?
17           A       Yes.  Of course.
18           Q       What is an on-air
19      personality?
20           A       It is a person that speaks
21      into a microphone in an air studio and it
22      is broadcast through the radio and that's
23      what an on-air personality is and does.
24           Q       And does MediaCo have
25      contracts with each of its on-air
```

Page 103
```
 1                      P. Ferro
 2    personalities?
 3         A          With the -- with most of
 4    them, yes.  Not all of them.
 5         Q          Not all of them?  And when
 6    you say not all of them, are you
 7    excluding syndicated shows?
 8         A          I'm excluding weekend talent
 9    and part-time talent.
10         Q          Does it have contracts with
11    all of its full-time non-syndicated
12    on-air personalities?
13         A          Yes.
14         Q          And are the responsibilities
15    for each of the on-air personalities
16    described in their individual contracts?
17                    MR. MORO:  Note my objection
18         to form.
19         A          Yeah.  I mean generally
20    they're described, yeah, sure.
21         Q          The important
22    responsibilities are described in the
23    contract; correct?
24                    MR. MORO:  Objection to
25         form.
```

```
 1                      P. Ferro
 2        A         Yes.  Correct.
 3        Q         You've seen those contracts;
 4   correct?
 5                  MR. MORO:  Objection to
 6        form.
 7        A         Yes, I have.
 8        Q         You've been part of
 9   negotiating those contracts; correct?
10                  MR. MORO:  Note my objection
11        to form here.
12        A         I negotiate mostly the
13   salaries and the benefits.  I don't -- I
14   don't do the language if that's what you
15   mean.
16        Q         Do the contracts include
17   terms related to salary and benefits?
18        A         Yes.
19        Q         Tell me what the
20   responsibilities are for the on-air
21   personalities --
22                  MR. MORO:  Objection.
23        Q         -- what do they do?
24                  MR. MORO:  Sorry about that,
25        Valdi.  Objection to form.
```

Page 105

```
 1                    P. Ferro
 2       A          For which show?
 3       Q          Any show, what are the
 4   responsibilities of on-air personalities?
 5                    MR. MORO:  Objection to form
 6        again.
 7       A          There's significant
 8   differences.  I could -- I could walk you
 9   through different shows.
10       Q          Can you walk me through what
11   all of them do that's in common?
12                    MR. MORO:  Objection to
13        form.
14       A          Play commercials.
15       Q          Anything else?
16       A          Broadcast some sort of
17   music.  Broadcast promotional
18   announcements.
19                    But what I require from
20   somebody in the overnight or, you know,
21   midday show is very different than an
22   afternoon show or morning show.  I don't
23   expect the same requirements on Sunday at
24   6:00 a.m. as I would on Tuesday at 6:00
25   a.m.
```

```
 1                    P. Ferro
 2       Q        Mr. Ferro, I asked you what
 3   are the things that they do that are in
 4   common?
 5       A        I thought I had answered
 6   that.  I'm sorry.
 7       Q        Yeah, but then you drifted
 8   off into something else.  Is there
 9   anything else that you can recall that
10   they do that is in common --
11                MR. MORO:  Objection.
12       Q        -- other than playing
13   commercials, broadcast music and do
14   promotions?
15                MR. MORO:  Objection to
16      form.
17       A        That they all do in common,
18   that's it.
19       Q        Do each of the on-air
20   personalities host a show within a time
21   slot?
22       A        Yes.
23       Q        And are the shows either
24   four or five hours long?
25       A        Yes.
```

Page 107

```
 1                    P. Ferro
 2        Q        And the midday slot is five
 3    hours long; correct?
 4        A        It depends.  Some are.  Some
 5    are less, four hours.
 6        Q        I'm talking about at
 7    MediaCo.
 8        A        Yes.  At MediaCo, yes.
 9        Q        The morning slot is four
10    hours long; correct?
11        A        Correct.
12        Q        What about the night slot,
13    is that four or five hours?
14        A        That is five hours.
15        Q        All right.  What about
16    prepping the studio, is that the
17    responsibility of an on-air personality?
18                 MR. MORO:  Objection to
19        form.
20        A        When you say prepping the
21    studio, what does that mean?
22        Q        Getting the studio ready to
23    broadcast on air.
24        A        The studio is ready to
25    broadcast on air.  All you have to do is
```

```
 1                    P. Ferro
 2    walk in and start broadcasting.
 3         Q        For each of the shows?
 4         A        No, no, no.
 5         Q        Which shows require more
 6    prep or any prep?
 7         A        Morning shows usually
 8    require more prep because there's a lot
 9    more people, so it requires more prep.
10         Q        How much prep?
11         A        To walk in and start
12    broadcasting, it's -- that preparation
13    is -- could take anywhere between 5
14    minutes to 15 minutes, 20 minutes.
15         Q        And you said there are more
16    people.  Are there more staff available
17    to do that prep for the morning show?
18                   MR. MORO:  Objection to
19         form.
20         A        There's more staff required
21    for all the content that's needed for a
22    morning show.
23         Q        And is there more staff
24    available to do the prep work for the
25    morning show?
```

```
 1                    P. Ferro
 2        A        You could phrase it like
 3    that, yes.
 4        Q        And is the host doing the
 5    prep or are the staff doing the prep?
 6        A        The host usually directs the
 7    content there for the preparation.
 8        Q        Are all on-air personalities
 9    responsible for doing interviews?
10                  MR. MORO:  Note my objection
11        to form.
12        A        Not all of them, no.
13        Q        Which ones are not?
14        A        The overnight staff, the
15    weekend staff.
16        Q        Anyone else?
17        A        No, no.
18        Q        Are all on-air personalities
19    responsible for editing interviews?
20        A        No.
21        Q        Which ones are not?
22        A        The ones that don't know how
23    to.
24        Q        Who are those people?
25        A        I don't know.
```

Page 110

```
 1                    P. Ferro
 2        Q          You don't know anyone of
 3   your on-air personalities who is unable
 4   to edit an interview?
 5        A          Correct because all on-air
 6   personalities have assistants in the
 7   studio and board operators, so to respect
 8   the on-air personality, I don't ask that
 9   particular question out of respect.
10        Q          During the time that
11   Ms. Scott worked at BLS, who edited her
12   interviews?
13                    MR. MORO:  Objection to
14        form.
15        A          When Ms. Scott was on air
16   here, for the bulk of the time that I was
17   here I wasn't managing or supervising
18   WBLS, so I didn't -- I don't know who did
19   it for her.
20        Q          Do you know if anyone did it
21   for her?
22        A          I'm sure that --
23                    MR. MORO:  Objection to
24        form.  Go ahead.
25        A          I'm sure that if she wanted
```

Page 111

```
 1                    P. Ferro
 2     somebody to do it for her, I'm sure she
 3     could have been capable of doing it.
 4          Q        That wasn't my question.  My
 5     question is do you know if anyone edited
 6     her interviews?
 7                    MR. MORO:  Objection to
 8          form.
 9          A        No.
10          Q        Who edits Ebro's interviews?
11          A        It could be a combination.
12     It depends.  There's so many interview --
13     interviews and there's so much content.
14     If an interview is live, it's not edited.
15     It is -- it's live, so it cannot be
16     edited.  If an interview is prerecorded
17     and Ebro wants to edit, he will or he
18     will direct one of the producers to edit.
19          Q        How many producers does Ebro
20     have?
21          A        He has one executive
22     producer and one person that plays
23     multiple roles that also helps him
24     produce.
25          Q        Who's his executive
```

```
                                    Page 112
 1                    P. Ferro
 2    producer?
 3         A         Jason Griffin.
 4         Q         And who is the other
 5    producer?
 6         A         We call him DJ Juanyto.  His
 7    name is Juan -- oh, God, why is it
 8    escaping me?  Oh, goodness.
 9         Q         It's okay.  If you remember
10    it later, just let us know.
11         A         I will and it's not Juan.
12    Actually, it's John, which is -- which
13    throws me off even more.  We have another
14    person called Juan on staff.  I
15    apologize.
16         Q         That's okay.  A lot of this
17    we are using the personality's sort of
18    stage names; right?
19         A         Yes.
20         Q         So if we are okay with doing
21    that, that's fine.
22                   Why is it that you know that
23    Ebro has one or two producers to edit his
24    interviews, but you don't know whether
25    Ms. Scott has anyone to edit her
```

Page 113

1                    P. Ferro

2    interviews?

3                    MR. MORO:   Objection to

4         form.

5         A        Because there's so much more

6    content that Ebro and that morning show

7    puts on air and it's constant and during

8    the slot that Shaila covered, you know,

9    if an artist -- you know, the interviews

10   on WBLS were really dictated by the time

11   that the artist could come in, not

12   necessarily the person on air.

13        Q        So if Mariah Carey wanted to

14   do an interview, you would do that

15   interview when she could come in;

16   correct?

17                    MR. MORO:   Objection to

18        form.

19        A        Yes.  That is true.

20        Q        She's considered an A list

21   artist, correct?

22        A        For WBLS, absolutely, yes.

23        Q        What about for Hot 97?

24        A        I hope she never hears this,

25   but she might have been at one point, but

Page 114

```
 1                    P. Ferro
 2    now we just don't play her music anymore.
 3    She doesn't make music that works for Hot
 4    97 format.
 5         Q        So if she said she wanted to
 6    do an interview in the morning, would you
 7    say no?
 8                    MR. MORO:  Objection to
 9         form.
10         A        With Ebro I would absolutely
11    let it and encourage it, yes.
12         Q        So if Mariah Carey came in
13    and did an interview with Ebro that was
14    prerecorded, one of his producers would
15    edit that interview; correct?
16                    MR. MORO:  Objection to
17         form.
18         A        For a person of that
19    stature, Ebro would want to be involved
20    and he would either edit himself or
21    direct the edit.  That's for somebody,
22    you know, of that stature.
23         Q        If Mariah Carey did an
24    interview in the midday while Ms. Scott
25    was at MediaCo, who would edit that
```

```
 1                    P. Ferro
 2   interview?
 3                    MR. MORO:  Objection to
 4       form.
 5        A        I would encourage that
 6   interview happen live so the audience
 7   could participate.
 8        Q        Who would edit that
 9   interview if the interview was with
10   Ms. Scott?
11                    MR. MORO:  Objection to
12       form.
13        A        It could be Ms. Scott.  It
14   could be an intern.  It could be the
15   board operator that was there.  Anybody
16   could edit.  Edit is one of the
17   simplest -- it's one of the first things
18   you learn in radio, so anybody.
19        Q        You said it could be.  Could
20   you identify a person who was working
21   with Ms. Scott during the midday who
22   would edit that interview?
23                    MR. MORO:  Objection to
24       form.
25        A        I cannot because by the time
```

Page 116

```
 1                      P. Ferro
 2    that I engaged with WBLS, the pandemic
 3    happened soon after and then she worked
 4    from home.
 5         Q        Who edited Flex's
 6    interviews?
 7         A        The person that he --
 8    there's a person that he hires and again
 9    I know his stage name, I don't know his
10    real name off the top of my head, but --
11         Q        Who's that?
12         A        His name is Tat, Tat Wza.
13         Q        Did MediaCo pay for Flex to
14    hire Tat?
15                   MR. MORO:  Objection to
16        form.
17         A        Flex pays him to do other
18    functions for him, especially since
19    there's a lot of content that Flex does
20    outside of the station particularly on
21    Instagram and Twitter and that's where
22    Tat helped him because there's so much of
23    it.
24                   In the station, and I should
25    correct this, Flex does not interview
```

```
 1                    P. Ferro
 2    artists.  He doesn't interview artists.
 3    He invites them and what they do is
 4    called a freestyle and the people that
 5    edit that, which is it's very music based
 6    and not a traditional interview where a
 7    host asks questions, that's edited by our
 8    digital department.
 9         Q       Does Flex have a producer?
10         A       No.
11         Q       So Flex acts as his own
12    producer?
13         A       Flex acts as his own
14    producer and then he would use Tat to
15    help him run the actual on-air board when
16    he's mixing, you know, when he's blending
17    music in a separate studio and he can't
18    actually be on the boards.
19         Q       So when Tat comes in to help
20    Flex on his show, who pays for Tat's
21    services?
22         A       It's a --
23                 MR. MORO:  Objection to
24        form.
25         A       It's a combination.  MediaCo
```

```
 1                      P. Ferro
 2   pays Tat a certain amount of money and
 3   then I don't know what Flex's deal is,
 4   but I do understand that Flex pays him
 5   through his, you know, through his
 6   person.
 7        Q        Do you know if Flex pays him
 8   through his salary at MediaCo?
 9        A        Through his salary?  If Flex
10   is paying him on the side, he must be
11   using some of the money he makes that we
12   pay him to pay him.  Is that what you
13   mean?
14        Q        Does MediaCo pay Flex an
15   amount of money on top of salary and
16   bonuses to allow him to pay for someone
17   like Tat?
18        A        No.
19                 MR. MORO:  Objection to
20        form.
21        A        Not that I'm aware of.
22        Q        Does MediaCo pay a separate
23   amount of money to a company owned or run
24   by Flex?
25                 MR. MORO:  Objection to
```

Page 119

```
 1                    P. Ferro
 2       form.
 3        A        Yes.
 4        Q        And what's the purpose of
 5    that payment from MediaCo to Flex's
 6    company?
 7                    MR. MORO:  Objection to
 8        form.
 9        A         That is for digital content
10    and what I mean by that is video and
11    audio with artists with the freestyles
12    that I had forementioned for other
13    services that he provides to our digital
14    department and I'm not sure what the
15    details are there.  I don't run the
16    digital department.
17        Q        Do you know how much MediaCo
18    pays Flex's company for the digital work?
19        A        I'm familiar with what we
20    pay him for his on air.  His side -- his
21    other deal, if you will, I'm not sure.
22        Q        And so Tat would be paid via
23    that other deal; correct?
24                    MR. MORO:  Objection to
25        form.
```

Page 120

```
 1                    P. Ferro
 2      A         I don't know how he pays
 3   Tat.  I know that Tat is an employee of
 4   MediaCo, but I don't know what --
 5      Q         So is Tat a salaried
 6   employee of MediaCo or an hourly
 7   employee?
 8                    MR. MORO:  Objection to
 9      form.
10      A         I believe he was hourly and
11   I believe at some point he became
12   full-time, I don't remember when that
13   was, but I recall that happening at some
14   point.
15      Q         So Tat is a MediaCo
16   employee; right?
17      A         Yeah.
18      Q         And he helps Flex with the
19   show; correct?
20      A         Correct.  Yes.
21                    MR. MORO:  Valdi, one quick
22      second just because I had bookmarked
23      this for 12:30.  Do you have a plan
24      for when you are anticipating a lunch
25      break?
```

```
                          P. Ferro
1
2                  MR. LICUL:  Give me 10 or 15
3         minutes if that's okay with everyone
4         just to get through some of this.  Is
5         that okay?
6                  THE WITNESS:  Absolutely.
7         Yeah.  I'm good.
8                  MR. LICUL:  Okay.
9                  Lisa, is that okay with you?
10                 MS. REPORTER:  Yes.
11        Q       All right.  What about is an
12    on-air personality also responsible for
13    working their own board?
14        A       I didn't catch that.  I'm
15    sorry.
16        Q       Is on-air personality also
17    responsible for being his or her own
18    board op?
19                 MR. MORO:  Objection to
20        form.
21        A       Not for Hot and WBLS.
22        Q       Who was Ms. Scott's board
23    op?
24        A       I don't know, but when the
25    pandemic happened it was -- oh, goodness,
```

```
 1                      P. Ferro
 2   the name escapes me, but she's there all
 3   the time.  She's the sweetest person in
 4   the world.  Let me get back to you with
 5   the name, but I -- that's the only person
 6   that I would see during the midday slot
 7   when Shaila was here that was running the
 8   board.
 9        Q      After the pandemic, on-air
10   personalities could do their shows from
11   home; correct?
12                 MR. MORO:  Objection to
13       form.
14        A      Correct.
15        Q      But the board operator would
16   be in the station?
17        A      Correct.
18        Q      You didn't send a board to
19   each individual on-air personality's
20   home; right?
21        A      It would have been very
22   expensive.
23        Q      Right.  Prior to the
24   pandemic, who was Ms. Scott's board op?
25                 MR. MORO:  Objection to
```

```
                                                Page 123
 1                      P. Ferro
 2        form.
 3         A         I don't know.
 4         Q         Do you know if she had one?
 5                   MR. MORO:  Objection to
 6        form.
 7         A         I can't say with certainty.
 8         Q         Well, even if you can't say
 9    with certainty, do you believe she had
10    one?
11                   MR. MORO:  Objection to
12        form.
13         A         Yes, because it was standard
14    for people to have board ops or
15    assistance and when I would look into the
16    on-air studio and say hi or good morning
17    or whatnot, there were people in the
18    studio.  I just didn't question what they
19    were doing.
20         Q         Did you see anyone operating
21    Ms. Scott's board when you peeked into
22    the control room?
23                   MR. MORO:  Objection to
24        form.
25         A         I can't -- I can't recall.
```

```
                                     Page 124
 1                     P. Ferro
 2    I just can't recall.
 3         Q        By the way, where is your
 4    office in relation to the studios?
 5         A        Unfortunately it's on the
 6    other side of the building, not ideal.
 7         Q        And the building is on
 8    Hudson Street; is that right?
 9         A        Yes.   That is correct.
10         Q        And prior to the pandemic,
11    all the on-air personalities, we are
12    talking about the weekday ones, the
13    full-time weekday ones, not syndicated,
14    did those shows from the station on
15    Hudson Street; correct?
16         A        Correct.
17                  MR. MORO:   Objection to
18         form.
19         A        Correct.
20         Q        And how often did you go
21    from one side of the building to the
22    other side of the building to walk
23    through the studios?
24         A        Since our engineering and
25    production department is on that side of
```

```
 1                    P. Ferro
 2   the building, three, four times a day.
 3        Q        And did you do that at any
 4   particular times of the day?
 5        A        No.
 6        Q        No?
 7        A        No.
 8        Q        Sorry.  I just didn't hear
 9   you.
10        A        No, not any -- like I
11   wouldn't say well, it's 11:00, it's time
12   to make my rounds.  It's whenever I
13   needed to I would walk over.
14        Q        But you recall walking over
15   while Ms. Scott was doing her show;
16   correct?
17        A        Correct.
18        Q        And you walked over, you
19   recall walking over, seeing Ms. Scott
20   doing her show on a daily basis?
21        A        Before the pandemic?
22        Q        Yes.
23        A        Yes.
24        Q        And you can't recall ever
25   seeing anyone operate her board; correct?
```

```
 1                    P. Ferro
 2                MR. MORO:  Objection to
 3       form.
 4       A        Correct.  When a personality
 5   is on air, it's just bad form to
 6   interrupt and walk in and, you know, they
 7   might be doing one of a couple of things
 8   and, you know, I would wave like I do and
 9   just make sure that, you know, that they
10   know that it's -- everything is good and
11   when the program director walks by, you
12   want to make sure that they are -- you
13   know, that the air staff is good.
14                On occasion you say hey, I
15   just want to say hi, thank you, you
16   close, you let them do their business.
17   You respect that boundary, you know.  You
18   don't coach a player as they're playing.
19   You coach them after.
20       Q        Does the studio have
21   windows?
22       A        On certain walls, yes.
23       Q        And could you see who was in
24   the studio while Ms. Scott was on the
25   air?
```

Page 127

P. Ferro

1

2      A       If I -- if I made an attempt
3   to go toward where the window is, yes,
4   but it's out of the way.
5      Q       So when you would wave,
6   would you wave through the window?
7      A       I would wave through a small
8   sliver of glass on the door and I
9   would -- you know, if she would tell me
10  to come in, then I would come in.  If she
11  would wave back, I would assume that she
12  was --
13     Q       And typically where did
14  Ms. Scott sit in the studio?
15     A       Behind the on-air board.
16     Q       Do you ever recall anyone
17  else being behind the on-air board?
18     A       Sure.  Yeah.
19     Q       Operating the board?
20     A       Not necessarily operating
21  the board.
22     Q       Who operated Ebro's board?
23             MR. MORO:  Objection to
24      form.
25     A       Ebro sits behind his board,

```
 1                    P. Ferro
 2    but the bulk of the board operation is
 3    done by a person called Shani Kulture,
 4    Shani Shuret, Suret (phonetic).
 5        Q        And is Shani a MediaCo
 6    employee?
 7        A        Yes.
 8        Q        And who operated Flex's
 9    board?
10        A        Tat Wza operates it when
11    he's mixing.
12                 MR. LICUL:  Why don't we
13        probably -- let's take a lunch break.
14        So what are we looking at, half an
15        hour?
16                 Off the record.
17                 (Time noted:  12:38 p.m.)
18                 (A lunch recess was taken.)
19                 (Time noted:  1:21 p.m.)
20        Q        Mr. Ferro, I'm going to
21    introduce an exhibit which will be marked
22    Ferro Exhibit 1.  It is two pages.  It is
23    Plaintiff's 2 and Plaintiff's 6.
24                 (The above-referred-to
25        ratings documents were marked as
```

Page 129

```
 1                    P. Ferro
 2       Exhibit Ferro 1 for identification as
 3       of this date.)
 4        Q        Please take a look at that,
 5    those two pages and tell me if you
 6    recognize them, yes or no.
 7        A        Are you going to put them on
 8    your screen?
 9                 MR. MORO:  I'm pulling them
10       up.
11        Q        Chris will put them up for
12    you.
13                 MR. MORO:  I see what is
14       Exhibit 1.
15                 MR. LICUL:  It says Exhibit
16       Ferro 1.
17                 MR. MORO:  Exhibit Ferro 1.
18                 MR. LICUL:  It should be the
19       only documents so far on Exhibit 1.
20                 MR. MORO:  I see one.  It
21       doesn't have exactly that title, but
22       it says -- the title I am seeing is
23       Exhibit 0001 - ratings Jan and Mar
24       2022.  Is that what you're looking
25       at?
```

Page 130

```
                                 P. Ferro
 1
 2                  MR. LICUL:  No.  Well, does
 3        the Bates number on the bottom say PL
 4        000002?
 5                  MR. MORO:  Yes, it does.
 6                  MR. LICUL:  And the second
 7        page ends with a 6?
 8                  MR. MORO:  It does.
 9                  MR. LICUL:  Okay.  Then we
10        are both looking at the same thing.
11                  MR. MORO:  Can you see this
12        on the screen?
13                  THE WITNESS:  If not, I can
14        look at yours.
15        Q       So Mr. Ferro, take a look at
16     that first page and tell me if you
17     recognize it?
18        A       I recognize what it is,
19     sure.
20        Q       What is it?
21        A       It is a full 12 plus ranker
22     of the January 2022 Nielsen survey for
23     the 10:00 a.m. to 3:00 p.m. midday slot
24     and it's showing average rating point.
25        Q       And is this listed from the
```

```
 1                    P. Ferro
 2    top rated show to the bottom rated show?
 3         A        Correct.
 4         Q        And who's at the top?
 5         A        There's a tie, WBLS with a
 6    0.4, 701,000 cume and then LTW with a .4
 7    with 1,342,500 cume.
 8         Q        So WBLS and Light FM had the
 9    same rating during that period for 10:00
10    to 3:00 slot; correct?
11                  MR. MORO:  Objection to
12      form.
13         A        That's what I'm seeing.
14         Q        And who was the on-air
15    personality for WBLS at that time?
16         A        At this time it would have
17    been Shaila.
18         Q        And where does Hot 97's
19    midday show rank?
20         A        .4, .3 and it's a .1 and
21    there's a bunch of ties, but it's at the
22    middle of the ranker.  Again, this is 12
23    plus.  It's highly -- it's meaningless
24    mostly, but it's a .1.
25         Q        And Hot 97 is ranked tied
```

```
 1                      P. Ferro
 2   for 14; correct?
 3        A        Right, because there's so
 4   many that are ranked for 7th, 3rd and
 5   1st.
 6        Q        Do you ever recall seeing a
 7   ranker like this where Hot 97's midday
 8   show was ranked higher than BLS's midday
 9   show?
10                 MR. MORO:  Objection to
11        form.
12        A        Yes.
13        Q        When?
14        A        Many times in its correct
15   demo.  This is the incorrect demo.  This
16   is market overall.
17        Q        We understand you don't
18   think this is important.  You've said
19   that many, many times.
20                 What I'm asking you is do
21   you recall when it is that you saw the
22   Hot 97 midday show ranked higher than the
23   WBLS midday show on a chart like this?
24                 MR. MORO:  Objection to
25        form.
```

```
                                        Page 133
 1                      P. Ferro
 2          A        Yes.
 3          Q        When was the last time?
 4          A        A couple of months ago,
 5     several months ago.  I'd have to go back
 6     and refresh my memory.
 7          Q        And do you recall where WBLS
 8     was ranked several months ago?
 9                   MR. MORO:  Objection to
10        form.
11          A        Several months ago, again,
12     I'd have to look at my notes.  I don't --
13     I don't remember all the numbers.
14          Q        Well, I understand.  Do you
15     recall where it was ranked?  It wasn't
16     ranked 1; correct?
17                   MR. MORO:  Objection to
18        form.
19          A        No, it wasn't.
20          Q        Do you recall where it was
21     ranked approximately?
22          A        No.
23          Q        Do you recall whether it was
24     ranked in the top 5?
25          A        I don't recall where it was
```

                        P. Ferro

 1
 2   ranked.
 3        Q         And where was the Hot 97
 4   midday show ranked?
 5                   MR. MORO:  Objection to
 6      form.
 7        A         I -- for what demo?
 8        Q         This one, 12 plus.
 9        A         Oh, I'm sorry, I never look
10   at 12 plus, so I would not know.  I don't
11   know.
12        Q         Mr. Ferro, did I ask you --
13   do you know or don't you know?
14        A         I don't know.
15        Q         But you do recall that at
16   some point in the last several months
17   that Hot 97 was ranked higher than BLS
18   for midday; correct?
19                   MR. MORO:  Objection to
20      form.
21        A         I don't look at this, so I
22   can't -- no, I don't know because I don't
23   look at this.  Nobody does.
24        Q         This is not important to
25   you; correct?

```
                              P. Ferro
 1
 2        A          This is not important to
 3    anybody.  Not one person that I know of
 4    in this industry is 12 plus important,
 5    not one.  Not in any market, not in New
 6    York.
 7        Q       So --
 8        A          But can I finish?  Not in
 9    New York --
10        Q          Sure.
11        A          -- not in LA, not in Miami,
12    not in any market.  12 plus is
13    irrelevant.  I'm sorry, I just -- I just
14    want you to know that.
15        Q          You've said that many times.
16    Can you just try to answer my question
17    even if you don't think it's important?
18    Can you do that for me?
19                   MR. MORO:  He's answering
20        your question, Valdi.
21        A          I feel all your questions
22    are important and of course I'll answer
23    to the best of my ability.
24        Q          So this is a 12 plus
25    demographic where the midday BLS show,
```

```
 1                    P. Ferro
 2    the Scott show, is ranked number 1
 3    according to ratings; correct?
 4         A        Correct.
 5         Q        And the Hot 97 show is tied
 6    for 14; correct?
 7         A        Correct.
 8         Q        All right.  So let's take a
 9    look at the next page, which is
10    Plaintiff's 6 of Ferro Exhibit 1.
11                  MR. MORO:  Can you see that?
12                  THE WITNESS:  Yup.
13         Q        Do you see that?
14         A        Yes.
15         Q        And there it's broken out by
16    demographics; correct?
17         A        Correct.
18         Q        And where is Ms. Scott's
19    show ranked on the demographics for 18 to
20    49?
21         A        This only shows one station,
22    so it's only one station.  I haven't -- I
23    don't see a ranker.  When you pull
24    Nielsen numbers and you only put one
25    station, it could be the very last
```

```
 1                        P. Ferro
 2      station, it would still show number 1.
 3                      So I can say what I'm seeing
 4      which is 12 plus a .4 with a 6.6. share
 5      and then 18 to 49 a .3 with a 6.8 share
 6      and 25 to 54 a .3 with a 6.2 share and
 7      this was in March of 2022.
 8           Q        And so to you this does not
 9      show that Ms. Scott's show was ranked
10      number 1 in the 18 to 49 demographic?
11           A        It only shows one radio
12      station.
13           Q        I understand what it shows,
14      but next to the name it says 1.  Do you
15      see that?
16           A        Yes.
17           Q        Does that indicate that it's
18      ranked number 1 in that demographic?
19                    MR. MORO:  Objection to
20          form.
21           A        It indicates to me that
22      there's one station on this ranker.
23           Q        Now, take a look at the
24      average share.  Ms. Scott's show has an
25      average share of 6.8 in the 18 to 49
```

Page 138

```
1                     P. Ferro
2    demographic; correct?
3         A         6.8, yes, that is correct.
4         Q         And a 6.2 share in the 25 to
5    54 demographic; correct?
6         A         Correct.  Yes.
7         Q         She has a higher share in
8    the younger demographic; correct?
9         A         She has a higher share in
10   the younger demographic in this month,
11   yes.
12        Q         By the way, take a look at
13   the first page again, Plaintiff's Bates
14   Number 2.  Do you recall any ranker like
15   this 12 plus where Hot 97's morning show
16   was ranked number 1 for its time slot?
17                  MR. MORO:  Objection to
18        form.
19        A         No.
20                  MR. LICUL:  All right.  We
21        can put that away.
22                  MR. MORO:  Done with this
23        one you said?
24                  MR. LICUL:  Yes, I am.
25        Thank you.
```

Page 139

```
 1                    P. Ferro
 2        Q        Did MediaCo have a human
 3   resources department?
 4        A        MediaCo has a human
 5   resources department.
 6        Q        Fair enough.  And does that
 7   human resources department service both
 8   Hot 97 and BLS?
 9        A        Yes, it does.
10        Q        And earlier you described
11   Brad as COO and GC; correct?
12        A        Correct.
13        Q        And is Brad COO and GC for
14   both Hot 97 and BLS?
15        A        For both.  He's for MediaCo,
16   so --
17        Q        Right.  So his
18   responsibilities cover both stations;
19   correct?
20                    MR. MORO:  Objection to
21        form.
22        A        Yes.
23        Q        Getting back to the
24   responsibilities of on-air personalities,
25   do all on-air personalities do
```

Page 140

```
 1                    P. Ferro
 2    endorsements?
 3         A        Not all of them, but the
 4    prime time talent, yes.
 5         Q        Who do you define as the
 6    prime time talent?
 7         A        Prime time talent is anybody
 8    that's not in overnight or weekends, so
 9    full-time people from 6:00 in the morning
10    until midnight.
11         Q        What about appearances, do
12    all of those prime time talent, on-air
13    talent do appearances?
14         A        Yes.  They're able to, yes.
15         Q        How are endorsements or
16    appearances -- well, withdrawn.
17                  Who decides which one of the
18    on-air talent will do an endorsement or
19    appearance?
20                  MR. MORO:  Objection to
21         form.
22         A        Normally the client that's
23    purchasing the advertisement, they will
24    say we would like for Valdi to come out
25    to Main and 1st and endorse our
```

Page 141

1                    P. Ferro
2    doughnuts.
3         Q        What's the difference
4    between an endorsement and an appearance?
5         A        An appearance is when a
6    person from the station goes and is
7    physically at a location.  An endorsement
8    is when you record a commercial and you
9    say my name is such and I use and like
10   this product, so therefore I endorse its
11   use and you should use it, too.
12        Q        And on-air personalities are
13   paid separately for endorsements and
14   appearances; correct?
15        A        Yes.  That is correct.
16        Q        Earlier we spoke about
17   syndicated personalities.  What does it
18   mean to be syndicated?
19        A        Syndication means when you
20   are at a level of God given talent that a
21   company gets interested in using your
22   persona, your content and they make it
23   available to affiliates, which means a
24   radio station in another market that is
25   interested in carrying or airing that

```
 1                    P. Ferro
 2    person in their market.
 3         Q        Meaning the show is aired
 4    across various radio stations; correct?
 5         A        Sometimes just one radio
 6    station.  Once you're on two you're
 7    considered syndicated, but there's some
 8    shows that are in many.
 9         Q        Some shows where?
10         A        That are in many stations.
11         Q        In many stations?
12         A        Right.
13         Q        So Steve Harvey is
14    syndicated; correct?
15         A        Yes.
16         Q        So his show appears in the
17    morning slot on WBLS; correct?
18         A        Correct, yes.
19         Q        And it also is heard on
20    other stations across the country;
21    correct?
22         A        Yes.  That is correct.
23         Q        Lenny Green is syndicated;
24    correct?
25         A        Yes.  Lenny Green is
```

Page 143

```
 1                    P. Ferro
 2   syndicated.
 3        Q       How are the syndicated
 4   on-air personalities paid?
 5        A       I -- so that question,
 6   that's a big general question.  Typically
 7   a radio station will pay for a syndicated
 8   show to be on through commercials so, for
 9   example, a radio station will say, you
10   know, to carry your show I will give you
11   two commercials per hour.  That's one of
12   the ways to do it.
13                 I am not entirely sure how
14   the Lenny Green show works, but I do know
15   that Steve Harvey purchases commercials
16   from WBLS to be on WBLS.
17        Q       Would it be fair to say that
18   a station purchases the rights to air a
19   syndicated show?
20                 MR. MORO:  Objection to
21      form.
22        A       Throughout the term of the
23   contract, yes.
24        Q       So the station doesn't pay
25   that on-air personality as an employee to
```

```
                                      Page 144
 1                     P. Ferro
 2     work a particular time slot; correct?
 3          A         Correct.  It's usually the
 4     syndicate.
 5          Q         There's some kind of a
 6     transaction where it pays to air the
 7     show; correct?
 8          A         Right.  The syndicator will
 9     pay that show.
10          Q         Was Ebro syndicated?
11                    MR. MORO:  Objection to
12        form.
13          A         Was he or is he?
14          Q         Was he?
15          A         He was not syndicated up
16     until 2020.
17          Q         And then in 2020, did he
18     become syndicated?
19          A         Yes, he did.
20          Q         And is he still syndicated?
21          A         Yes, he is.
22          Q         What about Flex?
23          A         Flex we are in the middle on
24     working a deal because there is interest,
25     but it hasn't materialized yet.
```

```
 1                  P. Ferro
 2      Q         And so to your knowledge,
 3   Flex has never been syndicated?  He's
 4   always had a contract with MediaCo or
 5   Emmis to air his show; correct?
 6                  MR. MORO:  Objection to
 7       form.
 8      A         Yes.  Correct.
 9      Q         All right.  Let's switch
10   gears a little bit.  I'm going to be
11   asking about compensation for on-air
12   personalities and I'm not including in
13   this the syndicated folks.  Do you
14   understand that?
15      A         Yes, I do.
16      Q         All right.  What are the
17   various components of pay for on-air
18   non-syndicated personalities?
19                  MR. MORO:  Can you repeat
20       that?  You broke up a little bit.
21       I'm sorry.
22                  MR. LICUL:  Sure.
23      Q         What are the different
24   components of compensation for
25   non-syndicated on-air personalities at
```

Page 146

```
 1                  P. Ferro
 2   MediaCo?
 3       A        So the components of pay are
 4   your regular salary which you've
 5   negotiated and agreed to work for, then
 6   there is additional compensation with
 7   remote appearances as mentioned earlier.
 8   There's endorsements where a personality
 9   will say my name is such and I endorse
10   this product.  Then there's the voicing
11   of commercials, which is also a source of
12   income.
13                  Depending on your ability to
14   do digital or podcasts, if you, you know,
15   if you do certain amount of digital
16   content, you will be paid for that.  I
17   mean we used to -- we provide ratings
18   bonuses in the contracts, but we haven't
19   paid a ratings bonus in a while, but it's
20   in there.  It's in there as well.
21       Q        How long is a while?
22       A        Two years.
23       Q        Is that because no one has
24   met the ratings bonuses?
25       A        Correct.  Do you want me to
```

Page 147

                           P. Ferro

2   elaborate?

3        Q        Sure.

4        A        Okay.  So ratings can bounce

5   pretty drastically month to month, so

6   ratings bonuses are done quarterly.  So

7   you would look at January, February,

8   March for Q1, so on and so forth and then

9   there's the thresholds that you have to

10  perform or the station has to perform

11  above for you to qualify as a -- to

12  qualify to earn that bonus.

13               Brad and I realized that we

14  weren't paying these bonuses some time

15  ago and Brad wanted to compensate our

16  talent and make up for that and he

17  thought digital -- digital creation might

18  be a way to do that.

19               The reason why ratings

20  bonuses haven't been paid is because

21  throughout the country everywhere radio

22  listening has trickled down over the past

23  12 years and nobody's had enough audience

24  to trip that bonus payment.  So we are

25  finding that digital is a way to

Page 148

```
 1                      P. Ferro
 2    compensate our on-air to supplement their
 3    pay.
 4         Q      So MediaCo pays on-air
 5    personalities extra money for digital
 6    content; correct?
 7                  MR. MORO:  Objection to
 8        form.
 9         A      It's when there's a
10    specific -- like if there's a podcast,
11    like there will be revenue share, yeah.
12         Q      What other kinds of digital
13    work does MediaCo pay extra for?
14                  MR. MORO:  Objection to form
15        again.
16                  THE WITNESS:  I'm sorry.
17                  MR. MORO:  Go ahead.
18         A      We haven't put any of it
19    into practice yet but, you know, it's the
20    on-air stuff does a lot of digital
21    content.  They do a lot of posting to
22    their social media to promote their show
23    to try to get the tune in, to try to get
24    that ratings bonus.
25         Q      And that's money that will
```

```
1                     P. Ferro
2    be paid on top of a salary; correct?
3                 MR. MORO:  Objection to
4        form.
5         A        If the ratings bonus is met,
6    yes.
7         Q        Well, no.  I'm talking about
8    the amount paid for digital content.
9    That would be paid in addition to the
10   salary; correct?
11                MR. MORO:  Objection to
12       form.
13        A        Yeah.  We've been thinking
14   about it.  We haven't done it yet.  We
15   haven't done it yet.
16        Q        Well, for example, Flex, you
17   mentioned earlier MediaCo pays Flex's
18   company for digital work; correct?
19                MR. MORO:  Objection to
20       form.
21        A        I don't know what that
22   contract is for because that's not -- I
23   didn't create that contract.  I didn't
24   negotiate that contract.  I don't know
25   what the stipulations are for that
```

```
 1                      P. Ferro
 2   contract.
 3                 What I -- what MediaCo radio
 4   pays Flex for is for his on-air
 5   performance, for his Funk Flex freestyles
 6   for all the posting that he does on his
 7   social media.
 8        Q       And as you understand it,
 9   MediaCo pays an additional amount to
10   Flex's company for some type of digital
11   content; correct?
12                 MR. MORO:   Objection to
13      form.  Go ahead.
14        A       I don't know what that
15   entitles.  I don't know what that -- I
16   mean I leave it up to you guys, the
17   lawyers to look at.
18        Q       Well, I'm asking what you
19   know.  I'm not asking --
20        A       I don't know.  I'm telling
21   you I don't.
22        Q       Has MediaCo paid anyone
23   extra for creating digital content?  I'm
24   limiting this to the on-air
25   personalities.
```

Page 151

```
 1                    P. Ferro
 2              MR. MORO:  Objection to
 3       form.  Go ahead.
 4        A        Not yet.  It's something
 5    that I've been thinking about and I
 6    shared it with Brad to help offset the
 7    decline in ratings.
 8        Q        How do you determine, how
 9    does MediaCo determine and before that
10    Emmis, how much to pay in salary to an
11    on-air personality?
12              MR. MORO:  Can you read that
13       back for me?
14              (The requested portion was
15       read back by the Court Reporter.)
16              MR. MORO:  Just note an
17       objection to form.  Go ahead.
18        A        So we have an agreement
19    with -- BLS and Hot have an agreement
20    with ACTRA.  It's an agreement that
21    provides guidelines as to minimum pay, so
22    on and so forth, so we usually start
23    there.  If we are negotiating a contract
24    extension, what we usually offer or what
25    we have offered in the past is cost of
```

Page 152

```
                               P. Ferro
 1
 2    living adjustments or things of that
 3    nature.  If there's somebody that we want
 4    to bring aboard, we will take a look at
 5    what we -- you know, comparative and
 6    offer that.
 7         Q        Anything else?
 8         A        Not that I could think of
 9    right now.
10         Q        Am I correct that on-air
11    personalities at MediaCo are paid
12    different salaries?
13         A        That MediaCo?  Everybody is
14    paid differently, of course, yes.
15         Q        Did you hear my question?
16         A        I just don't know if I
17    understood it.  Can you rephrase it?
18         Q        Is it true that the on-air
19    personalities at MediaCo are paid
20    different salaries?
21         A        Yes.
22                  MR. MORO:  Objection to
23        form.
24         Q        Who is the highest -- who
25    has the highest salary?
```

Page 153

```
 1                    P. Ferro
 2      A        I don't know off the top of
 3   my head and I don't want to guess.
 4      Q        Who do you believe has the
 5   highest salary?
 6      A        I believe the highest salary
 7   is most likely Ebro.
 8      Q        Who do you believe has the
 9   second highest salary?
10      A        I would think Flex.
11      Q        Who do you believe during
12   the time that Ms. Scott was at BLS had
13   the lowest salary of the on-air
14   personalities?
15              MR. MORO:  Objection to
16      form.
17      A        I'm not sure.  I'm not sure.
18      Q        You're not sure who -- well,
19   let me ask you, are there a group of
20   people that one of which you believe has
21   the lowest salary?
22              MR. MORO:  Objection to
23      form.
24      A        We are talking about
25   contract employees that are on full-time,
```

```
                                              Page 154

 1                        P. Ferro
 2    correct?
 3         Q        We are talking about on-air
 4    non-syndicated personalities.
 5         A        Okay.  So I would feel that
 6    Bugsy, stage name Bugsy is right at the
 7    ACTRA decided pay rate.
 8         Q        Anyone else?
 9         A        No.
10         Q        Is Bugsy overnight?
11         A        No.  Bugsy, he does weekend
12    shows.  He covers.  He's -- he does
13    multiple roles not only on air.
14         Q        So Bugsy does not have or
15    did not have at the time that Ms. Scott
16    was at BLS a regular weekday show;
17    correct?
18         A        Correct.
19         Q        Who among the on-air
20    non-syndicated personalities that had
21    regular weekday shows do you believe had
22    the lowest salary?
23                  MR. MORO:  Objection to
24        form.
25         A        There's only two people.
```

```
 1                        P. Ferro
 2      That would be Deja and Shaila and to my
 3      knowledge, they were comparable.
 4                   MR. LICUL:  Lisa, can you
 5           read that back, please?
 6                   (The requested portion was
 7           read back by the Court Reporter.)
 8           Q        Why do you say there would
 9      only be two people?
10           A        Because the morning show on
11      WBLS is syndicated and then there's the
12      10:00 to 3:00 show, which is the midday
13      show, so that's one.  The next show is
14      the afternoon show, which is 3:00 to
15      7:00, so that's the second one and then
16      the night show, which is 7:00 to midnight
17      is syndicated.  So there's only two
18      people that are -- that are full-time
19      employees.
20           Q        And what about on Hot 97?
21           A        Oh, Hot 97 is a totally
22      different animal.  There's a direct
23      competitor, so we have to pay more to get
24      better talent.  I mentioned Ebro and I
25      mentioned Flex.  I would say that the
```

```
 1                    P. Ferro
 2    midday show is the one -- the midday show
 3    is traditionally the one that gets paid
 4    the least, at least on Hot it has been.
 5    It's the lesser of the shows if you will.
 6         Q        Now, Megan Ryte was the
 7    midday host, correct, on Hot 97?
 8                  MR. MORO:  Objection to
 9       form.
10         A        Yes.  That is correct.
11         Q        And how long did she have
12    that position?
13         A        I hired her I want to say
14    April of 2015 and she recently exited to
15    pursue a TV career, TV, books and music
16    career a couple of months ago.
17         Q        Did she leave voluntarily?
18         A        Yes.  She wanted to.
19         Q        What was her salary?
20         A        110,000 a year.
21         Q        Who did the afternoon show
22    on Hot 97 during the time that Ms. Scott
23    was there?
24         A        Nessa On Air.
25                  MR. MORO:  Objection to form
```

Page 157

```
 1                    P. Ferro
 2        on that one.
 3        Q        What was her salary?
 4        A        After the cut, after the
 5    COVID cut I'm not sure, but Nessa also
 6    has a syndicated portion because she's
 7    syndicated.  Do you want me to talk about
 8    syndicated pay?
 9        Q        When did she become
10    syndicated?
11        A        She became syndicated 2017.
12        Q        You said it's a portion,
13    meaning that a portion of her show is not
14    in syndicate, it's local?
15        A        Oh, no, a portion of her
16    salary is paid for by the syndicator
17    which buys commercial time.
18        Q        I see.  So she's more in the
19    Steve Harvey, Lenny Green camp; correct?
20        A        That is correct.
21                 MR. MORO:  Objection to
22        form.
23        Q        Who had the night show on
24    Hot 97 during the time that Ms. Scott was
25    there?
```

```
                                    Page 158
 1                   P. Ferro
 2        A        Funk Flex.
 3                  MR. MORO:  Objection to
 4      form.
 5        Q        And the night show on BLS
 6    was the syndicated Lenny Green show;
 7    correct?
 8        A        Yes.  That is correct.
 9        Q        And then the only other slot
10    left is the overnight; correct?
11        A        Correct.
12        Q        And that's not a prime time
13    slot; correct?
14        A        No.
15        Q        Who had the overnight slot
16    at BLS during Ms. Scott's tenure?
17                  MR. MORO:  Objection to
18      form.
19        A        Dr. Bob Lee.
20        Q        And how much was Dr. Lee's
21    salary?
22        A        I don't know.
23        Q        Well, even if you don't know
24    exactly, do you know approximately how
25    much he earned?
```

Page 159

```
 1                    P. Ferro
 2       A        I would feel the ACTRA
 3   minimum, but I'm not certain.
 4       Q        Do you mean at least the
 5   minimum?
 6       A        Yes.  That's what I mean.
 7       Q        But you don't know how much
 8   above the minimum; correct?
 9       A        No.
10                MR. MORO:  Objection to
11       form.
12       Q        Meaning you don't know;
13   correct?
14       A        I don't know.
15       Q        Okay.  Sorry, you shook your
16   head and I wasn't sure what your answer
17   was.
18                MR. MORO:  Speak up a little
19       bit.
20       A        Yeah, I don't know.
21       Q        And who had the overnight
22   slot on Hot 97 during Ms. Scott's tenure?
23       A        We -- I rotated hosts to try
24   to build the next batch of on-air, you
25   know, prime time on-air hosts, so the
```

```
                                         Page 160
 1                      P. Ferro
 2      overnights is a training ground for the
 3      next people that could perform in a more
 4      daylight shift.  So to answer your
 5      question, there were several people, not
 6      just one.
 7           Q        But nobody had that slot
 8      full-time; correct?
 9           A        Nobody had that slot
10      full-time.
11           Q        So to the best of your
12      recollection, Ebro had the highest salary
13      of the MediaCo non-syndicated on-air
14      employees; correct?
15                    MR. MORO:  Object to form.
16           A        Again, he is syndicated.
17           Q        Prior to his syndication?
18           A        Yes.
19           Q        And you believe that Flex
20      had the second highest salary; correct?
21           A        Correct.
22           Q        And then the three
23      non-syndicated women, Ms. Scott, Ms. Ryte
24      and Deja Vu had lower salaries; correct?
25                    MR. MORO:  Object to form.
```

Page 161

```
 1                    P. Ferro
 2        A         Deja Vu is also syndicated,
 3    so and she's been syndicated now for some
 4    time.  I don't know exactly when, but
 5    she's also syndicated.
 6        Q         Was it before or after
 7    Ms. Scott's departure that she was
 8    syndicated?
 9        A         She's been syndicated for
10    quite some time and has a lot of
11    affiliates.
12        Q         Do you recall approximately
13    when she became syndicated?
14        A         I don't know.
15        Q         Do you know if it was before
16    the pandemic?
17        A         I do know that, yes.
18        Q         Do you recall how long
19    before the pandemic?
20        A         Five to ten years.
21        Q         All right.  And is she also
22    paid a salary by MediaCo?
23        A         She is also paid a salary by
24    MediaCo.
25        Q         We talked earlier about
```

Page 162

```
 1                        P. Ferro
 2     endorsements?
 3          A          Uh-huh.
 4          Q          How was the rate for
 5     endorsements set?
 6          A          The rates for endorsements
 7     are set on the basis of supply and demand
 8     and there's a sheet that our sales
 9     department uses for guidance and there in
10     that sheet is all the different types of
11     extra income you can earn and there's one
12     for each.  You know, there's a set amount
13     for each host, which the host then agrees
14     to it and that's what they get.  They
15     know when an endorsement is coming
16     they're going to get X amount of dollars.
17          Q          And is the same true of
18     appearances, there's a set amount that's
19     separate for each on-air personality?
20          A          Yes.
21          Q          Let's discuss Ms. Scott.
22     When is the first time you met Ms. Scott?
23          A          Shortly after I arrived at
24     the company when Emmis had it and they
25     introduced me to everybody individually
```

```
                                     Page 163
 1                    P. Ferro
 2    and Shaila is one of the people I met.
 3         Q        And was she in the midday
 4    time slot at the time?
 5         A        Yes.
 6         Q        And were you involved at all
 7    in setting her pay?
 8         A        No.
 9         Q        At any point in time were
10    you involved -- withdrawn.
11                  Did she have contracts that
12    were renewed every couple of years?
13         A        Yes.
14         Q        And were you involved at all
15    in deciding how much her compensation
16    would be during those negotiating periods
17    for the renewal?
18                  MR. MORO:  Objection to
19        form.
20         A        Only post 2020.  Only post
21    pandemic.
22         Q        Who was involved prior to
23    that time?
24         A        The -- it would have been
25    Charlie Morgan, it would have been Skip
```

Page 164

```
 1                    P. Ferro
 2   Dillard and Shaila's attorney, her
 3   advocate.
 4        Q        Post 2020, who was involved
 5   in setting Scott's compensation?
 6        A        Post 2020, we were -- we
 7   guided our compensation as to what she
 8   had been making and out of all on-air
 9   people that took COVID cuts she refused,
10   so she was never -- we never had to make
11   up stock.  It was always salary.
12                 In 2021 she agreed to extend
13   her salary at the current amount because
14   she didn't take a cut and the company was
15   trying to bring everybody back and she
16   understood that and she said okay, I'll
17   do this for one more year.
18                 MR. LICUL:  Lisa, can you
19        just read back the question, please?
20                 (The requested portion was
21        read back by the Court Reporter.)
22        Q        Are you able to answer my
23   question?
24        A        Yes, she was.
25        Q        Anyone else?
```

Page 165

                          P. Ferro

1
2        A        No.
3        Q        So she negotiated with
4    herself?
5        A        She negotiated with her
6    agent.
7        Q        And was there anyone on the
8    negotiation -- involved in negotiations
9    on the MediaCo side?
10       A        There was no negotiations.
11   It's we presented her with what we had.
12       Q        And who was involved in
13   deciding what you had?
14       A        The executive team, the
15   people that do our budgets and know what
16   we have in the piggy bank.
17       Q        Name each one of those
18   people for me.
19       A        Brad Tobin.
20       Q        Okay.
21       A        At the very top level,
22   Rashon would have okayed the budget.
23       Q        Anyone else?
24       A        It's -- we are a small
25   company, so that would be it.

```
 1                    P. Ferro
 2        Q         Were you involved at all in
 3   telling her what you had?
 4        A         Yes.
 5        Q         And how did you, Rashon and
 6   Brad decide what you had to offer
 7   Ms. Scott?
 8        A         Based on the budget that we
 9   had for the year, that's how we do it.
10        Q         Anything else?
11        A         No.
12        Q         And you would also look at
13   her prior salary; correct?
14        A         Correct.
15        Q         So even if you gave her a
16   raise, you couldn't give her too much of
17   a bump; correct?
18                    MR. MORO:  Objection to
19        form.
20        A         At the -- I know you don't
21   want me to digress, but we offered her
22   what we had and that's what we had and
23   that's what she agreed to.
24        Q         But my question is one of
25   the things you used to determine how much
```

```
                                      Page 167
 1                      P.  Ferro
 2     to offer her is what she had made in the
 3     past; correct?
 4          A        Yes.
 5          Q        And so naturally you may be
 6     able to offer her a little bit more;
 7     correct?
 8                   MR.  MORO:   Objection to
 9        form.
10          A        We always try to do cost of
11     living adjustments, so a little more.
12          Q        A little more, but you
13     couldn't double or triple her salary;
14     correct?
15                   MR.  MORO:   Objection to
16        form.
17          A        No.
18          Q        Because that would be too
19     much of a bump up; correct?
20                   MR.  MORO:   Objection to
21        form.
22          A        Correct.
23          Q        Now, when you determined how
24     much you had, was there a specific
25     budgeted amount for on-air talent?
```

Page 168

```
 1                      P. Ferro
 2        A        Yes.
 3        Q        And who determined that
 4   amount?
 5        A        Previous years, what we've
 6   been paying.  Post pandemic hardships
 7   dictated some downward movement, but
 8   that's it in a nutshell.
 9        Q        Mr. Ferro, my question was
10   who, person, who determined the amount,
11   the total budget for on-air
12   personalities?
13        A        I would assume whoever
14   approves the budget, so that would be the
15   board of directors.
16        Q        And who are those people?
17        A        I don't know.
18        Q        You believe that the board
19   of directors set the salaries for the
20   on-air talent?
21                 MR. MORO:  Objection to
22        form.
23        A        No.  I believe that the
24   board of director approved -- that the
25   board of directors approves a budget for
```

```
                                    Page 169
 1                    P. Ferro
 2    the year.
 3         Q        And that budget would
 4    include a fixed amount to pay on-air
 5    personalities; correct?
 6         A        Yes.
 7         Q        All right.  And then you,
 8    Rashon and Brad determined how to divvy
 9    up that pie; correct?
10         A        No.
11         Q        And who determined how to
12    divvy up that pie?
13                  MR. MORO:  Objection to
14       form.
15         A        The pie had been divvied up
16    with what we had been paying.
17         Q        So you figured out what you
18    had been paying in the past; correct?
19         A        Correct.
20         Q        And then did you just offer
21    the same amount or something else?
22                  MR. MORO:  Objection to
23       form.
24         A        Post 2020?
25         Q        Since you've been involved.
```

Page 170

```
 1                      P. Ferro
 2        A         But it's been different
 3   every time.
 4        Q         How has it been different
 5   every time?
 6        A         Because in 2020 the company
 7   almost had to close its doors.
 8        Q         So in 2020 there was a pot
 9   of money available for on-air
10   personalities; correct?
11        A         Correct.
12        Q         And they were tough times;
13   correct?
14        A         Yes, sir.
15        Q         So how did you, Rashon and
16   Brad determine how much to give to each
17   on-air personality from that pie?
18                  MR. MORO:  Objection to
19      form.
20        A         For the beginning part of
21   the pandemic, everybody's salary stayed
22   intact and as I mentioned previously,
23   there was a point that the company needed
24   to save some money to keep going, to keep
25   alive, to stay in business and almost all
```

```
 1                    P. Ferro
 2   of us took a pay cut.
 3        Q        I'm not sure that you're
 4   answering my question.
 5        A        I'm not sure I understand
 6   it.  I'm sorry.
 7        Q        Okay.  Let's try it again,
 8   okay.  Let's start fresh.
 9        A        Okay.
10        Q        You've been involved in
11   setting the pay for on-air personalities
12   since 2020; correct?
13        A        No.  That's not correct.
14        Q        What's incorrect about that
15   statement?
16        A        That we are basing current
17   pay on historicals and many of these
18   contracts were done way before I got
19   here.  We haven't had a lot of turnover
20   in the on-air department.
21        Q        Mr. Ferro, I asked you have
22   you been involved in setting pay for
23   on-air personalities since 2020?
24        A        I'm not sure.  Am I
25   involved, yes.  Do I set the pay, no.
```

```
 1                    P. Ferro
 2    It's historical.
 3         Q       So you have been involved in
 4    setting pay since 2020; correct?  You've
 5    had some involvement; right?
 6                   MR. MORO:  Objection to
 7         form.
 8         A       I've had some involvement
 9    and it's based on what the person has
10    made historically, yeah.
11         Q       So if somebody got paid more
12    historically, they would continue to get
13    paid more; correct?
14         A       That's correct, yes.
15         Q       And if somebody got paid
16    less, they would continue to get paid
17    less; correct?
18         A       Well, they would continue to
19    get paid more as the years went by making
20    less.
21         Q       Right.  So somebody like
22    Ebro who was historically paid more would
23    continue to be paid more than his on-air
24    colleagues; correct?
25                   MR. MORO:  Objection to
```

Page 173

```
 1                    P. Ferro
 2       form.
 3        A       Yes.
 4        Q       And Ms. Scott and Ms. -- and
 5   Deja Vu who were historically paid less
 6   than Ebro and Flex would continue to get
 7   paid less than two men; correct?
 8               MR. MORO:  Objection to
 9       form.
10        A       You're bringing up gender.
11   Can you repeat that again and I'm not
12   sure I understand?
13        Q       Which word of that question
14   did you not understand?
15        A       The entire thing.  Can you
16   repeat it again?
17               MR. LICUL:  Lisa, can you
18       read that back, please?
19               (The requested portion was
20       read back by the Court Reporter.)
21               MR. MORO:  Objection to
22       form.
23        A       That question is so
24   difficult to answer because the two radio
25   stations couldn't be in more different
```

```
 1                    P. Ferro
 2    spots and more different of competitive
 3    situations and Ebro and Flex get paid
 4    more because of what they bring to the
 5    table in terms of audience, recognition,
 6    in terms of who they're competing
 7    against.  They have a head to head
 8    competitor.
 9                BLS has -- even today
10    doesn't have a true head to head
11    competitor, so radio pays less to the
12    people that, A, are not in competition
13    and B, easily replaced.  It would be very
14    hard for me to replace Ebro.  It would be
15    very hard for me to replace Flex, so --
16        Q        But you could more easily
17    replace Ms. Scott; correct?
18                    MR. MORO:  Note my objection
19        to form.
20        A        There are shows in radio
21    that are easier to be replaced, yes and
22    the midday show is easier to be replaced.
23        Q        And you could more easily
24    replace Deja Vu; correct?
25                    MR. MORO:  Note my objection
```

```
1                    P. Ferro
2        to form again.
3        A        Yes.
4        Q        So you believe that it was
5    harder to replace the two men; correct?
6                    MR. MORO:  Objection to
7        form.
8        A        No.  I don't believe it's
9    harder to replace the two men.  I believe
10   that it's harder to replace the two
11   people that are doing what they are doing
12   in the time slot that they're doing
13   against the competition that they're
14   against.  If Ebro was identified as a
15   female, he would still get the same
16   amount of money because it's the same
17   competition.  It's just different -- it's
18   apples to oranges.
19       Q        I just want to go back and I
20   want you to listen to my question
21   carefully.  I know you're answering how
22   you'd like.  Just answer my question,
23   okay.
24                    You testified earlier that
25   one of the bases for setting pay was how
```

```
                                     Page 176
 1                       P. Ferro
 2    much the on-air personality earned
 3    historically; correct?
 4          A        Yes.
 5          Q        And historically Ebro you
 6    believe was the highest paid; correct?
 7                    MR. MORO:  Objection to
 8          form.
 9          A        Yes.
10          Q        And historically you believe
11    Flex was the second highest paid?
12          A        Yes.
13                    MR. MORO:  Objection to
14          form.
15          Q        And historically you believe
16    that Ms. Scott and Deja Vu were paid less
17    than Ebro and Flex in salary; correct?
18                    MR. MORO:  Objection to
19          form.
20          A        Yes.
21          Q        So when each of their
22    contracts came up for renewal, Ebro and
23    Flex would continue to be paid a higher
24    salary than Ms. Scott and Deja Vu;
25    correct?
```

```
 1                    P. Ferro
 2                    MR. MORO:  Objection to
 3        form.
 4         A        Yes.  Correct.
 5         Q        And does the same hold true
 6    for ratings bonuses?
 7                    MR. MORO:  Objection to
 8        form.
 9         A        Ratings bonuses are --
10    they're on par from memory.  It's not
11    substantially different.
12         Q        Were all of the on-air
13    personalities paid the same ratings
14    bonus?  In other words, if they reached
15    the number 1 rating they would get paid a
16    fixed amount, if they reached the number
17    2 rating they would get paid a fixed
18    amount?
19                    MR. MORO:  Object to form.
20         A        No.
21         Q        Were the criteria for
22    earning those bonuses different for each
23    of the on-air personalities?
24         A        Yes.
25         Q        Do you recall what Ebro's
```

```
                                    Page 178
 1                   P. Ferro
 2   threshold was for earning a rating -- for
 3   earning a ratings bonus?
 4        A       No.
 5        Q       Do you recall whether he
 6   would earn a ratings bonus if he was
 7   ranked as low as number 4?
 8                 MR. MORO:  Objection to
 9      form.
10        A       No.  I believe he had a
11   ratings based -- ratings point based
12   bonus structure and that's not tied to
13   rank.
14        Q       I see.  And do you recall
15   how much his ratings bonus would be if he
16   hit that metric?
17                 MR. MORO:  Objection to
18      form.
19        A       Not off the top of my head.
20   I'd have to go and see the numbers.
21        Q       What about Flex, what type
22   of ratings bonus metrics were tied to --
23   withdrawn.
24                 What metrics were tied to
25   Flex earning a ratings bonus?
```

Page 179

```
 1                    P. Ferro
 2                MR. MORO:  Objection to
 3       form.
 4        A       From memory, a rank based --
 5   pardon me, not ranked based.  Ratings
 6   based as well, so hit a certain ratings
 7   threshold.
 8        Q       Meaning .3, .4; correct?
 9        A       Correct.
10        Q       And the higher the rating
11   the higher the bonus; correct?
12        A       With a limit, yes.
13        Q       With a limit, with a cap?
14        A       Yes.
15        Q       What about Ms. Scott, what
16   were her metrics for earning a ratings
17   bonus?
18                MR. MORO:  Objection to
19       form.
20        A       I believe that she
21   negotiated a different metric for ratings
22   bonus and these ratings bonus thresholds
23   are negotiated at contract time and I
24   believe that Shaila had a share rank.
25        Q       Do you recall how much she
```

```
1                    P. Ferro
2    would get if she hit her share rank?
3                    MR. MORO:  Objection to
4        form.
5         A        No.
6         Q        Do you recall how much Ebro
7    would get if he hit his metric?
8                    MR. MORO:  Objection to
9        form.
10        A        No.
11        Q        What about Flex, do you
12   recall how much he would get if he hit
13   his metric?
14                   MR. MORO:  Same objection.
15        A        No.
16        Q        Did Deja Vu have a metric to
17   hit in order to get a ratings bonus?
18                   MR. MORO:  Objection to
19        form.
20        A        Yes.
21        Q        Do you remember what her
22   metric was?
23        A        No.
24                   MR. MORO:  Objection to
25        form.
```

Page 181

```
 1                    P. Ferro
 2        Q        Do you remember how much she
 3   would earn if she hit her metric?
 4                 MR. MORO:  Objection to
 5        form.
 6        A        No.
 7        Q        Do you know if Ebro would
 8   earn more if he hit his metric than if
 9   Ms. Scott or Deja Vu hit their metrics?
10                 MR. MORO:  Objection to
11        form.
12        A        I don't know.  I would have
13   to go and look at the paperwork.
14        Q        Do you believe that he
15   earned more if he hit his metric versus
16   Ms. Scott and Deja Vu hitting their
17   respective metrics?
18                 MR. MORO:  Objection to
19        form.
20        A        Yes.
21        Q        Do you believe that Flex
22   earned more if he hit his metrics versus
23   Ms. Scott and Deja Vu hitting their
24   respective metric?
25                 MR. MORO:  Objection again.
```

```
                                        Page 182
 1                        P. Ferro
 2         A        I believe they would be on
 3    par.
 4         Q        On par with who?
 5         A        You said Flex and Shaila.
 6         Q        That's fair.  You're not
 7    saying it was on par with Ebro?
 8         A        No, with Shaila.
 9         Q        How many times were you
10    involved in, since 2020, in negotiating a
11    renewal of Shaila's contract?
12         A        Once.
13         Q        When was that?
14         A        2021.
15         Q        2021, okay.  And who else?
16    Was Brad also involved?
17         A        Yes.
18         Q        And was Rashon also
19    involved?
20         A        No.  I believe Brad and I
21    were the ones that were handling that.
22         Q        And who were you and Brad
23    negotiating with on Ms. Scott's side?
24         A        We had the numbers and from
25    memory, I'm remembering now Cynthia would
```

Page 183

                         P. Ferro

 1

 2    have been involved as well.  So Cynthia

 3    would have been the one that presented

 4    the numbers to Shaila and then Shaila

 5    would have been -- Shaila would have

 6    agreed to Cynthia, which she would have

 7    brought that information back to us.

 8         Q        And you and Brad decided

 9    what to offer Ms. Scott; correct?

10                  MR. MORO:  Objection to

11        form.

12         A        Correct.

13         Q        And do you recall what your

14    offer was to Ms. Scott?

15         A        Yes.

16         Q        What was it?

17         A        To remain flat from the

18    previous year.

19         Q        Do you recall what that

20    number was?

21         A        153,000.

22         Q        So if Ms. Scott had been

23    earning approximate 300,000, then you

24    would have offered to keep her flat for

25    the next period?

```
 1                    P. Ferro
 2                    MR. MORO:  Objection to
 3         form.
 4         A         I think that had she been
 5    making that much money, we would have
 6    really needed her to work with us because
 7    we would have needed to work with her
 8    because just the midday show doesn't --
 9    it just -- it just doesn't pay as much.
10    So that number tied to that show is hard
11    for me to even comprehend, but had she
12    been making that, that's what we would
13    have offered.
14         Q         And do you recall what the
15    bonus structure was that you offered her?
16         A         No.
17         Q         Do you recall whether it was
18    flat from her prior contract?
19         A         It would have been flat from
20    her prior contract.
21         Q         And do you recall how long
22    you offered to renew her contract?
23         A         We wanted to renew her
24    contract for three years and she wanted
25    just a one year extension.
```

```
1                    P. Ferro
2        Q        How do you know that?
3        A        Because the initial offer
4    was for what we call a two plus one,
5    which is standard.  It's two years plus
6    one option to renew and Shaila just
7    wanted one year.
8        Q        And did you speak to her
9    about why she wanted one year?
10       A        No.
11       Q        Did you learn from anyone
12   why she wanted one year?
13       A        I was told by Cynthia that
14   that's what she wanted, but I don't
15   recall the why.
16       Q        Did you ask?
17       A        No.
18       Q        Were you curious?
19       A        I'm curious for everything,
20   so I'm sure I would have been curious for
21   that, sure.
22       Q        But you don't recall
23   learning why she asked for one year;
24   correct?
25       A        Correct.
```

```
 1                      P. Ferro
 2       Q        Did you find it unusual that
 3    she would ask for one year?
 4       A        It's not usual for people to
 5    not want the security of a longer
 6    contract, yes.
 7       Q        Did she, when you offered
 8    her a flat salary of 153, did she ask for
 9    more?
10                MR. MORO:  Objection to
11       form.
12       A        I believe that she wanted
13    more.  She wanted a little more.
14       Q        Do you know how much more
15    she wanted, how much -- withdrawn.
16                Do you know how much more
17    she wanted?
18       A        (Witness nodding)
19       Q        No?
20       A        No.
21                Can you still hear because
22    you are lagging a little bit on our end?
23       Q        Sure.  I do hear you.  Let
24    me do it again.
25                Do you recall how much more
```

```
                                    Page 187
 1                    P. Ferro
 2    she wanted?
 3         A        No.
 4         Q        Did you give her the little
 5    more that she asked for?
 6                   MR. MORO:  Objection to
 7        form.
 8         A        No.
 9         Q        Why not?
10         A        Because the priority for the
11    company at that moment was to bring as
12    many people back from pre-COVID cuts and
13    since she hadn't taken a cut, the company
14    felt that she was at the level where
15    everybody else who had negotiated their
16    salary was at.
17         Q        Now, did Ebro take a cut?
18         A        Yes.
19         Q        Did Flex take a cut?
20         A        Yes.
21         Q        Were they still earning a
22    higher salary than Ms. Scott even with
23    their cuts?
24         A        Yes.
25         Q        Substantially higher;
```

1                     P. Ferro

2  correct?

3                     MR. MORO:   Objection to

4      form.

5      A        Higher, yes.

6      Q        Substantially higher; right?

7                     MR. MORO:   Objection to

8      form.

9      A        It depends on what the

10  definition of substantial is, but they

11  were definitely higher.

12      Q        She was earning 153; right?

13      A        Correct.

14      Q        And what were they earning?

15  What was Ebro earning?

16                     MR. MORO:   Objection to

17      form.

18      A        At the time I want to say in

19  the mid 200's, maybe 3.

20      Q        So 100 to $150,000 more than

21  Ms. Scott?

22      A        And for the market, probably

23  undervalued seriously.

24      Q        Are you going to tell him

25  that he's undervalued the next time you

```
 1                    P. Ferro
 2   negotiate with him?
 3                    MR. MORO:  Objection to
 4       form.
 5        A        He knows it.  He knows it.
 6        Q        So he was making twice as
 7   much as she was; correct?
 8        A        I'm not sure he was making 3
 9   at the time, but it's very possible, yes.
10        Q        It's possible and twice as
11   much you would agree is substantially
12   more; correct?
13                    MR. MORO:  Objection to
14       form.
15        A        It's significantly more.
16        Q        What's the difference
17   between substantially and significantly?
18        A        It different words.  I think
19   it means the same thing.
20        Q        What about Flex, what was
21   his salary at the time?
22                    MR. MORO:  Objection to
23       form.
24        A        Also in the 300,000 range.
25        Q        So he, too, was making, to
```

Page 190

                        P. Ferro
1
2    use your words, significantly more than
3    Ms. Scott; correct?
4                 MR. MORO:  Objection to
5         form.
6         A        Substantially, yeah.
7         Q        You said potentially?
8         A        Substantially.
9         Q        Substantially, sorry.
10                MR. MORO:  You got my
11        objection there?
12                MR. LICUL:  You should just
13        have a standing objection to every
14        single question.  I suggest you do
15        that.
16        Q        So Ebro and Flex took a 15
17   percent pay cut post COVID, MediaCo
18   awarded them stock; correct?
19        A        I don't recall the exact
20   amounts of pay cut.  I remember 15 being
21   a number, Brad can confirm, but, yes,
22   MediaCo, to be good to its employees,
23   offered to make up the cut with equity.
24        Q        Right.  They took a pay cut
25   and were awarded equity to make up for

Page 191

```
                                    P. Ferro
 1
 2    that pay cut; correct?

 3         A        Correct.

 4         Q        Ms. Scott was never awarded

 5    any; correct?

 6         A        She never took a pay cut, so

 7    she was not awarded any.

 8         Q        Turning to the time that you

 9    were negotiating -- well, withdrawn.

10                  When you presented Ms. Scott

11    with the renewal for three years at a

12    flat rate of 153, did you also negotiate

13    with her terms concerning her separation?

14         A        Cynthia was the person who

15    would have had the discussion with her,

16    so I can't speak to that.  Cynthia was

17    aware of what we had and I just wasn't

18    privy to that conversation.  Cynthia's

19    program director.

20         Q        But you were involved in

21    negotiating Ms. Scott's renewal in 2021;

22    correct?

23                  MR. MORO:  Objection to

24         form.

25         A        Correct.
```

Page 192

```
 1                    P. Ferro
 2        Q        You testified to that
 3   earlier; right?
 4        A        And I said correct.
 5        Q        And that was true when you
 6   testified to that; correct?
 7        A        Yes.
 8        Q        As part of those
 9   negotiations, did MediaCo insert a term
10   into Ms. Scott's contract permitting it
11   to terminate her employment at any time
12   without cause?
13        A        I don't believe so.  Without
14   cause, no.
15        Q        Without cause.
16        A        I don't believe so.
17        Q        Would you find that unusual
18   if that was in the proposal?
19        A        Yes, although I have seen
20   contracts that are with cause and without
21   cause.
22        Q        But for MediaCo that would
23   be unusual; correct?
24                 MR. MORO:  Objection to
25        form.
```

Page 193

```
 1                    P. Ferro
 2        A        I was just getting to know
 3    MediaCo in 2020, so I don't know what was
 4    unusual or what was usual for them.
 5        Q        What about for Emmis?
 6        A        For Emmis it would have been
 7    unusual.
 8        Q        And so if there was an offer
 9    to employ Ms. Scott for three years but
10    she could be terminated at any time, that
11    would not, in fact, provide her with job
12    security; correct?
13                 MR. MORO:  Objection to
14        form.
15        A        It would provide her with
16    whatever was on the contract, whatever we
17    would have agreed to.
18        Q        Would you consider that job
19    security if she could be terminated at
20    any time without cause?
21        A        Yes.
22        Q        Why do you consider that job
23    security?
24        A        I'm sorry, I meant to say I
25    consider it's not job security.
```

Page 194

```
 1                    P. Ferro
 2      Q          Because no matter the length
 3  of the contract, she had no guarantee
 4  that she would be able to work through
 5  the end of the term; correct?
 6                   MR. MORO:  Objection to
 7      form.
 8      A          Correct.  That's what a
 9  contract is.
10      Q          Right.
11      A          Yeah.
12      Q          And we know that because you
13  litigated your contract where your
14  employer tried to give you a pay cut;
15  correct?
16                   MR. MORO:  Objection to
17      form.
18      A          Correct.
19      Q          Do you recall whether there
20  was also a provision placed in the
21  contract during the negotiations that
22  would have required Ms. Scott to sign a
23  release in order to get her severance?
24      A          No.  I -- I don't get into
25  the language of the contracts.
```

1                    P. Ferro

2      Q       All right.

3              MR. MORO:  Since you have a

4      pause, Valdi, we are coming up on

5      2:30.

6              MR. LICUL:  Okay.  We can

7      take 10 minutes.  That's fine.

8              MR. MORO:  Now is fine?

9              MR. LICUL:  Yes.  That's

10     fine.  Thank you.

11             (Time noted:  2:27 p.m.

12             (A short recess was taken.)

13             (Time noted:  2:41 p.m.)

14     Q       Mr. Ferro, do you know how

15   much revenue WBLS generates for MediaCo?

16     A       Approximately $20,000,000 a

17   year.

18     Q       And how much revenue does

19   Hot 97 generate for MediaCo?

20     A       About the same.

21     Q       And how long has that been

22   the case?

23     A       I'm not sure how long it's

24   been the case.  They have always been

25   comparable.  I know those are the current

Page 196

1                     P. Ferro
2     figures and of course --
3          Q        Do -- sorry.
4          A        No.  I was just going to say
5     they used to generate a lot more.
6          Q        Which station used to
7     generate a lot more?
8          A        I want to say that Hot 97 at
9     one point was in the 30's.
10         Q        And BLS?
11         A        BLS was in the high 20's.
12         Q        Do you recall that there was
13    a time when BLS generated less revenue
14    annually than Hot 97?
15         A        Not that I can recall.
16    That's not my -- I was nosey and I peeked
17    at numbers recently, but --
18         Q        What did you peek at?
19         A        Like radio has a ratings
20    report.  There's a report called Miller
21    Kaplan.
22         Q        What's it called?
23         A        Miller Kaplan.
24         Q        And what does that show?
25         A        It shows revenues compared

```
                                        Page 197
 1                     P. Ferro
 2   to the market.
 3          Q        Oh, for stations, each
 4   station?
 5          A        For our stations.
 6          Q        For your stations, right.
 7   And would it also show revenue by time
 8   slot?
 9          A        No.
10          Q        Where would I look to get
11   this information?
12          A        Probably ask Brad or
13   somebody in sales if there's a way to
14   break that out.
15          Q        Have you ever seen it broken
16   out?
17          A        No.
18          Q        Did there come a time when
19   MediaCo did something called a music test
20   for BLS?
21          A        Yes.
22          Q        What is a music test?
23          A        There's two types of music
24   tests that we do for WBLS.  Let me
25   explain what both of those are so you
```

1                     P. Ferro

2     know.

3          Q        Okay.

4          A        One is a test that we

5     receive data on twice a month and that's

6     more for the newer music that we do play.

7     So we do play a handful of newer titles

8     and really what that test shows us is if

9     there's a song that's out there that's

10    newer that we've missed, usually we use

11    that to help, you know, to bring it in

12    because the audience is saying we really

13    like this song.

14                   So we get those tests about

15    two times a month roughly and I say

16    roughly because like during the

17    Christmas, you know, during the holiday

18    period, Christmas, New Years, Hanukkah,

19    we don't get information.  We don't do

20    those tests.

21                   The second music test that

22    we do is a more comprehensive library

23    test.  So this is we test everything that

24    we play.  We select -- well, we don't

25    select.  We use a third-party company

```
 1                    P. Ferro
 2    that, you know, they know what they're
 3    doing.  They select participants
 4    depending on radio usage and the
 5    likelihood that they would use the radio
 6    station and they get paid to literally
 7    listen to little clips of music and it's
 8    usually 700 of those songs versus the
 9    bimonthly test, it's like 30 songs that
10    they have to listen to and people don't
11    get paid.  You know, the third-party
12    company asks them to participate.
13         Q       And is the music test a tool
14    used to determine what songs should be
15    played on a station?
16         A       Yes.
17         Q       Is it used for anything
18    else?
19         A       The music test?
20         Q       Yes.
21         A       Sometimes we will ask
22    perceptual questions with the knowledge
23    that the deck is stacked in our favor.
24    It's kind of like asking your mom if she
25    thinks you're handsome, right, because we
```

```
 1                    P. Ferro
 2   are talking just to the people that would
 3   listen to WBLS, that would just listen
 4   to, you know, the type of music played on
 5   WBLS.
 6        Q       And you would ask them about
 7   the music that's played on the station?
 8        A       Sometimes perceptual
 9   questions asked on music tests are more
10   kicking the tires questions, the morning
11   show that your friends are talking about,
12   the station that you see advertised on
13   billboards and things like that to kind
14   of get a feel if we are missing something
15   to discover.
16        Q       Let's turn to Jusnik.  When
17   did you first learn of Jusnik?
18        A       2011.
19        Q       How did you learn of her?
20        A       My mentor said that she was
21   one of the absolute best people that he
22   had ever worked with.
23        Q       Who was your mentor?  Who
24   was your mentor?
25        A       He's passed.  His name was
```

```
                                    Page 201

 1                    P. Ferro

 2   Bill Tanner.

 3        Q        And did Bill Tanner work

 4   with Jusnik?

 5        A        Yes.

 6        Q        Where did he work with her?

 7        A        At SummitMedia or Summit

 8   Broadcasting.  I'm not sure of the exact

 9   name of the company, Summit.

10        Q        Do you know what Jusnik did

11   for Summit?

12        A        Yes.  She started off as on

13   air, then eventually became the program

14   director of that radio station and kept

15   being off the air and had a good run in

16   terms of performance.

17        Q        Where was the station?

18        A        Birmingham, Alabama.

19        Q        Is Birmingham, Alabama the

20   same size of geographic area as -- well,

21   withdrawn.

22                 What is considered the

23   number one market for radio in the

24   country?

25                    MR. MORO:  Objection to
```

1                    P. Ferro

2       form.

3            A        In terms of revenue or in

4    terms of population?

5            Q        Let's start with revenue.

6            A        Los Angeles.

7            Q        And what about New York?

8            A        It's number one in terms of

9    population.

10           Q        And what about in revenue?

11           A        It's second.

12           Q        And where does Birmingham

13   sit on the revenue and population list?

14           A        I don't know.  In terms of

15   revenue, I don't know and I haven't

16   looked at where they are in population.

17   I'm sorry.

18           Q        You would agree that it's

19   much smaller than New York and Los

20   Angeles; correct?

21           A        Yes.

22           Q        What kind of station did

23   Mr. Tanner work with Jusnik at?

24           A        It was an R&B station like

25   WBLS is, which is adult urban

```
 1                    P. Ferro
 2    contemporary.
 3         Q         How old is Jusnik?
 4         A         40's.
 5         Q         40's?
 6         A         I'm guessing.  I don't know
 7    her age.
 8         Q         All right.  What makes you
 9    believe she's in her 40's?
10         A         It's an estimate to answer
11    your question.
12         Q         And so that's when you first
13    heard of Jusnik.  Did there come a time
14    when you considered hiring Jusnik?
15         A         Yes.
16         Q         When was that?
17         A         Actually when I first got to
18    Emmis, to Hot 97 in 2015.
19         Q         Did you talk to anyone at
20    that time about hiring Jusnik?
21         A         Yes.
22         Q         Who did you talk to?
23         A         To Bill, to Bill Tanner.
24         Q         Tell me what the two of you
25    said to each other.
```

Page 204

```
                              P. Ferro
 1
 2        A         Oh, boy.  Obviously I can't
 3    remember the exact words, but I would
 4    have said I'm interested in speaking to
 5    Nicole to come to New York to work here.
 6        Q         And what did Bill say to
 7    you?
 8                  MR. MORO:  Objection to
 9       form.
10        A         He was -- at first he
11    thought it was a good idea and then he
12    quickly changed his mind and said no.
13        Q         And what did he say to you
14    when he thought it was a good idea?
15        A         That it would be a good move
16    for her.  Nobody better type of
17    endorsement.
18        Q         And what did he say when he
19    changed his mind?
20        A         She's under contract.  You
21    know you're tortiously interfering and
22    stop it.
23        Q         How did you respond?
24        A         This man was like a father
25    to me, so I stopped it.
```

Page 205

```
 1                    P. Ferro
 2        Q         Did you speak to -- well,
 3    withdrawn.
 4                  Do you recall anything else
 5    about that conversation between you and
 6    Bill regarding Jusnik?
 7        A         Not -- not that I recall,
 8    no.
 9        Q         Did you speak to anyone else
10    at that time about hiring Jusnik?
11        A         The then market manager.
12        Q         Who was that?
13        A         Deon Levingston.
14        Q         What did you and Deon
15    Levingston say about potentially hiring
16    Jusnik?
17        A         When I came to Hot 97, the
18    midday show was vacant.  There was
19    nobody.  It was my first duty was to fill
20    it and Nicole came to mind obviously and
21    then we put, you know, we put an ad out
22    when she wasn't available, so does that
23    answer your question?
24        Q         My question was what did you
25    and the marketing manager say to each
```

```
 1                    P. Ferro
 2   other about hiring Jusnik?
 3        A        The market manager.
 4        Q        Market manager, sorry.
 5        A        I said I have a good
 6   candidate.  He said okay.
 7        Q        Anything else you recall
 8   about that conversation?
 9        A        No.
10        Q        And at the time you wanted
11   her, meaning Jusnik, to fill the midday
12   slot on Hot 97, correct, because that
13   slot was open?
14        A        Correct.
15        Q        Who had left?
16        A        Oh, my goodness, give me a
17   second.  His name is on the top of my
18   tongue.  I'll get you -- I'll get you the
19   name as soon as I remember.  I can't
20   recall.
21        Q        Do you know if he left
22   voluntarily?
23        A        Yes.
24        Q        Now, just to be clear, in
25   2015 you did not speak to Jusnik about
```

```
 1                    P. Ferro
 2    coming over to what was then Emmis;
 3    correct?
 4         A        I did speak to Jusnik.
 5         Q        You did, okay.  Tell me what
 6    the two of you said to each other.
 7         A        I told her that -- I
 8    reintroduced myself to her.  I recalled
 9    saying that Bill had given the thumbs up
10    for us to speak, she expressed interest
11    and shortly after I got the notification
12    from Bill saying to, in his words, dude,
13    stop it.
14         Q        So you had two conversations
15    with Jusnik at that time; correct?
16         A        That I recall, yeah.
17         Q        Do you recall anything else
18    that was said during the first
19    conversation before Bill changed his
20    mind?
21         A        No.  It was positive.  It
22    was, you know, it's an offer to come to
23    radio here in New York, you know.
24         Q        No.  My question is do you
25    remember what was said?  I'm not asking
```

Page 208

```
 1                    P. Ferro
 2   you how you felt.  I'm not asking you to
 3   muse about what you thought.  I'm asking
 4   you do you recall what was said between
 5   the two of you?
 6                    MR. MORO:  Objection to
 7        form.
 8        A       No.
 9        Q       Do you recall what was said
10   between you and Jusnik during the second
11   conversation after Bill changed his mind?
12                    MR. MORO:  Object to form.
13        A       We did not speak after Bill
14   changed his mind.
15        Q       So you just had the one
16   conversation; correct?
17        A       That I recall.
18        Q       You said you reintroduced
19   yourself to Jusnik, meaning you had met
20   her before; correct?
21        A       Via telephone through
22   Tanner.
23        Q       Through what?
24        A       Through Bill Tanner.
25        Q       Through Bill, okay.
```

```
                                         Page 209
  1                    P. Ferro
  2                    And was that after you had
  3     raised the idea of hiring her with Bill?
  4        A        No.  Bill thought she was
  5     really great and Bill and I worked in
  6     many markets, so Bill and I were very
  7     close.  He talked to me about her, I
  8     never met her and one day he says let's
  9     get her on the phone, let's say hi to her
 10     and this would have been a couple of
 11     years before 2015, 2010, '11.
 12        Q        Do you remember anything
 13     else that was said during that telephone
 14     conversation?
 15        A        No, not specifically.
 16        Q        After 2015, did you keep in
 17     touch with Jusnik?
 18        A        No.
 19        Q        When was the next time you
 20     had contact with her?
 21        A        Sometime late 2020.
 22        Q        And what were the
 23     circumstances with you coming into
 24     contact with her again?
 25        A        I wanted to do for WBLS what
```

Page 210

```
 1                    P. Ferro
 2    I had done for Hot 97, which was attract
 3    the best people I could to do the job
 4    that was being requested, which was on
 5    video, on social media, Instagram,
 6    Twitter, Facebook and she came to mind.
 7         Q       Were you recruiting her
 8    again to come to BLS?
 9         A       I reached out to her via
10    social media to touch base, to make sure
11    she remembered who I was and --
12         Q       How were you touching base?
13         A       Calling a good person in the
14    industry.  You want to surround yourself
15    with the best people as possible.
16         Q       Any other reason why you
17    were touching base?
18         A       No.
19         Q       Were you considering hiring
20    her at the time?
21         A       I was not considering hiring
22    her when I reached out.
23         Q       And did you guys speak in
24    2020?
25         A       Yes, we did.
```

```
 1                    P. Ferro
 2         Q        Tell me what the two of you
 3    said to each other during that
 4    conversation.
 5         A        Hello, how have you been?
 6    Good.  Family?  Good.  How's work?  Good.
 7    Break the ice, reconnect type of
 8    conversation.  There wasn't anything
 9    specific.
10         Q        Is there anything else you
11    can recall about that conversation?
12         A        I mean you don't want me to
13    say it, but it was pleasant.  It was a
14    nice conversation.
15         Q        Is there anything else you
16    can recall about what the two of you said
17    to each other during that conversation?
18         A        No.
19         Q        When's the next time you had
20    contact with Jusnik?
21         A        Early 2021.
22         Q        And who reached out to who?
23         A        I must have reached out to
24    her.
25         Q        Why?
```

Page 212

```
 1                    P. Ferro
 2        A         Excellent track record,
 3    great person in the business, programming
 4    mind, excellent on air.  At this point I
 5    knew that BLS had to do better and I was
 6    thinking that this person might really be
 7    good for BLS.
 8        Q         So when you reached out to
 9    her in early 2021, you did that with the
10    intention to recruit her; correct?
11                   MR. MORO:  Objection to
12       form.
13        A         Yes.
14        Q         Prior to you reaching out to
15    her in early 2021, did you discuss with
16    anyone at MediaCo recruiting Jusnik?
17        A         Not specifically.
18        Q         Did you do so generally?
19        A         Yes.
20        Q         Who did you speak to?
21        A         Brad.
22        Q         What did you and Brad say to
23    each other?
24        A         We were catching up on our
25    weekly one on one, which is the official
```

Page 213

```
                                  P. Ferro
 1
 2   meeting that we have on a weekly basis
 3   and I said that I had reconnected with
 4   somebody that I thought was really good,
 5   somebody that had been trained by the
 6   person that trained me, somebody that I
 7   thought would be valuable at some point
 8   and I mentioned her name.  He -- I
 9   remember he looked at her social media
10   and his response was wow, she's really
11   good on social media.  I said yeah.  I
12   said that's one of the things that I'm
13   thinking because a big drive for the
14   company is social media and Insta --
15        Q        Anything else you recall you
16   and Brad saying to each other?
17                  MR. MORO:  Did you finish?
18                  THE WITNESS:  I was just
19        saying social media, Instagram,
20        Twitter and the social media
21        platforms.  That's it.
22        Q        Anything else you and
23   Brad -- you recall you and Brad saying to
24   each other at that time about Jusnik?
25        A        No.
```

```
                         P. Ferro
 1
 2       Q          What did you and Jusnik say
 3   to each other when you connected with her
 4   in early 2021?
 5       A          I wanted to know if she was
 6   available this time and if something were
 7   to come up for Hot 97 or WBLS, would she
 8   be available and I generally asked her
 9   where she was in her contract and if she
10   was able to speak.
11       Q          What was her response?
12       A          That she would be soon, but
13   not yet.
14       Q          What else did the two of you
15   say to each other?
16       A          Pleasantries and we hung up.
17       Q          At the time that you reached
18   out to her in early 2021, was there an
19   opening for an on-air personality at
20   either BLS or Hot 97?
21       A          No.
22       Q          If Jusnik accepted at that
23   time and was able to accept, how would
24   you have made room for her?
25                  MR. MORO:   Objection to
```

Page 215

                              P. Ferro
 1
 2        form.
 3        A        I couldn't have made her an
 4    offer at that point because I didn't have
 5    any sort of budget approved or anything
 6    other than gauging her desire to uproot
 7    and come to New York.
 8        Q        By the way, your
 9    communications with Jusnik over time
10    occurred by telephone; correct?
11        A        Except the initial one which
12    was through social media because I didn't
13    have a number for her, so I asked her for
14    her number.
15        Q        Did you ever e-mail her?
16        A        I don't believe so, no, not
17    at this time.
18        Q        Did you ever text with her?
19        A        Maybe text like are you
20    available for a quick call so, yes.
21        Q        Do you still have those
22    texts?
23        A        I do not.  I don't keep my
24    personal texts for more than 30 days.
25        Q        What do you do with them

Page 216

```
 1                    P. Ferro
 2   after 30 days?
 3        A        They delete and there's a
 4   reason why if you're interested in
 5   knowing.
 6        Q        Sure.
 7        A        Emmis and MediaCo allow its
 8   employees to have other businesses and
 9   mine is voiceover work and one of my
10   biggest voiceover clients likes to
11   receive the voice files through iMessage
12   and if I keep the text for too long, it
13   won't send.
14        Q        On what date did Jusnik
15   agree to come work for MediaCo?
16        A        I can't tell you a specific
17   date.  I just don't remember a specific
18   date.
19        Q        Do you remember about when
20   that was?
21        A        Early summer of '22, late
22   spring of '22.
23        Q        Late spring, early summer of
24   2022?
25        A        I'm guessing, yes.
```

Page 217

```
 1                   P. Ferro
 2       Q        And after that period of
 3   time, early spring, late summer, did you
 4   continue to delete your text messages
 5   after 30 days?
 6       A        I don't personally delete
 7   them.  It's a function on the iPhone that
 8   does it automatically.
 9       Q        Did you disable that
10   function?
11       A        No.
12       Q        Did you ever text with
13   anyone about Ms. Scott --
14       A        No, never.
15       Q        -- about terminating her
16   employment?
17       A        Never.
18       Q        Do you recall during the
19   period prior to the time that Ms. -- that
20   Jusnik accepted employment with MediaCo,
21   were you texting with her?
22               MR. MORO:  Objection to
23       form.
24       A        I do recall texting
25   regarding is everything okay, have you
```

```
1                     P. Ferro
2    figured out, have you connected with your
3    family here in New York, are you good,
4    that type of conversation.
5         Q       Did you do anything to try
6    to recover those texts?
7         A       No.
8         Q       Were you ever asked to?
9                 MR. MORO:  Just to the
10       extent that you -- just before you
11       answer, be careful not to disclose
12       any conversations between me and you,
13       please.
14                THE WITNESS:  Yeah.
15                MR. MORO:  Do you want to
16       read back the question?
17        Q       The question is were you
18   ever asked to search your texts, search
19   your texts with Jusnik?
20        A       I don't recall.
21        Q       Did you ever text with
22   anyone about Jusnik?
23        A       No.
24                MR. MORO:  Objection to
25       form.
```

Page 219

```
 1                    P. Ferro
 2       Q        Did you ever text with Brad
 3   about hiring Jusnik?
 4                MR. MORO:  Objection to
 5       form.
 6       A        Brad prefers to have our
 7   communication in person.
 8       Q        Is that so you don't leave a
 9   trail?
10                MR. MORO:  Objection to
11       form.
12       A        He says a lot of things get
13   lost in transition.
14       Q        Did you ever text with him
15   about hiring Jusnik?
16                MR. MORO:  Objection to
17       form.
18       A        No.  I would have gone and
19   spoken to him.
20       Q        Did you ever text with him
21   about firing Shaila Scott?
22       A        No.  I wouldn't have done
23   that.
24       Q        Did you ever text with
25   anyone about hiring Jusnik?
```

1                        P. Ferro

2          A         No.

3          Q         Did you ever e-mail Brad

4     about hiring Jusnik?

5          A         I don't recall specifics

6     other than an introduction and Nik has an

7     attorney and what I did was or a

8     representative, attorney, agent,

9     representative and I would have connected

10    Brad to this person and that would have

11    been -- the introduction must have been

12    through e-mail.

13         Q         And who is that person?

14         A         I don't remember his name.

15         Q         Did you ever text or e-mail

16    with that person?

17         A         No.

18         Q         Do you know if Brad did?

19                   MR. MORO:  Objection to

20         form.

21         A         I don't know.

22         Q         When you met with Brad, did

23    you ever take notes?

24                   MR. MORO:  Objection to

25         form.

Page 221

```
 1                      P. Ferro
 2        A        No.
 3        Q        Did anyone?
 4        A        No.
 5        Q        We were at early 2021 when
 6    you connected with Jusnik I guess a
 7    second or a third time.  When was the
 8    next conversation you had with her?
 9        A        I'm trying to remember.  I'm
10    trying to remember.  Now I'm thinking it
11    might have been '22.
12        Q        What might have been '22?
13        A        Our conversation and here's
14    why I'm thinking.  Just because of this
15    whole work from home and remote,
16    sometimes the dates just get bumbled.
17    I'm trying to connect where I was at the
18    time and everything is -- a lot of it is
19    home, you know.
20                 So when Nik and I connected
21    was late '21 and when we reconnected was
22    early '22.  Is that okay for me to revise
23    that?
24        Q        No.  I want your --
25        A        I'm going off memory and I
```

Page 222

```
 1                    P. Ferro
 2   apologize if, you know --
 3        Q       The conversation you
 4   testified about taking place in early
 5   2021, when did that conversation take
 6   place?
 7                    MR. MORO:  Objection to
 8        form.
 9        A       Early '22 it would have
10   been.
11        Q       And you said you also
12   connected with her in late 2021; correct?
13        A       Late 2021 going into '22,
14   correct.
15        Q       And you've testified about
16   the conversation in early 2022; correct?
17        A       Correct.  Yes.
18        Q       What was the conversation
19   you had with her in late 2021?
20        A       It was a reconnection
21   because we hadn't spoken in a long time.
22   I reached out to her the only way I knew
23   which was social media.  She gave me a
24   phone number and I called her.
25        Q       What did the two of you say
```

Page 223

                              P. Ferro

1

2    to each other?

3        A        Pleasantries, checking in,

4    it's been a long time, how's it going,

5    that type of conversation.  I wanted to

6    make sure that she remembered who I was

7    and I wanted to make sure that I had the

8    right person because it had been some

9    time.

10       Q        And did you at that time in

11   the conversation late 2021 consider

12   recruiting her to come to MediaCo?

13       A        No.

14       Q        So the first time -- well,

15   actually, other than 2015, the next time

16   you tried to recruit her was in early

17   2022; correct?

18       A        The next time that I spoke

19   with her regarding a possible opportunity

20   and to see if she was available would

21   have been in 2022, yes.

22       Q        And in early 2022, did you

23   have a slot available for her at either

24   Hot 97 or BLS?

25                    MR. MORO:  Objection to

Page 224

                        P. Ferro

1          form.

2          A          No.  I did not.

3          Q          And if she had accepted your

4     offer, did you know who would be removed

5     to make room for Jusnik?

6                     MR. MORO:  Objection to

7          form.

8          A          I didn't -- I didn't make an

9     offer.  I didn't have money.  An offer

10    requires a position and money.  I didn't

11    have either.  I was checking interest and

12    availability.

13         Q          And if she said yes --

14    withdrawn.

15                     After your conversation in

16    early 2022 with Jusnik, did you speak

17    with anyone at MediaCo about that

18    conversation?

19         A          I'm sure I mentioned it to

20    Brad.

21         Q          What did you say to Brad?

22         A          That there was interest and

23    availability at some point when she was

24    able as per her contract to have these

```
                                    Page 225
 1                   P. Ferro
 2    types of conversations.
 3          Q       Did Jusnik tell you when her
 4    contract would run out?
 5          A       She didn't give me specifics
 6    that I -- that I recall.
 7          Q       Did she give you an
 8    approximate date?
 9          A       She said she was about to be
10    able to have conversations.
11          Q       Meaning in early 2022 she
12    told you she was about to be able to have
13    conversations; correct?
14          A       Correct.
15          Q       And so you understood from
16    that that she was about to be available
17    to be recruited; correct?
18                  MR. MORO:  Object to form.
19          A       Yes.
20          Q       And did you tell Brad that?
21          A       Yes.
22          Q       What did he say to you?
23          A       He was excited in his Brad
24    way, which is not very excited, but he
25    was, you know, he was -- you know, he
```

```
 1                    P. Ferro
 2    asked me is this the same person that you
 3    brought up before and I said yes.  He
 4    said well, good, we have to keep, you
 5    know, just keep an eye on her.
 6         Q         What else did you and Brad
 7    say to each other about recruiting Jusnik
 8    in early 2022?
 9         A         That was -- that was the
10    center of the conversation, the beginning
11    and end.  We didn't elaborate.  There
12    wasn't much to elaborate on.
13         Q         Now, just so I understand
14    it, at that time you had not -- you did
15    not have an open slot at either BLS or
16    Hot 97; correct?
17                   MR. MORO:  Object to form.
18         A         Correct.  I did not.
19         Q         And you didn't know, you had
20    no information that any one of the
21    current roster of on-air personalities
22    was leaving; correct?
23                   MR. MORO:  Objection to
24        form.
25         A         Correct.
```

```
 1                    P. Ferro
 2        Q        So if you recruited Jusnik,
 3    you would have to get rid of someone;
 4    correct?
 5                    MR. MORO:  Objection to
 6        form.
 7        A        Or somehow make room.
 8        Q        How would you do that?
 9        A        Shortening current air time.
10    There's -- it's not un-standard practice
11    instead of the typical 6:00 to 10:00,
12    10:00 to 3:00, 3:00 to 7:00, 7:00 to
13    midnight to have a 6:00 to 10:00, 10:00
14    to 2:00, 2:00 to 6:00, 6:00 to 10:00,
15    10:00 to 2:00 a.m.
16        Q        Did you discuss doing that
17    with anyone?
18                    MR. MORO:  Objection to
19        form.
20        A        I might have had this
21    conversation with Brad as I'm explaining
22    to you now.
23        Q        And what did he say?
24        A        Brad was very -- he was very
25    calm about it.  He said great, let's keep
```

```
                                          Page 228
 1                      P. Ferro
 2    our eye on her.
 3         Q        So was there ever any
 4    realistic discussion of shortening time
 5    slots?
 6                      MR. MORO:  Objection to
 7       form.
 8         A        Not that I recall.
 9         Q        So you understood that if
10    you were to recruit Jusnik you would have
11    to get rid of someone to make room for
12    her; correct?
13                      MR. MORO:  Objection to
14       form.
15         A        Yes.
16         Q        You said that Brad was
17    excited when you told him about Jusnik.
18    What did he say that led you to believe
19    he was excited?
20         A        Ever since the first
21    conversation that I had with Brad,
22    digital social media, creating content
23    was very -- it was the highest thing on
24    his priority list.  He was excited
25    because he had seen Nicole's Instagram.
```

Page 229

```
 1                    P. Ferro
 2    He had seen what she does when she was on
 3    the air, which is called Instagram Live,
 4    you know, where you go live or you record
 5    a video and put it to your stories and he
 6    felt that this would be somebody
 7    beneficial to have at WBLS.
 8        Q        How does WBLS generate
 9    revenue?
10                 MR. MORO:  Objection to
11        form.
12        A        We -- we generate revenue
13    via commercial, the selling of
14    commercials.  We have events such as
15    Circle of Sisters.  We do promotions and
16    appearances where the host gets paid, but
17    so does the radio station and that's how
18    we currently do it.
19                 The desire is to follow more
20    of a Hot 97 model, which we also monetize
21    the YouTube channel.  We monetize -- we
22    can generate extra revenue by having
23    clients be on our host's stories and
24    social media.  Matter of fact, a law firm
25    e-mailed last week asking for Ebro to
```

```
 1                    P. Ferro
 2   follow them, just follow them, not post,
 3   just follow and so that, you know,
 4   that's --
 5        Q       What's the primary method of
 6   generating revenue at either MediaCo
 7   or -- excuse me, at either BLS or Hot 97?
 8                 MR. MORO:  Objection to
 9      form.
10      A       Commercial sales.
11      Q       And how much, what
12   percentage of revenue do commercial sales
13   represent?
14                 MR. MORO:  Objection to
15      form.
16      A       I'd be guesstimating, 70
17   percent.
18      Q       Could it be more?
19      A       It could be more or less.
20   Sales could answer that.
21      Q       Isn't it likely more?
22                 MR. MORO:  Objection to
23      form.
24      A       I don't know.
25      Q       All right.  So after you and
```

```
 1                    P. Ferro
 2    Brad had this conversation where he is
 3    excited about Jusnik, did you speak to
 4    Jusnik again?
 5         A        No, not after that
 6    conversation.  Not after that
 7    conversation.  It was I was just
 8    reporting back to Brad, catching up in
 9    our one on one and then --
10         Q        Well --
11         A        -- some --
12         Q        Go ahead, I'm sorry.
13         A        Oh, I was just going to say
14    some time must have gone by until I
15    reached her again.
16         Q        And when did you reach her
17    again?
18         A        Oh, May of '22.
19         Q        Do you recall when in May?
20         A        I don't.
21                  MR. MORO:  Objection to
22        form.
23         Q        How did you reach out to
24    her?
25         A        Via telephone call to see if
```

```
                                          Page 232
 1                        P. Ferro
 2    she was still -- if she still expressed
 3    interest.  If she still had interest.
 4    Sorry.
 5         Q         And so between the
 6    conversation with excited Brad and May
 7    2022, you didn't have any conversations
 8    about hiring -- about hiring Jusnik?
 9         A         Not that I recall.
10         Q         Tell me what you and Jusnik
11    said to each other during this May 2022
12    conversation.
13                   MR. MORO:  Objection to
14        form.
15         A         I must have said something
16    along the lines of we have an opportunity
17    now if you are available to have these
18    conversations now and you're able to
19    proceed, let me know who your attorney
20    slash agent slash representative is so I
21    can connect that person with Brad.
22         Q         And what did she say?
23                   MR. MORO:  Note my objection
24        to form.
25         A         She was excited.
```

Page 233

```
                                Page 233
 1                     P. Ferro
 2        Q         What did she say?
 3        A         She said yes.
 4        Q         Did the two of you say
 5   anything else to each other at that time?
 6        A         I can't recall exactly.  I'm
 7   sure it was pleasantries.
 8        Q         Do you recall anything
 9   else --
10        A         You got --
11        Q         I am sorry?
12        A         You got mad at me for saying
13   that earlier.
14        Q         Do you recall anything else
15   that the two of you said to each other
16   during that May conversation?
17        A         Not that I can recall.
18        Q         Do you recall when in May
19   you had this conversation with Jusnik?
20                  MR. MORO:  Objection to
21        form.
22        A         I don't.  The only reason
23   why I can remember it was in May, it was
24   because it was around Summer Jam season,
25   which is the big concert that Hot 97 has
```

Page 234

```
 1                    P. Ferro
 2   yearly and there's a lot going on and
 3   it's very memorable.  Whatever happens
 4   outside of Summer Jam kind of sticks, so
 5   mid May.
 6        Q       You said to Jusnik during
 7   this conversation that you had the
 8   opportunity now and you were asking her
 9   to discuss her being hired by MediaCo.
10   What was the opportunity that came up in
11   May of 2022?
12                 MR. MORO:  Can you read that
13        back for me, please?
14                 MR. LICUL:  Sorry, Chris,
15        let me do it again.
16                 MR. MORO:  Sure.
17        Q       What was the opportunity
18   that caused you to reach out to Jusnik
19   and discuss her being hired by MediaCo?
20                 MR. MORO:  Objection to
21        form.
22        A       I knew that I wanted to
23   place her in afternoon drive, the 3:00 to
24   7:00 time slot.  I knew in my heart of
25   hearts that the component that she
```

```
 1                      P. Ferro
 2    brought from social media would be
 3    beneficial.  I had heard her on the air.
 4    I knew what she sounded like.  I knew
 5    what she could even grow to sound like
 6    with me coaching her.  She is a New York
 7    native, so she knows her way around very
 8    well and that's -- that was -- that was
 9    what was in my mind.
10         Q       But why did you have the
11    opportunity in May of 2022 and not have
12    the opportunity in early 2022?
13                   MR. MORO:  Objection to
14         form.
15         A       Because by May it was clear
16    to me that the company's initiative to
17    have somebody that could really perform
18    well in social media and digital was at a
19    point where I couldn't -- I needed to do
20    something about it in my position and the
21    person that I thought would be perfect
22    for this was her.
23         Q       Where were you going to fit
24    her?
25                   MR. MORO:  Objection to
```

Page 236

                        P. Ferro

2       form.

3           A          In the afternoon show.  I

4    always thought about her for the

5    afternoon show.

6           Q          But when you spoke to her in

7    May of 2022, you said you now had the

8    opportunity.  That suggested that a slot

9    opened up; correct?

10                     MR. MORO:  Objection to

11       form.

12          A          Correct.

13          Q          What slot opened up?

14          A          I was -- I was going to open

15   up the afternoon drive slot.  I was going

16   to do that.

17          Q          Who was in that slot?

18          A          Deja.

19          Q          Were you going to fire Deja?

20                     MR. MORO:  Objection to

21       form.

22          A          No.

23          Q          So how were you going to

24   make that slot available?

25          A          I was -- it was going -- we

Page 237

```
 1                      P. Ferro
 2    were going to make a decision
 3    collectively between Deja and Shaila as
 4    to who stayed in the midday show.
 5         Q        So by the time you spoke to
 6    Jusnik in May of 2022, you had already
 7    decided that you were going to fire
 8    either Shaila or Deja; correct?
 9                   MR. MORO:  Objection to
10        form.
11         A        That the company was going
12    to make that move and that's the move I
13    suggested, yes.
14         Q        All right.  You recommended
15    that MediaCo fire either Shaila or Deja
16    to make room for Jusnik; correct?
17                   MR. MORO:  Objection to
18        form.
19         A        I based my decision on a
20    very substantial research study that we
21    had recently done, a perceptual study of
22    the market and it showed that Deja was
23    the more familiar of between Deja and
24    Shaila, so my recommendation was to move
25    Shaila out, to bring Deja in to the
```

```
                                    Page 238
  1                    P. Ferro
  2    midday show and hire Jusnik.
  3         Q        And your recommendation was
  4    to fire Shaila to make room for Jusnik;
  5    correct?
  6                    MR. MORO:  Objection to
  7        form.
  8         A        No.  The recommendation was
  9    we had not renewed Shaila's contract.
 10         Q        So you were terminating her
 11    employment by not renewing her contract;
 12    correct?
 13         A        Correct.
 14         Q        In order to make room for
 15    Jusnik; correct?
 16                    MR. MORO:  Objection to
 17        form.
 18         A        Correct.
 19         Q        And you would then slide
 20    Deja into Shaila's midday slot; correct?
 21         A        Yes.
 22         Q        And then plug Jusnik into
 23    Deja's slot; correct?
 24         A        Into the afternoon drive
 25    slot, yes.
```

```
                                        Page 239
 1                      P. Ferro
 2        Q        The afternoon drive slot,
 3     which was Deja's slot; correct?
 4        A        Yes, it was.
 5        Q        Now, Shaila is older than
 6     Jusnik; correct?
 7                  MR. MORO:  Objection to
 8        form.
 9        A        I believe so, yes.
10        Q        And you also know that Deja,
11     excuse me, that Jusnik is older -- excuse
12     me.  Withdrawn.
13                  And you also know that Deja
14     is older than Jusnik; correct?
15                  MR. MORO:  Objection to
16        form.
17        A        Yes.
18        Q        And Shaila is older than
19     Deja; correct?
20                  MR. MORO:  Objection to
21        form.
22        A        I thought they were around
23     the same age.  I don't know their exact
24     ages.
25        Q        But you believed that Shaila
```

```
                                         Page 240
 1                    P. Ferro
 2   was older than Deja; correct?
 3              MR. MORO:  Objection to
 4       form.
 5       A        If I think about it, I
 6   believe they are on par as to age.
 7       Q        But you believed that, in
 8   fact, Shaila was older than Deja;
 9   correct?
10              MR. MORO:  Same objection.
11       A        If I had to put my thought
12   process to it right now at this moment, I
13   would say maybe by a few years, yeah.
14       Q        After you had this
15   conversation in May of 2022 with Jusnik,
16   did you have any subsequent conversations
17   with her about hiring her?
18       A        The conversations went
19   through her representative and all
20   negotiations were done through him and
21   just for ethical reasons, I did not reach
22   her directly for her not to feel like I
23   was doing anything wrong by not going
24   through her representative.
25       Q        So you didn't have contact
```

Page 241

```
 1                    P. Ferro
 2   with her or her representative after that
 3   May 2022 conversation; correct?
 4                   MR. MORO:  Objection to
 5       form.
 6        A         Not that I recall.
 7        Q         Did you have any
 8   conversations with anyone at MediaCo
 9   after the May 2022 conversation about
10   hiring Jusnik?
11                   MR. MORO:  Objection to
12       form.
13        A         Brad would update me on the
14   progress on -- on how it was coming
15   along, the conversations with her person
16   and at one point the direction that Brad
17   gave me was we might need to find
18   somebody else to do the afternoon show
19   because they hadn't come to any sort of
20   agreement.
21        Q         Do you know what the
22   stumbling block was?
23        A         I believe it was money.
24        Q         Is that what Brad told you?
25        A         That was the conversation,
```

Page 242

1                    P. Ferro

2    yes.

3         Q        Do you know how much Brad

4    offered Deja?

5                    MR. MORO:   Objection to

6         form.

7         A        Deja?

8         Q        Sorry.   Withdrawn.

9                    Do you know how much Brad

10   offered Jusnik?

11        A        I want to say 150,000.

12        Q        Did Brad say anything else

13   to you when he told you that you may have

14   to find someone else for the afternoon

15   slot?

16        A        I don't recall specifics.

17   It was -- the conversation was if we

18   cannot work a deal with Nicole, we are

19   going to need to find somebody that can

20   do afternoons, that sounds good on air,

21   but primarily that does digital really

22   well.

23        Q        So you didn't care if they

24   were actually a good on-air personality,

25   so long as they did digital really well?

```
                                            Page 243
  1                    P. Ferro
  2                    MR. MORO:  Objection to
  3        form.
  4        A         I personally care how the
  5     on-air sound goes, of course.  That's why
  6     the box marked was sounded good on air,
  7     but digital was the big priority.  BLS,
  8     the music is really the star.  The person
  9     that's on is -- it's an accompaniment.
 10        Q         Did you think Ebro was an
 11     accompaniment?
 12        A         Oh, no, absolutely not.
 13        Q         What about Flex, was he an
 14     accompaniment?
 15        A         No.  Absolutely not.
 16        Q         But Shaila Scott was an
 17     accompaniment; correct?
 18        A         Yes.
 19        Q         And Deja Vu was an
 20     accompaniment; correct?
 21        A         Yes.
 22        Q         And ultimately Jusnik is an
 23     accompaniment?
 24        A         Yes.
 25        Q         Are there any other women
```

```
 1                    P. Ferro
 2   who you consider accompaniments?
 3                    MR. MORO:  Objection to
 4        form.
 5        A        Any slot that exists between
 6   10:00 a.m. and 7:00 p.m., it's mostly
 7   music and it just so happens that we have
 8   women in those slots.  It's not by design
 9   or by thought.  It's just -- it just so
10   happens that they're really good spots.
11        Q        So Nessa is an
12   accompaniment; correct?
13        A        Yeah.  Yes.
14        Q        Yes?
15        A        Yes.
16        Q        Megan Ryte is an
17   accompaniment; correct?
18        A        Yes.
19        Q        And so the people who you
20   don't consider accompaniments are Steve
21   Harvey; correct?
22                    MR. MORO:  Objection to
23        form.
24        A        Well, Steve Harvey's show --
25        Q        Right.
```

Page 245

```
 1                   P. Ferro
 2       A        -- right.
 3       Q        So he's not an
 4   accompaniment?
 5                   MR. MORO:  Objection to
 6       form.
 7       A        The show is not an
 8   accompaniment.
 9       Q        And Lenny's not an
10   accompaniment; correct?
11                   MR. MORO:  Objection to
12       form.
13       A        He is.  The reality is that
14   Lenny's -- the difference between an
15   accompaniment and a true ratings driver
16   is people will sit through music that
17   they don't particularly like to hear what
18   Ebro and his team have to say about
19   topics versus during the day when people
20   expect music, it's brand expectation.
21                   You know, you expect to hear
22   music, so the host is there to let you
23   know what's coming up, let you know the
24   announcements, sound good, be friendly,
25   be your friends, but it's your next door
```

                    P. Ferro

1
2    neighbor that you see and you wave to.
3    It's not the family friend that comes to
4    dinner.
5              Steve Harvey and his crew,
6    Ebro and his crew, his team, it's mostly
7    content, spoken word content, so that's
8    why they're not an accompaniment.  You
9    tune in.  If you like what they're
10   saying, you stay and if you don't like
11   what they're saying, you go somewhere
12   else versus after really 9:00 a.m. it
13   becomes music based because it's the
14   music that people have on in the
15   background as they're working and doing
16   things.
17              I share that with you so you
18   understand when I'm saying accompaniment,
19   I'm not trying to degrade what they do.
20   You still need to sound good.  You still
21   need to perform.  You still need to, you
22   know, play the commercials on time and
23   follow the guidance of the program
24   director, but people tune in for music
25   outside of morning shows.

Page 247

```
 1                    P. Ferro
 2                    My wife hates the music on
 3   Z100, but she tunes in to Elvis every
 4   once in a while.  I know it's terrible,
 5   but --
 6        Q       Is there any particular
 7   reason why the on-air personalities that
 8   you consider not to be accompaniments are
 9   all men?
10                    MR. MORO:  Objection to
11       form.
12        A       I mean that's -- that's just
13   not true.  It's just Ebro happens to be
14   the host of a show and his co-host is a
15   woman.
16        Q       So it's just a coincidence?
17                    MR. MORO:  Objection to
18       form.
19        A       No.  It just so happens that
20   she's his co-host and Steve has a co-host
21   that's a female.
22        Q       How much does Ebro's co-host
23   get paid?
24        A       I don't know off the top of
25   my head.  I would have to look.
```

```
 1                    P. Ferro
 2        Q        Is it more or less than
 3   Ebro's salary?
 4        A        It's less.
 5                 MR. MORO:  Objection to
 6      form.
 7        A        I would think it's less than
 8   Ebro's salary.
 9        Q        You know it's less than
10   Ebro's salary; right?
11        A        Yeah.  Ebro's the one that's
12   harder to replace, therefore he's the one
13   that gets paid the most.
14        Q        You said Flex also has a
15   female co-host?
16        A        No.
17                 MR. MORO:  Objection to
18      form.
19        Q        I'm sorry, I misunderstood
20   that.
21        A        No, no, not Flex.  Steve
22   Harvey does.
23        Q        Steve Harvey does, all
24   right.
25        A        By the way, there's
```

```
 1                     P. Ferro
 2    excellent female lead morning shows that
 3    are syndicated.  One of my favorites is
 4    DeDe in the Morning.  I think she's
 5    spectacular.  There's Dana Cortez.
 6    There's plenty.  They're either not
 7    available or not really New York sounding
 8    for this market.
 9         Q        Sorry, we were talking about
10    your conversation with Brad where he said
11    you might have to find someone else for
12    the afternoon slot because the
13    negotiations --
14         A        Right.
15         Q        -- with Jusnik may not come
16    to fruition.  Do you recall that?
17         A        Yes.  I do recall that.
18         Q        Who did you have in mind, if
19    anyone, to put in that slot if Jusnik was
20    not hired?
21         A        There's a gentleman by the
22    name of Alex Chisholm that does the
23    afternoon drive show in the urban AC in
24    Miami and I thought he might be a
25    candidate.
```

```
 1                    P. Ferro
 2        Q         Anyone else?
 3        A         I reached out to friends of
 4   mine in other companies and asked hey, is
 5   there anybody, you know, that might be
 6   looking for work.  I wasn't specific.
 7   Obviously I didn't say that it was for
 8   BLS, but since they know that I have a
 9   lot of contacts in the industry, somebody
10   recommended a gentleman by the name -- he
11   goes by Hurricane and but that was it.
12   It wasn't a long list.
13        Q         How old do you believe Alex
14   Chisholm is?
15                  MR. MORO:  Note my objection
16      to form.
17        A         Probably five years older
18   than me, 55.
19        Q         How old do you believe
20   Hurricane is?
21        A         60, maybe early 60's.
22        Q         Did you ever reach -- did
23   you say you reached out to Alex Chisholm?
24        A         No, I didn't because if I
25   reach out, it's -- you know, because of
```

```
 1                    P. Ferro
 2    my position it could start rumors and
 3    whatnot and it was just a list that I had
 4    of people that I would have called.
 5         Q        What did you do with the
 6    list?
 7         A        Oh, it was up here in my
 8    head.
 9         Q        So you never wrote it down?
10         A        Oh, no.
11                  MR. MORO:  Objection to
12        form.
13         Q        You don't have any written
14    proof of this list; correct?
15                  MR. MORO:  Note my objection
16        to form.
17         A        I reached out to Alex just
18    to make sure that I had his number
19    correct because we hadn't connected in
20    five or six years.
21                  And Hurricane was trying out
22    at a station that a friend of mine is
23    program director of and she got him in
24    the room and we had a friendly
25    conversation, pleasant conversation.
```

Page 252

```
 1                    P. Ferro
 2      Q        What was the conversation
 3   you had with Chisholm when you reached
 4   out?
 5      A        He's a person that I've
 6   known for years, so it was probably very
 7   relaxed.  Hey, bud, is this still your
 8   number type of thing, how's it going,
 9   that type of communication.
10      Q        Did you say anything to him
11   about potentially having a spot for him?
12      A        Ut-uh.
13      Q        No?
14      A        No.  Ut-uh.
15               MR. LICUL:  Lisa, did you
16      get that?
17               MS. REPORTER:  Yes.
18      Q        What did you say to
19   Hurricane when you reached out to him?
20      A        I thought he was really
21   funny.  He's a very funny and charismatic
22   person, however ironically enough the
23   reason why my program director friend
24   couldn't hire him is because he didn't
25   pass -- this company you must pass a
```

Page 253

```
 1                    P. Ferro
 2   digital test to be hired and I remember
 3   her being upset that she couldn't bring
 4   him on air.
 5        Q       What's the company?
 6        A       Townsquare Media.
 7        Q       What's that?
 8        A       Townsquare Media.
 9        Q       Townsquare Media?
10        A       Uh-huh.
11        Q       And you said that they had a
12   digital test for employment?
13        A       Yes.
14                MR. MORO:   Objection to
15        form.
16        Q       What's that test?
17        A       They're a digital first
18   company.  They design websites and
19   publicly known by their CEO 50 percent of
20   their revenue comes from digital, which
21   is enviable obviously and if you were
22   going to hire somebody to be on air, you
23   must also be able to produce digital
24   content.  That is a requirement in every
25   single market they are in.
```

Page 254

```
 1                    P. Ferro
 2       Q         Are they a radio station?
 3   Do they own radio stations?
 4       A         They are the largest small
 5   market broadcaster in the nation.
 6                    MR. MORO:  Objection to
 7       form.
 8       Q         Do they actually have radio
 9   stations that broadcast over the air?
10       A         Yes.
11       Q         Do you have the address for
12   Townsquare?
13       A         Their corporate offices are
14   here in New York.  I can Google it.  I'm
15   sure that one of us can Google it and
16   send it to you.
17       Q         And who is the Townsquare
18   person that you were speaking to?
19       A         Her name is Mary Kay and
20   that's her stage name.  I'm not sure what
21   her real name is because it's a stage
22   name and she's the program director of
23   the Block, which is a hip hop station and
24   WTUG, which is an urban adult
25   contemporary station, which is where
```

Page 255

```
1                    P. Ferro
2    Hurricane was applying to.
3                MR. MORO:  Do you want a
4        break?
5                MR. LICUL:  Yes.  Let's take
6        a 10 minute break.  At 3:55 we can
7        come back.
8                MR. MORO:  3:55 you said?
9                MR. LICUL:  Yes.
10               (Time noted:  2:44 p.m.)
11               (A short recess was taken.)
12               (Time noted:  4:00 p.m.)
13       Q        Mr. Ferro, were you ever
14   involved --
15       A        I just wanted to correct
16   something.  There was a period of time
17   where Nicole had to move from Alabama to
18   New York and I'm going off memory and I'm
19   going off, you know, the Summer Jam
20   period which takes six to eight months to
21   execute.  I was off on my dates because
22   when she got here it was to start in
23   June, so the conversations, I must have
24   been off by a month, I apologize and I
25   just wanted to share that.
```

Page 256

```
 1                        P. Ferro
 2        Q          What date was off by a
 3   month?
 4        A          The negotiation with Nicole,
 5   the conversations with her agent.  I
 6   was -- I thought it was deeper into the
 7   springtime and it was earlier.
 8        Q          It was earlier?
 9        A          Correct.
10        Q          So the conversations you
11   described with Jusnik were earlier than
12   May of 2022; correct?
13        A          Yes.  I just wanted to make
14   sure you guys knew that.  I looked at her
15   contract just to see and realized that.
16   I didn't want to throw anybody off.
17        Q          When did you look at her
18   contract?
19        A          Just a few minutes ago.
20   Just you were bringing up so much
21   contract conversation that I just wanted
22   to refresh.
23        Q          And what in her contract
24   reminded you that the conversation
25   occurred earlier than 2022?
```

```
 1                    P. Ferro
 2       A        There was a gap between the
 3   time that she agreed to come and be the
 4   afternoon drive host to the time that she
 5   actually made it because she had to pick
 6   up her belongings and move and that takes
 7   anywhere, you know, three to six weeks
 8   depending.
 9       Q        When did she begin to agree
10   to become the afternoon drive host?
11                MR. MORO:  Did you have
12       anything to add there, Pio?
13                THE WITNESS:  I believe I'm
14       good.
15                MR. MORO:  Okay.
16       Q        When did she agree to become
17   the afternoon drive host?
18       A        I'd have to -- may I look at
19   the contract again?
20       Q        Well, just go by memory.  Do
21   you remember when she agreed?
22       A        Late April --
23       Q        Late April?
24       A        -- is my question.
25       Q        Would that have been before
```

```
                                              Page 258
 1                      P. Ferro
 2    she executed the contract?
 3         A        It would be around the time
 4    that she executed the contract.
 5         Q        And then once she executed
 6    the contract, you knew she was going to
 7    come on as the afternoon drive host;
 8    correct?
 9         A        Yes.  Correct.
10                   MR. MORO:  Objection to
11         form.
12         Q        But there was going to be a
13    gap between the time that she executed
14    the contract and the time she would
15    actually start; correct?
16         A        Correct.
17         Q        And who filled that gap?
18         A        For which show?
19         Q        For the afternoon drive.
20         A        Deja stayed on.
21         Q        And once you learned that --
22    withdrawn.
23                   Once you secured Jusnik
24    coming onboard, you then moved ahead with
25    terminating Ms. Scott; correct?
```

Page 259

```
 1                    P. Ferro
 2                    MR. MORO:  Objection to
 3       form.
 4       A         I don't remember exactly
 5   when we had the conversation with Shaila
 6   to let her know that we weren't renewing
 7   her contract.  I recall where I was and I
 8   recall who was on the call, on the Zoom.
 9       Q         When you told her that?
10       A         Yes.
11       Q         But my question is a bit
12   different.  Once you learned that you had
13   secured Jusnik to come onboard at BLS,
14   you then moved forward with terminating
15   Ms. Scott's employment; correct?
16                    MR. MORO:  Objection to
17       form.
18       A         From my recollection, we
19   were going to not renew Shaila
20   regardless.  We were going to move Deja
21   into the midday slot and I was tasked to
22   get somebody that could perform really
23   well on social media and digital to do
24   the afternoon show for WBLS.
25       Q         So you never said to anyone,
```

Page 260

```
 1                      P. Ferro
 2   you know, now that we have Jusnik onboard
 3   we can move forward with terminating
 4   Ms. Scott; correct?
 5                   MR. MORO:  Objection to
 6       form.
 7        A       I -- the decision to
 8   terminate Shaila was -- it was just based
 9   on the findings from the research study,
10   us putting the best person in that
11   position and us trying to go and secure a
12   person for afternoons.
13        Q       Let me ask the question
14   again.  Please listen carefully and try
15   to answer it, okay.
16                   So you never said to anyone,
17   in sum and substance, that you can now
18   move forward with terminating Ms. Scott
19   because you secured Jusnik to be hired?
20                   MR. MORO:  Objection to
21       form.
22        A       I never said that.
23        Q       Did you ever communicate
24   that to anyone?
25                   MR. MORO:  Objection to
```

```
1                    P. Ferro
2      form.
3       A        No.
4       Q        That's not something you
5   would say, right, because the two were
6   not connected; correct?
7                    MR. MORO:  Objection to
8       form.
9       A        When you say the two, you
10  mean?
11      Q        Ms. Scott's termination and
12  Jusnik's hiring.
13      A        Ms. -- yeah.  Shaila's
14  termination was not connected to us
15  bringing Nik in or anybody else.
16      Q        So you wouldn't say to
17  someone hey, now that we've secured
18  Jusnik, let's go ahead and fire Shaila
19  Scott; correct?
20                    MR. MORO:  Objection to
21      form.
22      Q        That's not something you
23  would say?
24      A        It's not something I would
25  say.
```

```
 1                    P. Ferro
 2        Q        Let's talk about Ebro.
 3        A        Okay.
 4        Q        Were you involved in any of
 5   his contract negotiations?
 6        A        Yes.
 7        Q        How many of them?
 8        A        Two, plus the communication
 9   of compensation reduction due to COVID.
10        Q        When was the first one you
11   were involved in?
12        A        From my recollection, 2017,
13   at some point in 2017.
14        Q        Who else was involved on the
15   Emmis end at the time?
16        A        It would have been Charlie
17   Morgan, our then market manager, market
18   president.  I'm not sure if Beth Ellis
19   was with us at the time.  I know that
20   Beth and I did a lot of legal speak, but
21   I'm not sure.  There was an attorney
22   before Beth.  I'm so terrible with names
23   sometimes.  Scott?  No.  Maybe it was
24   Scott.  So Emmis legal counsel, just for
25   the sake of moving forward.
```

```
 1                    P. Ferro
 2        Q        Anyone else other than Emmis
 3   legal counsel?
 4        A        No.
 5        Q        And who was negotiating on
 6   the Ebro side?  Was it Ebro, a
 7   representative or some combination of the
 8   two?
 9        A        Ebro negotiated for himself.
10        Q        What year was this, by the
11   way?
12        A        2017.
13        Q        You did say that.  I'm
14   sorry.
15        A        It's okay.
16        Q        And tell me, did Emmis make
17   an offer to Ebro at the time for a
18   renewal?
19        A        Yes.
20        Q        Do you remember what that
21   offer was in terms of salary?
22        A        No.
23        Q        Do you remember, was it more
24   than $200,000?
25        A        Yes.
```

```
 1                    P. Ferro
 2      Q         And was there a negotiation
 3   going back and forth between Emmis and
 4   Ebro about what the final salary number
 5   would be?
 6      A         Yes.
 7      Q         Did Ebro ask for more?
 8      A         Yes.
 9      Q         Do you recall how much more
10   he asked for?
11      A         I can't recall an exact
12   figure.
13      Q         Do you recall the magnitude
14   of what his additional ask was?
15      A         He said that he should be
16   getting paid $1,000,000 a year.
17      Q         Did he actually ask for
18   $1,000,000 a year?
19      A         In my office he said you
20   should be paying me $1,000,000 a year and
21   you know it.
22      Q         How did you respond to him?
23      A         I said that I thought he was
24   right.
25      Q         Did you pay him $1,000,000 a
```

Page 265

```
 1                    P. Ferro
 2   year?
 3        A         No.  No, I didn't.
 4        Q         And when he said $1,000,000,
 5   do you understand that to mean total
 6   comp?
 7                  MR. MORO:  Objection to
 8       form.
 9        A         Yeah.  I would hope so.  I
10   didn't entertain the conversation, you
11   know.
12        Q         Right.  My question was
13   different once again.  Did you understand
14   that when he said that you should be
15   paying him a million dollars a year that
16   he was talking about total comp,
17   including all of its components?
18        A         Yes.
19        Q         You didn't understand him to
20   be asking for a salary of $1,000,000;
21   correct?
22                  MR. MORO:  Objection to
23       form.
24        A         I understood that he was
25   asking for $1,000,000 and I would hope
```

```
 1                      P. Ferro
 2    that it was all included.  I don't know
 3    what was in his head.
 4         Q        What did you understand it
 5    to mean?
 6         A        That he wanted $1,000,000 to
 7    do his job and he felt like he should get
 8    it.
 9         Q        And did you understand for
10    him to be asking for that number in
11    total, including salary, bonuses,
12    appearance fees, endorsements and
13    whatever other pieces are involved?
14                  MR. MORO:  Objection to
15         form.
16         A        Yes.
17         Q        Did you, when Ebro asked for
18    more money, did Emmis give him more
19    money?
20         A        We gave him a bump in pay
21    from contract to contract.
22         Q        So in 2017 you made him an
23    offer.  You can't remember what that
24    offer was; correct?
25         A        Not specifically, I cannot
```

```
                          P. Ferro
 1
 2    remember what the offer was.
 3         Q         He then said to you you
 4    should be paying me $1,000,000; correct?
 5         A         Correct.
 6         Q         And you said you agreed, but
 7    you ultimately did not pay him
 8    $1,000,000; correct?
 9         A         Correct.
10         Q         But you paid him more than
11    the initial offer; correct?
12                   MR. MORO:  Objection to
13        form.
14         A         I can't remember what the
15    numbers were, but we did pay him more.
16         Q         Was it substantially more
17    than the initial offer?
18                   MR. MORO:  Objection to
19        form.
20         A         I can't remember the exact
21    figures, but I know it wasn't something
22    like $50,000 a year more.  It was more
23    along the lines of 30 something thousand
24    dollars a year.
25         Q         And when you say that,
```

```
 1                    P. Ferro
 2   you're talking about salary?
 3        A       Yes.
 4                MR. MORO:  Objection to
 5        form.
 6        Q       And then did you recall
 7   negotiating with Ebro the ratings
 8   bonuses, the metrics to reach the rating
 9   bonuses?
10        A       We didn't negotiate that.
11        Q       You did not?
12        A       No.  I did not.
13        Q       And do you recall
14   negotiating with Ebro the amount he would
15   get for endorsements and appearances?
16        A       No.  I did not.
17        Q       Other than salary, ratings
18   bonuses and appearance/endorsement fees,
19   did Ebro get any other additional money
20   from Emmis in 2017?
21                MR. MORO:  Objection to
22        form.
23        Q       Well, for the contract
24   beginning in 2017.
25                MR. MORO:  Objection to
```

Page 269

                      P. Ferro

1

2          form.

3          A          Part of the contract was

4     tied to Summer Jam revenue.   I am not

5     sure we hit that number in 2017, so I'm

6     not sure.

7          Q          Did you hit it at any point

8     after 2017?

9          A          No.

10         Q          But there was something

11    built into his contract that would pay

12    him a bonus for reaching a certain metric

13    with Summer Jam; correct?

14         A          Correct.

15         Q          Now, the other event that

16    you mentioned earlier was something

17    called Circle of Sisters.   Do you recall

18    that?

19         A          Yes.

20         Q          Was Ms. Scott involved in

21    that?

22         A          It's required from the air

23    staff to show up day of, say hi, you

24    know, be kind to the audience, take

25    pictures.   To say hi, be kind, be nice,

Page 270

```
 1                  P. Ferro
 2   you know.
 3        Q       So her involvement -- your
 4   testimony is that her involvement in
 5   Circle of Sisters was to be kind, be
 6   nice, show up and take pictures; correct?
 7                  MR. MORO:   Note my objection
 8        to form.
 9        A        I believe she hosted a panel
10   once and I want to say from memory that
11   she did that with her daughter, so it was
12   moderating a panel.
13        Q       Did she have any other
14   involvement in Circle of Sisters?
15        A        Not to my recollection,
16   other than that.
17        Q       Did MediaCo or Emmis pay her
18   anything extra for working on Circle of
19   Sisters?
20                  MR. MORO:   Objection to
21        form.
22        A       No.
23        Q       Did she have any kind of
24   bonus attached to her work on Circle of
25   Sisters?
```

```
 1                    P. Ferro
 2                 MR. MORO:  Objection to form
 3      again.
 4      A        There's nothing to attach a
 5   bonus to.  It's a station event.
 6      Q        Is Summer Jam a station
 7   event?
 8      A        It's so much more than that.
 9   It's so much more.
10      Q        You're talking about Hot 97
11   Summer Jam; right?
12                 MR. MORO:  You broke up,
13      Valdi.
14                 MR. LICUL:  Sorry.
15                 MR. MORO:  Can I have that
16      read back?
17      Q        It's Hot 97 Summer Jam;
18   correct?
19      A        That is correct.
20      Q        It's a station event;
21   correct?
22                 MR. MORO:  Objection to
23      form.
24      A        It is a station event.
25      Q        Did you consider Ms. Scott
```

Page 272

1                       P. Ferro

2    to be just an accompaniment to the Circle

3    of Sisters event?

4                       MR. MORO:   Objection to

5         form.

6         A       Yes.

7         Q       Did you consider Ebro to be

8    just an accompaniment to Summer Jam?

9                       MR. MORO:   Objection to

10        form.

11        A       Day of, yes.

12        Q       What about before that?

13        A       He put it together.

14        Q       Who else was involved in

15   putting it together?

16        A       It takes a lot of people to

17   put an event of that magnitude together.

18   So he was the lead in negotiating with

19   talent, but what I mean by that is

20   artists and the record labels and

21   management.  He was instrumental through

22   his relationships in connecting the dots,

23   making sure that, you know, that the

24   artists said yes and that is very time

25   consuming.  It's a lot of late night

Page 273

```
 1                      P. Ferro
 2    calls because artists don't operate 9:00
 3    to 5:00.  They operate at 3:00 and 4:00
 4    a.m. and Ebro gets up to do the morning
 5    show at 5:00 a.m., so it was pretty hard
 6    on him and we are talking about an event
 7    that day of we were there for 16 hours.
 8                 It's a massive undertaking
 9    that he quarterbacked and he was the
10    quarterback when I got here.
11       Q       How many other people were
12    involved in putting together Summer Jam,
13    just a number?
14       A       Oh, my goodness, it's all
15    hands on deck, so everybody had a
16    function at some level or another, plus
17    we had -- we have an outside company that
18    helps us with stage, lighting, sound,
19    negotiations for the revenue, itself, you
20    know.
21       Q       Just so I'm clear, so
22    everyone --
23               MR. MORO:  Were you done?
24       Q       -- to some extent?
25               MR. MORO:  I just want to
```

```
 1                      P. Ferro
 2        make sure he was done.  Did you have
 3        anything to add?
 4         A         I was just going to say that
 5     this event was done at MetLife Stadium,
 6     which is where the New York Giants and
 7     the New York Jets play football and just
 8     the sheer size, coordination, just the
 9     sheer amount of star power on that stage,
10     coordinating the surprise appearances, it
11     was -- I mean it's -- it's an event that
12     takes -- literally next year's Summer Jam
13     starts the day that this year's Summer
14     Jam ends.  I mean we always joke, but
15     it's true.  I've made phone calls to
16     record labels, you know, for next year's
17     Summer Jam, you know, ahead of this
18     year's Summer Jam if you will.
19                   So he, when I got here, he
20     was -- he was the person that made it
21     happen.
22         Q         So as I understand it, it
23     was all hands on deck for Summer Jam;
24     correct?
25                   MR. MORO:  Objection to
```

```
                                      Page 275

 1                    P. Ferro

 2      form.

 3        A        Correct.

 4        Q        Those were your words;

 5   right?

 6                  MR. MORO:  Objection to

 7      form.

 8        A        Yes.  Correct.

 9        Q        And you hired an outside

10   company to help with Summer Jam; correct?

11        A        We do that with all -- with

12   our big station events, yes.

13        Q        Who was involved in putting

14   together Circle of Sisters?

15        A        There was a couple of

16   outside contractors.  Skip and Cynthia

17   worked primarily with a gentleman by the

18   name of Dan Otero for the artist side and

19   the artist side for Circle of Sisters is

20   minuscule compared to Summer Jam and then

21   we used a lady, her name is Lori, but I

22   don't remember her last name.  Lori was

23   the person that coordinated the contracts

24   with the Javits Center, loading times.

25   She worked very closely with our
```

Page 276

```
 1                    P. Ferro
 2   promotions team with Skip Dillard and
 3   Cynthia in the coordination of this
 4   event.
 5        Q        Circle of Sisters is a
 6   multi-day event; correct?
 7        A        It is a one-day event.  It
 8   used to be a multi-day event, but it
 9   became a one day event.
10        Q        And is Circle of Sisters, as
11   the name suggests, tailored to women?
12                 MR. MORO:  Objection to
13        form.
14        A        Yes.
15        Q        Yes?
16        A        Yes.  That is correct.  The
17   main drivers for Circle of Sisters is
18   shopping for women, healthcare, cooking
19   demonstrations, artists, presentations
20   and signings.  It was -- it's a show that
21   both Hot 97 supports, not in a large
22   scale like Summer Jam, but, you know,
23   we've supported it on Hot before.
24                 What else could I tell you
25   to help you understand?
```

Page 277

```
 1                    P. Ferro
 2       Q        Well, what was my question?
 3   Do you recall what my question was?
 4       A        If it was a show catered
 5   towards women and I was trying to tell
 6   you everything that we do --
 7       Q        Okay.
 8       A        -- that it does for women.
 9       Q        Have you done that?
10       A        I am sure that I missed a
11   couple of things, but it is, you know,
12   it's a big expedition for everything from
13   clothing to artwork to panels that Hot 97
14   and WBLS put together.  You know, many of
15   the Hot 97 staff put the panels together
16   like Shaila did, like Deja did.  I think
17   Steve Harvey came out one year.
18       Q        And you said one of the
19   things that was involved in Circle of
20   Sisters was cooking; correct?
21       A        Yes.
22                    MR. MORO:  Objection to
23       form.
24       A        There was a cooking
25   demonstration one year that was pretty
```

Page 278

1                    P. Ferro

2   good.

3       Q       Is Circle of Sisters not

4   considered as important an event to

5   MediaCo or Emmis as Summer Jam?

6                 MR. MORO:  Objection to

7       form.

8       A       Media -- pardon me.  Circle

9   of Sisters was the yearly event pre-COVID

10  for WBLS.  It was that yearly event that

11  we would all -- it was an all hands on

12  deck also type of event that we would put

13  together.  It didn't have as many moving

14  parts as Summer Jam, but for the brand it

15  was equally as important.

16      Q       Did you consider Circle of

17  Sisters to be equally important to

18  MediaCo as Summer Jam?

19                MR. MORO:  Objection to

20      form.

21      A       At this point in time, no,

22  because of the pandemic.

23      Q       Any other reason?

24      A       No, no.  We are moving

25  forward.  We did it last year.  We are

Page 279

                        P. Ferro

1                       P. Ferro

2    doing it this year.

3         Q       Why has the pandemic changed

4    its importance?

5         A         Because from a monetary

6    standpoint the Javits Center, which is

7    where we used to do it, is a very

8    expensive venue.  From a human being

9    being able to interact with others, we

10   were in lockdown so we couldn't and the

11   big push for that event is clients to

12   interact face to face with their users,

13   so we couldn't do it in 2020.

14                 We moved to a virtual model

15   for '21 and for 2022.

16        Q       Do you know what the ad

17   rates are for Ebro's show?

18        A         I do not.

19                 MR. MORO:  Objection form.

20        Q       Do you have any idea?

21        A         I do not.  I don't -- I

22   don't.

23        Q       Who would know that?

24        A         Brad should know that.  Brad

25   should know that.

Page 280

                          P. Ferro

1

2      Q        If there were documents that

3   had that information -- well, withdrawn.

4                What documents would show

5   that information?

6      A        Sales contracts with clients

7   would have, you know, you're getting this

8   in exchange for this amount of money and

9   when I say "this," I mean this amount of

10  commercials, endorsement, digital

11  presence, et cetera in exchange for this

12  amount of money, like a regular contract

13  that would -- that would show that.

14     Q        Do you know what the ad

15  rates are for the midday slot on WBLS?

16     A        I do not.

17     Q        Do you know if Ebro's

18  morning show on Hot 97 reaches a greater

19  number of audience members than the mid

20  slot on WBLS?

21               MR. MORO:  Objection to

22      form.

23     A        There's more people that are

24  using radio in the morning from a cume

25  perspective, from a people tuning in on a

```
 1                    P. Ferro
 2   weekly basis.  On a daily basis I would
 3   say that it's -- that Ebro has about as
 4   much.
 5        Q       About as much?
 6        A       Yeah, even though he has a
 7   direct head to head competitor.
 8        Q       And so an advertiser wants
 9   to reach as many ears as possible;
10   correct?
11              MR. MORO:  Objection to
12       form.
13        A       That's very general, but
14   yes.
15        Q       So it doesn't matter how a
16   show does compared to its direct
17   competitors?  What matters is how many
18   ears the ad reaches; correct?
19              MR. MORO:  Objection to
20       form.
21        A       That's very general, but in
22   a general sense, yes.
23        Q       So if I'm an advertiser, I
24   will pay more money to advertise on a
25   show that reaches a greater number of
```

                      P. Ferro
1
2    listeners; correct?
3                   MR. MORO:   Objection to
4        form.
5        A        Correct.
6        Q        It doesn't really matter to
7    me if, you know, if that show reaches,
8    you know, a certain number of listeners
9    in comparison to another show on the air
10   at that time; correct?
11                  MR. MORO:   Objection to
12       form.
13       A        Correct.  It's obviously
14   there's -- it's very different listeners
15   but, yes, you are correct.
16       Q        Well, one is 18 to 49;
17   correct?
18                  MR. MORO:   Objection to
19       form.
20       A        One is programmed for very
21   long time spent listening, which is WBLS.
22   We expect people to tune in and listen
23   for a very long period of time, so we
24   expect people to listen to the commercial
25   load.

```
                                        Page 283
 1                    P. Ferro

 2                    Hot 97 is programmed

 3      differently.  It's we get the bulk of our

 4      ratings from cume, so not a lot of time

 5      spent listening.  It's harder to reach

 6      the Hot 97 audience considerably.

 7          Q       But the demographic is very

 8      similar; correct?

 9                    MR. MORO:  Objection to

10          form.

11          A       The demographic is very

12      different.

13          Q       Well, Hot 97 is 18 to 49;

14      correct?

15                    MR. MORO:  Objection to

16          form.

17          A       Hot 97 is 25 to 34 centric.

18          Q       And so it's not 18 to 49;

19      correct?

20          A       The 25 to 34 cell is there,

21      so if you do really well in that cell,

22      you should do well 18 to 34 and 18 to 49.

23          Q       And BLS is 25 to 54;

24      correct?

25                    MR. MORO:  Objection to
```

Page 284

                        P. Ferro

1
2       form.
3        A        Yes.
4        Q        So there's a big overlap
5   there between the audience numbers;
6   correct?
7                  MR. MORO:  Objection to
8        form.
9        A        Yes, there is.
10       Q        After 2017, were you
11  involved a second time in negotiating
12  Ebro's contract?
13       A        The next time that we
14  discussed it was 2020.
15       Q        And was it at that time
16  Emmis or MediaCo?
17       A        There was a transition
18  period.  MediaCo had brought in a market
19  president of their choosing and he and I
20  had that conversation.  From my level I
21  was dealing with MediaCo and that market
22  manager.  I don't know the workings of
23  what the executive team was doing at this
24  point.
25       Q        But you were involved in the

```
 1                    P. Ferro
 2    negotiations; correct?
 3         A        I was involved in 2020 in
 4    delivering the message to Ebro that he
 5    was going to have his pay reduced.
 6         Q        What did you tell him?
 7         A        I can't remember word for
 8    word, but the general communication was
 9    as you know we are going through a
10    worldwide pandemic, as you know there's
11    very little revenue coming in and the
12    company needs your help.  I let him know
13    that I had taken a cut of pay and
14    everybody took a cut of pay, everybody.
15    Everybody on air took a cut -- well,
16    except -- except Shaila, but everybody.
17                  So he was -- he was all
18    about helping us survive.
19         Q        He just wanted to help you;
20    correct?
21         A        He loves the brand.  He
22    wanted to make sure that he had a place
23    to broadcast from.
24         Q        Did you also tell him that
25    you be giving him shares to make up for
```

```
 1                    P. Ferro
 2    the pay cut?
 3                 MR. MORO:  Objection to
 4       form.
 5        Q       Huh?
 6        A       He said objection to form.
 7                 MR. MORO:  I said objection
 8       to form.
 9        Q       He says objection to form
10    all the time.  We'll just pause.
11                 Let me do the question
12    again.  Did you also tell Ebro that you
13    were giving him stock to make up for the
14    pay cut?
15        A       We told him and everybody
16    else that we would eventually do that
17    once the transition from Emmis to MediaCo
18    was done and that happened later in the
19    year, so we did have that conversation to
20    answer your question.  He didn't get it
21    right away.
22        Q       But you told him it was
23    coming; right?
24        A       Yes.  We told everybody the
25    same thing.
```

Page 287

```
 1                    P. Ferro
 2        Q        And his response to you when
 3   you told him you'd be taking a pay cut is
 4   that he just wanted to help?  That's what
 5   he told you; correct?
 6        A        He wanted to help.  He
 7   wanted to be serviceable.  Whatever the
 8   company needed were the words that I
 9   remember him using.
10        Q        What else do you recall
11   about that conversation with Ebro?
12        A        It was quick.  He
13   understood, he was receptive and it
14   didn't take very long.  Those are the
15   things I remember.  That's it.
16        Q        So in 2020 you would have
17   been discussing a renewal of his contract
18   for another two years; is that correct?
19        A        Yes.
20        Q        And so that was -- sorry, go
21   ahead.
22        A        The contracts are two plus
23   one, so in the contract we negotiated in
24   2017 kicked in for '18.  We would have
25   been saying look, the plan is to renew
```

```
 1                    P. Ferro
 2    you also later in the year.
 3         Q       But during that particular
 4    negotiation in 2020, you told him that he
 5    had to take a pay cut given the
 6    circumstances surrounding the pandemic;
 7    correct?
 8         A       Yes.  Correct.
 9         Q       And did you keep his salary
10    at that lower rate for the rest of the
11    contract?
12         A       And the beginning of the
13    next one, yes.
14         Q       So you didn't raise his
15    salary?
16         A       We couldn't.
17         Q       Why couldn't you?
18         A       Because there were COVID
19    hardships that the company was enduring,
20    that the whole industry was enduring.
21         Q       So if this contract was in
22    2020, did he receive a pay increase at
23    any point after that?
24         A       I believe that 2021 he would
25    have had an increase, perhaps back to
```

Page 289

```
1                        P. Ferro
2      pre-COVID numbers and 2022 would have had
3      money above that.
4           Q        So in other words, you did
5      increase his salary during the term of
6      that contract that you negotiated in
7      2020; correct?
8                   MR. MORO:  Objection to
9          form.
10          A        There were two negotiations,
11     so yes is the correct answer, but not --
12     we didn't have that discussion in that
13     initial conversation.
14          Q        So in 2020, you cut his
15     salary because of the pandemic; correct?
16          A        Yes.
17          Q        You gave him shares
18     eventually to make up for that cut;
19     correct?
20          A        The company gave him shares,
21     yes.
22          Q        And in 2021 you reinstated
23     his salary to where it was prior to the
24     cut; correct?
25                   MR. MORO:  Can you read that
```

Page 290

                        P. Ferro

1

2       back?

3                    MR. LICUL:   I'll ask the

4       question again.

5          Q        In 2021 you reinstated his

6    salary back to where it was precut?

7          A        I believe so.   I don't -- I

8    don't study and make notes of what our

9    people make.   Once that negotiation is

10   done there's -- you know, that's when the

11   real work begins.

12                   From memory, yes, we wanted

13   to get Ebro back to pre-COVID numbers and

14   it took a couple of years to do it.   It

15   took until past '21.

16         Q        Well, was it 2021 or past

17   2021?

18         A        I think it was mid '21, so

19   it would have been July, June of '21.   I

20   don't want to guess and not give you an

21   accurate number.   I can look for his

22   contract and give you specifics.

23         Q        And then in 2022, you gave

24   him another raise of his salary and

25   raised him above the amount he was making

```
                                        Page 291
 1                    P. Ferro
 2     pre-COVID; correct?
 3                    MR. MORO:   Objection to
 4         form.
 5          A       Yes.
 6          Q       Were you involved -- was
 7     that the last -- well, withdrawn.
 8                    Have you been involved in
 9     any negotiations with Ebro about his
10     compensation since that time, since 2020?
11          A       Yes.  We are in -- we are
12     currently -- we currently signed a new
13     deal with Ebro recently.
14          Q       What's his salary now?
15          A       I don't know the exact
16     numbers, but it's higher than what it was
17     last year.
18          Q       Do you recall what it was
19     last year?
20          A       I don't recall what it was,
21     but I do believe he got a bump of $25,000
22     and equity in the company.
23          Q       He got another round of
24     equity?
25          A       Yes.
```

Page 292

```
 1                    P. Ferro
 2      Q        How many rounds of equity in
 3   the company did he get in total?
 4                MR. MORO:  Objection to
 5      form.
 6      A        I believe he got one with
 7   the cut, which is what I got personally,
 8   I got one and as we are renegotiating
 9   contracts, we are using equity to make it
10   attractive for talent.
11      Q        So do you know if his salary
12   is above 400,000?
13      A        I don't believe it is above
14   400,000 currently.  I don't believe it
15   is.  I could look for his contract and
16   give you specifics.
17      Q        But you plan to raise his
18   salary again; correct?
19                MR. MORO:  Objection to
20      form.
21      A        I do.
22      Q        When are you going to do
23   that?
24                MR. MORO:  Objection to
25      form.
```

```
 1                   P. Ferro
 2       A        As per the contract,
 3   whenever he and Brad finalized.  Again, I
 4   don't dwell on the deal.  I know that he
 5   signed it and we -- I don't know if we've
 6   countersigned it, but I'm not -- I
 7   don't -- as long as he's happy, that's
 8   what I care about that, you know, the
 9   talent is happy.  They negotiated what
10   they want and they can get to work and do
11   good.  I don't know what the specifics
12   are.
13       Q        What is Deja Vu's current
14   salary?
15                MR. MORO:  Objection to
16       form.
17       A        Deja Vu, right now we are
18   also -- I believe she's back to pre-COVID
19   levels.
20       Q        What amount is that?
21       A        I don't know the specifics.
22       Q        Is it more than $200,000 in
23   salary a year?
24       A        No.
25       Q        And when did you restore her
```

```
                                    Page 294
 1                  P. Ferro
 2   to pre-COVID levels?
 3                  MR. MORO:   Objection to
 4       form.
 5        A        With stock?
 6        Q        Without stock.
 7        A        Without stock, not yet.   I
 8   was just going to say that's what her
 9   agent wants now, which is to get her back
10   to pre-COVID dollars.
11        Q        So she took a pay cut at the
12   same time that Ebro did; correct?
13        A        The contracts are staggered.
14   I think it's very important to get that.
15   For you to know, not every -- you know,
16   like there's some contracts that start in
17   January, some start in March and they're
18   all staggered.
19                  So unfortunately Deja had
20   just signed a new deal as the pandemic
21   happened, so since it's a two plus one
22   now is when she's negotiating her next
23   deal.
24                  Very much like me, just to
25   share, I have a two plus one, I'm at the
```

Page 295

```
 1                    P. Ferro
 2   last year of my contract and I haven't
 3   had an opportunity to negotiate.
 4                    Ebro was up right when the
 5   pandemic happened and now he's up again
 6   in '23, three years later.
 7        Q        Well, prior to 2023, the
 8   last contract Ebro signed was in 2020;
 9   correct?
10        A        Late 2020.  It took time
11   because of the pandemic, yes.
12        Q        Listen carefully, in 2020 he
13   signed a new contract; correct?
14        A        Yes.
15        Q        And that was when he took
16   the pay cut; correct?
17        A        No.
18        Q        No?
19        A        No.
20        Q        He took the pay cut before
21   then?
22        A        Yes.
23        Q        And so he took the pay cut
24   mid contract; correct?
25        A        He took the pay cut at the
```

Page 296

```
 1                      P. Ferro
 2    last leg of his current contract then and
 3    it carried over to the new deal that he
 4    signed later in 2020.
 5         Q        In 2020?
 6         A        Correct.
 7         Q        And so the contract before
 8    this one in 2023 was signed in 2020;
 9    correct?
10         A        Yes.  That is correct.
11         Q        And in the middle of that
12    contract, you restored him to his precut
13    level; correct?
14                   MR. MORO:  Objection to
15        form.
16         A        I want to say in year three.
17         Q        Well --
18         A        I can get the contract and
19    give you specifics.
20         Q        In 2021, did you restore
21    Ebro to his precut level?
22         A        Salary, no.
23         Q        So when you testified to
24    that earlier, you were wrong; correct?
25                   MR. MORO:  Objection to
```

Page 297

```
 1                    P. Ferro
 2        form.
 3        A         When he signed his contract,
 4    he signed it with a cut.  We were trying
 5    to get him back to the pre-COVID levels.
 6    We used stock to do it.  Stock is not
 7    compensation.  Stock is not even taxed
 8    the same way so, no, I --
 9        Q         You don't consider stock
10    compensation?
11                  MR. MORO:  He's not done
12        answering.  Go ahead.
13        Q         You don't consider stock
14    compensation?
15                  MR. MORO:  Do you have
16        anything else to add to the prior
17        question?  If you need it read back,
18        we can.
19        A         So your question was did we
20    restore Ebro back to his original dollar
21    salary amount and the answer was no
22    because we -- the company made it up with
23    stock options.
24        Q         I'm talking about salary.
25    In 2020, Ebro took a salary cut; correct?
```

```
 1                        P. Ferro
 2        A        Yes.  Correct.
 3        Q        In 2021, you testified
 4   earlier that you restored his salary to
 5   the precut level; is that correct?
 6                  MR. MORO:  Objection to
 7        form.
 8        A        I testified to that with the
 9   thought that you understood that it was
10   that we got to that point using equity
11   and I apologize if I didn't --
12        Q        And you testified earlier --
13                  MR. MORO:  He's not done.
14        Q        -- that in 2022 you actually
15   increased his salary above the precut
16   level; correct?
17                  MR. MORO:  Can we get a read
18        back of the prior question just to
19        confirm whether or not he was done
20        answering before we move on?
21                  (The requested portion was
22        read back by the Court Reporter.)
23                  MR. MORO:  Anything else you
24        want to add to that first question?
25                  THE WITNESS:  No, that's it.
```

Page 299

```
 1                    P. Ferro
 2       A         I just want to say I don't
 3    memorize the salaries of the on-air staff
 4    to the exact figure, but that -- those
 5    contracts are written.  We can pull them
 6    up if you want specifics we can.  I don't
 7    recall exactly when and at what point.
 8                    I do recall that we were
 9    trying as a company to restore people to
10    be good, to get people back to the level
11    that they were at in terms of
12    compensation as soon as possible.  Some
13    contracts it happened -- some contracts
14    were ending as the pandemic was
15    happening.  Some contracts started right
16    after the pandemic was happening.
17                    And now I'm done.
18       Q         Are you done?
19       A         I just said now I'm done.
20       Q         Oh, okay.
21                    In 2022 did you raise Ebro's
22    salary, salary, to a level above the cut
23    he took in 2020?
24                    MR. MORO:  Objection to
25       form.
```

Page 300

```
                                P. Ferro
  1
  2        A         I don't recall.  I'd have to
  3   see the contract.
  4        Q         Now, you said that Deja Vu
  5   also took a pay cut around 2020 because
  6   of the pandemic; correct?
  7        A         Correct.
  8        Q         I think you testified
  9   earlier that she still has not been
 10   restored to the precut level; correct?
 11        A         Correct.
 12        Q         Were you involved in
 13   negotiating contracts with Flex?
 14        A         No.  Contracts with Flex
 15   were done mostly through the market
 16   president.  Mostly through the market
 17   president.
 18        Q         Who is that?
 19        A         So at the point that I was
 20   involved, it was Charlie Morgan and then
 21   when we renewed him for the current term,
 22   it would have been Rhonda Castro or Brad
 23   Tobin.  Brad for sure.  Rhonda Castro was
 24   here for a very short amount of time.
 25        Q         So you weren't involved in
```

```
                                          Page 301
 1                    P. Ferro
 2   those; correct?
 3        A         Correct.
 4        Q         Did there come a time when
 5   Flex was given the title of digital
 6   content specialist?
 7        A         I've heard that title and I
 8   believe that title was given to him
 9   before I got here.
10        Q         Do you know what he does as
11   digital content specialist?
12        A         They used him as consulting
13   for ideas to grow the digital platform of
14   Hot 97 mostly.
15        Q         Anything else?
16        A         Specifically for digital and
17   his contributions, that's what I
18   understand is his idea generation.
19        Q         Did Flex also get the title
20   of mix show coordinator at some point?
21        A         That is correct, yes.
22        Q         I'm sorry?
23        A         That is correct, yes.
24        Q         And what does he do as mix
25   show coordinator?
```

Page 302

```
 1                    P. Ferro
 2      A        As mix show coordinator, he
 3   literally coordinates with the program
 4   director, the schedule of the mixers, the
 5   DJs, the people that blend music in a
 6   party style atmosphere on Fridays and
 7   Saturday nights.  He is in charge of
 8   making sure that he works with Cynthia to
 9   get us the best DJs slash mixers
10   available.  He is in charge of making
11   sure that the music selection that's
12   pre -- that's provided to him via our
13   research is followed.  He opines on if a
14   mixer should be moved up to a better time
15   slot or down and because of his vast
16   experience we listen, but the ultimate
17   call is Cynthia's as to what he does.
18   That's why he's a mix show coordinator
19   and not a mix show director.
20      Q        Who was mix show coordinator
21   before Flex was given that title?
22      A        There was nobody.
23      Q        Who was digital content
24   specialist before Flex was given that
25   title?
```

Page 303

                         P. Ferro

1

2       A         That was before I got here.

3    I'm not sure.

4       Q         Do you know if anyone had

5    that title?

6       A         I do not.

7       Q         Let's talk a little bit

8    about Ms. Scott.  When did you decide to

9    terminate her employment?

10      A         I decided to --

11                MR. MORO:  Objection to

12       form.

13      A         -- not -- I put my opinion

14   to not renew her contract early in 2022,

15   March of '22.

16      Q         Did you communicate that

17   decision to anyone?

18      A         I communicated it to Brad

19   and to Cynthia.

20      Q         Was this in one conversation

21   or separate conversation?

22      A         I communicated first to Brad

23   and then I let Cynthia know that that's

24   where I was leaning towards.

25      Q         What did you say to Brad?

Page 304

```
 1                    P. Ferro
 2       A        What did I say to Brad?
 3       Q        Yeah.
 4       A        I said that based on the
 5   research study, Shaila was -- had very
 6   low familiarity considering the amount of
 7   time that she had been on the air.  The
 8   midday show was passive, so let's put
 9   Deja Vu in there and let's get somebody
10   that does digital really well in the
11   afternoons and I was just going by the
12   direction that the company had instilled
13   and wanting to do digital, more digital
14   content.
15       Q        Who instilled that desire to
16   do more digital content?
17                MR. MORO:  Objection to
18       form.
19       A        The entire industry is
20   moving towards that, more digital and
21   digital, a necessity to be in digital.
22   We are following station trends.  We
23   believe it.  We believe that as
24   commercial advertising revenue comes
25   down, we believe that digital is the -- a
```

```
                                      Page 305
 1                    P. Ferro
 2    way to offset that.
 3        Q       At the time you decided to
 4    terminate Ms. Scott's employment, she in
 5    fact was tied for the number one slot on
 6    middays in the New York area; correct?
 7                    MR. MORO:  Objection to
 8        form.
 9        A       I'd have to look at the
10    demographics to determine that.  WBLS
11    does really well in that time slot when
12    Shaila was on and when she left.
13        Q       You believe she was number
14    one in that time slot when you decided to
15    fire here?
16                    MR. MORO:  Objection to
17        form.
18        A       I believe that she did well.
19    But I believe as the industry moves
20    towards a more digital content, more
21    digital need, that is what we as an
22    industry require of our people.  I know a
23    program director that lost her job in
24    Buffalo because she did not perform her
25    digital duties for her company.
```

Page 306

```
 1                      P. Ferro
 2      Q          Who in the industry directed
 3   you to do more digital content?
 4                   MR. MORO:  Objection to
 5      form.
 6      A          Nobody in the industry
 7   directed me, but I keep track of what's
 8   happening in other media companies.  I'm
 9   aware of the need because it's my
10   business.
11      Q          So earlier when you
12   testified that you were following the
13   directives to do more digital, were you
14   referring to any particular person or
15   were you referring to the industry in
16   general?
17                   MR. MORO:  Objection to
18      form.
19      A          I was referring to the
20   desire of MediaCo to do better in the
21   digital space for BLS and that
22   corresponds to where the industry is
23   moving across the board.
24      Q          Who?  Which human being at
25   MediaCo expressed that desire?
```

Page 307

                    P. Ferro

1
2       A       A conversation that I had
3   with Brad Tobin.
4       Q       What did Brad say?
5       A       Brad said if we want to
6   survive and do well, we have to follow
7   suit with what every other broadcaster is
8   doing.  We have to grow our digital
9   platform.
10      Q       What else did he say?
11      A       I can't recall exactly, but
12  that was what stuck in my mind as a
13  directive.
14      Q       And is that when you or
15  MediaCo commissioned the study that you
16  referred to earlier?
17              MR. MORO:  Objection to
18      form.
19      A       No.  The study was going to
20  happen regardless because we rotate.
21  Some years we do Hot 97.  Some years we
22  do WBLS.  It had been some time that we
23  hadn't done WBLS, so it just happened
24  that we were doing that study in the
25  spring of 2022.

Page 308

```
 1                    P. Ferro
 2        Q         And is it after you -- well,
 3    so did you decide to terminate
 4    Ms. Scott's employment before you
 5    reviewed the results of that study or
 6    after?
 7                   MR. MORO:  Objection to
 8        form.
 9        A         After I got the initial
10    feedback, I started considering her --
11    not renewing her contract and then once I
12    got the full report, it was pretty -- it
13    helped me make up my mind.
14        Q         And so when you told -- you
15    said you told Brad that you had decided
16    to let Ms. Scott go.  What did he say to
17    you?
18                   MR. MORO:  Objection to
19        form.
20        A         I wouldn't tell my boss what
21    to do.  I would tell my boss what I
22    believe and what I believe is the best
23    course of action for a brand.  I suggest,
24    but I can't arbitrarily say let's fire
25    this person.  It's a conversation.  It's
```

Page 309
```
                            P. Ferro
 1
 2   what you do.
 3        Q        What was my question,
 4   Mr. Ferro?
 5        A        If I had fired her.
 6                 MR. MORO:  Can we have the
 7        question read back?
 8        Q        My question was --
 9                 MR. MORO:  Well, hold on,
10        hold on.
11        Q        -- what did Brad say to you
12   when you recommended firing Ms. Scott?
13                 MR. MORO:  I would prefer to
14        have the reporter read it back
15        though.  Thank you.
16                 MR. LICUL:  Well, the
17        question -- I'm not going to ask the
18        question again.
19                 MR. MORO:  Are you
20        withdrawing it?
21                 MR. LICUL:  I'm withdrawing
22        the question, so I'm going to ask the
23        question a different way.
24        Q        When you told Brad that you
25   had decided you wanted to fire Ms. Scott,
```

```
                                      Page 310
 1                    P. Ferro
 2    what did he say in response?
 3                    MR. MORO:  Objection to
 4        form.
 5        A          I did not use those words.
 6        Q          What words did you use?
 7        A          I said Shaila's contract is
 8    coming up and I feel that we should not
 9    renew it based on the findings of the
10    research study.
11        Q          What else did you say to
12    him?
13        A          That's all I recall.
14        Q          What did he say?
15        A          I don't remember.
16        Q          Do you remember anything
17    else about what the two of you said to
18    each other during that conversation?
19        A          I do not remember.
20        Q          Now, you also said you spoke
21    to Cynthia, Cynthia Smith --
22        A          Yes.
23        Q          -- about your desire not to
24    renew Ms. Scott's contract; correct?
25        A          That is correct.
```

Page 311

1                    P. Ferro

2        Q        What did you say to her?

3        A        I said -- I asked her if she

4    had seen the initial findings and she

5    responded that she had and we were both

6    of the agreement that Shaila didn't

7    perform the way that we had hoped or

8    expected and I said to her her contract's

9    up, we should put Deja Vu in her show.

10       Q        And what did she say in

11   response?

12       A        She agreed.

13       Q        Did the two of you say

14   anything else to each other during that

15   conversation?

16       A        I'm sure we did, but I don't

17   recall.

18       Q        Did you speak to anyone else

19   about your decision not to renew

20   Ms. Scott's contract, other than Brad and

21   Cynthia Smith?

22       A        I did not.

23       Q        Did you speak to HR?

24                MR. MORO:  Objection to

25        form.

Page 312

1                    P. Ferro

2        A        I did not.

3        Q        Do you know if anyone did?

4                 MR. MORO:  Objection to

5        form.

6        A        I don't know who took the

7    next step to speak to HR.

8        Q        Do you agree that somebody

9    must have spoken to HR?

10                MR. MORO:  Objection to

11       form.

12       A        Yes.

13       Q        Why is that?

14       A        Because when you hire or

15   terminate someone, human resources is

16   involved to make sure that the process is

17   done properly.

18       Q        The study that caused you to

19   recommend not renewing Ms. Scott's

20   contract, did that say anything about

21   age?

22                MR. MORO:  Objection to

23       form.

24       A        About the age of Shaila.

25       Q        About the age of anyone.

```
 1                    P. Ferro
 2                    MR. MORO:   Objection to
 3        form.
 4         A         The study is based on age
 5    groups and different demographics so,
 6    yes.
 7         Q         What did it say about age?
 8                    MR. MORO:   Objection to
 9        form.
10         A         It is a very comprehensive
11    and long presentation.  Can you be more
12    specific with your question in terms of
13    this?
14         Q         Do you remember anything
15    that the study said about age?
16                    MR. MORO:   Note my objection
17        to form.
18         A         The study said and I'd have
19    to go back and reference it, it showed
20    that the station could grow if we
21    appealed to a younger demographic.
22         Q         And how were you going to
23    appeal to a younger demographic?
24         A         By communicating with them
25    through the devices that they use and
```

Page 314

```
 1                    P. Ferro
 2   that they're on.
 3       Q       Is that what you told Brad?
 4               MR. MORO:  Objection to
 5       form.
 6       A       That's what I believed.  I
 7   believed that if you're going to be
 8   successful, you have to communicate with
 9   your audience in the devices that you're
10   using and we all have teenagers or
11   nephews or whatever and we always see
12   them with their heads buried on their
13   phone.
14       Q       And that was an important
15   part of the reason you wanted to let
16   Shaila go; correct?
17               MR. MORO:  Objection to
18       form.
19       A       No.  That was an important
20   part of why I wanted to bring somebody
21   that knew how to do that for the
22   afternoon show.
23       Q       And at some point you
24   communicated that to Brad; correct?
25       A       I must have, but I don't
```

Page 315

```
 1                    P. Ferro
 2   recall when exactly.
 3        Q        And that you wanted to reach
 4   a younger audience by communicating to
 5   them through the mechanisms that they
 6   know; correct?
 7                  MR. MORO:  Objection to
 8       form.
 9        A        I didn't use the word
10   younger.  I said broader because I did
11   not want to put in jeopardy the demo that
12   or the audience that we have on WBLS or
13   that we had at that point.  I wanted to
14   broaden the audience.
15        Q        So you wanted to broaden the
16   audience by introducing younger audience
17   members; correct?
18        A        No.
19        Q        Well, how were you going to
20   broaden the audience without introducing
21   younger audience members?
22        A        Through the use of digital.
23   Flex is 55 and he -- nobody does digital
24   like Flex does, so it's not an issue of
25   age.  It's an issue of knowing what to
```

Page 316

```
 1                    P. Ferro
 2   do.  It's a skill set.
 3        Q       Mr. Ferro, the audience you
 4   were trying to reach was a younger
 5   audience; correct?
 6                 MR. MORO:  Objection to
 7       form.
 8        A       It was a broader audience,
 9   yes.
10        Q       Did I say broader audience
11   or did I say younger audience?
12        A       You said younger audience --
13                 MR. MORO:  Objection.
14        A       -- but I feel like you're
15   kind of leading me in some way and it's
16   uncomfortable.
17        Q       So you were not trying to
18   reach a younger audience; is that
19   correct?
20        A       I was trying to reach a
21   broader audience.
22        Q       And the -- sorry, I didn't
23   mean to interrupt.
24        A       No.  And the opportunity as
25   per the test was to do better with people
```

Page 317

1                        P. Ferro

2     aged in their 40's.

3          Q        Age what?

4          A        In their 40's.  That

5     broadens the audience.

6          Q        And you were concerned that

7     WBLS listeners were aged 40 or older;

8     correct?

9                        MR. MORO:  Objection to

10         form.

11         A        I'm not concerned with the

12    current listeners.  We -- I appreciate

13    and very much cherish the current

14    listeners.  I wanted to add -- add to

15    that, not do anything to detract from

16    that audience.

17         Q        So you were trying to add

18    listeners from 35 to 44; correct?

19         A        Yes.

20         Q        And the listeners --

21    withdrawn.

22                        Were you present when

23    Ms. Scott was told that her contract was

24    not being renewed?

25         A        We did it over a Zoom

Page 318

```
 1                    P. Ferro
 2   meeting because she failed to come in
 3   that day in person, so I was not
 4   physically present, but I am present as I
 5   am with you now here.
 6        Q        Who else was on that Zoom
 7   call?
 8        A        Celeste McCaw, our in-house
 9   counsel, Cynthia Smith and Shaila.
10        Q        Did you do anything to
11   prepare for that meeting?
12        A        I spoke with Celeste.  I
13   spoke with Cynthia.  We confirmed that
14   this is the move that we wanted to make.
15   Obviously our executive team knew that we
16   were going to make this -- that we wanted
17   to make this move and were going to make
18   this move.  We wouldn't have done it
19   without them.  Those are the meetings
20   that we had prior.
21        Q        So you spoke to Cynthia
22   Smith to prepare for the firing meeting;
23   correct?
24        A        Correct.
25        Q        What did you and Ms. Smith
```

```
 1                    P. Ferro
 2   say to each other?
 3       A        We said that we both -- that
 4   it was very difficult, that we both
 5   really loved Deja, pardon me, Shaila,
 6   that it was going to be a difficult, but
 7   necessary move because of what we had
 8   seen and we were sad about it.
 9       Q        Did you and Ms. Smith
10   discuss what you were going to say to
11   Shaila?
12       A        No, because for termination
13   or nonrenewal it's very standard
14   conversation.  Unfortunately I've done it
15   before.  So we didn't go into too much
16   conversation.
17                I'm not sure if I could
18   share what Celeste McCaw told us to do.
19                MR. MORO:  Yeah.  I'm just
20       going to direct you to exclude any
21       conversations you had with Celeste.
22       Q        Do you recall anything
23   else --
24                MR. LICUL:  Sorry.
25                MR. MORO:  You can limit
```

Page 320

```
 1                    P. Ferro
 2        your answer to conversations with
 3        Cynthia.
 4                   MR. LICUL:  I'm not asking
 5        the conversation with Ms. McCaw.
 6        Q        Do you recall anything else
 7    about the conversation with Ms. Smith to
 8    prepare for the termination?
 9        A        No.
10        Q        Were you given, just yes or
11    no, any bullet points or talking points
12    about what to say to Ms. Scott during the
13    termination meeting?
14        A        I communicated with our
15    in-house counsel and I'm not sure if I
16    can say yes or no.
17        Q        I'm not asking you who you
18    communicated with.  Listen carefully, I'm
19    asking you were you given a written list
20    of bullet points or some type of script
21    as to what to say to Ms. Scott during the
22    termination meeting, just yes or no?
23        A        No.
24        Q        Do you know if Ms. Smith
25    was?
```

```
 1                     P. Ferro
 2        A          I don't know.
 3                   MR. MORO:  Objection to
 4        form.
 5        Q          All right.  So tell me what
 6    you can recall about the conversation
 7    where you fired Shaila Scott.
 8                   MR. MORO:  Objection to
 9        form.
10        A          We let her -- I let her
11    know -- I'm not sure if I was the one
12    that led the conversation or Celeste, so
13    I'm sorry about that, but either Celeste
14    or I communicated that we were not going
15    to renew her contract moving forward and
16    Shaila was very kind, she was very
17    appreciative to me for teaching her what
18    she could pick up in the time that we
19    worked together.  She was appreciative to
20    Cynthia and she, herself, cut the
21    conversation short.
22        Q          Do you recall anything that
23    she said specifically?
24        A          Yes.  She asked what the
25    next steps were and Celeste said that our
```

Page 322

```
 1                        P. Ferro
 2    director of human resource would reach
 3    out to her with paperwork on insurance
 4    and any other paperwork or any other
 5    questions that she might have.  She would
 6    be available, she being Celeste, would be
 7    available to answer her questions and so
 8    would our director of HR.
 9         Q       Was she upset?
10         A       No.
11                 MR. MORO:  Objection to
12       form.
13                 THE WITNESS:  Sorry.
14         A       No.  She wasn't upset.  She
15    was very calm and relaxed.
16         Q       Did she ask you why you had
17    decided not to renew her contract?
18         A       I don't recall her asking
19    why.  I don't remember getting into that
20    conversation.
21         Q       Do you recall anything else
22    that was said during this termination
23    meeting?
24                 THE WITNESS:  His computer
25       is frozen.
```

```
 1                    P. Ferro
 2               MR. MORO:  Can we go off the
 3       record for a second?
 4               (Time noted:  5:08 p.m.)
 5               (A short recess was taken.)
 6               (Time noted:  5:10 p.m.)
 7       Q       Do you recall anything else
 8   that was said at this termination
 9   meeting?
10       A       And is that after I answered
11   her questions regarding next steps and
12   who she should reach out to with
13   questions?
14       Q       Other than what you've
15   testified to, do you recall anything else
16   that was said at this termination
17   meeting?
18       A       No.
19       Q       Did you speak to anyone
20   about the termination meeting after it
21   happened?
22       A       After it happened we
23   communicated to staff that we had made a
24   change so they wouldn't hear about it via
25   rumor hearsay or any other way.
```

```
 1                    P. Ferro
 2      Q        What did you tell staff?
 3      A        Cynthia was the one that
 4   communicated to staff.
 5      Q        Do you know what she said?
 6      A        I don't recall specifically,
 7   but it was she delivered the message that
 8   Shaila was no longer part of the team.
 9      Q        After communicating that to
10   staff, did any staff members speak to you
11   about Ms. Scott's termination?
12      A        Not that I can recall.
13      Q        Now, after you told
14   Ms. Scott that you were terminating --
15   you were not renewing her contract, did
16   you permit her to go back and work
17   through the end of her contract?
18              MR. MORO:  Objection to
19      form.
20      A        It would have been an option
21   had she requested it, but we didn't get
22   to that conversation.  We didn't get
23   there.  That wasn't discussed.
24      Q        So if she had asked you to
25   continue through the end of her contract,
```

Page 325

```
 1                    P. Ferro
 2   you would have allowed that to happen?
 3                   MR. MORO:  Objection to
 4       form.
 5        A        I'm not sure what I would
 6   have answered at that point in time.
 7   Some time has passed now.  I feel
 8   differently today than I did back then.
 9        Q        Isn't it true, Mr. Ferro,
10   that you had decided before the
11   termination meeting that you would not
12   permit her to work through the end of her
13   contract?
14                   MR. MORO:  Objection to
15       form.
16        A        No.
17        Q        And so it's your testimony
18   that the reason she didn't work through
19   the end of her contract is because she
20   didn't ask to?
21                   MR. MORO:  Objection to
22       form.
23        A        My recollection was to
24   not -- to pay her through the end of her
25   contract, but that she didn't have to
```

```
 1                    P. Ferro
 2   perform duties to earn that money and we
 3   put somebody else to cover the shift
 4   before Shaila got there, so we just
 5   didn't have that conversation.
 6        Q        Prior to the termination
 7   meeting, did you already have that plan
 8   in place as to who would fill in for her
 9   through the end of her contract?
10        A        We -- yes.  Cynthia and I
11   discussed candidates.  I came up with a
12   handful of different scenarios and at the
13   end of the day we ended up just having
14   the shift covered by Bugsy.
15        Q        And I'm talking about the
16   period of time between the time you told
17   Ms. Scott that you were not going to
18   renew her contract and the actual end of
19   her contract.
20        A        Yes.  Correct.
21        Q        So you had a plan in place
22   to replace her through the end of her
23   contract; correct?
24                 MR. MORO:  Objection to
25        form.
```

Page 327

                         P. Ferro

1

2        A        Yes.

3        Q        And that's because you

4    already decided that you would not let

5    her work through the end of her contract;

6    correct?

7        A        No.

8                 MR. MORO:   Objection to

9        form.

10       Q        So why did you put that plan

11   in place?

12                MR. MORO:   Can you repeat

13       that, Valdi?

14                MR. LICUL:   Sure.   I mumbled

15       that.

16       Q        Why did you put that plan in

17   place if you did not intend for her to

18   stop working on the day of the

19   termination?

20       A        Because in my experience

21   you'd have to hope for the best, but

22   prepare for the worst and you always have

23   to have at least one plan in place just

24   in case things don't go to how you want

25   them to go or you expect them to go.

```
 1                      P. Ferro
 2         Q         Now, by this time, by the
 3     date of the termination meeting, you had
 4     already hired Jusnik; correct?
 5         A         I believe so, yes.
 6         Q         Yeah.  But you hadn't made
 7     the announcement yet; correct?
 8                    MR. MORO:  Objection to
 9         form.
10         A         Correct.
11         Q         And so you made the
12     announcement about Jusnik's hire after
13     you terminated Ms. Scott; correct?
14                    MR. MORO:  Objection to
15         form.
16         A         Correct.
17         Q         How long was there a gap
18     between the time you terminated Ms. Scott
19     and you announced the hiring of Jusnik?
20         A         I'm just going to walk
21     through the thought process.  Shaila was
22     a couple of weeks away from her end date,
23     so this would have been four to five
24     weeks after.
25         Q         When Jusnik was hired, was
```

Page 329

```
 1                    P. Ferro
 2    there a point at which she came into the
 3    office to be introduced to her colleagues
 4    at MediaCo?
 5         A       Yes.
 6         Q       Did you take her around the
 7    office?
 8         A       I took her to a portion of
 9    the office and Brad took her to the other
10    portion of the office because I was busy
11    doing other work, so I couldn't do the
12    full tour.
13         Q       What did you say to people
14    when you introduced her?
15         A       By this time people knew
16    that she was coming and the introduction
17    was meet Jusnik, she's going to be doing
18    the afternoon show on WBLS.
19         Q       Do you know what Brad said
20    when he introduced her?
21                 MR. MORO:  Objection to
22        form.
23         A       I have no idea.  I don't
24    know.
25         Q       I'm just trying to figure
```

```
 1                    P. Ferro
 2    out if we need to take a break or not.  I
 3    want to show you a document, Mr. Ferro.
 4         A       Okay.
 5                 MR. MORO:  Just give me a
 6        heads up when you upload it.
 7                 MR. LICUL:  I will.
 8         Q       By the way, before I do
 9    that, did you ever hear anyone at MediaCo
10    or Emmis refer to WBLS as being old?
11         A       No.
12         Q       Never heard that?
13         A       No.
14                 (The above-referred-to
15        e-mail chain and contract were marked
16        as Exhibit Ferro 2 for identification
17        as of this date.)
18                 MR. LICUL:  I think if you
19        refresh you'll see it, Chris.
20                 What I marked as Ferro 2 is
21        MediaCo 1730 through 1754.
22                 MR. MORO:  I see there's
23        more than 1730 and 1754.
24                 MR. LICUL:  Are you sure?
25                 MR. MORO:  I have multiple
```

Page 331

```
                          P. Ferro
 1
 2         exhibits in one PDF here.
 3                    MR. LICUL:  It is one PDF,
 4         but it should be 1730 through 1754.
 5                    MR. MORO:  I have 1730, oh,
 6         to 1754.
 7                    MR. LICUL:  Yes.  Sorry.
 8                    MR. MORO:  I got it.  Yes, I
 9         have 1730 through 1754.
10         Q        Mr. Ferro, please take a
11     look at that and tell me if you recognize
12     that document.
13         A        I do.
14         Q        What is it?
15         A        It is a note that I -- an
16     e-mail that I wrote to Rahsan, our CEO
17     and Brad, our CCO on the 15th of April
18     where it highlights Deja's popularity
19     over Shaila.
20                    MR. MORO:  If you want to
21         scroll, feel free to scroll.
22         A        But your question is do I
23     recognize it and my answer is I do.  I
24     wrote this.
25         Q        And remember earlier in
```

Page 332

```
                              P. Ferro
 1
 2      today's deposition --
 3                   MR. LICUL:  Sorry, I can't
 4          hear you.
 5                   MR. MORO:  Sorry about that.
 6          I just want you to be aware and so
 7          everyone can hear me that there is
 8          more than just this e-mail here and
 9          this is what I was pointing out to
10          Valdi, that this document is also
11          tacked in.
12                   MR. LICUL:  Right.  That's a
13          fair point, Chris I'll ask about
14          that.
15          Q        You see the first part of
16      that Ferro Exhibit 2 is MediaCo 1730
17      through 1734.  Do you see that, there's
18      an e-mail exchange there?
19          A        Yes.
20          Q        And then after that from
21      1735 to the rest of the document it looks
22      like a copy of Jusnik's contract;
23      correct?
24          A        That is correct.
25          Q        Do you know if the e-mail
```

Page 333

```
 1                    P. Ferro
 2    chain attached at any point a copy of
 3    Jusnik's contract?
 4        A        No.  What I did was I
 5    attached the early findings of the study,
 6    which are just the preliminary findings,
 7    but at this point in time I didn't have
 8    Nicole's contract.
 9                    MR. MORO:  I'm noting my
10        objection to form here also.
11                    MR. LICUL:  Okay.
12        Q        So early in this deposition
13    earlier this morning you mentioned an
14    e-mail you sent to Rahsan-Rahsan and Brad
15    Tobin explaining why you decided to not
16    extend or not renew Ms. Scott's contract;
17    correct?  Do you remember testifying
18    about that?
19                    MR. MORO:  Note my objection
20        to form.
21                    Can you read that back?
22                    MR. LICUL:  That was
23        butchered.  Let me do it again.
24        Q        Earlier in today's
25    deposition you identified an e-mail that
```

Page 334

```
 1                    P. Ferro
 2   you had sent to Brad and Rahsan-Rahsan
 3   where you explain your determination or
 4   conclusion not to renew Ms. Scott's
 5   contract.  Do you remember that
 6   testimony?
 7        A       I do.
 8        Q       Is this that e-mail?
 9        A       It is.
10        Q       All right.  Is the e-mail
11   beginning on the first page, the top page
12   dated April 15, 2022 at 11:12 where you
13   explain your rationale?
14                MR. MORO:  Objection to
15      form.
16        A       Will you give me a second so
17   I can just --
18        Q       Yes.
19        A       -- read through it and
20   answer the question as accurately as
21   possible?
22        Q       Yes.  Just read through it
23   and then I'll ask you some questions.
24   Maybe that's the best way to do it.
25        A       Okay.  That makes sense.  I
```

Page 335

```
 1                    P. Ferro
 2    remember writing this, yes.
 3                    Okay.  I stopped at what I
 4    wrote and then the key findings are next.
 5    Should I read those through or do you --
 6         Q       Well, why don't you -- who
 7    wrote the key findings portion?
 8         A       The key findings were
 9    written by Kevin Cassidy, who's the
10    person that oversaw the study.
11         Q       And who highlighted the key
12    findings portion?
13         A       I believe I did.
14         Q       So you cut and pasted the
15    key findings and highlighted the portions
16    that you wanted Rahsan-Rahsan and Brad to
17    notice; correct?
18                    MR. MORO:  Objection to
19         form.
20         A       I copied all of the
21    findings.  There are six of them, but I
22    copied three to make sure that they saw
23    if they wouldn't get down to later on in
24    the e-mail.
25         Q       And you also highlighted
```

```
                                        Page 336
 1                    P. Ferro
 2   sections of those first three findings
 3   that you wanted them to focus on;
 4   correct?
 5                    MR. MORO:  Objection to
 6        form.
 7        A        Correct.
 8        Q        Where in this e-mail
 9   explaining why you decided not to renew
10   Ms. Scott's contract do you mention
11   anything about digital?
12                    MR. MORO:  Objection to
13        form.
14        A        I don't.
15        Q        Why not?
16        A        Because it's a given.
17        Q        Is there any other reason
18   you didn't mention digital?
19        A        No.
20        Q        So let me ask you a few
21   questions.  Withdrawn.
22                    Why do you say it's a given?
23        A        Because the entire industry
24   is moving towards a more digital portion.
25   I even mentioned that a program director
```

Page 337

```
 1                     P. Ferro
 2   had lost her job as program director
 3   because she didn't meet the digital
 4   standards of her company.
 5        Q        And so this was the most
 6   important thing, the most important
 7   factor to you in deciding not to renew
 8   Ms. Scott's contract; correct?
 9                  MR. MORO:  Objection to
10       form.
11       A        No.
12       Q        What was the most important
13   fact?
14       A        The fact that she
15   underperformed Deja.  We are talking
16   about two different things.  Nicole was
17   brought in to do the afternoon show and
18   then the decision was, you know, is it --
19   who's more popular with our audience, is
20   it Shaila or is it Deja.
21       Q        And you didn't consider
22   anyone else, correct, other than Shaila
23   or Deja as to who you would remove;
24   right?
25       A        There was nobody else to
```

Page 338

```
1                         P. Ferro
2    remove.
3         Q       One of those two women was
4    going to go; correct?
5                   MR. MORO:  Objection to
6         form.
7         A       There was no -- those were
8    the two full-time people.
9         Q       Now, in explaining why you
10   picked Shaila, you don't mention anything
11   about digital; correct?
12                  MR. MORO:  Objection to
13        form.
14        A       In this e-mail I do not
15   mention anything about digital.
16        Q       Now, let me ask you a few
17   things about this e-mail.
18        A       Sure.
19        Q       Take a look at the first
20   paragraph.  You mention 75 percent
21   familiarity for Deja versus 50 percent
22   for Shaila.  What are you referring to
23   there when you're talking about
24   familiarity?
25        A       The way that the question is
```

```
 1                    P. Ferro
 2    asked in these research studies are
 3    there's two ways that you ask
 4    familiarity.  One is aided and the other
 5    one is unaided.  Unaided means, you know,
 6    if I were to ask you what your favorite
 7    movies are and then you would name the
 8    top five that come to your head, that's
 9    unaided and then if I said well, what
10    about Top Gun?  Oh, yeah, I like that
11    one, too, so I'm aiding you.
12                    So the familiarity that I'm
13    referring to here is at that level, just
14    so you know, 75 percent of the people in
15    the survey were familiar with Deja versus
16    only half of the people that could
17    identify Shaila.
18        Q        In the second paragraph you
19    write "As soon as we feel Nuyork's deal
20    is close (we're waiting on Joe's feedback
21    on the latest comments from Brad) and we
22    feel like she's done, I say we move
23    forward with Shaila."  Did you write
24    that?
25        A        I did write that, yes.
```

```
                                        Page 340

 1                     P. Ferro
 2        Q        And you underlined "I say we
 3   move forward with Shaila;" correct?
 4        A        Right.
 5        Q        And when you say -- when you
 6   wrote "I say we move forward with
 7   Shaila," you are telling Rahsan-Rahsan
 8   and Brad that you are going to terminate
 9   Shaila once Jusnik's deal is done;
10   correct?
11                  MR. MORO:  Objection to
12        form.
13        A        What the e-mail says is I
14   say we move forward with Shaila.  That's
15   a suggestion.  That was my professional
16   opinion of the best thing to do for the
17   brand.  I wouldn't have made the final
18   decision.  I could only suggest.  I don't
19   own or operate the company at that level.
20        Q        So your recommendation was
21   once Jusnik's deal is, in your words,
22   close you recommend or suggest we move
23   forward with Shaila; correct?
24        A        Yes.
25                  MR. MORO:  Objection to
```

Page 341

                        P. Ferro

1

2      form.

3      Q         And the move forward is

4   terminating her employment; correct?

5      A         Correct.

6      Q         And you felt so strongly

7   about it that you actually underlined "I

8   say we move forward with Shaila;"

9   correct?

10               MR. MORO:  Objection to

11     form.

12     A         Yes.

13     Q         Who is Joe?

14     A         Refreshing my memory, Joe is

15   the representative that Brad was speaking

16   to on Nicole's side.

17     Q         In the next paragraph you

18   write about your on-air plan.  Do you see

19   that?

20     A         I do see that, yes.

21     Q         And you talk about three,

22   four weeks past Jusnik's arrival you

23   announce a new lineup for BLS.  Do you

24   see that?

25     A         Give me a second.  Let me

Page 342

```
 1                      P. Ferro
 2    just read that.  "When we're ready (three
 3    or four weeks post Nicole's arrival) we
 4    announce the new lineup and do a mountain
 5    of press on Nicole for attention."  Yes,
 6    that's correct.
 7         Q         What was that new lineup
 8    going to be?
 9                   MR. MORO:  Objection to
10        form.
11         A         The new lineup was going to
12    be that Deja was going to be in the
13    midday show and that Nicole was going to
14    be the afternoon drive person.
15         Q         Anything else?
16         A         Those were the only moves
17    that we were making.  That was the only
18    thing, yes.
19         Q         So overall the only -- you
20    were adding Jusnik and you were
21    eliminating Shaila Scott; correct?
22                   MR. MORO:  Objection to
23        form.
24         A         Correct.
25         Q         Now, look at point one of
```

Page 343

```
 1                    P. Ferro
 2    the key findings.  You highlight a
 3    section of the key findings that states
 4    "BLS is getting primary P1 support from
 5    the older segment of listeners."  Do you
 6    see that?
 7         A       Yes.
 8         Q       And that's something you
 9    highlighted for Rahsan and Brad; correct?
10         A       Yes.
11         Q       What does that statement
12    mean?
13                 MR. MORO:  Objection to
14        form.
15         A       That means that the bulk of
16    the audience that is using WBLS falls
17    outside of the 25 to 54 demographic.
18         Q       On the older side of that
19    demographic; correct?
20         A       That is correct.
21         Q       Right.  You used the word
22    older; correct?
23         A       Those weren't my words.
24    Those were.
25                 MR. MORO:  Objection to
```

Page 344

```
 1                    P. Ferro
 2        form.  Go ahead.
 3        A       Those were Kevin's words.  I
 4   highlighted so our top executives could
 5   know where their brand was.
 6        Q       What is P1?
 7        A       P1, P refers to preference,
 8   so when a radio lingo is -- P1 is
 9   preference 1.  P2 is preference level 2.
10   So when you're a broadcaster, you want to
11   have as many P1's as possible.  It's the
12   old 80/20 rule where 80 percent of your
13   business comes from only 20 percent of
14   revolving customers.  Our revolving
15   customers are P1's.
16        Q       And the P1's that you're
17   referring to here -- well, withdrawn.
18                And the study said that
19   WBLS's P1's were older segments of
20   listeners; correct?
21        A       Yes.
22        Q       And it was in part on this
23   finding that you decided to not renew
24   Ms. Scott's contract; correct?
25        A       Not this one.  There is a
```

```
 1                      P. Ferro
 2   point where we specifically -- where I
 3   specifically asked Kevin what he thought.
 4   I asked him Shaila or Deja and his
 5   response was they both have similar like
 6   scores.   Deja is the more familiar one.
 7                   I would like to read it.   I
 8   don't want to paraphrase, but his push
 9   was if you're going to make a choice,
10   Deja's the better choice.
11        Q        But this is the e-mail where
12   you explain why you picked letting go
13   Shaila rather than Deja; correct?
14                   MR. MORO:   Objection to
15        form.
16        A        Yes.
17        Q        And you highlight for Brad
18   and Rahsan-Rahsan that BLS is getting
19   primary support from the older segment of
20   the listeners; correct?
21        A        Correct.
22                   MR. MORO:   Objection to
23        form.
24        Q        And that had something to do
25   with why you chose Shaila versus Deja?
```

Page 346

```
 1                    P. Ferro
 2      A        Correct.
 3               MR. MORO:  Objection to
 4      form.
 5      A        Not in the least.
 6      Q        Not in the least?  So why
 7   did you highlight it here?
 8      A        I attached the conversation
 9   that I had with Kevin in this e-mail to
10   them.
11      Q        Well, no.  What you attached
12   were the first three findings that were
13   made by Kevin; right?
14      A        No.  I sent -- I had an
15   e-mail exchange with Kevin --
16      Q        Right.
17      A        -- regarding those findings
18   and I see it as part of one document.
19   Would you -- should I read it?
20      Q        Well, my question is
21   different.  I know you attached your
22   e-mail exchange with Kevin.  Is that what
23   you're referring to?
24      A        Correct, the part where he
25   recommends Deja over Shaila.
```

```
 1                    P. Ferro
 2       Q           Right.  But then when you
 3   forward Kevin's findings to Rahsan and
 4   Brad, you attach a portion of those
 5   findings to your e-mail; correct?
 6       A           Correct.
 7       Q           You attach the first three?
 8                   MR. MORO:  Objection to
 9       form.
10       A           Let's see, I attached the
11   first -- I just want to make sure that
12   that's accurate.
13                   Yes.  I attached the first
14   three because usually the bigger
15   headlines come to the top, so that's why
16   I highlighted those.
17       Q           And the first one speaks
18   about BLS getting support from the older
19   segment of listeners; correct?
20       A           My answer is the same as it
21   was when you asked before, yes, correct.
22       Q           And the second one speaks
23   about the perceived age target of the
24   music; correct?
25       A           The second bullet point,
```

Page 348

```
1                    P. Ferro
2   give me a second, let me just read it.
3        Q       The second key finding.
4   It's actually not a bullet point.
5        A       The second key finding, "The
6   perceived age target of the music and of
7   the Steve Harvey morning show are older
8   than the natural order of the format.  In
9   other words, listeners perceive the music
10  and the Steve Harvey morning show to be
11  targeted to people in the 40's or older.
12  That means we need to be mindful that we
13  need to do some work to broaden the
14  perceived age target to be more inclusive
15  of younger listeners."
16                Yes, okay.
17       Q       So earlier when I asked you
18  how you were going to broaden the
19  perceived target, I asked you whether
20  that was to include younger listeners.  I
21  believe you disagreed with me; is that
22  right?
23                MR. MORO:  Object to form.
24       A       No.  I said we had to
25  broaden it and then you grilled me on it
```

Page 349

```
 1                    P. Ferro
 2   and that's the only place where there's
 3   growth and I agreed with you.  I
 4   didn't --
 5        Q       So you agree the way you
 6   were broadening the audience was to
 7   introduce younger listeners; correct?
 8        A       Correct.
 9        Q       Look at the next page and
10   that's finding 3.
11        A       Okay.  The next, all right.
12        Q       Yeah.
13        A       Will you give me a second to
14   read it?
15        Q       Sure.
16        A       Great.  "Even if we do a
17   great job convincing current" --
18                MR. MORO:  Just when you're
19        reading, slow down.  People have a
20        tendency to speak quickly and the
21        reporter is taking it down.
22                THE WITNESS:  Oh, I'm sorry.
23        Should I be reading this out loud or
24        to myself?
25        Q       You should read it to
```

Page 350

```
 1                    P. Ferro
 2     yourself.  I'm going to ask you a
 3     question about that paragraph.
 4          A         Okay.  Yes.
 5          Q         In that paragraph you refer
 6     to a cume issue.  What does that mean?
 7          A         Again, I didn't write this,
 8     this was written by Kevin, but I know
 9     what he means.  Cume issue is tune in.
10     So what he's referring to here is that
11     we -- to grow and to broaden, we need to
12     get her cume, more tune in from people in
13     the 35 to 44 demo and he suggests
14     marketing.
15          Q         Did you refer to -- ever
16     refer to BLS as the biggest money maker
17     for MediaCo?
18          A         Yes.
19          Q         All right.  I'm going to
20     show you some documents.  Some of them
21     are going to be spreadsheets, so what
22     you'll have to do, I'll identify them,
23     but you'll have to open them on the
24     computer with the link using a
25     spreadsheet because I don't think Exhibit
```

Page 351

```
 1                    P. Ferro
 2   Share will allow you to open a
 3   spreadsheet in native format.
 4                    So let me start with --
 5        A         Valdi, I apologize, I'm
 6   going to turn my computer up a little bit
 7   because I wear progressive lenses and my
 8   neck is killing me.
 9        Q         Yeah.  Fine.  Whatever is --
10        A         Sorry about the angle.
11        Q         I don't want you to be
12   uncomfortable in any way.
13                    Actually, the first one will
14   just be a PDF document, so let me just do
15   that first.
16                    (The above-referred-to
17        e-mail chain was marked as Exhibit
18        Ferro 3 for identification as of this
19        date.)
20        Q         It should be up now.  I'll
21   identify it for you.  It's Ferro Exhibit
22   3 it's Emmis numbers 370 to 371.  Tell me
23   if you recognize that document,
24   Mr. Ferro.
25        A         May I --
```

Page 352

                    P. Ferro

1
2        Q        Just take a look at it,

3    review it and then tell me if you

4    recognize it, yes or no.

5        A        I mean I recognize it as an

6    e-mail that Rick sent, yes, I do.

7        Q        And then Rick sent an

8    e-mail -- by the way, who is Rick?  I'm

9    referring to Rick Cummings.

10       A        Rick Cummings is the

11   president of programming for Emmis and he

12   is still one of my consultants here, so

13   he's a person that I hire and pay monthly

14   retainer for his consulting services, his

15   experience, you know.

16       Q        And there's an e-mail from

17   you dated June 24, 2018 at 7:25 a.m.

18   where you attach or embed what looks like

19   a chart.  Do you see that?

20                MR. MORO:  Objection to

21       form.

22       A        Yeah.  Yeah, I see it.

23       Q        The first chart says May to

24   June and then has a list of stations with

25   some numbers next to it.  Do you see

```
 1                    P. Ferro
 2   that?
 3                MR. MORO:  Can I just
 4       clarify we are not referring to an
 5       attachment to this e-mail, right?
 6                MR. LICUL:  No.  We are
 7       referring to the text of the e-mail
 8       that appears to include a chart.
 9                MR. MORO:  Okay.
10       A      Yes.
11       Q      So where it says May to
12   June, for example, next to BLS it says
13   22.1 to 22.8.  What do those numbers
14   represent?
15       A      You might want to grab a cup
16   of coffee for this one because the
17   explanation is long.  I'll try to --
18       Q      Well, what does 22.1
19   represent?  What does that number mean?
20       A      Raw meters.
21       Q      And when it says 22.1 to
22   22.8, is that the increase in raw meters
23   from May to June?
24       A      Yes.
25       Q      What are raw meters?
```

                        P. Ferro
1
2      A          We had the conversation
3    earlier of how ratings are captured using
4    a device that looks like a beeper.  On
5    Sundays I have access to what I call a
6    web report.  I have access to those
7    meters.  I don't have proprietary access.
8    Anybody that subscribes to this system
9    has it.
10                 And I go in and I take a
11   look at meter carrier behavior.  It is
12   not used for currency or anything other
13   than to let us know if we are doing okay.
14   It's a quick health check of the week
15   before.
16      Q          What is 22.1 measuring?
17                 MR. MORO:  Are you done?
18                 THE WITNESS:  I am.  I mean
19      I can go on forever.
20      A          So 22.1 to 22.8 means that
21   in the entire universe of everybody using
22   a meter, that means people aged from 6
23   years old to infinity, on average per
24   minute BLS had from Monday through Sunday
25   from 6:00 in the morning until midnight

Page 355

```
 1                    P. Ferro
 2   an average of 21 people with meters
 3   tuning in per minute.
 4              So 22.1 to 22.8, it's nice
 5   to see that, but it's -- the way I would
 6   read that is we went from 22 to 23
 7   because it rounds that way.
 8       Q       Take a look at the next
 9   document.  You should be able to see it
10   in a second.  It is Ferro Exhibit 4,
11   Bates numbers 418 through 429.  It's a
12   series of charts.
13                  (The above-referred-to
14       charts were marked as Exhibit Ferro 4
15       for identification as of this date.)
16       Q       What are these charts?
17       A       Allow me a second here to
18   peek.
19       Q       Sure.
20       A       So we are looking at the New
21   York Metro.  We are looking in this chart
22   here at Hot 97 in particular.  We are
23   looking at demo of 25 to 54 and the dark
24   blue lines are -- it is a three month
25   average of, let's see here, it is a three
```

```
1                        P. Ferro
2      month average of morning show -- I want
3      to say this is weekly tune in and then
4      the light blue chart is the one month
5      trend and it looks like at that point Hot
6      97, 25 to 54 had a .4.
7           Q        I'm looking at the first
8      page of this --
9                    MR. MORO:  Were you done?
10          Q        -- which is Emmis 418.
11          A        Hold on.  This is data from
12     2018.
13          Q        Right, so data from 2018.
14                   On the left hand side of
15     that chart it says AMD I believe.  What
16     does AMD stand for?
17          A        It stands for morning drive.
18     It's an abbreviation.
19          Q        For morning drive?
20          A        Correct.
21          Q        And what is this measuring?
22          A        It is measuring the -- it
23     looks like it's measuring the tune in
24     based on cume to Hot 97's morning show
25     from January of 2009 until April of 2018.
```

Page 357

P. Ferro

1

2      Q       And so if you look at where
3    the chart starts, it starts in June, what
4    looks like June of 2018; correct?
5      A       Give me a second.  Let me
6    take a look.
7      Q       Sure.
8      A       It starts in June of 2015
9    and --
10                THE WITNESS:  I don't know.
11     I touched something.
12                MR. MORO:  Sorry, my screen
13     is touch screen.
14                THE WITNESS:  Sorry.
15     A       It starts in June of 2015
16    and then you see where it says January
17    '16?
18     Q       Yes.
19     A       Yup.  And then fast forward
20    January '17 and then January '18 and then
21    the last month is March of 2018.
22     Q       So let's look at June of
23    2015 when the chart starts.
24     A       Okay.
25     Q       The blue line is somewhere

Page 358

```
 1                      P. Ferro
 2   between 24,000 and 26,000 on the AMD
 3   column.  Do you see that?
 4         A        Right and just for --
 5         Q        Just do you see it?  Do you
 6   see it?
 7         A        Yes.
 8         Q        What does the 24 to 26,000
 9   represent?
10         A        It's a column and AMD is
11   just a descriptor for the morning show.
12   It's not an AMD column.  I just want to
13   point that out just so you know.
14         Q        This is a chart; right?
15         A        Yes.
16         Q        One of the axis is described
17   as AMD.  Do you see that?
18         A        Correct.
19         Q        And in June of 2015, the
20   blue line is between 24 and 26,000.  Do
21   you see that?
22                   MR. MORO:  Objection to
23         form.
24         A        Yes.  I see that.
25         Q        The blue point starts
```

Page 359

```
1                    P. Ferro
2     somewhere before 24 and 26 -- sorry.  The
3     blue point starts 24,000 and 26,000;
4     correct?
5                    MR. MORO:  Objection to
6         form.
7         A        Yes.  I see that.
8         Q        What is that number between
9     24 and 26,000 measuring?
10        A        That is -- I want to say
11    that that is a daily cume.
12        Q        So that's the number of
13    people listening at any point; correct?
14                   MR. MORO:  Objection to the
15        form.
16        A        For this time period in this
17    demographic, yes.
18        Q        Right.  And that's the 25 to
19    54 demographic; correct?
20        A        That is correct, yes.
21        Q        So for the June time period,
22    it appears that there are somewhere
23    between 24 and 26,000 people listening at
24    some point to the morning show within
25    this demographic; correct?
```

Page 360

                        P. Ferro
1
2        A        Yes.  Correct.
3        Q        All right.  Can you go to
4    what's Bates numbered 425?
5                  MR. MORO:  Same document,
6        right?
7                  MR. LICUL:  It's the second
8        to last page.
9        Q        Before we do that, I'm so
10   sorry, can you get to the first page
11   again?
12       A        Okay.
13       Q        Are you back there again on
14   the first page, which is page 418?
15       A        Yes.
16       Q        Do you see in addition to
17   the light blue and dark blue lines, there
18   are what appears to be orange lines going
19   across, three orange lines going across?
20   Do you see that?
21       A        I do.
22       Q        What do those represent?
23                MR. MORO:  Object to form.
24       A        Those represent the lower
25   end of the threshold for the 0.4 rating.

Page 361

```
 1                    P. Ferro
 2    The midpoint -- so the lower end is
 3    28,000, the midpoint is 32,000 and the
 4    high point is 36,000 and what that means
 5    is you can have a .4 and have 29,000
 6    average quarter hour persons and you can
 7    have a .4 and have 35,999 average persons
 8    and you would still have a .4.  It's very
 9    compressed.
10        Q       But if you're below 28,000,
11    then you are below a .4; correct?
12        A       That is correct.
13        Q       And if you're above 36,000,
14    then you're above a .4; correct?
15        A       That is correct, yes.
16        Q       But you see at the end of
17    those lines beginning in or about what
18    looks like September of 2017, it looks
19    like those orange lines dip down a little
20    bit.  Do you see that?
21        A       I do see that, yes.
22        Q       Do you know why that is?
23        A       There's a lot of seasonal
24    variance.  When I explained earlier they
25    like looking at ratings year over year
```

Page 362

```
 1                    P. Ferro
 2   because of behavior and what happens when
 3   you look at ratings and you look at
 4   September, it's not the calendar month of
 5   September, you're actually looking at
 6   August data.
 7                   It's -- Valdi, just so you
 8   know, you know, there's 13 books a year,
 9   not 12 because every book is 4 weeks and
10   if you do 4, you know, multiply 4 by 12
11   you don't get --
12        Q        Right.
13        A        So when you see a number for
14   September, you're really looking at
15   behavior for August and school doesn't
16   start and behavior doesn't start to come
17   back until past that time period.
18                   If you go back you will see
19   dips, seasonal dips that happen, you
20   know, in September of pretty much every
21   year.  It's seasonal --
22        Q        Okay.
23        A        -- so that's --
24        Q        Okay.
25        A        I'm being long winded.  I
```

```
                                        Page 363
1                        P. Ferro
2      know you don't like that.
3           Q        No, it's fine.  I just
4      wanted to -- it's fine.
5                    Take a look at page 425.
6                    MR. MORO:  I'll find it.
7                    MR. LICUL:  Let me know when
8         you're there.
9                    MR. MORO:  I got it, 425.
10          A        Is that 425?  Okay.
11          Q        The name of the chart looks
12     like Audience Flow Versus PUMM, P-U-M-M,
13     Current Month VS 3 Month Average.  Do you
14     see that?
15          A        I do.  I'm very familiar
16     with this chart, yes.
17          Q        What is PUMM?  Is that the
18     way you pronounce it?
19          A        Yeah.  PUMM is correct and
20     PUMM is people using measured media, so
21     it's everybody that has a meter.
22          Q        And if you take a look at
23     the left axis, there are percentages.  Do
24     you know what those percentages
25     represent?
```

Page 364

```
 1                      P. Ferro
 2       A          Yes.  It's an index
 3   percentage.
 4       Q          What do you mean by index
 5   percentage?
 6       A          So if indexes is 100 -- so
 7   I'd have to explain the whole chart to
 8   you.
 9       Q          You couldn't just explain
10   what those percentages are?
11       A          Yeah.  The graph that tells
12   us how far above the market PUMM line our
13   shows are.  So when the blue peaks happen
14   above purple, that's what you expect,
15   that's good and for a radio station like
16   Hot 97 this is -- looks typical and looks
17   normal.
18       Q          So ideally you want to be
19   above that purple line; correct?
20       A          In a perfect world, that's
21   like scoring a touchdown every time you
22   have the ball, yes.
23       Q          And when you're below that
24   purple line, that means you're
25   underperforming your competitors;
```

Page 365

                        P. Ferro

1                       P. Ferro

2    correct?

3         A       No, that's not correct.

4    What that means is you are -- you are

5    like, for example, here at the lowest

6    point in the chart that we are looking

7    at, that means that we are 80 percent of

8    the available total audience.

9                 So remember the purple line

10   is everybody, including AM radio,

11   everybody.

12        Q       So your competitors could

13   also be below that; correct?

14        A       Right.  So if we were to

15   pull this chart for our competitors, the

16   purple line, if you're looking at these

17   months, the purple line would not change.

18        Q       Right.  But the blue and

19   light blue or green --

20        A       Yup.

21        Q       -- and blue lines would be

22   different for your competitors; right?

23        A       Correct.

24        Q       They may be above the purple

25   when you're below or vice versa?

Page 366

```
 1                    P. Ferro
 2        A        That is accurate, yes.
 3        Q        Take a look at the last
 4   page, the last few pages of this, which
 5   are Bates numbers 428 to 429.
 6        A        Where do you see that?
 7                 MR. MORO:  When he refers to
 8        those numbers --
 9                 THE WITNESS:  Got it.
10                 MR. MORO:  Let me zoom in
11        for you.
12                 THE WITNESS:  That's fine.
13        I can squint.
14        Q        Just tell me when you've
15   gotten there and tell me yes or no, if
16   you recognize the document.
17        A        I recognize this report,
18   yes.
19        Q        Let's take a look at page
20   428.  There's a part of a chart there on
21   the left-hand side, upper left that says
22   Date to Compare March 2017.  Do you see
23   that?
24        A        Yes.
25        Q        And the first column says
```

Page 367

1                    P. Ferro

2    Day Part.  Are those the various time

3    slots?

4         A       Yes.  That is correct.

5         Q       And then next to that it

6    says AQH Persons.  What do those numbers

7    represent?

8         A       That is the average amount

9    of people listening at any average 15

10   minute time period.

11        Q       To Hot 97?

12        A       This is for Hot 97, yes.

13        Q       So what this would show is

14   that, for example, from Monday to Sunday

15   6:00 a.m. to midnight, the average number

16   of people is 29,500; is that correct?

17        A       That is correct.

18        Q       All right.  And AQH Rank,

19   the third column from the left, what does

20   that represent?

21        A       That is -- what this report

22   looks at is in comparison to all the

23   other radio stations that you're -- that

24   are in the market.

25        Q       So it would be ranked number

Page 368

```
 1                    P. Ferro
 2    4, meaning there would be three other
 3    radio stations above the HQ -- AQH rank;
 4    correct?
 5        A        Depending if there's a tie
 6    but, yes, that is the rank.  You know how
 7    ties sometimes throw you off.
 8        Q        You could have multiple
 9    number ones?
10        A        Correct.
11        Q        Now, Share, that's the share
12    that we were talking about earlier today
13    that you defined; correct?
14        A        Correct.  Yes.
15        Q        That's the share of people
16    who are actually listening to radio;
17    correct?
18        A        That is the share of people
19    aged 18 to 49 that Hot 97 attracted
20    during the period we are looking at.
21        Q        But not in the total
22    population in the geographic area, but
23    rather of the number of people who are
24    actually listening to radio at the time;
25    right?
```

Page 369

```
 1                    P. Ferro
 2       A         Correct.
 3       Q         Now, what is the next
 4   column, Share Rank?
 5       A         The share rank is like
 6   average quarter hour rank.  It is where
 7   you rank in the market for the specific
 8   time period that you're looking at.
 9       Q         Next thing says AQH Rating,
10   what is that?
11       A         That's what I was explaining
12   earlier.  This is the rating point that
13   sales uses as currency to set pricing
14   for.
15       Q         And is that the same rating
16   that would be in the ranker document we
17   looked at earlier?
18       A         This would be the same piece
19   of information, yes.  I just don't know
20   if it's the same month or --
21       Q         Right.  But it's measuring
22   the same thing; right?
23       A         Correct.
24                 MR. MORO:  Objection to
25        form.
```

Page 370

```
 1                    P. Ferro
 2        A        Yes, it is.
 3        Q        And rating rank, what does
 4   that represent?
 5        A        Again, it's a ranker on the
 6   rating point of the station that you are
 7   looking at here versus the market.
 8        Q        And the next chart in the
 9   middle then says Current Date.  That's
10   the same data for a different time
11   period; correct?
12        A        That is the same time period
13   seen year over year comparing March of
14   2017 to March of 2018.
15        Q        And the green shaded boxes,
16   is that where the metrics are performing
17   above where they were the prior year?
18        A        Yes.
19        Q        And the red is where they're
20   performing below where they were the
21   prior year; correct?
22        A        Yes.
23        Q        And the clear one is just
24   where it's flat?
25        A        Where it's flat, yes.
```

Page 371

```
 1                    P. Ferro
 2        Q         The next chart says Nearest
 3    Threshold.   Do you see that?
 4        A         Give me a quick second.
 5        Q         Okay.
 6        A         Yes.  I see it.
 7        Q         What does that represent?
 8        A         Do you remember when I
 9    explained the three lines of the previous
10    chart where you are at the bottom of a
11    threshold, in the middle of a threshold
12    and then at the top of a threshold?  This
13    at a glance tells you, you know, if you
14    are a .4, you know, are you at the bottom
15    of the .4 or at the top of the .4 so as a
16    programmer I can know if there's issues
17    with the brand.
18        Q         So let's take a look at the
19    first entry there.  Monday to Sunday 6:00
20    a.m. to midnight, there is a rating of .3
21    in the demographic of 18 to 49; correct?
22        A         I'm sorry, what demo?
23        Q         Sure.  The nearest threshold
24    chart, do you see that?
25        A         Okay.  Nearest threshold
```

Page 372

```
 1                   P. Ferro
 2    chart, okay.
 3        Q        So just the first, the top
 4    entry Monday to Sunday 6:00 a.m. to
 5    midnight, do you see that?
 6        A        Yes.
 7        Q        And it says NTH ratings .3.
 8    That's the rating we discussed earlier;
 9    correct?
10        A        That was the rating, let's
11    see here --
12                 MR. MORO:  Objection to
13        form.
14        A        Give me a second here.  Hold
15    on a second so I can explain it.  If we
16    were to lose 2,500 average quarter hour
17    people and to get us to 29,000, this year
18    we would have a .3 whereas last year with
19    29,500 we had a .4.
20        Q        Right.  So you'd have to
21    reach 29,000 to get to the .4; correct?
22        A        Correct.
23                 MR. MORO:  Valdi, can I stop
24        you for a second?  It's after 6:00
25        and we've been going for quite some
```

Page 373

```
                              P. Ferro
 1
 2        time.
 3                   MR. LICUL:  Sorry, I
 4        couldn't hear you.
 5                   MR. MORO:  Sorry about that.
 6                   MR. LICUL:  Do you want to
 7        take a break?
 8                   MR. MORO:  Well, yes, if
 9        you're open to it, but also wanted to
10        see where you think you're at.  How
11        much time you need and also if we can
12        get --
13                   MR. LICUL:  Maybe a half
14        hour, 45 minutes.
15                   MR. MORO:  -- a count as to
16        how much time we have left on the
17        record?
18                   MR. LICUL:  Yeah.  Maybe
19        half hour, 45 minutes.
20                   MR. MORO:  Lisa, do you have
21        a start and stop time for the breaks.
22        We can go off the record.
23                   (Time noted:  6:03 p.m.)
24                   (A discussion was held off
25        the record.)
```

1              P. Ferro

2          (Time noted:  6:11 p.m.)

3              MR. MORO:  So before our

4      prior break, plaintiff's counsel

5      has -- not plaintiff's counsel, the

6      court reporter had informed me that

7      we are at seven hours of record time.

8      As a gesture of good faith, we are

9      going to have the witness available

10     for another 10 minutes.  I think that

11     is more than sufficient especially in

12     light of the fact that defendants

13     have previously made an application

14     for more time to depose plaintiff,

15     which plaintiff opposed and we had to

16     split seven hours among ourselves.

17              So this 10 minutes is going

18     to be the end of the deposition from

19     our perspective and, Valdi, if you

20     want to make an application to the

21     Court on that you're welcome to do

22     so.

23              MR. LICUL:  Fine.  I think I

24     can probably get it done in 10

25     minutes.

```
                                    Page 375
 1                    P. Ferro
 2                    Just to be clear on the
 3           record, at the end of Ms. Scott's
 4           deposition nobody had any more
 5           questions left, but let's see if we
 6           can just avoid this and get past it.
 7           Q       So Mr. Ferro, take a look at
 8      what I'll mark as Ferro Exhibit 5, which
 9      is Emmis 358.
10                    (The above-referred-to
11           e-mail was marked as Exhibit Ferro 5
12           for identification as of this date.)
13           Q       Take a look at that and tell
14      me if you recognize that document, yes or
15      no.
16           A       It is an e-mail from Rick to
17      Jeff.
18           Q       Just tell me yes or no.
19      Sorry, I don't mean to interrupt you, but
20      that's my only question.
21           A       I haven't seen this document
22      before.  It's an e-mail from Rick to his
23      bosses.
24           Q       Take a look at what looks
25      like a chart under WBLS.  There are a
```

```
 1                    P. Ferro
 2   bunch of numbers and days on that.  Do
 3   you see that?
 4        A         I don't see a chart.  I see,
 5   you know, 5th Monday through Sunday 4 to
 6   6, is that what you mean?
 7        Q         When it says, for example,
 8   take a look at Hot 97, about three, four
 9   lines down it says 3rd mornings, do you
10   see that?
11        A         I do, yes.
12        Q         What does the 3rd represent?
13        A         It means it's ranked 3rd
14   in -- that means that Hot 97 for this
15   particular period, July week 2, was 3rd
16   in the market.  I don't see a demo.
17        Q         And so the number next to
18   that that says 6.6, is that share?
19        A         Correct.
20        Q         Share of what?
21        A         Share of the pie that we
22   discussed earlier.  That means that we
23   had 6.6 share of the pie the week before.
24   This week it's a 6.6.  However, the
25   rating point drops from a .4 to a .3,
```

Page 377

```
 1                    P. Ferro
 2   which is not -- which it happens.
 3        Q        All right.  That's all I
 4   wanted to know about that document.
 5                 Okay.  A question for you,
 6   did you ever discuss with Shaila her
 7   doing more digital work?
 8        A        I personally did not.
 9        Q        Did anyone?
10                 MR. MORO:  Objection to
11        form.
12        A        I do know that Brad had
13   conversations with Shaila to do more
14   digital work.  As a matter of fact, we
15   are designing our new studios that will
16   have cameras and he told her, he said we
17   will eventually have cameras in the
18   studios and what Brad told me was she was
19   very opposed to it.
20        Q        What did he say about her
21   being opposed to it?
22        A        That she didn't want to be
23   on camera and didn't want to do digital
24   content.
25        Q        That's what Brad told you
```

Page 378

```
 1                    P. Ferro
 2    that Shaila said to him; correct?
 3         A        That's what I remember of
 4    the conversation, yes.
 5         Q        When did this conversation
 6    with Brad take place?
 7                   MR. MORO:  Objection to
 8         form.
 9         A        Well over a year ago.  A
10    year and-a-half ago.
11         Q        Do you see -- do you recall
12    anything in writing, e-mails, memos,
13    personnel files memorializing Ms. Scott's
14    purported objection to doing anything
15    digital?
16         A        I have not seen any
17    documentation, no.
18         Q        Other than that one
19    conversation with Brad, do you know of
20    anyone else who spoke to Ms. Scott about
21    doing digital work?
22                   MR. MORO:  Objection to
23         form.
24         A        Brad is the person that I
25    most interact with in the company and I
```

```
 1                    P. Ferro
 2    just don't interact with other people as
 3    much, so I don't know if anybody else had
 4    the conversation with her.  I don't know
 5    if Cynthia did.
 6        Q       So other than Brad, you
 7    don't know of anyone else who had a
 8    conversation with Ms. Scott about doing
 9    digital work; correct?
10                   (Continued on the next page
11        to include the jurat)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 380

```
1                    P. Ferro
2       A        That is a correct statement.
3                MR. LICUL:  I don't have any
4     further questions.
5                MR. MORO:  Nothing from me.
6                MR. LICUL:  Shawn?
7                MR. CLARK:  No questions.
8                MR. LICUL:  All right.
9     Thank you all and we'll see you guys
10    next week.
11               (Time noted:  6:16 p.m.)
12
13
14         -------------------------------
15                   PIO FERRO
16
   Subscribed and sworn to
17
   before me on this _____day
18
   of _____, 2023.
19
20
21
   _____
22           NOTARY PUBLIC
23
24
25
```

Page 381

```
 1
 2                    INDEX
 3            INDEX  TO  TESTIMONY
 4                          Page        Line
 5   Examination  by  Mr.  Licul    5           17
 6
 7            INDEX  TO  REQUESTS
 8
                              Page        Line
 9
        Research  study         12          14
10
11        INDEX  TO  FERRO'S  EXHIBITS
12
     Description              Page        Line
13
     Exhibit  Ferro  1        128          24
14   Ratings  Jan  and  Mar
        2022.pdf
15
     Exhibit  Ferro  2        330          14
16   MediaCo  001730  -
        1754.pdf
17
     Exhibit  Ferro  3        351          16
18   Emmis  370  -  371.pdf
19   Exhibit  Ferro  4        355          13
     Emmis  418  -  429.pdf
20
     Exhibit  Ferro  5        375          10
21   Emmis  358.pdf
22
23
24
25
```

Page 382

1

2

3              C E R T I F I C A T I O N

4

5        I, LISA H. MACDONALD, a Registered

6     Professional Reporter and a Notary Public, do

7     hereby certify that the foregoing witness, PIO

8     FERRO, was duly sworn on the date indicated,

9     and that the foregoing is a true and accurate

10    transcription of my stenographic notes.

11        I further certify that I am not employed

12    by nor related to any party to this action.

13

14

15

16

17               LISA H. MACDONALD, RPR

18

19

20

21

22

23

24

25

1
2                        ERRATA SHEET
            VERITEXT/NEW YORK REPORTING, LLC
3                        1-800-727-6396
4      330 Old Country Road    1250 Broadway
       Mineola, NY 11501       New York, NY 10001
5
       NAME OF CASE:  Catthouse v MediaCo
6      DATE OF DEPOSITION: May 31, 2023
       NAME OF DEPONENT:  Pio Ferro
7
8      PAGE LINE (S)  CHANGE           REASON
       ____|_____|_____|_____
9
       ____|_____|_____|_____
10
       ____|_____|_____|_____
11
       ____|_____|_____|_____
12
       ____|_____|_____|_____
13
       ____|_____|_____|_____
14
       ____|_____|_____|_____
15
       ____|_____|_____|_____
16
       ____|_____|_____|_____
17
       ____|_____|_____|_____
18
       ____|_____|_____|_____
19
       ____|_____|_____|_____
20
                          _____
21                             PIO FERRO
22
       SUBSCRIBED AND SWORN TO BEFORE ME
23     THIS ____ DAY OF _____, 20__.
24
       _____  _____
25       (NOTARY PUBLIC)   MY COMMISSION EXPIRES:

**[& - 200,000]**                                                    Page 1

| **&** |
| --- |

**&**   2:8

| **0** |
| --- |

**0.2**   73:12
**0.3**   73:12
**0.4**   131:6
　360:25
**0.4.**   73:12
**000002**   130:4
**0001**   129:23
**001730**   381:16
**05860**   1:4
**09**   35:10

| **1** |
| --- |

**1**   93:3,21 94:7
　95:11,12 96:19
　97:7,19,22
　98:8 128:22
　129:2,14,16,17
　129:19 131:20
　131:24 133:16
　136:2,10 137:2
　137:10,14,18
　138:16 177:15
　344:9 381:13
**1,000,000**
　264:16,18,20
　264:25 265:4
　265:20,25
　266:6 267:4,8
**1,342,500**   131:7
**1-800-727-6...**
　383:3

**10**   6:9,22 82:14
　89:18 121:2
　195:7 255:6
　374:10,17,24
　381:20
**10,000**   60:10
**100**   188:20
　364:6
**100,000**   58:15
　59:11,16,19
**10001**   383:4
**10003**   2:5
**10014**   5:14
**10022-4834**
　2:20
**105**   68:10
**10:15**   1:14
**11**   209:11
**110,000**   156:20
**11501**   383:4
**11747**   2:14
**11:00**   125:11
**11:12**   334:12
**11:42**   82:20
**11:50**   82:15
**11:52**   82:22
**12**   6:10,22
　94:22 100:7,10
　130:21 131:22
　134:8,10 135:4
　135:12,24
　137:4 138:15
　147:23 362:9
　362:10 381:9

**120**   69:20
**1250**   383:4
**127**   2:9
**128**   381:13
**12:30**   120:23
**12:38**   128:17
**13**   89:16 362:8
　381:19
**14**   132:2 136:6
　381:9,15
**15**   57:25 58:9
　58:11,14 59:9
　59:25 62:4
　76:11 108:14
　121:2 190:16
　190:20 334:12
　367:9
**15,000**   60:10,11
**150,000**   188:20
　242:11
**153**   186:8
　188:12 191:12
**153,000**   183:21
**15th**   331:17
**16**   273:7
　357:17 381:17
**17**   357:20
　381:5
**1730**   330:21,23
　331:4,5,9
　332:16
**1734**   332:17
**1735**   332:21
**1754**   330:21,23
　331:4,6,9

**1754.pdf**
　381:16
**18**   72:10,10
　100:12,24
　101:13,16
　136:19 137:5
　137:10,25
　282:16 283:13
　283:18,22,22
　287:24 357:20
　368:19 371:21
**19**   63:21
**19004**   2:9
**1990**   61:16
**1999**   61:15,17
**1:21**   128:19
**1:22**   1:4
**1st**   132:5
　140:25

| **2** |
| --- |

**2**   128:23
　138:14 177:17
　330:16,20
　332:16 344:9
　376:15 381:15
**2,500**   372:16
**20**   108:14
　344:13 383:23
**20's**   196:11
**20,000,000**
　195:16
**200's**   188:19
**200,000**   263:24
　293:22

**2000**   55:10
**2009**   55:10,11
356:25
**2010**   54:10
209:11
**2011**   200:18
**2013**   54:10
**2015**   156:14
203:18 206:25
209:11,16
223:15 357:8
357:15,23
358:19
**2016**   45:3
84:23 89:10
**2017**   89:11
98:12 157:11
262:12,13
263:12 266:22
268:20,24
269:5,8 284:10
287:24 361:18
366:22 370:14
**2018**   15:23,25
98:12 352:17
356:12,13,25
357:4,21
370:14
**2019**   15:19
16:18 50:7
51:19 52:16
**2020**   45:3,6
57:11 84:25
144:16,17
163:20 164:4,6

169:24 170:6,8
171:12,23
172:4 182:10
193:3 209:21
210:24 279:13
284:14 285:3
287:16 288:4
288:22 289:7
289:14 291:10
295:8,10,12
296:4,5,8
297:25 299:23
300:5
**2021**   164:12
182:14,15
191:21 211:21
212:9,15 214:4
214:18 221:5
222:5,12,13,19
223:11 288:24
289:22 290:5
290:16,17
296:20 298:3
**2022**   98:13,17
101:2,8 129:24
130:22 137:7
216:24 222:16
223:17,21,22
224:17 225:11
226:8 232:7,11
234:11 235:11
235:12 236:7
237:6 240:15
241:3,9 256:12
256:25 279:15

289:2 290:23
298:14 299:21
303:14 307:25
334:12
**2022.pdf**
381:14
**2023**   1:13
295:7 296:8
380:18 383:6
**20th**   2:19
**21**   221:21
279:15 290:15
290:18,19
355:2
**22**   216:21,22
221:11,12,22
222:9,13
231:18 303:15
355:6
**22.1**   353:13,18
353:21 354:16
354:20 355:4
**22.8**   353:22
354:20 355:4
**22.8.**   353:13
**23**   295:6 355:6
**24**   352:17
358:8,20 359:2
359:9,23
381:13
**24,000**   358:2
359:3
**25**   56:25 64:18
72:13,18 94:7
96:20 100:13

137:6 138:4
283:17,20,23
343:17 355:23
356:6 359:18
**25,000**   291:21
**25-34**   72:8
**26**   359:2
**26,000**   358:2,8
358:20 359:3,9
359:23
**275**   2:14
**28,000**   361:3,10
**29,000**   361:5
372:17,21
**29,500**   367:16
372:19
**2:00**   227:14,14
227:15
**2:27**   195:11
**2:30**   195:5
**2:41**   195:13
**2:44**   255:10

**3**

**3**   77:25 131:20
137:5,6 179:8
188:19 189:8
349:10 351:18
351:22 363:13
371:20 372:7
372:18 376:25
381:17
**30**   199:9
215:24 216:2
217:5 267:23

**[30's - 97]**

| | | | |
|---|---|---|---|
| **30's** 196:9 | **4** | 283:18,22 | **60** 250:21 |
| **300** 2:14 | | 368:19 371:21 | **60's** 250:21 |
| **300,000** 183:23 | **4** 131:6,20 | **5** | **6:03** 373:23 |
| 189:24 | 137:4 178:7 | | **6:11** 374:2 |
| **31** 1:13 383:6 | 179:8 355:10 | **5** 2:4 78:3,10 | **6:16** 380:11 |
| **32,000** 361:3 | 355:14 356:6 | 78:11 97:15 | **7** |
| **330** 381:15 | 361:5,7,8,11,14 | 108:13 133:24 | |
| 383:4 | 362:9,10,10 | 375:8,11 381:5 | **70** 230:16 |
| **34** 72:10,13 | 368:2 371:14 | 381:20 | **700** 199:8 |
| 100:24 101:13 | 371:15,15 | **50** 56:20 81:19 | **701,000** 131:6 |
| 101:16 283:17 | 372:19,21 | 253:19 338:21 | **75** 338:20 |
| 283:20,22 | 376:5,25 | **50's** 34:18 | 339:14 |
| **35** 21:12 23:11 | 381:19 | **50,000** 267:22 | **7:00** 155:15,16 |
| 317:18 350:13 | **40** 34:13 87:21 | **500** 15:4 | 227:12,12 |
| **35,999** 361:7 | 92:21 317:7 | **54** 64:18 | 234:24 244:6 |
| **351** 381:17 | **40's** 203:4,5,9 | 100:13 137:6 | **7:25** 352:17 |
| **355** 381:19 | 317:2,4 348:11 | 138:5 283:23 | **7th** 5:14 132:4 |
| **358** 375:9 | **400** 69:19 | 343:17 355:23 | **8** |
| **358.pdf** 381:21 | **400,000** 292:12 | 356:6 359:19 | |
| **36,000** 361:4,13 | 292:14 | **55** 250:18 | **80** 344:12 |
| **370** 351:22 | **418** 355:11 | 315:23 | 365:7 |
| 381:18 | 356:10 360:14 | **5:00** 273:3,5 | **80/20** 344:12 |
| **371** 351:22 | 381:19 | **5:08** 323:4 | **85** 2:4 |
| **371.pdf** 381:18 | **425** 360:4 | **5:10** 323:6 | **86** 62:5 |
| **375** 381:20 | 363:5,9,10 | **5th** 376:5 | **9** |
| **3840** 382:16 | **428** 366:5,20 | **6** | |
| **395** 5:13 | **429** 355:11 | | **90** 34:5 |
| **3:00** 130:23 | 366:5 | **6** 94:3 128:23 | **900** 2:19 |
| 131:10 155:12 | **429.pdf** 381:19 | 130:7 136:10 | **94** 61:14 |
| 155:14 227:12 | **44** 21:12 23:11 | 354:22 376:6 | **94.7** 68:7 |
| 227:12 234:23 | 317:18 350:13 | **6.2** 137:6 138:4 | **96** 53:6,21 54:6 |
| 273:3 | **45** 373:14,19 | **6.6** 376:18,23 | 54:17,20 55:3 |
| **3:55** 255:6,8 | **49** 72:10,19 | **6.6.** 137:4 | **97** 15:14 16:8 |
| **3rd** 132:4 | 100:12 136:20 | 376:24 | 16:17,21 17:3 |
| 376:9,12,13,15 | 137:5,10,25 | **6.8** 137:5,25 | 48:11 49:24 |
| | 282:16 283:13 | 138:3 | 50:11,12,15,20 |
| | | | 50:22 51:3 |

[97 - address]                                                      Page 4

53:14 57:20
64:15 68:13,23
69:15,16,19,23
70:22 71:19,23
72:12 83:4,17
84:10 86:6
88:2,2,22 89:6
89:25 91:4,15
91:24 92:15
93:20 97:6,13
99:6,20 100:20
101:3,17,21
102:2 113:23
114:4 131:25
132:22 134:3
134:17 136:5
139:8,14
155:20,21
156:7,22
157:24 159:22
195:19 196:8
196:14 203:18
205:17 206:12
210:2 214:7,20
223:24 226:16
229:20 230:7
233:25 271:10
271:17 276:21
277:13,15
280:18 283:2,6
283:13,17
301:14 307:21
355:22 356:6
364:16 367:11
367:12 368:19

376:8,14
**97's**   70:11
71:25 72:7
131:18 132:7
138:15 356:24

**a**

**a.m.**   1:14 82:20
82:22 94:24
105:24,25
130:23 227:15
244:6 246:12
273:4,5 352:17
367:15 371:20
372:4
**abbreviation**
356:18
**ability**   9:19
135:23 146:13
**able**   21:4 83:13
94:19 140:14
164:22 167:6
194:4 214:10
214:23 224:25
225:10,12
232:18 253:23
279:9 355:9
**aboard**   152:4
**above**   128:24
147:11 159:8
289:3 290:25
292:12,13
298:15 299:22
330:14 351:16
355:13 361:13
361:14 364:12

364:14,19
365:24 368:3
370:17 375:10
**absolute**
200:21
**absolutely**
82:18 113:22
114:10 121:6
243:12,15
**ac**   67:12 249:23
**accept**   214:23
**accepted**
214:22 217:20
224:4
**access**   95:4
354:5,6,7
**accompanim...**
243:9,11,14,17
243:20,23
244:12,17
245:4,8,10,15
246:8,18 272:2
272:8
**accompanim...**
244:2,20 247:8
**accurate**
290:21 347:12
366:2 382:9
**accurately**
96:11 334:20
**accused**   34:20
**acting**   50:21
**action**   5:20
308:23 382:12

**actra**   151:20
154:7 159:2
**acts**   117:11,13
**actual**   22:13
81:21 117:15
326:18
**actually**   7:10
25:8 65:24
79:21 112:12
117:18 203:17
223:15 242:24
254:8 257:5
258:15 264:17
298:14 341:7
348:4 351:13
362:5 368:16
368:24
**ad**   205:21
279:16 280:14
281:18
**add**   68:12
257:12 274:3
297:16 298:24
317:14,14,17
**added**   52:19
**adding**   342:20
**addition**   149:9
360:16
**additional**
52:20 146:6
150:9 264:14
268:19
**address**   5:12
45:22,24 46:4
46:4,14 254:11

**[adjust - air]** Page 5

| | | | |
|---|---|---|---|
| **adjust** 19:9,14 | 257:4,10,17 | **agreed** 4:5,9,13 | 106:19 107:17 |
| 76:15 | 258:7,19 | 146:5 164:12 | 107:23,25 |
| **adjustments** | 259:24 314:22 | 166:23 183:6 | 109:8,18 110:3 |
| 152:2 167:11 | 329:18 337:17 | 193:17 257:3 | 110:5,8,15 |
| **ads** 83:16 | 342:14 | 257:21 267:6 | 113:7,12 |
| **adult** 67:12 | **afternoons** | 311:12 349:3 | 117:15 119:20 |
| 70:16 202:25 | 242:20 260:12 | **agreement** | 121:12,16 |
| 254:24 | 304:11 | 43:15,21 | 122:9,19 |
| **advance** 9:7 | **aftra** 43:16 | 151:18,19,20 | 123:16 124:11 |
| **advertise** | **age** 63:16 203:7 | 241:20 311:6 | 126:5,13,25 |
| 281:24 | 239:23 240:6 | **agrees** 162:13 | 127:15,17 |
| **advertised** | 312:21,24,25 | **ahead** 19:25 | 131:14 139:24 |
| 200:12 | 313:4,7,15 | 57:9 64:2 72:5 | 139:25 140:12 |
| **advertisement** | 315:25 317:3 | 90:5,13 92:6 | 140:18 141:12 |
| 140:23 | 347:23 348:6 | 92:11 93:23 | 143:4,18,25 |
| **advertiser** | 348:14 | 110:24 148:17 | 144:6 145:5,11 |
| 281:8,23 | **aged** 317:2,7 | 150:13 151:3 | 145:17,25 |
| **advertising** | 354:22 368:19 | 151:17 231:12 | 148:2,4,20 |
| 304:24 | **agent** 165:6 | 258:24 261:18 | 150:4,24 |
| **advice** 40:3 | 220:8 232:20 | 274:17 287:21 | 151:11 152:10 |
| **advocate** 164:3 | 256:5 294:9 | 297:12 344:2 | 152:18 153:13 |
| **affected** 77:4,6 | **ages** 239:24 | **aided** 339:4 | 154:3,13,19 |
| **affiliates** | **ago** 6:10,10,22 | **aiding** 339:11 | 156:24 159:24 |
| 141:23 161:11 | 7:17 21:24 | **air** 13:4 47:3,6 | 159:25 160:13 |
| **afraid** 63:14 | 22:3 101:19 | 48:4 49:6,10 | 162:19 164:8 |
| **afternoon** | 133:4,5,8,11 | 49:13,13,14 | 167:25 168:11 |
| 23:20 24:4 | 147:15 156:16 | 51:11,24,25 | 168:20 169:4 |
| 26:9 78:5 | 256:19 378:9 | 52:10 57:18,19 | 170:9,17 |
| 86:19 95:25 | 378:10 | 58:7,13,20 | 171:11,20,23 |
| 105:22 155:14 | **agree** 35:15 | 59:10,17,24,24 | 172:23 176:2 |
| 156:21 234:23 | 189:11 202:18 | 60:15 61:13 | 177:12,23 |
| 236:3,5,15 | 216:15 257:9 | 74:6 102:16,18 | 201:13,15 |
| 238:24 239:2 | 257:16 312:8 | 102:21,23,25 | 212:4 214:19 |
| 241:18 242:14 | 349:5 | 103:12,15 | 226:21 227:9 |
| 249:12,23 | | 104:20 105:4 | 229:3 235:3 |

242:20,24
243:5,6 247:7
253:4,22 254:9
269:22 282:9
285:15 299:3
304:7 341:18
**aired** 142:3
**airing** 141:25
**alabama**
201:18,19
255:17
**alex** 249:22
250:13,23
251:17
**alive** 170:25
**alleged** 35:11
**allow** 118:16
216:7 351:2
355:17
**allowed** 325:2
**amd** 356:15,16
358:2,10,12,17
**america** 86:8
**amilee** 1:6
**amount** 58:6,8
60:6 64:6
75:12 76:10
85:12 118:2,15
118:23 146:15
149:8 150:9
162:12,16,18
164:13 167:25
168:4,10 169:4
169:21 175:16
177:16,18

268:14 274:9
280:8,9,12
290:25 293:20
297:21 300:24
304:6 367:8
**amounts**
190:20
**angeles** 61:14
202:6,20
**angle** 351:10
**animal** 90:19
155:22
**announce**
341:23 342:4
**announced**
328:19
**announcement**
328:7,12
**announcements**
48:7 105:18
245:24
**annually**
196:14
**answer** 8:25
9:5,8 10:8
33:10 39:23
40:4,10,16,22
42:15 67:23,24
78:24 83:23
84:2 87:7
92:10 99:11,17
135:16,22
159:16 160:4
164:22 173:24
175:22 203:10

205:23 218:11
230:20 260:15
286:20 289:11
297:21 320:2
322:7 331:23
334:20 347:20
**answered**
106:5 323:10
325:6
**answering** 8:23
36:11 96:10
135:19 171:4
175:21 297:12
298:20
**answers** 9:13
**anti** 62:23 63:4
**anticipating**
120:24
**anybody** 58:16
115:15,18
135:3 140:7
250:5 256:16
261:15 354:8
379:3
**anymore** 114:2
**anyplace** 46:8
**apologize** 9:6
71:4 112:15
222:2 255:24
298:11 351:5
**app** 29:9
**appeal** 20:4
313:23
**appealed**
313:21

**appearance**
140:19 141:4,5
266:12 268:18
**appearances**
140:11,13,16
141:14 146:7
162:18 229:16
268:15 274:10
**appears** 142:16
353:8 359:22
360:18
**apple** 45:12
**apples** 175:18
**application**
374:13,20
**applying** 255:2
**appreciate**
317:12
**appreciative**
321:17,19
**approved**
168:24 215:5
**approves** 50:2
168:14,25
**approximate**
183:23 225:8
**approximately**
133:21 158:24
161:12 195:16
**apps** 38:11
**april** 14:12,13
14:13,14
156:14 257:22
257:23 331:17
334:12 356:25

**[aqh - available]**

| | | | |
|---|---|---|---|
| **aqh** 76:3 77:20 | 106:2 171:21 | **associates** 2:8 | 23:11 27:14,15 |
| 367:6,18 368:3 | 185:23 187:5 | **assume** 10:9 | 47:9 68:12,13 |
| 369:9 | 200:9 214:8 | 12:14 25:5 | 73:7 78:14 |
| **arbitrarily** | 215:13 218:8 | 46:12 127:11 | 79:9 85:9 |
| 308:24 | 218:18 226:2 | 168:13 | 87:24 92:20 |
| **arbitron** 65:11 | 250:4 264:10 | **assuming** 25:6 | 115:6 147:23 |
| 65:13,17 81:2 | 266:17 311:3 | **atmosphere** | 174:5 198:12 |
| 81:3 | 321:24 324:24 | 302:6 | 269:24 280:19 |
| **area** 68:21,24 | 339:2 345:3,4 | **attach** 271:4 | 283:6 284:5 |
| 91:6 94:15 | 347:21 348:17 | 347:4,7 352:18 | 314:9 315:4,12 |
| 95:13 96:6,15 | 348:19 | **attached** 24:5 | 315:14,16,16 |
| 96:16 97:24 | **asking** 8:22 | 270:24 333:2,5 | 315:20,21 |
| 98:24 201:20 | 13:21 28:22 | 346:8,11,21 | 316:3,5,8,10,11 |
| 305:6 368:22 | 30:15,18 36:8 | 347:10,13 | 316:12,18,21 |
| **arrival** 341:22 | 40:18 41:21 | **attachment** | 317:5,16 |
| 342:3 | 42:7 54:9 | 353:5 | 337:19 343:16 |
| **arrive** 84:21 | 56:22 67:20,22 | **attempt** 127:2 | 349:6 363:12 |
| **arrived** 84:22 | 80:17 90:17 | **attend** 62:6 | 365:8 |
| 88:22 162:23 | 91:3 101:11 | **attention** 75:5 | **audiences** 78:4 |
| **article** 75:18 | 132:20 145:11 | 92:13 101:15 | **audio** 119:11 |
| 95:3 | 150:18,19 | 342:5 | **august** 362:6 |
| **artist** 27:3 | 199:24 207:25 | **attorney** 13:9 | 362:15 |
| 113:9,11,21 | 208:2,3 229:25 | 37:3,12 40:23 | **automatically** |
| 275:18,19 | 234:8 265:20 | 164:2 220:7,8 | 217:8 |
| **artists** 117:2,2 | 265:25 266:10 | 232:19 262:21 | **availability** |
| 119:11 272:20 | 320:4,17,19 | **attorneys** 2:5 | 44:9 224:13,24 |
| 272:24 273:2 | 322:18 | 2:10,15,20 4:6 | **available** 21:4 |
| 276:19 | **asks** 117:7 | **attract** 210:2 | 44:22 54:17 |
| **artwork** 277:13 | 199:12 | **attracted** | 78:14 85:9 |
| **ashton** 44:15 | **aspect** 70:2 | 368:19 | 108:16,24 |
| **aside** 68:16 | **assistance** | **attractive** | 141:23 170:9 |
| **asked** 7:2,3 | 123:15 | 292:10 | 205:22 214:6,8 |
| 25:20 31:24 | **assistants** | **attracts** 73:9 | 215:20 223:20 |
| 56:11 58:17 | 110:6 | **audience** 20:4 | 223:23 225:16 |
| 59:21 71:11 | | 21:2,4,7,11,16 | 232:17 236:24 |

249:7 302:10
322:6,7 365:8
374:9
**avenue**   2:4,19
**average**   76:3,5
76:9,10,11,19
130:24 137:24
137:25 354:23
355:2,25 356:2
361:6,7 363:13
367:8,9,15
369:6 372:16
**avoid**   375:6
**awarded**
190:18,25
191:4,7
**aware**   40:7
42:2 44:5,12
44:13,14 63:15
63:18,22
118:21 191:17
306:9 332:6
**axis**   358:16
363:23

**b**

**b**   174:13
**back**   33:6,9
41:11,16,18
42:12,14 59:4
61:5,20 75:3
81:23 82:14
91:19 102:12
122:4 127:11
133:5 139:23
151:13,15

155:5,7 164:15
164:19,21
173:18,20
175:19 183:7
187:12 218:16
231:8 234:13
255:7 264:3
271:16 288:25
290:2,6,13
293:18 294:9
297:5,17,20
298:18,22
299:10 309:7
309:14 313:19
324:16 325:8
333:21 360:13
362:17,18
**background**
26:10 246:15
**bad**   126:5
**bala**   2:9
**ball**   364:22
**bank**   165:16
**bargaining**
43:15
**base**   210:10,12
210:17
**based**   20:14
45:15 63:16
70:4 86:10
117:5 166:8
172:9 178:11
178:11 179:4,5
179:6 237:19
246:13 260:8

304:4 310:9
313:4 356:24
**bases**   175:25
**basically**   51:3
65:17
**basing**   171:16
**basis**   40:22
52:11 75:4
125:20 162:7
213:2 281:2,2
**batch**   159:24
**bates**   130:3
138:13 355:11
360:4 366:5
**battle**   86:21
**beasley**   54:2
**beat**   89:14,16
89:17
**beaten**   88:5,9
88:14 91:22
**beating**   86:12
87:10,13 89:6
91:16 92:3
101:21
**beeper**   354:4
**beepers**   81:8
**beginning**
170:20 226:10
268:24 288:12
334:11 361:17
**begins**   290:11
**behavior**   77:7
354:11 362:2
362:15,16

**believe**   12:19
34:9,16 42:24
43:24 45:19
62:19 68:6
78:25 79:3
83:12,18,19
84:12 95:21
120:10,11
123:9 153:4,6
153:8,11,20
154:21 160:19
168:18,23
175:4,8,9
176:6,10,15
178:10 179:20
179:24 181:14
181:21 182:2
182:20 186:12
192:13,16
203:9 215:16
228:18 239:9
240:6 241:23
250:13,19
257:13 270:9
288:24 290:7
291:21 292:6
292:13,14
293:18 301:8
304:23,23,25
305:13,18,19
308:22,22
328:5 335:13
348:21 356:15
**believed**   31:17
43:2,7,16 56:8

239:25 240:7
314:6,7
**belongings**
257:6
**belt** 82:6
**beneficial**
229:7 235:3
**benefits** 104:13
104:17
**best** 9:4 23:11
39:13 47:8
90:21 135:23
160:11 200:21
210:3,15
260:10 302:9
308:22 327:21
334:24 340:16
**beth** 10:21
262:18,20,22
**better** 21:13,15
47:14 61:24
69:10 77:24
101:25 102:2
155:24 204:16
212:5 302:14
306:20 316:25
345:10
**big** 27:3 75:6
143:6 213:13
233:25 243:7
275:12 277:12
279:11 284:4
**bigger** 78:13
347:14

**biggest** 61:13
85:8 86:8
87:19 216:10
350:16
**bill** 201:2,3
203:23,23
204:6 205:6
207:9,12,19
208:11,13,24
208:25 209:3,4
209:5,6
**billboards**
200:13
**bimonthly**
199:9
**birmingham**
201:18,19
202:12
**birthdays** 45:8
**bit** 46:17 64:12
102:15 145:10
145:20 159:19
167:6 186:22
259:11 303:7
351:6 361:20
**blend** 302:5
**blending**
117:16
**block** 68:7
241:22 254:23
**bls** 15:10 16:3,4
53:14 57:20
81:16 98:7
99:14,21
101:13,16,21

101:25 110:11
134:17 135:25
139:8,14
151:19 153:12
154:16 158:5
158:16 174:9
196:10,11,13
197:20 210:8
212:5,7 214:20
223:24 226:15
230:7 243:7
250:8 259:13
283:23 306:21
341:23 343:4
345:18 347:18
350:16 353:12
354:24
**bls's** 132:8
**blue** 355:24
356:4 357:25
358:20,25
359:3 360:17
360:17 364:13
365:18,19,21
**board** 58:2
80:20 110:7
115:15 117:15
121:13,18,22
122:8,15,18,24
123:14,21
125:25 127:15
127:17,19,21
127:22,25
128:2,9 168:15
168:18,24,25

306:23
**boards** 117:18
**bob** 158:19
**bonus** 146:19
147:12,24
148:24 149:5
177:14 178:3,6
178:12,15,22
178:25 179:11
179:17,22,22
180:17 184:15
269:12 270:24
271:5
**bonuses** 118:16
146:18,24
147:6,14,20
177:6,9,22
266:11 268:8,9
268:18
**book** 77:9,11
77:11 89:19,20
89:23 362:9
**bookmarked**
120:22
**books** 89:17
156:15 362:8
**boss** 308:20,21
**bosses** 375:23
**bottom** 33:19
130:3 131:2
371:10,14
**bounce** 147:4
**boundary**
126:17

**[box - building]** Page 10

**box** 243:6
**boxes** 370:15
**boy** 204:2
**brad** 3:6 10:25
  13:4,6,7 17:7
  17:14,25 18:3
  18:8,20,21
  19:4,14,22
  20:17,24 21:14
  21:22 23:10,24
  24:10,11 25:2
  25:12 26:3,5
  28:4,24 29:13
  29:16 30:20
  31:10 39:16,18
  39:23 40:8,11
  41:9 42:8
  43:25 46:21
  139:11,13
  147:13,15
  151:6 165:19
  166:6 169:8
  170:16 182:16
  182:20,22
  183:8 190:21
  197:12 212:21
  212:22 213:16
  213:23,23
  219:2,6 220:3
  220:10,18,22
  224:21,22
  225:20,23
  226:6 227:21
  227:24 228:16
  228:21 231:2,8

232:6,21
241:13,16,24
242:3,9,12
249:10 279:24
279:24 293:3
300:22,23
303:18,22,25
304:2 307:3,4
307:5 308:15
309:11,24
311:20 314:3
314:24 329:9
329:19 331:17
333:14 334:2
335:16 339:21
340:8 341:15
343:9 345:17
347:4 377:12
377:18,25
378:6,19,24
379:6
**brand** 15:5
  25:25 26:7,17
  26:23 29:7
  83:8 245:20
  278:14 285:21
  308:23 340:17
  344:5 371:17
**brands** 85:14
**breach** 35:7,12
**break** 82:14
  120:25 128:13
  197:14 211:7
  255:4,6 330:2
  373:7 374:4

**breakfast**
  87:13,18,22
  90:2,25
**breaking** 100:9
**breakout** 93:18
**breaks** 373:21
**bring** 23:19
  24:4 26:8
  29:22 152:4
  164:15 174:4
  187:11 198:11
  237:25 253:3
  314:20
**bringing** 28:24
  173:10 256:20
  261:15
**broadcast** 36:9
  55:21 102:22
  105:16,17
  106:13 107:23
  107:25 254:9
  285:23
**broadcaster**
  19:11 57:15
  254:5 307:7
  344:10
**broadcasting**
  7:6 14:22 35:4
  35:6,9 36:2,14
  36:17 55:9,13
  56:6 60:24
  61:2,6,9 90:20
  108:2,12 201:8
**broaden**
  315:14,15,20

348:13,18,25
350:11
**broadening**
  349:6
**broadens** 317:5
**broader** 315:10
  316:8,10,21
**broadhollow**
  2:14
**broadway**
  383:4
**broke** 145:20
  271:12
**broken** 93:9
  136:15 197:15
**brought** 7:19
  183:7 226:3
  235:2 284:18
  337:17
**bud** 252:7
**budget** 165:22
  166:8 168:11
  168:14,25
  169:3 215:5
**budgetary** 17:4
**budgeted**
  167:25
**budgets** 165:15
**buffalo** 305:24
**bugsy** 154:6,6
  154:10,11,14
  326:14
**build** 159:24
**building** 124:6
  124:7,21,22

**[building - cell]** Page 11

125:2
**built** 269:11
**bulk** 110:16
128:2 283:3
343:15
**bullet** 24:8
320:11,20
347:25 348:4
**bumbled**
221:16
**bump** 166:17
167:19 266:20
291:21
**bunch** 131:21
376:2
**buried** 314:12
**business** 5:11
20:12 126:16
170:25 212:3
306:10 344:13
**businesses**
216:8
**busy** 329:10
**butchered**
333:23
**button** 86:22
**buttons** 86:24
**buys** 157:17
**byrd** 2:22

**c**

**c** 2:2 3:2 382:3
382:3
**calendar** 362:4
**call** 46:6 49:14
50:14 68:6

81:11 86:21
102:4 112:6
185:4 215:20
231:25 259:8
302:17 318:7
354:5
**called** 63:8 82:3
92:23 112:14
117:4 128:3
196:20,22
197:19 222:24
229:3 251:4
269:17
**calling** 210:13
**calls** 273:2
274:15
**calm** 227:25
322:15
**camera** 377:23
**cameras** 377:16
377:17
**camp** 157:19
**candidate**
29:22 30:4,24
31:17 32:7
33:13,14,18,20
33:25 206:6
249:25
**candidates**
31:18,25 32:19
326:11
**cap** 179:13
**capable** 111:3
**capture** 47:8
80:19

**captured** 354:3
**captures** 79:14
81:21
**capturing** 79:9
87:5
**car** 86:23
**care** 242:23
243:4 293:8
**career** 62:3
156:15,16
**careful** 218:11
**carefully**
175:21 260:14
295:12 320:18
**carey** 113:13
114:12,23
**carried** 296:3
**carrier** 354:11
**carry** 81:9 82:8
143:10
**carrying**
141:25
**cars** 78:7
**case** 6:24 7:7
7:19 35:17
36:19 37:4,14
40:21 44:19
83:20 86:6
195:22,24
327:24 383:5
**cases** 6:13
**cassidy** 335:9
**castro** 300:22
300:23

**catch** 86:14
121:14
**catching**
212:24 231:8
**categories**
66:16 70:20
71:18 87:20
**category** 65:21
65:23 66:25
67:3 70:11,15
70:17
**catered** 277:4
**catthouse**
383:5
**cattouse** 1:6
**caught** 89:12
**cause** 192:12
192:14,15,20
192:21 193:20
**caused** 234:18
312:18
**caution** 22:12
39:24
**cbs** 54:7,11,15
54:19,21 55:6
60:21,23
**cco** 331:17
**celeste** 3:5
10:22 13:18,24
14:2 318:8,12
319:18,21
321:12,13,25
322:6
**cell** 283:20,21

**center** 226:10
275:24 279:6
**centric** 283:17
**ceo** 17:13
253:19 331:16
**certain** 52:12
52:13 56:7
58:7 66:2
75:13 93:24
118:2 126:22
146:15 159:3
179:6 269:12
282:8
**certainty** 123:7
123:9
**certificates**
62:9
**certify** 382:7,11
**cetera** 280:11
**chain** 330:15
333:2 351:17
**championing**
26:25
**change** 52:14
66:7 89:9
323:24 365:17
383:8
**changed** 72:8
82:2 204:12,19
207:19 208:11
208:14 279:3
**channel** 229:21
**charge** 17:19
49:20 74:8
302:7,10

**charismatic**
252:21
**charlie** 44:23
44:24 45:4
84:11,14,18
163:25 262:16
300:20
**chart** 17:22
132:23 352:19
352:23 353:8
355:21 356:4
356:15 357:3
357:23 358:14
363:11,16
364:7 365:6,15
366:20 370:8
371:2,10,24
372:2 375:25
376:4
**charts** 67:5
355:12,14,16
**check** 12:20
15:2,3 76:18
91:20 354:14
**checked** 89:17
**checking** 223:3
224:12
**checks** 49:13
**cherish** 317:13
**chief** 13:7,11
**chime** 52:13
**chisholm**
249:22 250:14
250:23 252:3

**choice** 345:9,10
**choosing**
284:19
**chose** 345:25
**chr** 66:2 87:19
87:21
**chris** 10:19
12:14 13:20
129:11 234:14
330:19 332:13
**christmas**
198:17,18
**christopher**
2:16
**circle** 229:15
269:17 270:5
270:14,18,24
272:2 275:14
275:19 276:5
276:10,17
277:19 278:3,8
278:16
**circumstances**
56:13 209:23
288:6
**city** 68:21
96:16
**clarify** 353:4
**clark** 2:21 5:5
11:6,8 380:7
**classify** 66:6
**clear** 25:23
90:9 206:24
235:15 273:21
370:23 375:2

**client** 40:23
140:22
**clients** 216:10
229:23 279:11
280:6
**clip** 82:6
**clips** 199:7
**close** 101:24
126:16 170:7
209:7 339:20
340:22
**closely** 275:25
**clothing** 277:13
**club** 87:13,18
87:22 90:2,25
**coach** 126:18
126:19
**coaching** 235:6
**coffee** 353:16
**coincidence**
247:16
**colleagues**
38:22 39:2
172:24 329:3
**collecting** 23:5
**collective** 43:15
**collectively**
237:3
**college** 62:6,9
**column** 358:3
358:10,12
366:25 367:19
369:4
**combination**
111:11 117:25

263:7
**combined**
77:10
**come** 53:12
55:22 75:3
113:11,15
127:10,10
140:24 197:18
203:13 204:5
207:22 210:8
214:7 215:7
216:15 223:12
241:19 249:15
255:7 257:3
258:7 259:13
301:4 318:2
339:8 347:15
362:16
**comes** 75:24
85:19 96:18
117:19 246:3
253:20 304:24
344:13
**coming** 28:13
54:18 59:4
162:15 195:4
207:2 209:23
241:14 245:23
258:24 285:11
286:23 310:8
329:16
**commandme...**
63:8,11
**comments**
339:21

**commercial**
52:12 74:6,9
141:8 157:17
229:13 230:10
230:12 282:24
304:24
**commercials**
48:6 105:14
106:13 143:8
143:11,15
146:11 229:14
246:22 280:10
**commission**
14:16 383:25
**commissioned**
307:15
**commissioning**
14:19
**common**
105:11 106:4
106:10,17
**communicate**
260:23 303:16
314:8
**communicated**
26:3,5 303:18
303:22 314:24
320:14,18
321:14 323:23
324:4
**communicating**
37:17 313:24
315:4 324:9
**communication**
37:18 38:10

219:7 252:9
262:8 285:8
**communicati...**
1:10 2:21 3:8
215:9
**comp** 265:6,16
**companies**
90:20 250:4
306:8
**company** 6:25
7:5,10,20
13:10 18:18
25:5 29:8 36:7
36:13 37:21
39:20 43:3,13
49:15,17 56:9
59:2 60:2,6,12
61:4,8,21
65:14 66:14
84:9 86:8 89:4
118:23 119:6
119:18 141:21
149:18 150:10
162:24 164:14
165:25 170:6
170:23 187:11
187:13 198:25
199:12 201:9
213:14 237:11
252:25 253:5
253:18 273:17
275:10 285:12
287:8 288:19
289:20 291:22
292:3 297:22

299:9 304:12
305:25 337:4
340:19 378:25
**company's**
26:24 235:16
**comparable**
155:3 195:25
**comparative**
152:5
**compare** 96:14
101:13 366:22
**compared**
196:25 275:20
281:16
**compares**
94:14
**comparing**
78:19 89:24
90:7 370:13
**comparison**
282:9 367:22
**compensate**
147:15 148:2
**compensation**
145:11,24
146:6 163:15
164:5,7 262:9
291:10 297:7
297:10,14
299:12
**compete** 68:4
92:16
**competing**
90:10 91:4,5
174:6

**competition**
86:5 90:15
91:21 174:12
175:13,17
**competitive**
174:2
**competitor**
67:17,18,19,21
68:11,11
155:23 174:8
174:11 281:7
**competitors**
15:3 67:15
68:2,5,8,15
91:19 281:17
364:25 365:12
365:15,22
**component**
234:25
**components**
145:17,24
146:3 265:17
**comprehend**
184:11
**comprehensive**
198:22 313:10
**compressed**
361:9
**computer**
322:24 350:24
351:6
**concern** 76:20
**concerned**
317:6,11

**concerning**
191:13
**concert** 233:25
**conclusion**
334:4
**condition** 9:18
**confirm** 190:21
298:19
**confirmed**
318:13
**connect** 25:2
221:17 232:21
**connected**
214:3 218:2
220:9 221:6,20
222:12 251:19
261:6,14
**connecting**
272:22
**consider** 67:19
85:20 193:18
193:22,25
223:11 244:2
244:20 247:8
271:25 272:7
278:16 297:9
297:13 337:21
**considerably**
283:6
**considered**
32:7 95:12
113:20 142:7
201:22 203:14
278:4

**considering**
210:19,21
304:6 308:10
**consistent** 98:5
**consistently**
91:23
**constant** 113:7
**consultants**
352:12
**consulting**
301:12 352:14
**consuming**
272:25
**contact** 45:16
46:3,11 209:20
209:24 211:20
240:25
**contacts** 250:9
**contemporary**
66:23 67:13
70:16 203:2
254:25
**content** 26:15
27:2 29:9 47:3
70:5 108:21
109:7 111:13
113:6 116:19
119:9 141:22
146:16 148:6
148:21 149:8
150:11,23
228:22 246:7,7
253:24 301:6
301:11 302:23
304:14,16

305:20 306:3
377:24
**contests** 48:3
**context** 80:8,15
87:17 101:18
**continue**
172:12,16,18
172:23 173:6
176:23 217:4
324:25
**continued**
52:17 379:10
**contract** 28:13
31:12 35:7,15
36:5 43:5
54:17,25 59:5
60:18 103:23
143:23 145:4
149:22,23,24
150:2 151:23
153:25 179:23
182:11 184:18
184:20,22,24
186:6 192:10
193:16 194:3,9
194:13,21
204:20 214:9
224:25 225:4
238:9,11
256:15,18,21
256:23 257:19
258:2,4,6,14
259:7 262:5
266:21,21
268:23 269:3

**[contract - correct]**                                    Page 15

269:11 280:12
284:12 287:17
287:23 288:11
288:21 289:6
290:22 292:15
293:2 295:2,8
295:13,24
296:2,7,12,18
297:3 300:3
303:14 308:11
310:7,24
311:20 312:20
317:23 321:15
322:17 324:15
324:17,25
325:13,19,25
326:9,18,19,23
327:5 330:15
332:22 333:3,8
333:16 334:5
336:10 337:8
344:24
**contract's**
311:8
**contractors**
275:16
**contracts**
102:25 103:10
103:16 104:3,9
104:16 146:18
163:11 171:18
176:22 192:20
194:25 275:23
280:6 287:22
292:9 294:13

294:16 299:5
299:13,13,15
300:13,14
**contributions**
301:17
**control**   80:20
123:22
**conversation**
24:6,19 38:6
41:8 42:2
191:18 205:5
206:8 207:19
208:11,16
209:14 211:4,8
211:11,14,17
218:4 221:8,13
222:3,5,16,18
223:5,11
224:16,19
226:10 227:21
228:21 231:2,6
231:7 232:6,12
233:16,19
234:7 240:15
241:3,9,25
242:17 249:10
251:25,25
252:2 256:21
256:24 259:5
265:10 284:20
286:19 287:11
289:13 303:20
303:21 307:2
308:25 310:18
311:15 319:14

319:16 320:5,7
321:6,12,21
322:20 324:22
326:5 346:8
354:2 378:4,5
378:19 379:4,8
**conversations**
24:23 25:9,14
25:15,21 28:4
28:17 31:10
40:19 207:14
218:12 225:2
225:10,13
232:7,18
240:16,18
241:8,15
255:23 256:5
256:10 319:21
320:2 377:13
**conversed**
24:17
**convincing**
349:17
**coo**   3:6 40:25
41:2 139:11,13
**cooking**   276:18
277:20,24
**coordinate**
44:20 47:13
**coordinated**
275:23
**coordinates**
302:3
**coordinating**
44:8 274:10

**coordination**
274:8 276:3
**coordinator**
301:20,25
302:2,18,20
**copied**   17:11
335:20,22
**copy**   5:3
332:22 333:2
**corporate**
254:13
**corporation**
1:10 3:8 61:6,9
**correct**   9:25
11:9 15:10
16:6,19 17:7,8
18:22,23 19:2
22:3,4,6,24,25
24:19 25:16,19
28:8,20 30:24
31:5 32:19
33:11,14,20,25
34:2 37:7,15
43:3,18 44:19
46:23 48:3,11
48:12 50:11,17
52:21,22 53:15
53:16,19,20
54:4 55:14,15
55:18,19 56:14
56:16,19 59:11
59:14,16 60:3
60:4,15,16,18
60:19 65:18,19
66:12,17 68:21

[correct - correct]                                          Page 16

| | | | |
|---|---|---|---|
| 68:22,24 71:21 | 145:5,8 146:25 | 206:14 207:3 | 283:8,14,19,24 |
| 72:13,19 74:11 | 148:6 149:2,10 | 207:15 208:16 | 284:6 285:2,20 |
| 74:12 78:17,18 | 149:18 150:11 | 208:20 212:10 | 287:5,18 288:7 |
| 78:21 79:10,11 | 152:10 154:2 | 215:10 222:12 | 288:8 289:7,11 |
| 79:15,23,24,25 | 154:17,18 | 222:14,16,17 | 289:15,19,24 |
| 85:16 88:6,7 | 156:7,10 | 223:17 225:13 | 291:2 292:18 |
| 90:3 91:6,7,9 | 157:19,20 | 225:14,17 | 294:12 295:9 |
| 91:10,13,14 | 158:7,8,10,11 | 226:16,18,22 | 295:13,16,24 |
| 93:6,7,10,11,15 | 158:13 159:8 | 226:25 227:4 | 296:6,9,10,13 |
| 93:16,18,19 | 159:13 160:8 | 228:12 236:9 | 296:24 297:25 |
| 94:7,8 95:14 | 160:14,20,21 | 236:12 237:8 | 298:2,5,16 |
| 96:20,21,24 | 160:24 166:13 | 237:16 238:5 | 300:6,7,10,11 |
| 97:3,4,19 | 166:14,17 | 238:12,13,15 | 301:2,3,21,23 |
| 100:4,5,7,17,18 | 167:3,7,14,19 | 238:18,20,23 | 305:6 310:24 |
| 103:23 104:2,4 | 167:22 169:5,9 | 239:3,6,14,19 | 310:25 314:16 |
| 104:9 107:3,10 | 169:18,19 | 240:2,9 241:3 | 314:24 315:6 |
| 107:11 110:5 | 170:10,11,13 | 243:17,20 | 315:17 316:5 |
| 113:16,21 | 171:12,13 | 244:12,17,21 | 316:19 317:8 |
| 114:15 116:25 | 172:4,13,14,17 | 245:10 251:14 | 317:18 318:23 |
| 119:23 120:19 | 172:24 173:7 | 251:19 255:15 | 318:24 326:20 |
| 120:20 122:11 | 174:17,24 | 256:9,12 258:8 | 326:23 327:6 |
| 122:14,17 | 175:5 176:3,6 | 258:9,15,16,25 | 328:4,7,10,13 |
| 124:9,15,16,19 | 176:17,25 | 259:15 260:4 | 328:16 332:23 |
| 125:16,17,25 | 177:4 179:8,9 | 261:6,19 | 332:24 333:17 |
| 126:4 131:3,10 | 179:11 183:9 | 265:21 266:24 | 335:17 336:4,7 |
| 132:2,14 | 183:12 185:24 | 267:4,5,8,9,11 | 337:8,22 338:4 |
| 133:16 134:18 | 185:25 188:2 | 269:13,14 | 338:11 340:3 |
| 134:25 136:3,4 | 188:13 189:7 | 270:6 271:18 | 340:10,23 |
| 136:6,7,16,17 | 189:12 190:3 | 271:19,21 | 341:4,5,9 |
| 138:2,3,5,6,8 | 190:18 191:2,3 | 274:24 275:3,8 | 342:6,21,24 |
| 139:11,12,19 | 191:5,22,25 | 275:10 276:6 | 343:9,19,20,22 |
| 141:14,15 | 192:4,6,23 | 276:16 277:20 | 344:20,24 |
| 142:4,14,17,18 | 193:12 194:5,8 | 281:10,18 | 345:13,20,21 |
| 142:21,22,24 | 194:15,18 | 282:2,5,10,13 | 346:2,24 347:5 |
| 144:2,3,7 | 202:20 206:12 | 282:15,17 | 347:6,19,21,24 |

349:7,8 356:20
357:4 358:18
359:4,13,19,20
359:25 360:2
361:11,12,14
361:15 363:19
364:19 365:2,3
365:13,23
367:4,16,17
368:4,10,13,14
368:17 369:2
369:23 370:11
370:21 371:21
372:9,21,22
376:19 378:2
379:9 380:2
**corresponds**
306:22
**cortez**  249:5
**cost**  74:6
151:25 167:10
**counsel**  3:5,6,8
10:16,17 11:8
13:22 38:15,18
39:23 40:11,20
41:3 44:2 51:7
262:24 263:3
318:9 320:15
374:4,5
**counsel's**  14:4
**count**  373:15
**countersigned**
293:6
**countless**  101:4
101:6

**country**  56:4
142:20 147:21
201:24 383:4
**couple**  11:19
12:3 45:8
64:21 101:18
126:7 133:4
156:16 163:12
209:10 275:15
277:11 290:14
328:22
**course**  8:3
63:17 64:3
76:23 100:2
102:17 135:22
152:14 196:2
243:5 308:23
**court**  1:2 4:17
6:15 8:19 9:11
33:9 35:18,23
41:18 42:14
151:15 155:7
164:21 173:20
298:22 374:6
374:21
**cover**  139:18
326:3
**coverage**  68:25
**covered**  113:8
326:14
**covers**  69:9,10
154:12
**covid**  157:5
164:9 187:12
190:17 262:9

278:9 288:18
289:2 290:13
291:2 293:18
294:2,10 297:5
**create**  149:23
**creates**  49:11
49:25
**creating**  150:23
228:22
**creation**  147:17
**crew**  246:5,6
**crime**  8:15
**criteria**  177:21
**culture**  70:2
**cume**  74:15,17
74:18 75:2,6,8
75:11,14,16,24
131:6,7 280:24
283:4 350:6,9
350:12 356:24
359:11
**cummings**
352:9,10
**cup**  353:15
**curious**  185:18
185:19,20
**currency**
354:12 369:13
**current**  45:19
46:18 50:6
69:18,21 83:13
83:15 164:13
171:16 195:25
226:21 227:9
293:13 296:2

300:21 317:12
317:13 349:17
363:13 370:9
**currently**  45:11
48:23 51:17
64:13 83:11
84:15 229:18
291:12,12
292:14
**customers**  75:3
344:14,15
**cut**  55:17 56:3
56:12,19,21,23
58:12,14,17,21
59:2,3,9 60:2
60:10 157:4,5
164:14 171:2
187:13,17,19
190:17,20,23
190:24 191:2,6
194:14 285:13
285:14,15
286:2,14 287:3
288:5 289:14
289:18,24
292:7 294:11
295:16,20,23
295:25 297:4
297:25 299:22
300:5 321:20
335:14
**cuts**  56:8,16
57:3,6,21,24
58:23 60:13
164:9 187:12

187:23
cv  1:4
cynthia  44:12
  47:22 48:17
  182:25 183:2,6
  185:13 191:14
  191:16 275:16
  276:3 302:8
  303:19,23
  310:21,21
  311:21 318:9
  318:13,21
  320:3 321:20
  324:3 326:10
  379:5
cynthia's
  191:18 302:17
cynwyd  2:9

**d**

daily  74:25
  75:4,14,14
  125:20 281:2
  359:11
dan  275:18
dana  249:5
darden  44:15
dark  355:23
  360:17
data  14:13
  47:19 81:22
  198:5 356:11
  356:13 362:6
  370:10
date  14:8 30:14
  30:15 129:3

216:14,17,18
225:8 256:2
328:3,22
330:17 351:19
355:15 366:22
370:9 375:12
382:8 383:6
dated  334:12
  352:17
dates  44:8
  221:16 255:21
daub  2:16
daughter
  270:11
day  25:4 45:9
  51:14 63:20
  70:6 76:24,24
  77:21 79:3
  81:24 90:20
  125:2,4 209:8
  245:19 269:23
  272:11 273:7
  274:13 276:6,7
  276:8,9 318:3
  326:13 327:18
  367:2 380:17
  383:23
daylight  160:4
days  65:5
  215:24 216:2
  217:5 376:2
deal  118:3
  119:21,23
  144:24 242:18
  291:13 293:4

294:20,23
296:3 339:19
340:9,21
dealing  284:21
decades  64:21
december  77:9
  77:10,12,18,18
decide  26:18
  28:23,25 29:2
  29:5 74:6
  166:6 303:8
  308:3
decided  28:7,11
  28:12,12 29:17
  29:21 30:3,5
  31:11 154:7
  183:8 237:7
  303:10 305:3
  305:14 308:15
  309:25 322:17
  325:10 327:4
  333:15 336:9
  344:23
decides  140:17
deciding
  163:15 165:13
  337:7
decision  29:10
  29:11 237:2,19
  260:7 303:17
  311:19 337:18
  340:18
deck  199:23
  273:15 274:23
  278:12

decline  151:7
dede  249:4
deeper  256:6
defendant  2:15
  2:20
defendants
  1:11,17 374:12
define  88:13
  140:5
defined  72:25
  368:13
definitely
  188:11
definition
  188:10
degrade  246:19
degrees  62:8,10
deja  27:21,23
  27:25 155:2
  160:24 161:2
  173:5 174:24
  176:16,24
  180:16 181:9
  181:16,23
  236:18,19
  237:3,8,15,22
  237:23,25
  238:20 239:10
  239:13,19
  240:2,8 242:4
  242:7 243:19
  258:20 259:20
  277:16 293:13
  293:17 294:19
  300:4 304:9

311:9 319:5
337:15,20,23
338:21 339:15
342:12 345:4,6
345:13,25
346:25
**deja's** 238:23
239:3 331:18
345:10
**delete** 216:3
217:4,6
**delivered** 324:7
**delivering**
285:4
**demand** 162:7
**demo** 21:12
64:19 98:20
132:15,15
134:7 315:11
350:13 355:23
371:22 376:16
**demographic**
64:18 72:2,7
72:13,19
100:19 135:25
137:10,18
138:2,5,8,10
283:7,11
313:21,23
343:17,19
359:17,19,25
371:21
**demographics**
72:11 100:4,6
100:16 136:16

136:19 305:10
313:5
**demonstration**
277:25
**demonstrations**
276:19
**demos** 93:24
100:2,3
**deon** 205:13,14
**department**
13:15,19 26:15
47:24,25 48:5
48:6 73:10
117:8 119:14
119:16 124:25
139:3,5,7
162:9 171:20
**departure**
161:7
**dependent** 58:5
**depending**
146:13 199:4
257:8 368:5
**depends** 86:2
107:4 111:12
188:9
**deponent** 383:6
**depose** 374:14
**deposed** 5:24
36:23 37:7,11
44:18
**deposition** 1:16
4:14 5:21 8:2
10:14 11:18,24
22:20 38:14

41:4 50:14
332:2 333:12
333:25 374:18
375:4 383:6
**described**
52:18 71:6,12
71:14,19
103:16,20,22
139:10 256:11
358:16
**description**
381:12
**descriptor**
77:24 358:11
**design** 70:4
244:8 253:18
**designing**
377:15
**desire** 24:3
215:6 229:19
304:15 306:20
306:25 310:23
**details** 75:20
119:15
**determination**
334:3
**determine**
75:11 151:8,9
166:25 170:16
199:14 305:10
**determined**
167:23 168:3
168:10 169:8
169:11

**detract** 317:15
**device** 80:23
81:12,21 354:4
**devices** 313:25
314:9
**dial** 68:5,17,19
68:20 90:16
**dictated** 113:10
168:7
**difference** 69:4
69:6,20 71:9
71:10 141:3
189:16 245:14
**differences**
105:8
**different** 7:11
26:21 50:19,25
51:2 77:8 78:2
78:12 81:5
90:19 95:6
105:9,21
145:23 152:12
152:20 155:22
162:10 170:2,4
173:25 174:2
175:17 177:11
177:22 179:21
189:18 259:12
265:13 282:14
283:12 309:23
313:5 326:12
337:16 346:21
365:22 370:10
**differently**
152:14 283:3

325:8
**difficult**   173:24
  319:4,6
**digital**   26:11,12
  26:14,15,25
  117:8 119:9,13
  119:16,18
  146:14,15
  147:17,17,25
  148:5,12,20
  149:8,18
  150:10,23
  228:22 235:18
  242:21,25
  243:7 253:2,12
  253:17,20,23
  259:23 280:10
  301:5,11,13,16
  302:23 304:10
  304:13,13,16
  304:20,21,21
  304:25 305:20
  305:21,25
  306:3,13,21
  307:8 315:22
  315:23 336:11
  336:18,24
  337:3 338:11
  338:15 377:7
  377:14,23
  378:15,21
  379:9
**digress**   166:21
**dillard**   164:2
  276:2

**dinner**   246:4
**dip**   361:19
**dips**   362:19,19
**direct**   40:10
  48:13,15 49:4
  86:5 91:18
  111:18 114:21
  155:22 281:7
  281:16 319:20
**directed**   306:2
  306:7
**directing**   40:16
  40:21
**direction**   26:21
  51:8 241:16
  304:12
**directive**
  307:13
**directives**
  306:13
**directly**   18:19
  240:22
**director**   47:21
  47:22 48:23,25
  50:10,20,22,25
  51:10,14,19,23
  52:24 53:3
  61:12 63:21
  126:11 168:24
  191:19 201:14
  246:24 251:23
  252:23 254:22
  302:4,19
  305:23 322:2,8
  336:25 337:2

**directors**
  168:15,19,25
**directs**   109:6
**disable**   217:9
**disagreed**
  348:21
**disclose**   218:11
**discover**
  200:15
**discriminating**
  34:20
**discrimination**
  63:16
**discuss**   22:10
  22:22 162:21
  212:15 227:16
  234:9,19
  319:10 377:6
**discussed**   29:23
  49:19 284:14
  324:23 326:11
  372:8 376:22
**discussing**
  287:17
**discussion**   24:9
  191:15 228:4
  289:12 373:24
**discussions**
  22:14 39:25
**district**   1:2,3
**divvied**   169:15
**divvy**   169:8,12
**dj**   112:6
**djs**   302:5,9

**document**
  12:15 102:4
  330:3 331:12
  332:10,21
  346:18 351:14
  351:23 355:9
  360:5 366:16
  369:16 375:14
  375:21 377:4
**documentation**
  378:17
**documents**
  11:17,20 12:3
  12:4 128:25
  129:19 280:2,4
  350:20
**doing**   8:23 51:6
  51:6 63:24
  109:4,5,9
  111:3 112:20
  123:19 125:15
  125:20 126:7
  175:11,11,12
  199:3 227:16
  240:23 246:15
  279:2 284:23
  307:8,24
  329:11,17
  354:13 377:7
  378:14,21
  379:8
**dollar**   297:20
**dollars**   162:16
  265:15 267:24
  294:10

**door** 127:8
  245:25
**doors** 170:7
**dots** 272:22
**double** 167:13
**doughnuts**
  141:2
**downward**
  168:7
**dozen** 24:7
**dozens** 94:12
**dr** 158:19,20
**drastically**
  147:5
**drifted** 106:7
**drive** 78:6
  213:13 234:23
  236:15 238:24
  239:2 249:23
  257:4,10,17
  258:7,19
  342:14 356:17
  356:19
**driver** 245:15
**drivers** 276:17
**drops** 376:25
**dude** 207:12
**due** 15:20
  262:9
**duly** 5:7 382:8
**duran** 87:21
  90:22 91:13,16
  91:22 92:3,13
**duties** 52:17
  54:19 305:25

326:2
**duty** 205:19
**dwell** 293:4

**e**

**e** 2:2,2 3:2,2 5:6
  12:6,25 13:3
  17:5 18:3,21
  20:21,22 21:15
  21:20,23 22:2
  23:4,4,6,6,15
  23:18,24 24:6
  24:11,12,19,25
  24:25 25:10
  37:19,21,24
  42:4 92:23
  215:15 220:3
  220:12,15
  229:25 330:15
  331:16 332:8
  332:18,25
  333:14,25
  334:8,10
  335:24 336:8
  338:14,17
  340:13 345:11
  346:9,15,22
  347:5 351:17
  352:6,8,16
  353:5,7 375:11
  375:16,22
  378:12 382:3
**earlier** 28:18
  33:12 52:21
  76:8 82:23
  90:14 139:10

141:16 146:7
149:17 161:25
175:24 192:3
233:13 256:7,8
256:11,25
269:16 296:24
298:4,12 300:9
306:11 307:16
331:25 333:13
333:24 348:17
354:3 361:24
368:12 369:12
369:17 372:8
376:22
**early** 14:12,12
  211:21 212:9
  212:15 214:4
  214:18 216:21
  216:23 217:3
  221:5,22 222:4
  222:9,16
  223:16,22
  224:17 225:11
  226:8 235:12
  250:21 303:14
  333:5,12
**earn** 58:13
  147:12 162:11
  178:6 181:3,8
  326:2
**earned** 158:25
  176:2 181:15
  181:22
**earning** 177:22
  178:2,3,25

179:16 183:23
187:21 188:12
188:14,15
**ears** 281:9,18
**easier** 30:12
  82:7 174:21,22
**easily** 174:13
  174:16,23
**ebro** 90:23
  111:17,19
  112:23 113:6
  114:10,13,19
  127:25 144:10
  153:7 155:24
  160:12 172:22
  173:6 174:3,14
  175:14 176:5
  176:17,22
  180:6 181:7
  182:7 187:17
  188:15 190:16
  229:25 243:10
  245:18 246:6
  247:13 262:2
  263:6,6,9,17
  264:4,7 266:17
  268:7,14,19
  272:7 273:4
  281:3 285:4
  286:12 287:11
  290:13 291:9
  291:13 294:12
  295:4,8 296:21
  297:20,25

| | | | |
|---|---|---|---|
| **ebro's** 111:10 | **electronic** | **employee** 7:19 | **enduring** |
| 127:22 177:25 | 38:10 | 34:21 120:3,6 | 288:19,20 |
| 247:22 248:3,8 | **eliminating** | 120:7,16 128:6 | **engaged** 116:2 |
| 248:10,11 | 342:21 | 143:25 | **engineering** |
| 279:17 280:17 | **elizabeth** 3:8 | **employees** 7:15 | 124:24 |
| 284:12 299:21 | **ellis** 3:8 10:21 | 59:3 153:25 | **entertain** |
| **economic** 56:5 | 262:18 | 155:19 160:14 | 265:10 |
| 56:12 | **elvis** 87:21 | 190:22 216:8 | **entertainment** |
| **edit** 110:4 | 90:22 91:13,16 | **employer** 35:2 | 92:18,18 |
| 111:17,18 | 91:22 92:3,13 | 194:14 | **entire** 79:18 |
| 112:23,25 | 92:20 247:3 | **employment** | 94:3 173:15 |
| 114:15,20,21 | **embed** 352:18 | 55:13 62:14 | 304:19 336:23 |
| 114:25 115:8 | **emergency** | 63:2 192:11 | 354:21 |
| 115:16,16,22 | 81:10 | 217:16,20 | **entirely** 143:13 |
| 117:5 | **emmis** 1:9 2:20 | 238:11 253:12 | **entitles** 150:15 |
| **edited** 110:11 | 3:8 11:9 45:2 | 259:15 303:9 | **entry** 371:19 |
| 111:5,14,16 | 46:13 53:14,22 | 305:4 308:4 | 372:4 |
| 116:5 117:7 | 62:25 63:4,5,8 | 341:4 | **enviable** |
| **editing** 109:19 | 63:10 84:9 | **encoded** 81:15 | 253:21 |
| **edits** 111:10 | 145:5 151:10 | **encourage** | **equal** 17:19 |
| **educated** 84:2 | 162:24 193:5,6 | 114:11 115:5 | 63:24 64:6 |
| **effect** 4:16 | 203:18 207:2 | **ended** 326:13 | 78:11 |
| **eight** 255:20 | 216:7 262:15 | **endorse** 140:25 | **equality** 62:22 |
| **either** 46:3 | 262:24 263:2 | 141:10 146:9 | **equally** 17:19 |
| 53:21 57:20 | 263:16 264:3 | **endorsement** | 63:23 278:15 |
| 75:13 91:16 | 266:18 268:20 | 140:18 141:4,7 | 278:17 |
| 96:25 106:23 | 270:17 278:5 | 162:15 204:17 | **equity** 60:11 |
| 114:20 214:20 | 284:16 286:17 | 268:18 280:10 | 190:23,25 |
| 223:23 224:12 | 330:10 351:22 | **endorsements** | 291:22,24 |
| 226:15 230:6,7 | 352:11 356:10 | 140:2,15 | 292:2,9 298:10 |
| 237:8,15 249:6 | 375:9 381:18 | 141:13 146:8 | **era** 81:5 |
| 321:13 | 381:19,21 | 162:2,5,6 | **errata** 383:2 |
| **elaborate** 67:8 | **employ** 193:9 | 266:12 268:15 | **escapes** 122:2 |
| 147:2 226:11 | **employed** | **ends** 130:7 | **escaping** 112:8 |
| 226:12 | 382:11 | 274:14 | |

especially
116:18 374:11
esq   2:6,10,16
2:16,21,22 3:5
3:6,8
estimate   83:23
203:10
et   280:11
ethical   240:21
evening   49:17
event   269:15
271:5,7,20,24
272:3,17 273:6
274:5,11 276:4
276:6,7,8,9
278:4,9,10,12
279:11
events   30:19
47:12 229:14
275:12
eventually
201:13 286:16
289:18 377:17
everybody
57:17 58:7
68:16 152:13
162:25 164:15
187:15 273:15
285:14,14,15
285:16 286:15
286:24 354:21
363:21 365:10
365:11
everybody's
76:21 170:21

exact   190:19
201:8 204:3
239:23 264:11
267:20 291:15
299:4
exactly   6:11
19:18 129:21
158:24 161:4
233:6 259:4
299:7 307:11
315:2
examination
5:15 381:5
examined   5:8
example   89:21
143:9 149:16
353:12 365:5
367:14 376:7
excellent   212:2
212:4 249:2
except   4:10
215:11 285:16
285:16
exchange   24:6
280:8,11
332:18 346:15
346:22
excited   225:23
225:24 228:17
228:19,24
231:3 232:6,25
exclude   319:20
excluding
73:15 103:7,8

excuse   230:7
239:11,11
execute   29:7
255:21
executed   258:2
258:4,5,13
executive
111:21,25
165:14 284:23
318:15
executives
344:4
exhibit   102:7
128:21,22
129:2,14,15,17
129:19,23
136:10 330:16
332:16 350:25
351:17,21
355:10,14
375:8,11
381:13,15,17
381:19,20
exhibits   331:2
381:11
exists   244:5
exit   84:24
exited   84:14
156:14
expand   18:10
21:5
expect   16:21
105:23 245:20
245:21 282:22
282:24 327:25

364:14
expectation
245:20
expected   311:8
expedition
277:12
expensive
122:22 279:8
experience
26:11 47:15
302:16 327:20
352:15
expires   383:25
explain   197:25
334:3,13
345:12 364:7,9
372:15
explained
361:24 371:9
explaining
227:21 333:15
336:9 338:9
369:11
explanation
73:2 353:17
exposure   75:15
expressed
207:10 232:2
306:25
extend   164:12
333:16
extended   28:15
extension   54:25
151:24 184:25

**[extent - ferro]** Page 24

**extent** 22:14
40:18 218:10
273:24
**extra** 78:2
148:5,13
150:23 162:11
229:22 270:18
**eye** 226:5 228:2
**eyer** 2:16

**f**

**f** 5:6 382:3
**face** 279:12,12
**facebook** 210:6
**fact** 33:13
72:18 193:11
229:24 240:8
305:5 337:13
337:14 374:12
377:14
**factor** 337:7
**failed** 318:2
**fair** 65:6 80:12
139:6 143:17
182:6 332:13
**fairly** 89:13
**faith** 374:8
**falls** 343:16
**false** 8:13
**familiar** 119:19
237:23 339:15
345:6 363:15
**familiarity**
304:6 338:21
338:24 339:4
339:12

**family** 211:6
218:3 246:3
**far** 27:6 129:19
364:12
**fast** 357:19
**father** 204:24
**father's** 45:9
**favor** 199:23
**favorite** 339:6
**favorites** 249:3
**february** 14:17
101:19 147:7
**federal** 35:23
**feedback** 27:15
308:10 339:20
**feel** 42:9 43:9
68:3 90:15
135:21 154:5
159:2 200:14
240:22 310:8
316:14 325:7
331:21 339:19
339:22
**feeling** 42:19
**feelings** 42:22
**fees** 266:12
268:18
**felt** 42:16,16
187:14 208:2
229:6 266:7
341:6
**female** 175:15
247:21 248:15
249:2

**ferro** 1:17 5:1
5:10,17 6:1 7:1
8:1 9:1 10:1
11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
31:24 32:1
33:1 34:1,19
35:1 36:1 37:1
38:1 39:1 40:1
41:1,7 42:1
43:1 44:1 45:1
46:1,17 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1,23
83:1 84:1 85:1
86:1 87:1 88:1
89:1 90:1 91:1
92:1 93:1 94:1
95:1 96:1 97:1
98:1 99:1

100:1 101:1
102:1 103:1
104:1 105:1
106:1,2 107:1
108:1 109:1
110:1 111:1
112:1 113:1
114:1 115:1
116:1 117:1
118:1 119:1
120:1 121:1
122:1 123:1
124:1 125:1
126:1 127:1
128:1,20,22
129:1,2,16,17
130:1,15 131:1
132:1 133:1
134:1,12 135:1
136:1,10 137:1
138:1 139:1
140:1 141:1
142:1 143:1
144:1 145:1
146:1 147:1
148:1 149:1
150:1 151:1
152:1 153:1
154:1 155:1
156:1 157:1
158:1 159:1
160:1 161:1
162:1 163:1
164:1 165:1
166:1 167:1

| | | | |
|---|---|---|---|
| 168:1,9 169:1 | 238:1 239:1 | 308:1 309:1,4 | 373:1 374:1 |
| 170:1 171:1,21 | 240:1 241:1 | 310:1 311:1 | 375:1,7,8,11 |
| 172:1 173:1 | 242:1 243:1 | 312:1 313:1 | 376:1 377:1 |
| 174:1 175:1 | 244:1 245:1 | 314:1 315:1 | 378:1 379:1 |
| 176:1 177:1 | 246:1 247:1 | 316:1,3 317:1 | 380:1,15 |
| 178:1 179:1 | 248:1 249:1 | 318:1 319:1 | 381:13,15,17 |
| 180:1 181:1 | 250:1 251:1 | 320:1 321:1 | 381:19,20 |
| 182:1 183:1 | 252:1 253:1 | 322:1 323:1 | 382:8 383:6,21 |
| 184:1 185:1 | 254:1 255:1,13 | 324:1 325:1,9 | **ferro's** 381:11 |
| 186:1 187:1 | 256:1 257:1 | 326:1 327:1 | **field** 14:12 |
| 188:1 189:1 | 258:1 259:1 | 328:1 329:1 | **fifth** 2:4 |
| 190:1 191:1 | 260:1 261:1 | 330:1,3,16,20 | **fighting** 86:20 |
| 192:1 193:1 | 262:1 263:1 | 331:1,10 332:1 | 86:21 |
| 194:1 195:1,14 | 264:1 265:1 | 332:16 333:1 | **figure** 264:12 |
| 196:1 197:1 | 266:1 267:1 | 334:1 335:1 | 299:4 329:25 |
| 198:1 199:1 | 268:1 269:1 | 336:1 337:1 | **figured** 27:13 |
| 200:1 201:1 | 270:1 271:1 | 338:1 339:1 | 169:17 218:2 |
| 202:1 203:1 | 272:1 273:1 | 340:1 341:1 | **figures** 196:2 |
| 204:1 205:1 | 274:1 275:1 | 342:1 343:1 | 267:21 |
| 206:1 207:1 | 276:1 277:1 | 344:1 345:1 | **file** 35:17 |
| 208:1 209:1 | 278:1 279:1 | 346:1 347:1 | **filed** 37:13 |
| 210:1 211:1 | 280:1 281:1 | 348:1 349:1 | 39:12,20 41:10 |
| 212:1 213:1 | 282:1 283:1 | 350:1 351:1,18 | 41:23 42:10 |
| 214:1 215:1 | 284:1 285:1 | 351:21,24 | **files** 216:11 |
| 216:1 217:1 | 286:1 287:1 | 352:1 353:1 | 378:13 |
| 218:1 219:1 | 288:1 289:1 | 354:1 355:1,10 | **filing** 4:7 41:19 |
| 220:1 221:1 | 290:1 291:1 | 355:14 356:1 | 42:3,25 43:7 |
| 222:1 223:1 | 292:1 293:1 | 357:1 358:1 | **fill** 27:13 28:19 |
| 224:1 225:1 | 294:1 295:1 | 359:1 360:1 | 205:19 206:11 |
| 226:1 227:1 | 296:1 297:1 | 361:1 362:1 | 326:8 |
| 228:1 229:1 | 298:1 299:1 | 363:1 364:1 | **filled** 31:21 |
| 230:1 231:1 | 300:1 301:1 | 365:1 366:1 | 258:17 |
| 232:1 233:1 | 302:1 303:1 | 367:1 368:1 | **film** 27:2 |
| 234:1 235:1 | 304:1 305:1 | 369:1 370:1 | **final** 264:4 |
| 236:1 237:1 | 306:1 307:1 | 371:1 372:1 | 340:17 |

**finalized**  293:3
**find**  46:2 186:2
  192:17 241:17
  242:14,19
  249:11 363:6
**finding**  20:6,11
  147:25 344:23
  348:3,5 349:10
**findings**  18:4,6
  18:7,9,14,14,22
  18:22,24 20:15
  20:17,20 24:5
  29:14,16 260:9
  310:9 311:4
  333:5,6 335:4
  335:7,8,12,15
  335:21 336:2
  343:2,3 346:12
  346:17 347:3,5
**fine**  112:21
  195:7,8,10
  351:9 363:3,4
  366:12 374:23
**fingerprint**
  81:16,17,18,20
**finish**  8:24 9:5
  9:8 20:9 27:19
  70:25 135:8
  213:17
**finished**  36:10
**finishes**  16:13
**fire**  236:19
  237:7,15 238:4
  261:18 305:15
  308:24 309:25

**fired**  55:18
  309:5 321:7
**firing**  55:21
  219:21 309:12
  318:22
**firm**  229:24
**first**  5:6 28:23
  28:23,25 39:11
  61:22 69:25
  84:8 86:14
  115:17 130:16
  138:13 162:22
  200:17 203:12
  203:17 204:10
  205:19 207:18
  223:14 228:20
  253:17 262:10
  298:24 303:22
  332:15 334:11
  336:2 338:19
  346:12 347:7
  347:11,13,17
  351:13,15
  352:23 356:7
  360:10,14
  366:25 371:19
  372:3
**fit**  235:23
**fitbits**  82:9
**fits**  70:22
**five**  11:16
  88:17 106:24
  107:2,13,14
  161:20 250:17
  251:20 328:23

  339:8
**fix**  76:16
**fixed**  169:4
  177:16,17
**flank**  67:19
**flat**  183:17,24
  184:18,19
  186:8 191:12
  370:24,25
**flew**  7:11
**flex**  116:13,17
  116:19,25
  117:9,11,13,20
  118:4,7,9,14,24
  120:18 144:22
  144:23 145:3
  149:16 150:4,5
  153:10 155:25
  158:2 160:19
  173:6 174:3,15
  176:11,17,23
  178:21,25
  180:11 181:21
  182:5 187:19
  189:20 190:16
  243:13 248:14
  248:21 300:13
  300:14 301:5
  301:19 302:21
  302:24 315:23
  315:24
**flex's**  116:5
  118:3 119:5,18
  128:8 149:17
  150:10

**floor**  2:19 5:14
**florida**  35:21
  53:2
**flow**  363:12
**fm**  53:5 62:4
  131:8
**focus**  27:8
  32:17 73:19
  83:9 91:21
  95:7 336:3
**focused**  92:19
**focuses**  64:20
  69:19 83:7
**focusing**  57:18
  59:23
**folks**  51:21
  79:13,20
  145:13
**follow**  12:23
  26:24 79:6
  229:19 230:2,2
  230:3 246:23
  307:6
**followed**  43:3
  43:13,14,23
  57:14 302:13
**following**
  304:22 306:12
**follows**  5:9
**football**  274:7
**force**  4:15
**foregoing**
  382:7,9
**forementioned**
  119:12

| | | | |
|---|---|---|---|
| **forever**   354:19 | 110:14,24 | 177:3,8,19 | 248:18 250:16 |
| **forget**   59:20 | 111:8 113:4,18 | 178:9,18 179:3 | 251:12,16 |
| **form**   4:10 7:22 | 114:9,17 115:4 | 179:19 180:4,9 | 253:15 254:7 |
| 8:17 13:17 | 115:12,24 | 180:19,25 | 258:11 259:3 |
| 17:17 19:7,17 | 116:16 117:24 | 181:5,11,19 | 259:17 260:6 |
| 20:19 21:10,18 | 118:20 119:2,8 | 183:11 184:3 | 260:21 261:2,8 |
| 22:8 23:13 | 119:25 120:9 | 186:11 187:7 | 261:21 265:8 |
| 24:2,14,21 | 121:20 122:13 | 188:4,8,17 | 265:23 266:15 |
| 25:18 27:11 | 123:2,6,12,24 | 189:4,14,23 | 267:13,19 |
| 28:10 29:4,20 | 124:18 126:3,5 | 190:5 191:24 | 268:5,22 269:2 |
| 30:9 31:3,7,14 | 127:24 131:12 | 192:25 193:14 | 270:8,21 271:2 |
| 32:4,10,15,21 | 132:11,25 | 194:7,17 202:2 | 271:23 272:5 |
| 33:16,22 34:7 | 133:10,18 | 204:9 208:7,12 | 272:10 275:2,7 |
| 34:12 36:25 | 134:6,20 | 212:12 215:2 | 276:13 277:23 |
| 37:9 38:24 | 137:20 138:18 | 217:23 218:25 | 278:7,20 |
| 57:9 58:4 | 139:21 140:21 | 219:5,11,17 | 279:19 280:22 |
| 59:13 60:8 | 143:21 144:12 | 220:20,25 | 281:12,20 |
| 62:16 64:2 | 145:7 148:8,14 | 222:8 224:2,8 | 282:4,12,19 |
| 66:20 70:13 | 149:4,12,20 | 225:18 226:17 | 283:10,16 |
| 72:5,15,21 | 150:13 151:3 | 226:24 227:6 | 284:2,8 286:4 |
| 74:14 75:10 | 151:17 152:23 | 227:19 228:7 | 286:6,8,9 |
| 78:23 84:7 | 153:16,23 | 228:14 229:11 | 289:9 291:4 |
| 85:6 88:25 | 154:24 156:9 | 230:9,15,23 | 292:5,20,25 |
| 90:5,13 92:6 | 156:25 157:22 | 231:22 232:14 | 293:16 294:4 |
| 93:23 94:17 | 158:4,18 | 232:24 233:21 | 296:15 297:2 |
| 95:16 96:8 | 159:11 160:15 | 234:21 235:14 | 298:7 299:25 |
| 97:10 98:2,11 | 160:25 163:19 | 236:2,11,21 | 303:12 304:18 |
| 99:2,8,16,23 | 166:19 167:9 | 237:10,18 | 305:8,17 306:5 |
| 100:23 101:10 | 167:16,21 | 238:7,17 239:8 | 306:18 307:18 |
| 101:23 103:18 | 168:22 169:14 | 239:16,21 | 308:8,19 310:4 |
| 103:25 104:6 | 169:23 170:19 | 240:4 241:5,12 | 311:25 312:5 |
| 104:11,25 | 172:7 173:2,9 | 242:6 243:3 | 312:11,23 |
| 105:5,13 | 173:22 174:19 | 244:4,23 245:6 | 313:3,9,17 |
| 106:16 107:19 | 175:2,7 176:8 | 245:12 247:11 | 314:5,18 315:8 |
| 108:19 109:11 | 176:14,19 | 247:18 248:6 | 316:7 317:10 |

**[form - give]**                                    Page 28

321:4,9 322:12
324:19 325:4
325:15,22
326:25 327:9
328:9,15
329:22 333:10
333:20 334:15
335:19 336:6
336:13 337:10
338:6,13
340:12 341:2
341:11 342:10
342:23 343:14
344:2 345:15
345:23 346:4
347:9 348:23
352:21 358:23
359:6,15
360:23 369:25
372:13 377:11
378:8,23
**format**  64:17
92:15 114:4
348:8 351:3
**formats**  66:3
**former**  6:24 7:5
35:2 65:13
**forms**  37:18
38:9
**forth**  91:2
147:8 151:22
264:3
**forward**  18:6
47:8 70:6
259:14 260:3

260:18 262:25
278:25 321:15
339:23 340:3,6
340:14,23
341:3,8 347:3
357:19
**found**  21:3,8,11
23:7 27:5,23
**four**  77:10
88:18 89:20,22
106:24 107:5,9
107:13 125:2
328:23 341:22
342:3 376:8
**free**  331:21
**freestyle**  117:4
**freestyles**
119:11 150:5
**frequently**
69:22 89:13,16
**fresh**  171:8
**fridays**  302:6
**friend**  246:3
251:22 252:23
**friendly**  245:24
251:24
**friends**  200:11
245:25 250:3
**fringe**  69:8
**frozen**  322:25
**fruition**  249:16
**fulfilled**  54:18
**full**  59:17
103:11 120:12
124:13 130:21

140:9 153:25
155:18 160:8
160:10 308:12
329:12 338:8
**fully**  7:13
**function**  51:2
66:5 217:7,10
273:16
**functions**  52:15
116:18
**funk**  150:5
158:2
**funny**  252:21
252:21
**furlough**  57:16
**further**  4:9,13
21:5 380:4
382:11
**future**  16:22
55:23

**g**

**gap**  257:2
258:13,17
328:17
**gauging**  215:6
**gc**  139:11,13
**gears**  46:17
102:15 145:10
**gender**  64:8
173:10
**general**  3:6
13:22 14:4
39:23 40:11,19
41:3 94:23
95:19,23 143:6

281:13,21,22
285:8 306:16
**generally**
103:19 212:18
214:8
**generate**  47:24
195:19 196:5,7
229:8,12,22
**generated**
196:13
**generates**
195:15
**generating**
230:6
**generation**
301:18
**gentleman**
249:21 250:10
275:17
**geographic**
68:21,24
201:20 368:22
**gesture**  374:8
**getting**  14:13
44:6 49:20
107:22 139:23
193:2 264:16
280:7 322:19
343:4 345:18
347:18
**giants**  274:6
**gilda**  2:8,10
**give**  6:7 102:3
121:2 143:10
166:16 170:16

187:4 194:14
206:16 225:5,7
266:18 290:20
290:22 292:16
296:19 330:5
334:16 341:25
348:2 349:13
357:5 371:4
372:14
**given**   6:3 60:2
60:5,9 141:20
207:9 288:5
301:5,8 302:21
302:24 320:10
320:19 336:16
336:22
**giving**   40:3
51:7 285:25
286:13
**glance**   371:13
**glass**   127:8
**go**   7:24 19:25
28:8,13,24
29:2,6 54:19
57:9 61:20
64:2 72:5 90:5
90:13 91:19
92:6,10 93:23
110:24 124:20
127:3 133:5
148:17 150:13
151:3,17
175:19 178:20
181:13 229:4
231:12 246:11

257:20 260:11
261:18 287:20
297:12 308:16
313:19 314:16
319:15 323:2
324:16 327:24
327:25,25
338:4 344:2
345:12 354:10
354:19 360:3
362:18 373:22
**god**   6:9 8:10
112:7 141:20
**goes**   141:6
243:5 250:11
**going**   5:21 8:22
20:10 22:15
38:7 40:9,13
56:5 76:19,20
76:22,23 77:12
89:10 101:13
128:20 129:7
145:10 162:16
170:24 188:24
196:4 221:25
222:13 223:4
231:13 234:2
235:23 236:14
236:15,19,23
236:25 237:2,7
237:11 240:23
242:19 252:8
253:22 255:18
255:19 258:6
258:12 259:19

259:20 264:3
274:4 285:5,9
292:22 294:8
304:11 307:19
309:17,22
313:22 314:7
315:19 318:16
318:17 319:6
319:10,20
321:14 326:17
328:20 329:17
338:4 340:8
342:8,11,12,13
345:9 348:18
350:2,19,21
351:6 360:18
360:19 372:25
374:9,17
**good**   5:17,18
9:23 29:25
63:13 121:7
123:16 126:10
126:13 190:22
201:15 204:11
204:14,15
206:5 210:13
211:6,6,6
212:7 213:4,11
218:3 226:4
242:20,24
243:6 244:10
245:24 246:20
257:14 278:2
293:11 299:10
364:15 374:8

**goodness**   112:8
121:25 206:16
273:14
**google**   254:14
254:15
**gotten**   366:15
**grab**   102:9
353:15
**graph**   364:11
**great**   209:5
212:3 227:25
349:16,17
**greater**   58:17
280:18 281:25
**greatest**   64:16
64:20 77:21
**green**   142:23
142:25 143:14
157:19 158:6
365:19 370:15
**griffin**   112:3
**grilled**   348:25
**ground**   7:25
160:2
**group**   54:2
83:8 153:19
**groups**   313:5
**grow**   20:3,13
20:25 21:4
235:5 301:13
307:8 313:20
350:11
**growth**   349:3
**guarantee**
194:3

**guess** 83:22
153:3 221:6
290:20
**guessing** 83:21
203:6 216:25
**guesstimating**
230:16
**guidance** 51:7
162:9 246:23
**guided** 164:7
**guideline** 26:25
**guidelines**
151:21
**gun** 339:10
**guys** 150:16
210:23 256:14
380:9

**h**

**h** 1:19 382:5,17
**half** 128:14
339:16 373:13
373:19 378:10
**hand** 356:14
366:21
**handful** 198:7
326:12
**handling**
182:21
**hands** 273:15
274:23 278:11
**handsome**
199:25
**hanukkah**
198:18

**happen** 115:6
274:21 307:20
325:2 362:19
364:13
**happened** 6:18
6:20 57:10
116:3 121:25
286:18 294:21
295:5 299:13
307:23 323:21
323:22
**happening**
101:8 120:13
299:15,16
306:8
**happens** 49:21
234:3 244:7,10
247:13,19
362:2 377:2
**happy** 12:21
27:6 76:21
293:7,9
**hard** 63:14
174:14,15
184:10 273:5
**harder** 175:5,9
175:10 248:12
283:5
**hardships**
168:6 288:19
**harvey** 64:25
78:10 90:24
142:13 143:15
157:19 244:21
246:5 248:22

248:23 277:17
348:7,10
**harvey's**
244:24
**hates** 247:2
**head** 9:14
45:12 67:18,18
116:10 153:3
159:16 174:7,7
174:10,10
178:19 247:25
251:8 266:3
281:7,7 339:8
**headlines**
347:15
**heads** 314:12
330:6
**health** 15:2,3
76:17 354:14
**healthcare**
276:18
**healthy** 15:4
**hear** 12:17
125:8 152:15
186:21,23
245:17,21
323:24 330:9
332:4,7 373:4
**heard** 66:22
80:2 92:22
102:15 142:19
203:13 235:3
301:7 330:12
**hears** 113:24

**hearsay** 323:25
**heart** 82:10
234:24
**heartbeat**
81:13
**hearts** 234:25
**heftel** 61:8,11
**held** 1:18
373:24
**hello** 211:5
**help** 47:23
117:15,19
151:6 198:11
275:10 276:25
285:12,19
287:4,6
**helped** 44:20
116:22 308:13
**helping** 47:12
285:18
**helps** 111:23
120:18 273:18
**hereto** 4:7
**hey** 126:14
250:4 252:7
261:17
**hi** 123:16
126:15 209:9
269:23,25
**high** 74:23
196:11 361:4
**higher** 74:7,11
85:16,18,18,18
85:19,21 91:24
99:13,20

100:21 132:8
132:22 134:17
138:7,9 176:23
179:10,11
187:22,25
188:5,6,11
291:16
**highest** 85:7
152:24,25
153:5,6,9
160:12,20
176:6,11
228:23
**highlight** 343:2
345:17 346:7
**highlighted**
335:11,15,25
343:9 344:4
347:16
**highlights**
331:18
**highly** 131:23
**hip** 69:17,25
86:9 87:22
92:19 254:23
**hire** 28:25
29:17 30:3
31:5 116:14
238:2 252:24
253:22 312:14
328:12 352:13
**hired** 89:4
156:13 234:9
234:19 249:20
253:2 260:19

275:9 328:4,25
**hires** 116:8
**hiring** 203:14
203:20 205:10
205:15 206:2
209:3 210:19
210:21 219:3
219:15,25
220:4 232:8,8
240:17 241:10
261:12 328:19
**hispanic** 61:6
**historical** 172:2
**historically**
172:10,12,22
173:5 176:3,5
176:10,15
**historicals**
171:17
**history** 69:24
**hit** 69:22
178:16 179:6
180:2,7,12,17
181:3,8,9,15,22
269:5,7
**hits** 64:16,21
69:18
**hitting** 181:16
181:23
**hold** 50:9 177:5
309:9,10
356:11 372:14
**holding** 1:9,16
2:15 3:5,7

**holiday** 77:6,11
77:13 198:17
**holidays** 77:15
**home** 38:7
45:24 46:4
61:20 116:4
122:11,20
221:15,19
**hop** 69:17,25
86:9 87:22
92:19 254:23
**hope** 113:24
265:9,25
327:21
**hoped** 311:7
**host** 106:20
109:4,6 117:7
156:7 162:13
162:13 229:16
245:22 247:14
247:14,20,20
247:22 248:15
257:4,10,17
258:7
**host's** 229:23
**hosted** 91:12
91:12 270:9
**hosts** 27:16,18
27:21 47:20
159:23,25
**hot** 15:14,19
16:4,7,17,21
17:3 48:11
49:24 50:11,12
50:15,20,22

51:3 53:14
57:20 64:14
68:12,23 69:15
69:16,19,23
70:11,22 71:19
71:23,25 72:3
72:7,12 81:17
83:4,17 84:10
86:6 87:25
88:2,21 89:6
89:25 91:4,15
91:24 92:15
93:20 97:6,12
99:6,20 100:20
101:3,17,21
102:2 113:23
114:3 121:21
131:18,25
132:7,22 134:3
134:17 136:5
138:15 139:8
139:14 151:19
155:20,21
156:4,7,22
157:24 159:22
195:19 196:8
196:14 203:18
205:17 206:12
210:2 214:7,20
223:24 226:16
229:20 230:7
233:25 271:10
271:17 276:21
276:23 277:13
277:15 280:18

283:2,6,13,17
301:14 307:21
355:22 356:5
356:24 364:16
367:11,12
368:19 376:8
376:14
**hour** 76:4,5,10
76:19 128:15
143:11 361:6
369:6 372:16
373:14,19
**hourly** 120:6
120:10
**hours** 11:16
106:24 107:3,5
107:10,13,14
273:7 374:7,16
**house** 3:5,8 7:4
318:8 320:15
**how's** 9:22
211:6 223:4
252:8
**hq** 368:3
**hr** 311:23
312:7,9 322:8
**hudson** 5:13
124:8,15
**huh** 30:22
162:3 253:10
286:5
**human** 139:2,4
139:7 279:8
306:24 312:15
322:2

**hung** 214:16
**hurricane**
250:11,20
251:21 252:19
255:2

**i**

**ibrahim** 44:15
**ice** 211:7
**idea** 25:23 34:4
34:15 204:11
204:14 209:3
279:20 301:18
329:23
**ideal** 124:6
**ideally** 364:18
**ideas** 301:13
**identical** 50:23
**identification**
129:2 330:16
351:18 355:15
375:12
**identified**
30:23 175:14
333:25
**identifies** 66:10
67:11
**identify** 66:3
115:20 339:17
350:22 351:21
**identifying**
67:6
**iheart** 86:7
88:5 89:5 90:9
**imessage**
216:11

**impair** 9:19
**implemented**
47:18 49:20
**importance**
279:4
**important** 25:5
103:21 132:18
134:24 135:2,4
135:17,22
278:4,15,17
294:14 314:14
314:19 337:6,6
337:12
**incidental**
74:21
**include** 62:18
104:16 169:4
348:20 353:8
379:11
**included** 24:7
266:2
**includes** 74:21
**including**
145:12 265:17
266:11 365:10
**inclusive**
348:14
**income** 146:12
162:11
**incorrect** 95:17
132:15 171:14
**increase** 288:22
288:25 289:5
353:22

**increased**
298:15
**index** 1:4 364:2
364:4 381:2,3
381:7,11
**indexes** 364:6
**indicate** 137:17
**indicated** 382:8
**indicates**
137:21
**individual**
103:16 122:19
**individually**
162:25
**individuals**
36:3
**industry** 14:22
56:6 67:6
135:4 210:14
250:9 288:20
304:19 305:19
305:22 306:2,6
306:15,22
336:23
**infinity** 354:23
**information**
45:17 46:11
65:9 183:7
197:11 198:19
226:20 280:3,5
369:19
**informed** 374:6
**initial** 18:14
78:25 185:3
215:11 267:11

267:17 289:13
308:9 311:4
**initiative**
235:16
**insert**  192:9
**insta**  213:14
**instagram**
26:12 27:2
29:8 116:21
210:5 213:19
228:25 229:3
**instance**  90:6
97:5
**instilled**  304:12
304:15
**institute**  57:2,5
**instituted**  59:9
**instrumental**
272:21
**insurance**
322:3
**intact**  170:22
**intend**  327:17
**intention**
212:10
**interact**  47:23
83:25 279:9,12
378:25 379:2
**interest**  144:24
207:10 224:12
224:23 232:3,3
**interested**
141:21,25
204:4 216:4

**interfaces**
49:15
**interfering**
204:21
**intern**  115:14
**internally**
13:21 29:24
**interrupt**  126:6
316:23 375:19
**interview**  110:4
111:12,14,16
113:14,15
114:6,13,15,24
115:2,6,9,9,22
116:25 117:2,6
**interviews**  27:4
109:9,19
110:12 111:6
111:10,13
112:24 113:2,9
116:6
**introduce**
128:21 349:7
**introduced**
41:3 162:25
329:3,14,20
**introducing**
315:16,20
**introduction**
220:6,11
329:16
**invites**  117:3
**involved**  44:6
44:11 114:19
163:6,10,14,22

164:4 165:8,12
166:2 169:25
171:10,22,25
172:3 182:10
182:16,19
183:2 191:20
255:14 262:4
262:11,14
266:13 269:20
272:14 273:12
275:13 277:19
284:11,25
285:3 291:6,8
300:12,20,25
312:16
**involvement**
47:12 172:5,8
270:3,4,14
**iphone**  217:7
**ironically**
252:22
**irrelevant**  99:5
135:13
**island**  69:10
**issue**  315:24,25
350:6,9
**issues**  9:25
371:16

|         **j**         |

**jam**  233:24
234:4 255:19
269:4,13 271:6
271:11,17
272:8 273:12
274:12,14,17

274:18,23
275:10,20
276:22 278:5
278:14,18
**jan**  129:23
381:14
**january**  45:2
77:18,18 84:22
89:21,21,23
101:19 130:22
147:7 294:17
356:25 357:16
357:20,20
**jason**  2:22
112:3
**javits**  275:24
279:6
**jeff**  375:17
**jeopardy**
315:11
**jessica**  48:19
51:13,25
**jets**  274:7
**job**  52:24 53:8
61:21,23 89:15
193:11,18,22
193:25 210:3
266:7 305:23
337:2 349:17
**jobs**  34:21 56:7
**joe**  341:13,14
**joe's**  339:20
**john**  112:12
**joke**  274:14

**juan** 112:7,11
112:14
**juanyto** 112:6
**july** 290:19
376:15
**june** 255:23
290:19 352:17
352:24 353:12
353:23 357:3,4
357:8,15,22
358:19 359:21
**jurat** 379:11
**jusnik** 28:25
29:2,18 30:3
30:23 31:16,21
32:8,16,19
34:3 200:16,17
201:4,10
202:23 203:3
203:13,14,20
205:6,10,16
206:2,11,25
207:4,15
208:10,19
209:17 211:20
212:16 213:24
214:2,22 215:9
216:14 217:20
218:19,22
219:3,15,25
220:4 221:6
224:6,17 225:3
226:7 227:2
228:10,17
231:3,4 232:8

232:10 233:19
234:6,18 237:6
237:16 238:2,4
238:15,22
239:6,11,14
240:15 241:10
242:10 243:22
249:15,19
256:11 258:23
259:13 260:2
260:19 261:18
328:4,19,25
329:17 342:20
**jusnik's** 261:12
328:12 332:22
333:3 340:9,21
341:22

**k**

**k** 1:6 92:23
**kaplan** 196:21
196:23
**kay** 254:19
**keep** 27:9 45:7
70:8 82:10
89:15 170:24
170:24 183:24
209:16 215:23
216:12 226:4,5
227:25 288:9
306:7
**kept** 26:20 42:4
201:14
**kevin** 18:16,17
18:23,24 24:7
24:10 335:9

345:3 346:9,13
346:15,22
350:8
**kevin's** 344:3
347:3
**key** 335:4,7,8
335:11,15
343:2,3 348:3
348:5
**kicked** 287:24
**kicking** 200:10
**killing** 351:8
**kind** 6:4 7:7
144:5 199:24
200:13 202:22
234:4 269:24
269:25 270:5
270:23 316:15
321:16
**kindness** 63:12
**kinds** 148:12
**knew** 29:6
31:21 57:12
212:5 222:22
234:22,24
235:4,4 256:14
258:6 314:21
318:15 329:15
**know** 7:16 8:5
9:7 10:5 11:10
13:19 18:14
19:11,12,19
20:14,22 26:14
27:14 31:22
38:6 41:5,7

43:4,17,20
46:10 52:11
55:16 57:12
58:16,19 63:6
65:3 66:2,6
69:12 70:9
73:18,19 74:17
75:22 76:16,17
76:18 77:7
78:10,15 81:10
82:4 83:14
87:3,16 94:25
98:15 102:10
105:20 109:22
109:25 110:2
110:18,20
111:5 112:10
112:22,24
113:8,9 114:22
116:9,9 117:16
118:3,5,7
119:17 120:2,3
120:4 121:24
123:3,4 126:6
126:8,9,10,13
126:17 127:9
134:10,11,13
134:13,14,22
135:3,14
143:10,14
146:14 148:19
149:21,24
150:14,15,19
150:20 152:5
152:16 153:2

158:22,23,24
159:7,12,14,20
159:25 161:4
161:14,15,17
162:12,15
165:15 166:20
168:17 175:21
181:7,12 185:2
186:14,16
193:2,3 194:12
195:14,25
198:2,11,17
199:2,2,11
200:4 201:10
202:14,15
203:6 204:21
205:21 206:21
207:22,23
214:5 220:18
220:21 221:19
222:2 224:5
225:25,25
226:5,19 229:4
230:3,24
232:19 239:10
239:13,23
241:21 242:3,9
245:21,23,23
246:22 247:4
247:24 248:9
250:5,8,25
255:19 257:7
259:6 260:2
262:19 264:21
265:11 266:2

267:21 269:24
270:2 272:23
273:20 274:16
274:17 276:22
277:11,14
279:16,23,24
279:25 280:7
280:14,17
282:7,8 284:22
285:9,10,12
290:10 291:15
292:11 293:4,5
293:8,11,21
294:15,15
301:10 303:4
303:23 305:22
312:3,6 315:6
320:24 321:2
321:11 324:5
329:19,24
332:25 337:18
339:5,14 344:5
346:21 350:8
352:15 354:13
357:10 358:13
361:22 362:8,8
362:10,20
363:2,7,24
368:6 369:19
371:13,14,16
376:5 377:4,12
378:19 379:3,4
379:7
**knowing**   216:5
315:25

**knowledge**
14:6 17:15
145:2 155:3
199:22
**known**   27:24
61:4,5 64:4,7
64:10 252:6
253:19
**knows**   189:5,5
235:7
**kramer**   2:8,10
**kulture**   128:3

**l**

**l**   2:8 4:2
**la**   135:11
**label**   67:5
**labels**   71:18
272:20 274:16
**lacking**   27:4
**lady**   275:21
**lagging**   186:22
**lands**   72:9
**language**   52:13
104:14 194:25
**large**   78:2
276:21
**larger**   78:4
**largest**   254:4
**late**   14:12,17
39:13 61:14,16
62:5 209:21
216:21,23
217:3 221:21
222:12,13,19
223:11 257:22

257:23 272:25
295:10
**latest**   339:21
**law**   229:24
**laws**   62:14 63:2
**lawsuit**   36:16
38:19 39:12,20
40:12,20 41:10
41:20,22,24
42:3,10,25
43:8,11 44:4
**lawyer**   7:4
**lawyers**   6:12
14:3 150:17
**laymen**   75:25
76:2
**lead**   86:16
249:2 272:18
**leading**   70:2
316:15
**leaning**   92:19
303:24
**learn**   39:11,15
115:18 185:11
200:17,19
**learned**   42:10
258:21 259:12
**learning**
185:23
**leave**   53:10
54:15,21 55:3
61:18 150:16
156:17 219:8
**leaving**   226:22

**led** 228:18
321:12
**lee** 158:19
**lee's** 158:20
**left** 7:9 54:3
158:10 206:15
206:21 305:12
356:14 363:23
366:21,21
367:19 373:16
375:5
**leg** 296:2
**legal** 13:15,19
40:3 262:20,24
263:3
**length** 194:2
**lenny** 142:23
142:25 143:14
157:19 158:6
**lenny's** 245:9
245:14
**lenses** 351:7
**lesser** 156:5
**letters** 50:14
68:6
**letting** 345:12
**level** 49:8 80:21
141:20 165:21
187:14 273:16
284:20 296:13
296:21 298:5
298:16 299:10
299:22 300:10
339:13 340:19
344:9

**levels** 293:19
294:2 297:5
**levingston**
205:13,15
**library** 198:22
**licul** 2:6 5:16
5:19 12:14,18
12:22 32:22
33:2,5 40:15
40:24 41:6
82:13,19 102:8
121:2,8 128:12
129:15,18
130:2,6,9
138:20,24
145:22 155:4
164:18 173:17
190:12 195:6,9
234:14 252:15
255:5,9 271:14
290:3 309:16
309:21 319:24
320:4 327:14
330:7,18,24
331:3,7 332:3
332:12 333:11
333:22 353:6
360:7 363:7
373:3,6,13,18
374:23 380:3,6
380:8 381:5
**life** 7:12
**light** 131:8
356:4 360:17
365:19 374:12

**lighting** 273:18
**likelihood**
199:5
**likely** 153:7
230:21
**likes** 216:10
**limit** 179:12,13
319:25
**limiting** 150:24
**lindsay** 17:10
17:15
**line** 357:25
358:20 364:12
364:19,24
365:9,16,17
381:4,8,12
383:8
**lines** 232:16
267:23 355:24
360:17,18,19
361:17,19
365:21 371:9
376:9
**lineup** 341:23
342:4,7,11
**lingo** 344:8
**link** 350:24
**lisa** 1:19 33:7
121:9 155:4
164:18 173:17
252:15 373:20
382:5,17
**list** 113:20
202:13 228:24
250:12 251:3,6

251:14 320:19
352:24
**listed** 130:25
**listen** 73:15
75:22 175:20
199:7,10 200:3
200:3 260:14
282:22,24
295:12 302:16
320:18
**listened** 30:13
**listeners** 73:17
76:11 78:20,21
85:13 282:2,8
282:14 317:7
317:12,14,18
317:20 343:5
344:20 345:20
347:19 348:9
348:15,20
349:7
**listenership**
18:11
**listening** 70:6
74:20,22 76:9
77:4,13 79:9
79:14,17,21,23
81:14,15,21
87:5,5 88:17
94:4 147:22
282:21 283:5
359:13,23
367:9 368:16
368:24

**literally** 199:6
274:12 302:3
**litigated** 194:13
**little** 46:17
60:20 64:12
102:15 145:10
145:20 159:18
167:6,11,12
186:13,22
187:4 199:7
285:11 303:7
351:6 361:19
**littler** 2:19
**live** 27:3
111:14,15
115:6 229:3,4
**living** 152:2
167:11
**llc** 2:8 383:2
**llp** 2:4,13
**load** 282:25
**loading** 275:24
**local** 70:3
157:14
**location** 141:7
**lockdown**
279:10
**long** 7:17 11:15
50:4 53:7
63:18 64:4,7,9
69:10 74:20
83:19 106:24
107:3,10
146:21 156:11
161:18 184:21

195:21,23
216:12 222:21
223:4 242:25
250:12 282:21
282:23 287:14
293:7 313:11
328:17 353:17
362:25
**longer** 30:6
186:5 324:8
**look** 46:5 69:7
70:5 73:5,18
74:24 76:25
77:9 82:4,4,6,8
98:16,20 99:4
99:11,18
123:15 129:4
130:14,15
133:12 134:9
134:21,23
136:9 137:23
138:12 147:7
150:17 152:4
166:12 181:13
197:10 247:25
256:17 257:18
287:25 290:21
292:15 305:9
331:11 338:19
342:25 349:9
352:2 354:11
355:8 357:2,6
357:22 362:3,3
363:5,22 366:3
366:19 371:18

375:7,13,24
376:8
**looked** 22:9
81:7 101:16
202:16 213:9
256:14 369:17
**looking** 12:7
73:16 74:17
75:14,16 77:3
77:17 92:17
128:14 129:24
130:10 250:6
355:20,21,23
356:7 361:25
362:5,14 365:6
365:16 368:20
369:8 370:7
**looks** 99:4
332:21 352:18
354:4 356:5,23
357:4 361:18
361:18 363:11
364:16,16
367:22 375:24
**lori** 275:21,22
**los** 61:13 202:6
202:19
**lose** 372:16
**lost** 56:7
219:13 305:23
337:2
**lot** 18:13 26:10
31:21 47:15
63:5 69:17
95:6 96:5

108:8 112:16
116:19 148:20
148:21 161:10
171:19 196:5,7
219:12 221:18
234:2 250:9
262:20 272:16
272:25 283:4
361:23
**loud** 349:23
**loved** 319:5
**loves** 285:21
**low** 178:7
304:6
**lower** 58:20,22
75:5 99:14
160:24 288:10
360:24 361:2
**lowest** 153:13
153:21 154:22
365:5
**ltw** 131:6
**lunch** 120:24
128:13,18

**m**

**m** 363:12,12
**macdonald**
1:19 382:5,17
**mad** 233:12
**made** 6:16
18:23,24 29:10
40:7 58:6,7
59:11,15,20
82:7 127:2
167:2 172:10

214:24 215:3
257:5 266:22
274:15,20
297:22 323:23
328:6,11
340:17 346:13
374:13
**magnitude**
264:13 272:17
**mail**  12:6,25
13:3 17:5 18:3
18:21 20:21,22
21:15,20,23
22:2 23:4,4,6
23:15,18,24
24:6,11,12,19
24:25,25 25:10
37:19,21,24
215:15 220:3
220:12,15
330:15 331:16
332:8,18,25
333:14,25
334:8,10
335:24 336:8
338:14,17
340:13 345:11
346:9,15,22
347:5 351:17
352:6,8,16
353:5,7 375:11
375:16,22
**mailed**  229:25
**mails**  23:6 42:4
378:12

**main**  91:21
140:25 276:17
**mainstream**
92:21
**major**  20:6,8
20:11 69:25
**make**  8:13 20:4
42:2,3 44:21
47:5,7,14,25
59:19 66:9
70:24 74:24
77:11,19 96:10
114:3 125:12
126:9,12
141:22 147:16
164:10 190:23
190:25 210:10
223:6,7 224:6
224:9 227:7
228:11 236:24
237:2,12,16
238:4,14
251:18 256:13
263:16 274:2
285:22,25
286:13 289:18
290:8,9 292:9
308:13 312:16
318:14,16,17
318:17 335:22
345:9 347:11
374:20
**maker**  350:16
**makes**  47:17
118:11 203:8

334:25
**making**  33:17
44:8 49:18,21
89:11 164:8
172:19 184:5
184:12 189:6,8
189:25 272:23
290:25 302:8
302:10 342:17
**man**  204:24
**management**
272:21
**manager**  49:7
205:11,25
206:3,4 262:17
284:22
**manages**  49:6,9
**managing**
110:17
**manner**  67:10
**maps**  69:8
**mar**  129:23
381:14
**march**  14:12
45:3,5 55:11
57:11 84:25
137:7 147:8
294:17 303:15
357:21 366:22
370:13,14
**mariah**  113:13
114:12,23
**mark**  375:8
**marked**  128:21
128:25 243:6

330:15,20
351:17 355:14
375:11
**market**  7:11
44:25 52:25
73:8 79:18
84:12 93:4
132:16 135:5
135:12 141:24
142:2 188:22
197:2 201:23
205:11 206:3,4
237:22 249:8
253:25 254:5
262:17,17
284:18,21
300:15,16
364:12 367:24
369:7 370:7
376:16
**marketing**
205:25 350:14
**markets**  81:19
209:6
**mary**  254:19
**massive**  68:14
273:8
**material**  8:14
**materialized**
144:25
**matter**  23:8
194:2 229:24
281:15 282:6
377:14

matters 281:17
matthew 2:21
mccaw 3:5
  10:23 13:18
  14:2 318:8
  319:18 320:5
mean 8:8 20:21
  41:4 44:11
  47:11 49:5,10
  71:8,13 76:23
  80:7,13 85:17
  100:4 103:19
  104:15 107:21
  118:13 119:10
  141:18 146:17
  150:16 159:4,6
  211:12 247:12
  261:10 265:5
  266:5 272:19
  274:11,14
  280:9 316:23
  343:12 350:6
  352:5 353:19
  354:18 364:4
  375:19 376:6
meaning 142:3
  157:13 159:12
  179:8 206:11
  208:19 225:11
  368:2
meaningless
  131:23
means 8:5
  26:15 73:14
  86:22 141:19

141:23 189:19
339:5 343:15
348:12 350:9
354:20,22
361:4 364:24
365:4,7 376:13
376:14,22
meant 61:24
  193:24
measure 85:3
  85:21,24 86:13
measured
  363:20
measuring
  354:16 356:21
  356:22,23
  359:9 369:21
mechanisms
  315:5
media 12:12
  26:13 54:2
  86:7 88:5 89:5
  90:10 148:22
  150:7 210:5,10
  213:9,11,14,19
  213:20 215:12
  222:23 228:22
  229:24 235:2
  235:18 253:6,8
  253:9 259:23
  278:8 306:8
  363:20
mediaco 1:9,16
  2:15 3:5,7
  10:16 13:14,22

13:23 14:5,15
14:19,23 17:22
39:24 44:25
46:10,14,18
50:5 53:18,22
57:3,5,7,14
58:25 59:9
62:18,20
102:24 107:7,8
114:25 116:13
117:25 118:8
118:14,22
119:5,17 120:4
120:6,15 128:5
139:2,4,15
145:4 146:2
148:4,13
149:17 150:3,9
150:22 151:9
152:11,13,19
160:13 161:22
161:24 165:9
190:17,22
192:9,22 193:3
195:15,19
197:19 212:16
216:7,15
217:20 223:12
224:18 230:6
234:9,19
237:15 241:8
270:17 278:5
278:18 284:16
284:18,21
286:17 306:20

306:25 307:15
329:4 330:9,21
332:16 350:17
381:16 383:5
medical 9:18
  9:24
medication
  9:17
meet 329:17
  337:3
meeting 213:2
  318:2,11,22
  320:13,22
  322:23 323:9
  323:17,20
  325:11 326:7
  328:3
meetings
  318:19
megan 156:6
  244:16
melville 2:14
members
  280:19 315:17
  315:21 324:10
memorable
  234:3
memorializing
  378:13
memorize
  299:3
memory 9:22
  9:25 58:8
  89:10 101:14
  133:6 177:10

**[memory - missed]** Page 40

179:4 182:25
221:25 255:18
257:20 270:10
290:12 341:14
**memos** 378:12
**men** 63:22
173:7 175:5,9
247:9
**mendelson**
2:19
**mention** 336:10
336:18 338:10
338:15,20
**mentioned**
15:24 25:12
38:21 39:4,16
40:6 47:20
51:21 72:24
75:21 81:2
90:14 97:8
146:7 149:17
155:24,25
170:22 213:8
224:20 269:16
333:13 336:25
**mentioning**
39:8 76:7
**mentor** 200:20
200:23,24
**merit** 43:11
**message** 285:4
324:7
**messages** 217:4
**messed** 15:17

**met** 11:11
146:24 149:5
162:22 163:2
208:19 209:8
220:22
**meter** 80:3,4,14
80:17,23 82:2
82:12 87:4
354:11,22
363:21
**meters** 80:11
80:19 81:4,6
353:20,22,25
354:7 355:2
**method** 230:5
**metlife** 274:5
**metric** 178:16
179:21 180:7
180:13,16,22
181:3,8,15,24
269:12
**metrics** 178:22
178:24 179:16
181:9,17,22
268:8 370:16
**metro** 355:21
**miami** 35:21
53:2 61:21
135:11 249:24
**microphone**
81:12,14
102:21
**mid** 14:13
34:18 188:19
234:5 280:19

290:18 295:24
**midday** 26:19
27:13 28:2,19
30:7 78:6,14
86:18 93:18
95:25 97:22
98:7,7,19 99:7
99:20,21
100:20,21
101:16 105:21
107:2 114:24
115:21 122:6
130:23 131:19
132:7,8,22,23
134:4,18
135:25 155:12
156:2,2,7
163:3 174:22
184:8 205:18
206:11 237:4
238:2,20
259:21 280:15
304:8 342:13
**middays** 305:6
**middle** 14:14
35:14 131:22
144:23 296:11
370:9 371:11
**midnight** 94:24
95:20 140:10
155:16 227:13
354:25 367:15
371:20 372:5
**midpoint** 361:2
361:3

**miller** 196:20
196:23
**million** 265:15
**mind** 204:12,19
205:20 207:20
208:11,14
210:6 212:4
235:9 249:18
307:12 308:13
**mindful** 348:12
**minds** 18:13
**mine** 216:9
250:4 251:22
**mineola** 383:4
**minimum**
151:21 159:3,5
159:8
**minor** 20:16,20
**minuscule**
275:20
**minute** 76:12
82:14 255:6
354:24 355:3
367:10
**minutes** 108:14
108:14,14
121:3 195:7
256:19 373:14
373:19 374:10
374:17,25
**misremember...**
88:10
**missed** 198:10
277:10

**[missing - moro]**                                                    Page 41

| | | | |
|---|---|---|---|
| **missing** 200:14 | 266:18,19 | 90:25 91:4,15 | 37:8 38:23 |
| **misstates** 32:24 | 268:19 280:8 | 91:22 92:17 | 39:22 40:9,17 |
| 33:2 | 280:12 281:24 | 93:13,15,21 | 41:2,11,14 |
| **mistake** 77:8 | 289:3 326:2 | 95:10,13,19,25 | 42:11,15 57:8 |
| **misunderstood** | 350:16 | 97:6,13 105:22 | 58:3 59:12 |
| 248:19 | **month** 62:4 | 107:9 108:7,17 | 60:7 62:15 |
| **mix** 301:20,24 | 77:3,3 138:10 | 108:22,25 | 63:25 66:19 |
| 302:2,18,19,20 | 147:5,5 198:5 | 113:6 114:6 | 70:12,24 71:5 |
| **mixer** 302:14 | 198:15 255:24 | 123:16 138:15 | 72:4,14,20 |
| **mixers** 302:4,9 | 256:3 355:24 | 140:9 142:17 | 74:13 75:9 |
| **mixing** 117:16 | 356:2,4 357:21 | 155:10 200:10 | 78:23 82:16 |
| 128:11 | 362:4 363:13 | 246:25 249:2,4 | 84:6 85:5 |
| **model** 229:20 | 363:13 369:20 | 273:4 280:18 | 88:24 90:4,12 |
| 279:14 | **monthly** | 280:24 333:13 | 92:5,9 93:22 |
| **moderating** | 352:13 | 348:7,10 | 94:16 95:15 |
| 270:12 | **months** 28:15 | 354:25 356:2 | 96:7 97:9,25 |
| **mom** 199:24 | 45:14 57:11 | 356:17,19,24 | 98:10,25 99:8 |
| **moment** 19:8 | 84:19 101:19 | 358:11 359:24 | 99:15,22 |
| 187:11 240:12 | 133:4,5,8,11 | **mornings** 78:5 | 100:22 101:9 |
| **monday** 94:23 | 134:16 156:16 | 87:10 376:9 | 101:22 102:6 |
| 354:24 367:14 | 255:20 365:17 | **moro** 2:16 7:21 | 103:17,24 |
| 371:19 372:4 | **morale** 63:6 | 8:16 10:19 | 104:5,10,22,24 |
| 376:5 | **morgan** 44:23 | 12:17,19,23 | 105:5,12 |
| **monetary** | 44:24 45:5,10 | 13:16 16:12 | 106:11,15 |
| 279:5 | 163:25 262:17 | 17:16 19:6,16 | 107:18 108:18 |
| **monetize** | 300:20 | 19:24 20:18 | 109:10 110:13 |
| 229:20,21 | **morgan's** 46:3 | 21:9,17 22:7 | 110:23 111:7 |
| **money** 47:16 | **morning** 5:17 | 22:12 23:12,25 | 113:3,17 114:8 |
| 58:6,8,12 | 5:18 49:16 | 24:13,20 25:17 | 114:16 115:3 |
| 59:20 61:24 | 64:24 70:3 | 27:10 28:9 | 115:11,23 |
| 118:2,11,15,23 | 78:13 86:6,10 | 29:3,19 30:8 | 116:15 117:23 |
| 148:5,25 170:9 | 86:18 87:18,21 | 31:2,6,13 32:3 | 118:19,25 |
| 170:24 175:16 | 87:23 88:2,23 | 32:9,14,20,24 | 119:7,24 120:8 |
| 184:5 224:10 | 89:7 90:2,11 | 33:4,15,21 | 120:21 121:19 |
| 224:11 241:23 | 90:18,21,23,24 | 34:6,11 36:24 | 122:12,25 |

| | | | |
|---|---|---|---|
| 123:5,11,23 | 179:18 180:3,8 | 245:5,11 | 306:17 307:17 |
| 124:17 126:2 | 180:14,18,24 | 247:10,17 | 308:7,18 309:6 |
| 127:23 129:9 | 181:4,10,18,25 | 248:5,17 | 309:9,13,19 |
| 129:13,17,20 | 183:10 184:2 | 250:15 251:11 | 310:3 311:24 |
| 130:5,8,11 | 186:10 187:6 | 251:15 253:14 | 312:4,10,22 |
| 131:11 132:10 | 188:3,7,16 | 254:6 255:3,8 | 313:2,8,16 |
| 132:24 133:9 | 189:3,13,22 | 257:11,15 | 314:4,17 315:7 |
| 133:17 134:5 | 190:4,10 | 258:10 259:2 | 316:6,13 317:9 |
| 134:19 135:19 | 191:23 192:24 | 259:16 260:5 | 319:19,25 |
| 136:11 137:19 | 193:13 194:6 | 260:20,25 | 321:3,8 322:11 |
| 138:17,22 | 194:16 195:3,8 | 261:7,20 265:7 | 323:2 324:18 |
| 139:20 140:20 | 201:25 204:8 | 265:22 266:14 | 325:3,14,21 |
| 143:20 144:11 | 208:6,12 | 267:12,18 | 326:24 327:8 |
| 145:6,19 148:7 | 212:11 213:17 | 268:4,21,25 | 327:12 328:8 |
| 148:14,17 | 214:25 217:22 | 270:7,20 271:2 | 328:14 329:21 |
| 149:3,11,19 | 218:9,15,24 | 271:12,15,22 | 330:5,22,25 |
| 150:12 151:2 | 219:4,10,16 | 272:4,9 273:23 | 331:5,8,20 |
| 151:12,16 | 220:19,24 | 273:25 274:25 | 332:5 333:9,19 |
| 152:22 153:15 | 222:7 223:25 | 275:6 276:12 | 334:14 335:18 |
| 153:22 154:23 | 224:7 225:18 | 277:22 278:6 | 336:5,12 337:9 |
| 156:8,25 | 226:17,23 | 278:19 279:19 | 338:5,12 |
| 157:21 158:3 | 227:5,18 228:6 | 280:21 281:11 | 340:11,25 |
| 158:17 159:10 | 228:13 229:10 | 281:19 282:3 | 341:10 342:9 |
| 159:18 160:15 | 230:8,14,22 | 282:11,18 | 342:22 343:13 |
| 160:25 163:18 | 231:21 232:13 | 283:9,15,25 | 343:25 345:14 |
| 166:18 167:8 | 232:23 233:20 | 284:7 286:3,7 | 345:22 346:3 |
| 167:15,20 | 234:12,16,20 | 289:8,25 291:3 | 347:8 348:23 |
| 168:21 169:13 | 235:13,25 | 292:4,19,24 | 349:18 352:20 |
| 169:22 170:18 | 236:10,20 | 293:15 294:3 | 353:3,9 354:17 |
| 172:6,25 173:8 | 237:9,17 238:6 | 296:14,25 | 356:9 357:12 |
| 173:21 174:18 | 238:16 239:7 | 297:11,15 | 358:22 359:5 |
| 174:25 175:6 | 239:15,20 | 298:6,13,17,23 | 359:14 360:5 |
| 176:7,13,18 | 240:3,10 241:4 | 299:24 303:11 | 360:23 363:6,9 |
| 177:2,7,19 | 241:11 242:5 | 304:17 305:7 | 366:7,10 |
| 178:8,17 179:2 | 243:2 244:3,22 | 305:16 306:4 | 369:24 372:12 |

372:23 373:5,8
373:15,20
374:3 377:10
378:7,22 380:5
**motion** 81:13
**mountain**
342:4
**move** 18:6
102:11 204:15
237:12,12,24
255:17 257:6
259:20 260:3
260:18 298:20
318:14,17,18
319:7 339:22
340:3,6,14,22
341:3,8
**moved** 258:24
259:14 279:14
302:14
**movement**
168:7
**moves** 305:19
342:16
**movies** 339:7
**moving** 262:25
278:13,24
304:20 306:23
321:15 336:24
**multi** 276:6,8
**multiple**
111:23 154:13
330:25 368:8
**multiply**
362:10

**mumbled**
327:14
**muse** 208:3
**music** 45:13
48:25 51:14
52:13 64:22
67:4 69:20
86:17,20
105:17 106:13
114:2,3 117:5
117:17 156:15
197:19,22,23
198:6,21 199:7
199:13,19
200:4,7,9
243:8 244:7
245:16,20,22
246:13,14,24
247:2 302:5,11
347:24 348:6,9

**n**

**n** 2:2 3:2 4:2
92:23 382:3
**name** 5:19
23:20,22 30:15
53:6 112:7
116:9,10,12
122:2,5 137:14
141:9 146:9
154:6 165:17
200:25 201:9
206:17,19
213:8 220:14
249:22 250:10
254:19,20,21

254:22 275:18
275:21,22
276:11 339:7
363:11 383:5,6
**names** 112:18
262:22
**nashville** 45:15
**nation** 254:5
**native** 235:7
351:3
**natural** 348:8
**naturally** 167:5
**nature** 82:11
152:3
**nearest** 371:2
371:23,25
**necessarily**
71:8,13 77:23
113:12 127:20
**necessary**
31:23 319:7
**necessity**
304:21
**neck** 351:8
**necklace** 82:6
**need** 241:17
242:19 246:20
246:21,21
297:17 305:21
306:9 330:2
348:12,13
350:11 373:11
**needed** 27:12
28:19 56:9,9
81:10 108:21

125:13 170:23
184:6,7 235:19
287:8
**needs** 285:12
**negotiate** 59:6
60:18 104:12
149:24 189:2
191:12 268:10
295:3
**negotiated**
58:20 146:5
165:3,5 179:21
179:23 187:15
263:9 287:23
289:6 293:9
**negotiating**
104:9 151:23
163:16 182:10
182:23 191:9
191:21 263:5
268:7,14
272:18 284:11
294:22 300:13
**negotiation**
165:8 256:4
264:2 288:4
290:9
**negotiations**
60:14 165:8,10
192:9 194:21
240:20 249:13
262:5 273:19
285:2 289:10
291:9

**neighbor** 246:2
**nephews**
 314:11
**nessa** 156:24
 157:5 244:11
**never** 6:13,14
 6:18,20 34:22
 38:2,3 113:24
 134:9 145:3
 164:10,10
 191:4,6 209:8
 217:14,17
 251:9 259:25
 260:16,22
 330:12
**new** 1:3,20 2:5
 2:5,14,20,20
 5:8,14 60:18
 62:21 68:20
 69:24 91:6
 94:14 95:2,13
 96:6,15,16
 97:23 98:23
 135:5,9 198:18
 202:7,19 204:5
 207:23 215:7
 218:3 235:6
 249:7 254:14
 255:18 274:6,7
 291:12 294:20
 295:13 296:3
 305:6 341:23
 342:4,7,11
 355:20 377:15
 383:2,4

**newer** 198:6,7
 198:10
**nice** 211:14
 269:25 270:6
 355:4
**nicole** 23:22
 24:4 44:14
 204:5 205:20
 242:18 255:17
 256:4 337:16
 342:5,13
**nicole's** 228:25
 333:8 341:16
 342:3
**nielsen** 64:19
 65:8,14,16,21
 65:24 66:3,12
 66:15 72:10
 73:2,4 80:18
 80:24 81:3,23
 81:25 94:19,21
 130:22 136:24
**night** 78:7 96:2
 107:12 155:16
 157:23 158:5
 272:25
**nights** 302:7
**nik** 29:24 220:6
 221:20 261:15
**nixon** 2:13
**nobody's**
 147:23
**nod** 9:14
**nodding** 186:18

**non** 103:11
 145:18,25
 154:4,20
 160:13,23
**nonrenewal**
 319:13
**normal** 364:17
**normally**
 140:22
**nosey** 196:16
**notary** 1:19
 4:15 5:7
 380:22 382:6
 383:25
**note** 7:21 19:6
 19:16 58:3
 59:12 63:25
 72:14 75:9
 84:6 85:5
 88:24 90:4
 92:5 97:25
 98:10,25 101:9
 103:17 104:10
 109:10 151:16
 174:18,25
 232:23 250:15
 251:15 270:7
 313:16 331:15
 333:19
**noted** 82:20,22
 128:17,19
 195:11,13
 255:10,12
 323:4,6 373:23
 374:2 380:11

**notes** 133:12
 220:23 290:8
 382:10
**notice** 335:17
**notification**
 207:11
**noting** 333:9
**november** 50:7
 51:19 52:16
 61:14
**nth** 372:7
**number** 45:18
 73:9 74:19,22
 75:4,7,17,24
 78:20,21 79:13
 79:16 93:21
 95:11,12 96:19
 96:20 97:7,19
 97:22 98:8
 130:3 136:2
 137:2,10,18
 138:14,16
 177:15,16
 178:7 183:20
 184:10 190:21
 201:23 202:8
 215:13,14
 222:24 251:18
 252:8 264:4
 266:10 269:5
 273:13 280:19
 281:25 282:8
 290:21 305:5
 305:13 353:19
 359:8,12

| | | | |
|---|---|---|---|
| 362:13 367:15 | 23:12,25 24:13 | 118:19,25 | 183:10 184:2 |
| 367:25 368:9 | 24:20 25:17 | 119:7,24 120:8 | 186:10 187:6 |
| 368:23 376:17 | 27:10 28:9 | 121:19 122:12 | 188:3,7,16 |
| **numbered** | 29:3,19 30:8 | 122:25 123:5 | 189:3,13,22 |
| 360:4 | 31:2,6,13 32:3 | 123:11,23 | 190:4,11,13 |
| **numbers** | 32:9,14,20,23 | 124:17 126:2 | 191:23 192:24 |
| 133:13 136:24 | 33:15,21 34:6 | 127:23 131:11 | 193:13 194:6 |
| 178:20 182:24 | 34:11 36:24 | 132:10,24 | 194:16 201:25 |
| 183:4 196:17 | 37:8 38:23 | 133:9,17 134:5 | 204:8 208:6 |
| 267:15 284:5 | 57:8 58:3 | 134:19 137:19 | 212:11 214:25 |
| 289:2 290:13 | 59:12 60:7 | 138:17 139:20 | 217:22 218:24 |
| 291:16 351:22 | 62:15 63:25 | 140:20 143:20 | 219:4,10,16 |
| 352:25 353:13 | 66:19 70:12 | 144:11 145:6 | 220:19,24 |
| 355:11 366:5,8 | 72:4,14,20 | 148:7,14 149:3 | 222:7 223:25 |
| 367:6 376:2 | 74:13 75:9 | 149:11,19 | 224:7 226:23 |
| **nutshell**   168:8 | 84:6 85:5 | 150:12 151:2 | 227:5,18 228:6 |
| **nuyork**   23:21 | 88:24 90:4,12 | 151:17 152:22 | 228:13 229:10 |
| **nuyork's** | 92:5 93:22 | 153:15,22 | 230:8,14,22 |
| 339:19 | 94:16 95:15 | 154:23 156:8 | 231:21 232:13 |
| **ny**   383:4,4 | 96:7 97:9,25 | 156:25 157:21 | 232:23 233:20 |
| | 98:10,25 99:8 | 158:3,17 | 234:20 235:13 |
| **o** | 99:15,22 | 159:10 163:18 | 235:25 236:10 |
| **o**   4:2 5:6,6 | 100:22 101:9 | 166:18 167:8 | 236:20 237:9 |
| 382:3 | 101:22 103:17 | 167:15,20 | 237:17 238:6 |
| **oath**   6:4,8,12 | 103:24 104:5 | 168:21 169:13 | 238:16 239:7 |
| 6:22 8:5 | 104:10,22,25 | 169:22 170:18 | 239:15,20 |
| **object**   78:23 | 105:5,12 | 172:6,25 173:8 | 240:3,10 241:4 |
| 160:15,25 | 106:11,15 | 173:21 174:18 | 241:11 242:5 |
| 177:19 208:12 | 107:18 108:18 | 174:25 175:6 | 243:2 244:3,22 |
| 225:18 226:17 | 109:10 110:13 | 176:7,13,18 | 245:5,11 |
| 348:23 360:23 | 110:23 111:7 | 177:2,7 178:8 | 247:10,17 |
| **objection**   7:21 | 113:3,17 114:8 | 178:17 179:2 | 248:5,17 |
| 8:16 13:16 | 114:16 115:3 | 179:18 180:3,8 | 250:15 251:11 |
| 17:16 19:6,16 | 115:11,23 | 180:14,18,24 | 251:15 253:14 |
| 19:24 20:18 | 116:15 117:23 | 181:4,10,18,25 | 254:6 258:10 |
| 21:9,17 22:7 | | | |

**[objection - old]** Page 46

259:2,16 260:5
260:20,25
261:7,20 265:7
265:22 266:14
267:12,18
268:4,21,25
270:7,20 271:2
271:22 272:4,9
274:25 275:6
276:12 277:22
278:6,19
279:19 280:21
281:11,19
282:3,11,18
283:9,15,25
284:7 286:3,6
286:7,9 289:8
291:3 292:4,19
292:24 293:15
294:3 296:14
296:25 298:6
299:24 303:11
304:17 305:7
305:16 306:4
306:17 307:17
308:7,18 310:3
311:24 312:4
312:10,22
313:2,8,16
314:4,17 315:7
316:6,13 317:9
321:3,8 322:11
324:18 325:3
325:14,21
326:24 327:8

328:8,14
329:21 333:10
333:19 334:14
335:18 336:5
336:12 337:9
338:5,12
340:11,25
341:10 342:9
342:22 343:13
343:25 345:14
345:22 346:3
347:8 352:20
358:22 359:5
359:14 369:24
372:12 377:10
378:7,14,22
**objections** 4:10
**obviously**
86:20 204:2
205:20 250:7
253:21 282:13
318:15
**occasion**
126:14
**occupy** 30:6
**occurred** 11:13
215:10 256:25
**october** 39:14
**offer** 151:24
152:6 166:6
167:2,6 169:20
183:9,14 185:3
193:8 207:22
215:4 224:5,10
224:10 263:17

263:21 266:23
266:24 267:2
267:11,17
**offered** 54:24
59:2 61:21,22
151:25 166:21
183:24 184:13
184:15,22
186:7 190:23
242:4,10
**office** 14:4
124:4 264:19
329:3,7,9,10
**officer** 13:8,11
**offices** 254:13
**official** 212:25
**offset** 58:25
59:3 151:6
305:2
**oh** 11:4 20:10
60:25 112:7,8
121:25 134:9
155:21 157:15
197:3 204:2
206:16 231:13
231:18 243:12
251:7,10
273:14 299:20
331:5 339:10
349:22
**okay** 5:23
13:25 19:20
22:16 30:16,17
33:5 36:12
41:21 42:5

48:18 54:10
71:22 79:7
82:15 87:15
94:10 95:9
112:9,16,20
121:3,5,8,9
130:9 147:4
154:5 159:15
164:16 165:20
171:7,8,9
175:23 182:15
195:6 198:3
206:6 207:5
208:25 217:25
221:22 257:15
260:15 262:3
263:15 277:7
299:20 330:4
333:11 334:25
335:3 348:16
349:11 350:4
353:9 354:13
357:24 360:12
362:22,24
363:10 371:5
371:25 372:2
377:5
**okayed** 165:22
**old** 34:3,5,9,14
34:16 81:7
203:3 250:13
250:19 330:10
344:12 354:23
383:4

older   239:5,11
  239:14,18
  240:2,8 250:17
  317:7 343:5,18
  343:22 344:19
  345:19 347:18
  348:7,11
onboard
  258:24 259:13
  260:2
once   59:3 61:23
  62:23 98:3,4
  142:6 182:12
  247:4 258:5,21
  258:23 259:12
  265:13 270:10
  286:17 290:9
  308:11 340:9
  340:21
ones   109:13,21
  109:22 124:12
  124:13 182:21
  368:9
op   121:18,23
  122:24
open   206:13
  226:15 236:14
  350:23 351:2
  373:9
opened   53:12
  236:9,13
opening   214:19
operate   125:25
  273:2,3 340:19

operated
  127:22 128:8
operates   84:15
  128:10
operating   13:8
  13:11 123:20
  127:19,20
operation
  128:2
operator
  115:15 122:15
operators
  110:7
opines   302:13
opinion   33:17
  77:9 303:13
  340:16
opportunities
  18:10 20:3
opportunity
  20:14,25 53:11
  54:16 61:24
  223:19 232:16
  234:8,10,17
  235:11,12
  236:8 295:3
  316:24
opposed   374:15
  377:19,21
ops   123:14
option   185:6
  324:20
options   13:4
  297:23

orange   360:18
  360:19 361:19
oranges   175:18
order   1:18
  56:10 180:17
  194:23 238:14
  348:8
ordering   5:3
org   17:21
organizations
  94:20
original   297:20
otero   275:18
outperformed
  101:3
outside   69:8
  116:20 234:4
  246:25 273:17
  275:9,16
  343:17
overall   75:16
  93:25 94:2,22
  99:10 132:16
  342:19
overlap   284:4
overnight
  105:20 109:14
  140:8 154:10
  158:10,15
  159:21
overnights
  160:2
oversaw   335:10
oversee   47:3

overseeing
  50:24
own   81:20
  117:11,13
  121:13,17
  254:3 340:19
owned   53:14
  53:24,25 84:9
  118:23
ownership
  53:18
owns   65:15

**p**

p   2:2,2 3:2,2
  4:2 5:1,6 6:1
  7:1 8:1 9:1
  10:1 11:1 12:1
  13:1 14:1 15:1
  16:1 17:1 18:1
  19:1 20:1 21:1
  22:1 23:1 24:1
  25:1 26:1 27:1
  28:1 29:1 30:1
  31:1 32:1 33:1
  34:1 35:1 36:1
  37:1 38:1 39:1
  40:1 41:1 42:1
  43:1 44:1 45:1
  46:1 47:1 48:1
  49:1 50:1 51:1
  52:1 53:1 54:1
  55:1 56:1 57:1
  58:1 59:1 60:1
  61:1 62:1 63:1
  64:1 65:1 66:1

**[p - p]**

Page 48

| | | | |
|---|---|---|---|
| 67:1 68:1 69:1 | 148:1 149:1 | 218:1 219:1 | 288:1 289:1 |
| 70:1 71:1 72:1 | 150:1 151:1 | 220:1 221:1 | 290:1 291:1 |
| 73:1 74:1 75:1 | 152:1 153:1 | 222:1 223:1 | 292:1 293:1 |
| 76:1 77:1 78:1 | 154:1 155:1 | 224:1 225:1 | 294:1 295:1 |
| 79:1 80:1 81:1 | 156:1 157:1 | 226:1 227:1 | 296:1 297:1 |
| 82:1 83:1 84:1 | 158:1 159:1 | 228:1 229:1 | 298:1 299:1 |
| 85:1 86:1 87:1 | 160:1 161:1 | 230:1 231:1 | 300:1 301:1 |
| 88:1 89:1 90:1 | 162:1 163:1 | 232:1 233:1 | 302:1 303:1 |
| 91:1 92:1 93:1 | 164:1 165:1 | 234:1 235:1 | 304:1 305:1 |
| 94:1 95:1 96:1 | 166:1 167:1 | 236:1 237:1 | 306:1 307:1 |
| 97:1 98:1 99:1 | 168:1 169:1 | 238:1 239:1 | 308:1 309:1 |
| 100:1 101:1 | 170:1 171:1 | 240:1 241:1 | 310:1 311:1 |
| 102:1 103:1 | 172:1 173:1 | 242:1 243:1 | 312:1 313:1 |
| 104:1 105:1 | 174:1 175:1 | 244:1 245:1 | 314:1 315:1 |
| 106:1 107:1 | 176:1 177:1 | 246:1 247:1 | 316:1 317:1 |
| 108:1 109:1 | 178:1 179:1 | 248:1 249:1 | 318:1 319:1 |
| 110:1 111:1 | 180:1 181:1 | 250:1 251:1 | 320:1 321:1 |
| 112:1 113:1 | 182:1 183:1 | 252:1 253:1 | 322:1 323:1 |
| 114:1 115:1 | 184:1 185:1 | 254:1 255:1 | 324:1 325:1 |
| 116:1 117:1 | 186:1 187:1 | 256:1 257:1 | 326:1 327:1 |
| 118:1 119:1 | 188:1 189:1 | 258:1 259:1 | 328:1 329:1 |
| 120:1 121:1 | 190:1 191:1 | 260:1 261:1 | 330:1 331:1 |
| 122:1 123:1 | 192:1 193:1 | 262:1 263:1 | 332:1 333:1 |
| 124:1 125:1 | 194:1 195:1 | 264:1 265:1 | 334:1 335:1 |
| 126:1 127:1 | 196:1 197:1 | 266:1 267:1 | 336:1 337:1 |
| 128:1 129:1 | 198:1 199:1 | 268:1 269:1 | 338:1 339:1 |
| 130:1 131:1 | 200:1 201:1 | 270:1 271:1 | 340:1 341:1 |
| 132:1 133:1 | 202:1 203:1 | 272:1 273:1 | 342:1 343:1 |
| 134:1 135:1 | 204:1 205:1 | 274:1 275:1 | 344:1,7 345:1 |
| 136:1 137:1 | 206:1 207:1 | 276:1 277:1 | 346:1 347:1 |
| 138:1 139:1 | 208:1 209:1 | 278:1 279:1 | 348:1 349:1 |
| 140:1 141:1 | 210:1 211:1 | 280:1 281:1 | 350:1 351:1 |
| 142:1 143:1 | 212:1 213:1 | 282:1 283:1 | 352:1 353:1 |
| 144:1 145:1 | 214:1 215:1 | 284:1 285:1 | 354:1 355:1 |
| 146:1 147:1 | 216:1 217:1 | 286:1 287:1 | 356:1 357:1 |

358:1 359:1
360:1 361:1
362:1 363:1,12
364:1 365:1
366:1 367:1
368:1 369:1
370:1 371:1
372:1 373:1
374:1 375:1
376:1 377:1
378:1 379:1
380:1
**p.m.**   128:17,19
130:23 195:11
195:13 244:6
255:10,12
323:4,6 373:23
374:2 380:11
**p1**   343:4 344:6
344:7,8
**p1's**   344:11,15
344:16,19
**p2**   344:9
**page**   130:7,16
136:9 138:13
334:11,11
349:9 356:8
360:8,10,14,14
363:5 366:4,19
379:10 381:4,8
381:12 383:8
**pages**   128:22
129:5 366:4
**paid**   63:23
101:15 119:22

141:13 143:4
146:16,19
147:20 149:2,8
149:9 150:22
152:11,14,19
156:3 157:16
161:22,23
172:11,13,15
172:16,19,22
172:23 173:5,7
174:3 176:6,11
176:16,23
177:13,15,17
199:6,11
229:16 247:23
248:13 264:16
267:10
**pandemic**
15:17 16:10,15
57:10,12,13
59:5,8 116:2
121:25 122:9
122:24 124:10
125:21 161:16
161:19 163:21
168:6 170:21
278:22 279:3
285:10 288:6
289:15 294:20
295:5,11
299:14,16
300:6
**panel**   71:24,24
270:9,12

**panels**   277:13
277:15
**paper**   93:2
**paperwork**
181:13 322:3,4
**par**   177:10
182:3,4,7
240:6
**paragraph**
338:20 339:18
341:17 350:3,5
**paraphrase**
345:8
**paraphrasing**
19:19
**pardon**   44:25
55:10 94:22
179:5 278:8
319:5
**part**   13:18 14:4
46:13 59:18
64:8 83:25
103:9 104:8
170:20 192:8
269:3 314:15
314:20 324:8
332:15 344:22
346:18,24
366:20 367:2
**participants**
199:3
**participate**
80:25 115:7
199:12

**particular**   15:9
65:20 66:11,16
81:20 95:8
97:7,14 98:9
100:16 110:9
125:4 144:2
247:6 288:3
306:14 355:22
376:15
**particularly**
116:20 245:17
**parties**   4:7
**parts**   69:9
77:21 278:14
**party**   12:6,10
198:25 199:11
302:6 382:12
**pass**   252:25,25
**passed**   89:12
200:25 325:7
**passive**   304:8
**past**   64:21
147:22 151:25
167:3 169:18
290:15,16
341:22 362:17
375:6
**pasted**   335:14
**pause**   195:4
286:10
**pay**   55:17 56:3
56:7,12,15,19
56:21,23 57:2
57:6,21,24
58:11,14,17,21

**[pay - period]** Page 50

58:23,24 59:9
59:25 60:13
75:5 92:12
116:13 118:12
118:12,14,16
118:22 119:20
143:7,24 144:9
145:17 146:3
148:3,13
151:10,21
154:7 155:23
157:8 163:7
169:4 171:2,11
171:17,22,25
172:4 175:25
184:9 190:17
190:20,24
191:2,6 194:14
264:25 266:20
267:7,15
269:11 270:17
281:24 285:5
285:13,14
286:2,14 287:3
288:5,22
294:11 295:16
295:20,23,25
300:5 325:24
352:13
**paying** 118:10
147:14 168:6
169:16,18
264:20 265:15
267:4

**payment** 43:19
119:5 147:24
**payola** 62:23
63:4
**pays** 116:17
117:20 118:2,4
118:7 119:18
120:2 144:6
148:4 149:17
150:4,9 174:11
**pdf** 331:2,3
351:14
**peabody** 2:13
**peaks** 364:13
**peek** 196:18
355:18
**peeked** 123:21
196:16
**penarth** 2:9
**pendants** 82:5
**pennsylvania**
2:9
**people** 15:5
20:5 44:6,10
44:18 52:2,5
56:6,14,15
57:16 59:19
64:17 70:5
73:15,20,20
74:19 75:2,12
75:19,22,25
77:7,14 78:7
78:15 79:17,23
80:18,24 82:8
83:8,13 92:17

108:9,16
109:24 117:4
123:14,17
140:9 153:20
154:25 155:9
155:18 160:3,5
163:2 164:9
165:15,18
168:16 174:12
175:11 186:4
187:12 199:10
200:2,21 210:3
210:15 244:19
245:16,19
246:14,24
251:4 272:16
273:11 280:23
280:25 282:22
282:24 290:9
299:9,10 302:5
305:22 316:25
329:13,15
338:8 339:14
339:16 348:11
349:19 350:12
354:22 355:2
359:13,23
363:20 367:9
367:16 368:15
368:18,23
372:17 379:2
**people's** 18:13
**perceive** 348:9
**perceived**
347:23 348:6

348:14,19
**percent** 56:21
56:25 57:25
58:9,11,14
59:9,25 77:25
78:3 190:17
230:17 253:19
338:20,21
339:14 344:12
344:13 365:7
**percentage**
73:7 79:20,22
230:12 364:3,5
**percentages**
363:23,24
364:10
**perceptual**
14:20 18:12
199:22 200:8
237:21
**perfect** 27:5
235:21 364:20
**perform** 147:10
147:10 160:3
235:17 246:21
259:22 305:24
311:7 326:2
**performance**
150:5 201:16
**performing**
370:16,20
**period** 28:14
54:8 74:21
76:12 131:9
183:25 198:18

217:2,19
255:16,20
282:23 284:18
326:16 359:16
359:21 362:17
367:10 368:20
369:8 370:11
370:12 376:15
**periods**  163:16
**perjury**  8:15
**permit**  324:16
325:12
**permitting**
192:10
**person**  18:18
26:9 27:5,22
29:25 30:14
47:16 102:20
111:22 112:14
113:12 114:18
115:20 116:7,8
118:6 122:3,5
128:3 135:3
141:6 142:2
168:10 172:9
191:14 210:13
212:3,6 213:6
219:7 220:10
220:13,16
223:8 226:2
232:21 235:21
241:15 243:8
252:5,22
254:18 260:10
260:12 274:20

275:23 306:14
308:25 318:3
335:10 342:14
352:13 378:24
**persona**  141:22
**personal**  37:23
215:24
**personalities**
57:19,20 58:20
59:10,18,24,25
103:2,12,15
104:21 105:4
106:20 109:8
109:18 110:3,6
122:10 124:11
139:24,25
141:12,17
143:4 145:12
145:18,25
148:5 150:25
152:11,19
153:14 154:4
154:20 168:12
169:5 170:10
171:11,23
177:13,23
226:21 247:7
**personality**
58:13 60:15
102:16,19,23
107:17 110:8
121:12,16
126:4 131:15
143:25 146:8
151:11 162:19

170:17 176:2
214:19 242:24
**personality's**
112:17 122:19
**personally**  57:4
217:6 243:4
292:7 377:8
**personnel**
378:13
**persons**  361:6,7
367:6
**perspective**
280:25 374:19
**phone**  45:18
209:9 222:24
274:15 314:13
**phonetic**  128:4
**phrase**  109:2
**physically**
141:7 318:4
**pick**  257:5
321:18
**picked**  338:10
345:12
**picture**  74:18
**pictures**  269:25
270:6
**pie**  73:16,18
76:9 78:12,13
88:16 169:9,12
169:15 170:17
376:21,23
**piece**  369:18
**pieces**  70:5
266:13

**piggy**  165:16
**pio**  1:16 40:10
40:20 257:12
380:15 382:7
383:6,21
**pizza**  78:2,4
**pl**  130:3
**place**  71:18
222:4,6 234:23
285:22 326:8
326:21 327:11
327:17,23
349:2 378:6
**placed**  194:20
**places**  62:12
**plaintiff**  1:7,18
2:5,10 374:14
374:15
**plaintiff's**
128:23,23
136:10 138:13
374:4,5
**plan**  18:6 19:4
19:5,8,13,22
120:23 287:25
292:17 326:7
326:21 327:10
327:16,23
341:18
**platform**
301:13 307:9
**platforms**
213:21
**play**  64:8,23
69:18 74:9

75:24 105:14
114:2 198:6,7
198:24 246:22
274:7
**played** 199:15
200:4,7
**player** 126:18
**playing** 106:12
126:18
**plays** 69:17
111:22
**pleasant**
211:13 251:25
**pleasantries**
214:16 223:3
233:7
**please** 5:5 8:24
9:7 10:5 20:9
27:19 41:12
52:14 96:12
129:4 155:5
164:19 173:18
218:13 234:13
260:14 331:10
**plenty** 249:6
**plug** 238:22
**plugola** 62:23
63:4
**plus** 64:11 94:3
94:22 100:7,10
130:21 131:23
134:8,10 135:4
135:12,24
137:4 138:15
185:4,5 262:8

273:16 287:22
294:21,25
**podcast** 148:10
**podcasts**
146:14
**point** 37:15
53:17 59:8
60:17 73:6,25
74:8 75:20
77:24 81:23
113:25 120:11
120:14 130:24
134:16 163:9
170:23 178:11
196:9 212:4
213:7 215:4
224:24 235:19
241:16 262:13
269:7 278:21
284:24 288:23
298:10 299:7
300:19 301:20
314:23 315:13
325:6 329:2
332:13 333:2,7
342:25 345:2
347:25 348:4
356:5 358:13
358:25 359:3
359:13,24
361:4 365:6
369:12 370:6
376:25
**pointed** 20:12

**pointing** 332:9
**points** 24:8
74:4,5 320:11
320:11,20
**popular** 27:16
337:19
**popularity**
331:18
**population**
79:18 202:4,9
202:13,16
368:22
**portion** 33:8
41:17 42:13
151:14 155:6
157:6,12,13,15
164:20 173:19
298:21 329:8
329:10 335:7
335:12 336:24
347:4
**portions**
335:15
**position** 46:18
48:21 50:5,6,8
156:12 224:11
235:20 251:2
260:11
**positive** 207:21
**possible** 85:8
96:11 189:9,10
210:15 223:19
281:9 299:12
334:21 344:11

**possibly** 85:13
**post** 43:19 59:4
95:2 163:20,20
164:4,6 168:6
169:24 190:17
230:2 342:3
**posting** 148:21
150:6
**pot** 170:8
**potentially**
190:7 205:15
252:11
**power** 53:6,21
54:6,17,20
55:3 68:10
274:9
**practice** 14:21
148:19 227:10
**pre** 86:24
187:12 278:9
289:2 290:13
291:2 293:18
294:2,10 297:5
302:12
**precut** 290:6
296:12,21
298:5,15
300:10
**prefer** 309:13
**preference** 15:8
344:7,9,9
**prefers** 219:6
**pregnant** 61:19
**preliminary**
333:6

**premiere** 86:9
**prep** 11:12,21
  108:6,6,8,9,10
  108:17,24
  109:5,5
**preparation**
  108:12 109:7
**prepare** 10:13
  11:18,23 22:19
  318:11,22
  320:8 327:22
**prepared** 12:11
  15:13
**prepping**
  107:16,20
**prerecorded**
  111:16 114:14
**presence**
  280:11
**present** 3:3
  5:11 10:25
  11:6 23:6
  317:22 318:4,4
**presentation**
  313:11
**presentations**
  276:19
**presented** 18:5
  165:11 183:3
  191:10
**president** 18:17
  44:25 46:20,25
  54:12 84:12
  262:18 284:19
  300:16,17

352:11
**press** 342:5
**pretty** 12:9
  57:17 64:24
  74:18,23 75:6
  147:5 273:5
  277:25 308:12
  362:20
**previous** 15:14
  168:5 183:18
  371:9
**previously**
  170:22 374:13
**pricing** 369:13
**pride** 63:5
**primarily**
  242:21 275:17
**primary** 52:2
  68:5 230:5
  343:4 345:19
**prime** 51:24
  140:4,6,7,12
  158:12 159:25
**prior** 52:23
  54:5 55:6
  60:21,23,25
  61:3,25 122:23
  124:10 160:17
  163:22 166:13
  184:18,20
  212:14 217:19
  289:23 295:7
  297:16 298:18
  318:20 326:6
  370:17,21

374:4
**priority** 25:4
  86:19 187:10
  228:24 243:7
**privilege** 40:23
**privileged** 40:4
  40:14
**privy** 191:18
**probably** 77:15
  91:24 128:13
  188:22 197:12
  250:17 252:6
  374:24
**proceed** 232:19
**proceeding** 6:5
**process** 240:12
  312:16 328:21
**produce** 12:21
  52:12 111:24
  253:23
**produced**
  12:15
**producer**
  111:22 112:2,5
  117:9,12,14
**producers**
  111:18,19
  112:23 114:14
**product** 47:8
  76:16 141:10
  146:10
**production**
  48:5 52:10
  124:25

**products** 74:25
**profanity** 47:6
**professional**
  340:15 382:6
**program** 47:21
  47:22 48:22
  50:10,20,21,25
  51:10,19,22
  52:23 53:3
  61:12 63:21
  126:11 191:19
  201:13 246:23
  251:23 252:23
  254:22 302:3
  305:23 336:25
  337:2
**programmed**
  282:20 283:2
**programmer**
  371:16
**programming**
  26:10 46:20
  47:2 51:4 52:9
  54:13 73:13,23
  73:24 76:15,24
  212:3 352:11
**progress**
  241:14
**progressive**
  351:7
**promote**
  148:22
**promotional**
  105:17

**promotions**
47:25 48:4
52:6,8 106:14
229:15 276:2
**pronounce**
363:18
**proof** 251:14
**properly**
312:17
**properties**
54:14 83:14
87:2,3 88:6
89:6
**property** 61:13
90:10
**proposal**
192:18
**proprietary**
81:24 354:7
**protocols** 43:3
43:12,14,22
**provide** 65:8
146:17 193:11
193:15
**provided**
302:12
**provides** 80:18
80:24 119:13
151:21
**provision**
194:20
**public** 1:20
4:15 5:7
380:22 382:6
383:25

**publicly** 253:19
**published**
94:20
**pull** 136:23
299:5 365:15
**pulling** 102:7
129:9
**pumm** 363:12
363:17,19,20
364:12
**punch** 86:22
**punching** 86:23
**purchases**
143:15,18
**purchasing**
140:23
**purple** 364:14
364:19,24
365:9,16,17,24
**purported**
378:14
**purpose** 14:18
22:23 40:2
41:8,22,25
119:4
**purposes** 73:11
**pursuant** 1:18
**pursue** 156:15
**push** 279:11
345:8
**put** 27:25,25
47:7 90:21
129:7,11
136:24 138:21
148:18 205:21

205:21 229:5
240:11 249:19
272:13,17
277:14,15
278:12 303:13
304:8 311:9
315:11 326:3
327:10,16
**puts** 48:6 65:21
94:19 113:7
**putting** 260:10
272:15 273:12
275:13

**q**

**q1** 147:8
**qht** 50:11,12,14
**qualify** 147:11
147:12
**quarter** 76:3,5
76:9,19 361:6
369:6 372:16
**quarterback**
273:10
**quarterbacked**
273:9
**quarterly**
147:6
**question** 4:11
8:24 9:6 10:4,6
10:8 15:5
16:13 30:11
33:7,10 41:12
41:16 51:16,20
64:9 70:10
71:2 78:25

79:4,6 87:8
92:10 94:5,8
96:11 110:9
111:4,5 123:18
135:16,20
143:5,6 152:15
160:5 164:19
164:23 166:24
168:9 171:4
173:13,23
175:20,22
190:14 203:11
205:23,24
207:24 218:16
218:17 257:24
259:11 260:13
265:12 277:2,3
286:11,20
290:4 297:17
297:19 298:18
298:24 309:3,7
309:8,17,18,22
309:23 313:12
331:22 334:20
338:25 346:20
350:3 375:20
377:5
**questions** 7:2,3
8:22 30:13
117:7 135:21
199:22 200:9
200:10 322:5,7
323:11,13
334:23 336:21
375:5 380:4,7

| | | | |
|---|---|---|---|
| queue  52:8 | 254:2,3,8 | 137:18 138:16 | rather  345:13 |
| quick  120:21 | 280:24 344:8 | 178:7 179:5 | 368:23 |
| 215:20 287:12 | 364:15 365:10 | 367:25 376:13 | rating  73:2,3,4 |
| 354:14 371:4 | 367:23 368:3 | ranker  92:23 | 73:6,25 74:3,5 |
| quickly  24:16 | 368:16,24 | 92:25 93:12,21 | 74:8 75:20 |
| 204:12 349:20 | rahsan  17:10 | 94:6,11,18,23 | 77:23 93:8,15 |
| quite  161:10 | 331:16 333:14 | 94:25 95:11,18 | 94:22 97:2 |
| 372:25 | 333:14 334:2,2 | 95:20,22,23 | 130:24 131:9 |
| | 335:16,16 | 96:4,13,18 | 177:15,17 |
| **r** | 340:7,7 343:9 | 97:7,14 98:9 | 178:2 179:10 |
| r  2:2 3:2 5:6,6 | 345:18,18 | 98:22 99:10,24 | 268:8 360:25 |
| 92:23,23 382:3 | 347:3 | 99:25 100:15 | 369:9,12,15 |
| r&b  202:24 | raise  166:16 | 100:24 130:21 | 370:3,6 371:20 |
| radio  13:5 | 288:14 290:24 | 131:22 132:7 | 372:8,10 |
| 14:21 15:2 | 292:17 299:21 | 136:23 137:22 | 376:25 |
| 19:11 48:7 | raised  209:3 | 138:14 369:16 | ratings  47:4 |
| 54:7,19,21 | 290:25 | 370:5 | 64:20 65:8,16 |
| 60:21,23 61:5 | range  57:23 | rankers  94:9 | 65:17 66:5,13 |
| 65:25 66:17 | 189:24 | 94:12 95:6 | 66:15 73:6,11 |
| 73:8,16,17,20 | rank  93:13 | ranking  93:9 | 73:22 77:22 |
| 74:7,20 75:13 | 96:19 131:19 | ranks  93:3 94:7 | 79:12 80:19 |
| 76:9,16 77:4 | 178:13 179:4 | 95:22,24 96:5 | 85:15,17,19,21 |
| 77:15 80:8,14 | 179:24 180:2 | 98:23 | 89:13,25 91:17 |
| 80:19 81:16 | 367:18 368:3,6 | rashon  165:22 | 96:14 98:17 |
| 85:4,22 86:8 | 369:4,5,6,7 | 166:5 169:8 | 100:16 128:25 |
| 86:24 93:3,14 | 370:3 | 170:15 182:18 | 129:23 136:3 |
| 95:23 96:5 | ranked  97:7,13 | rate  82:10 | 146:17,19,24 |
| 98:23 102:22 | 97:22 98:8,19 | 154:7 162:4 | 147:4,6,19 |
| 115:18 137:11 | 99:7,13,20 | 191:12 288:10 | 148:24 149:5 |
| 141:24 142:4,5 | 100:21 131:25 | rated  91:24 | 151:7 177:6,9 |
| 143:7,9 147:21 | 132:4,8,22 | 93:20 95:11 | 177:13 178:3,6 |
| 150:3 173:24 | 133:8,15,16,21 | 131:2,2 | 178:11,11,15 |
| 174:11,20 | 133:24 134:2,4 | rates  162:6 | 178:22,25 |
| 196:19 199:4,5 | 134:17 136:2 | 279:17 280:15 | 179:5,6,16,21 |
| 201:14,23 | 136:19 137:9 | | 179:22 180:17 |
| 207:23 229:17 | | | |

| | | | |
|---|---|---|---|
| 196:19 245:15 | 155:5,7 164:19 | 305:11 319:5 | 138:14 161:12 |
| 268:7,17 283:4 | 164:21 173:18 | 362:14 | 161:18 177:25 |
| 354:3 361:25 | 173:20 218:16 | **reason** 43:6 | 178:5,14 |
| 362:3 372:7 | 234:12 271:16 | 55:20 56:2 | 179:25 180:6 |
| 381:14 | 289:25 297:17 | 147:19 210:16 | 180:12 183:13 |
| **rationale** | 298:17,22 | 216:4 233:22 | 183:19 184:14 |
| 334:13 | 309:7,14 | 247:7 252:23 | 184:17,21 |
| **raw** 353:20,22 | 333:21 334:19 | 278:23 314:15 | 185:15,22 |
| 353:25 | 334:22 335:5 | 325:18 336:17 | 186:25 190:19 |
| **reach** 231:16 | 342:2 345:7 | 383:8 | 194:19 196:12 |
| 231:23 234:18 | 346:19 348:2 | **reasons** 89:3 | 196:15 205:4,7 |
| 240:21 250:22 | 349:14,25 | 240:21 | 206:7,20 |
| 250:25 268:8 | 355:6 | **recall** 6:10 | 207:16,17 |
| 281:9 283:5 | **reading** 349:19 | 15:22 18:2,8 | 208:4,9,17 |
| 315:3 316:4,18 | 349:23 | 19:18 21:21 | 211:11,16 |
| 316:20 322:2 | **ready** 107:22 | 23:9,14,17,24 | 213:15,23 |
| 323:12 372:21 | 107:24 342:2 | 24:18 25:8 | 217:18,24 |
| **reached** 177:14 | **real** 116:10 | 31:20 32:5,6 | 218:20 220:5 |
| 177:16 210:9 | 254:21 290:11 | 35:22,25 37:13 | 225:6 228:8 |
| 210:22 211:22 | **realistic** 228:4 | 39:8,14 42:21 | 231:19 232:9 |
| 211:23 212:8 | **reality** 245:13 | 44:2 58:10 | 233:6,8,14,17 |
| 214:17 222:22 | **realized** 147:13 | 63:10 82:25 | 233:18 241:6 |
| 231:15 250:3 | 256:15 | 84:4 88:15,19 | 242:16 249:16 |
| 250:23 251:17 | **really** 26:25 | 88:21 92:3,4,7 | 249:17 259:7,8 |
| 252:3,19 | 29:25 39:6,7 | 97:5,12,18,21 | 264:9,11,13 |
| **reaches** 280:18 | 91:20 113:10 | 98:6,18 99:3,6 | 268:6,13 |
| 281:18,25 | 184:6 198:8,12 | 99:19 100:20 | 269:17 277:3 |
| 282:7 | 209:5 212:6 | 101:8,20 106:9 | 287:10 291:18 |
| **reaching** | 213:4,10 | 120:13 123:25 | 291:20 299:7,8 |
| 212:14 269:12 | 235:17 242:21 | 124:2 125:14 | 300:2 307:11 |
| **reaction** 42:9 | 242:25 243:8 | 125:19,24 | 310:13 311:17 |
| **read** 33:6,9 | 244:10 246:12 | 127:16 132:6 | 315:2 319:22 |
| 41:11,16,18 | 249:7 252:20 | 132:21 133:7 | 320:6 321:6,22 |
| 42:11,14 | 259:22 282:6 | 133:15,20,23 | 322:18,21 |
| 151:12,15 | 283:21 304:10 | 133:25 134:15 | 323:7,15 324:6 |

324:12 378:11
**recalled** 207:8
**receive** 198:5
216:11 288:22
**recently** 67:16
81:7 82:3
156:14 196:17
237:21 291:13
**receptive**
287:13
**recess** 82:21
128:18 195:12
255:11 323:5
**recognition**
174:5
**recognize**
129:6 130:17
130:18 331:11
331:23 351:23
352:4,5 366:16
366:17 375:14
**recollection**
16:17 160:12
259:18 262:12
270:15 325:23
**recommend**
312:19 340:22
**recommendat...**
27:24 237:24
238:3,8 340:20
**recommended**
29:11 237:14
250:10 309:12
**recommends**
346:25

**reconnect**
211:7
**reconnected**
213:3 221:21
**reconnection**
222:20
**record** 67:5
71:18 128:16
141:8 212:2
229:4 272:20
274:16 323:3
373:17,22,25
374:7 375:3
**recover** 218:6
**recruit** 212:10
223:16 228:10
**recruited**
225:17 227:2
**recruiting**
210:7 212:16
223:12 226:7
**red** 370:19
**reduce** 35:13
57:16
**reduced** 285:5
**reduction**
59:22 262:9
**refer** 330:10
350:5,15,16
**reference**
313:19
**referencing**
86:3
**referred** 128:24
307:16 330:14

351:16 355:13
375:10
**referring** 6:23
99:25 306:14
306:15,19
338:22 339:13
344:17 346:23
350:10 352:9
353:4,7
**refers** 344:7
366:7
**refresh** 133:6
256:22 330:19
**refreshing**
341:14
**refringe** 69:13
**refused** 56:18
56:20 164:9
**regarding**
62:22 79:2
205:6 217:25
223:19 323:11
346:17
**regardless** 91:8
93:5 96:22
259:20 307:20
**registered**
382:5
**regular** 146:4
154:16,21
280:12
**reinstated**
289:22 290:5
**reintroduced**
207:8 208:18

**related** 104:17
382:12
**relation** 124:4
**relationships**
272:22
**relaxed** 252:7
322:15
**release** 194:23
**remain** 183:17
**remainder** 36:4
**remained** 60:13
**remember** 7:13
7:23 12:7
19:21 20:2
24:16 25:15
37:10,11 42:20
87:19 101:5,11
101:12 112:9
120:12 133:13
180:21 181:2
190:20 204:3
206:19 207:25
209:12 213:9
216:17,19
220:14 221:9
221:10 233:23
253:2 257:21
259:4 263:20
263:23 266:23
267:2,14,20
275:22 285:7
287:9,15
310:15,16,19
313:14 322:19
331:25 333:17

334:5 335:2
365:9 371:8
378:3
**remembered**
210:11 223:6
**remembering**
182:25
**reminded**
256:24
**remote**  146:7
221:15
**remove**  337:23
338:2
**removed**  224:5
**renegotiating**
292:8
**renew**  184:22
184:23 185:6
259:19 287:25
303:14 310:9
310:24 311:19
321:15 322:17
326:18 333:16
334:4 336:9
337:7 344:23
**renewal**  163:17
176:22 182:11
191:11,21
263:18 287:17
**renewed**
163:12 238:9
300:21 317:24
**renewing**  43:5
43:20 238:11
259:6 308:11

312:19 324:15
**reorganize**
19:9,15
**repeat**  66:12
75:3 145:19
173:11,16
327:12
**rephrase**  10:5
41:13 152:17
**replace**  174:14
174:15,17,24
175:5,9,10
248:12 326:22
**replaced**
174:13,21,22
**report**  17:15,24
17:25 46:21
49:7 67:4
196:20,20
308:12 354:6
366:17 367:21
**reporter**  5:2,10
6:16 8:20 9:12
33:9 41:15,16
41:18 42:14
121:10 151:15
155:7 164:21
173:20 252:17
298:22 309:14
349:21 374:6
382:6
**reporting**
17:20 231:8
383:2

**reports**  48:13
48:15 49:4
66:4 71:23
**represent**  5:20
230:13 353:14
353:19 358:9
360:22,24
363:25 367:7
367:20 370:4
371:7 376:12
**representative**
220:8,9 232:20
240:19,24
241:2 263:7
341:15
**requested**  33:8
41:17 42:13
151:14 155:6
164:20 173:19
210:4 298:21
324:21
**requests**  381:7
**require**  105:19
108:5,8 305:22
**required**  62:21
63:23 108:20
194:22 269:22
**requirement**
253:24
**requirements**
31:22 105:23
**requires**  108:9
224:11
**research**  12:5
12:11 18:18

47:16,17,18
49:19 237:20
260:9 302:13
304:5 310:10
339:2 381:9
**reserved**  4:11
**resolve**  36:19
**resolved**  37:14
**resource**  322:2
**resources**
139:3,5,7
312:15
**respect**  110:7,9
126:17
**respective**  4:6
181:17,24
**respond**  40:8
204:23 264:22
**responded**
311:5
**response**
213:10 214:11
287:2 310:2
311:11 345:5
**responsibilities**
46:25 48:10
50:19,23 52:19
52:20 64:14
103:14,22
104:20 105:4
139:18,24
**responsibility**
107:17
**responsible**
47:4,5,7 109:9

109:19 121:12
121:17
**rest** 90:19
288:10 332:21
**restore** 293:25
296:20 297:20
299:9
**restored** 58:24
296:12 298:4
300:10
**restraints** 17:4
**results** 308:5
**retainer** 352:14
**revenue** 47:24
74:11 148:11
195:15,18
196:13 197:7
202:3,5,10,13
202:15 229:9
229:12,22
230:6,12
253:20 269:4
273:19 285:11
304:24
**revenues**
196:25
**review** 11:17
12:4 20:21,22
21:19 47:18
352:3
**reviewed** 11:19
12:3 13:2 14:8
17:6 22:5,17
22:19 23:4
308:5

**reviewing**
22:24
**reviews** 49:13
**revise** 221:22
**revolving**
344:14,14
**reword** 52:14
**rhonda** 300:22
300:23
**rhythmic** 69:16
70:14 71:20,24
**rick** 352:6,7,8,9
352:10 375:16
375:22
**rid** 227:3
228:11
**right** 7:24 8:2
10:3,12 12:2
16:5,20 22:20
27:20 36:6
41:6 44:20
46:16,22 51:18
66:15 70:7
71:5 78:19
79:19 80:22
81:6 86:15
87:11 90:22
102:9,14
107:15 112:18
120:16 121:11
122:20,23
124:8 132:3
136:8 138:20
139:17 142:12
144:8 145:9,16

152:9 154:6
161:21 169:7
172:5,21 188:6
188:12 190:24
192:3 194:10
195:2 197:6
199:25 203:8
223:8 230:25
237:14 240:12
244:25 245:2
248:10,24
249:14 261:5
264:24 265:12
271:11 275:5
286:21,23
293:17 295:4
299:15 321:5
332:12 334:10
337:24 340:4
343:21 346:13
346:16 347:2
348:22 349:11
350:19 353:5
356:13 358:4
358:14 359:18
360:3,6 362:12
365:14,18,22
367:18 368:25
369:21,22
372:20 377:3
380:8
**rights** 143:18
**risks** 63:14
**road** 2:9,14
383:4

**roads** 89:11
**role** 13:10
**roles** 111:23
154:13
**room** 10:21
123:22 214:24
224:6 227:7
228:11 237:16
238:4,14
251:24
**roster** 226:21
**rotate** 16:2
307:20
**rotated** 15:24
69:21,22
159:23
**roughly** 198:15
198:16
**round** 60:14
291:23
**rounds** 125:12
292:2 355:7
**rpr** 1:19 382:17
**rule** 344:12
**rules** 7:25
**rumor** 323:25
**rumors** 251:2
**run** 48:7 51:3
117:15 118:23
119:15 201:15
225:4
**running** 48:2
122:7
**ryte** 156:6
160:23 244:16

| s | | | |
|---|---|---|---|
| **s**  2:2 3:2 4:2,2 | 293:23 296:22 | 356:15 357:16 | 183:9,14,22 |
| 383:8 | 297:21,24,25 | 366:21,25 | 187:22 188:21 |
| **sad**  319:8 | 298:4,15 | 367:6 369:9 | 190:3 191:4,10 |
| **sake**  262:25 | 299:22,22 | 370:9 371:2 | 193:9 194:22 |
| **salaried**  120:5 | **sales**  47:23 | 372:7 376:7,9 | 217:13 219:21 |
| **salaries**  57:17 | 64:19 73:10,25 | 376:18 | 243:16 258:25 |
| 104:13 152:12 | 74:3,5 82:24 | **sbs**  55:9 | 260:4,18 |
| 152:20 160:24 | 83:3,16,24,25 | **scale**  276:22 | 261:19 262:23 |
| 168:19 299:3 | 84:5,10,11 | **scenarios** | 262:24 269:20 |
| **salary**  35:14 | 162:8 197:13 | 326:12 | 271:25 303:8 |
| 104:17 118:8,9 | 230:10,12,20 | **schedule**  14:23 | 308:16 309:12 |
| 118:15 146:4 | 280:6 369:13 | 15:17 44:21 | 309:25 317:23 |
| 149:2,10 | **salesperson** | 302:4 | 320:12,21 |
| 151:10 152:25 | 84:16 | **schedules** | 321:7 324:14 |
| 153:5,6,9,13,21 | **sample**  15:4 | 49:12 | 326:17 328:13 |
| 154:22 156:19 | **satisfies**  70:9 | **scheduling** | 328:18 342:21 |
| 157:3,16 | **saturday**  302:7 | 49:25 | 378:20 379:8 |
| 158:21 160:12 | **save**  170:24 | **school**  362:15 | **scott's**  38:18 |
| 160:20 161:22 | **saw**  21:25 | **scores**  345:6 | 44:3 121:22 |
| 161:23 164:11 | 22:21 68:11 | **scoring**  364:21 | 122:24 123:21 |
| 164:13 166:13 | 101:14 132:21 | **scott**  1:6 5:20 | 136:18 137:9 |
| 167:13 170:21 | 335:22 | 39:12 110:11 | 137:24 158:16 |
| 176:17,24 | **saying**  25:13 | 110:15 112:25 | 159:22 161:7 |
| 186:8 187:16 | 71:17 95:5 | 114:24 115:10 | 164:5 182:23 |
| 187:22 189:21 | 182:7 198:12 | 115:13,21 | 191:21 192:10 |
| 248:3,8,10 | 207:9,12 | 125:15,19 | 259:15 261:11 |
| 263:21 264:4 | 213:16,19,23 | 126:24 127:14 | 305:4 308:4 |
| 265:20 266:11 | 233:12 246:10 | 136:2 153:12 | 310:24 311:20 |
| 268:2,17 288:9 | 246:11,18 | 154:15 156:22 | 312:19 324:11 |
| 288:15 289:5 | 287:25 | 157:24 160:23 | 333:16 334:4 |
| 289:15,23 | **says**  129:15,22 | 162:21,22 | 336:10 337:8 |
| 290:6,24 | 137:14 209:8 | 166:7 173:4 | 344:24 375:3 |
| 291:14 292:11 | 219:12 286:9 | 174:17 176:16 | 378:13 |
| 292:18 293:14 | 340:13 352:23 | 176:24 179:15 | **screen**  129:8 |
| | 353:11,12,21 | 181:9,16,23 | 130:12 357:12 |

357:13
**script** 320:20
**scroll** 331:21
331:21
**sealing** 4:7
**search** 218:18
218:18
**season** 233:24
**seasonal**
361:23 362:19
362:21
**seasonally** 77:2
**seasoned** 26:9
**second** 102:3
120:22 130:6
153:9 155:15
160:20 176:11
198:21 202:11
206:17 208:10
221:7 284:11
323:3 334:16
339:18 341:25
347:22,25
348:2,3,5
349:13 355:10
355:17 357:5
360:7 371:4
372:14,15,24
**secondary** 52:4
52:7,11 67:17
**section** 343:3
**sections** 336:2
**secure** 260:11
**secured** 258:23
259:13 260:19

261:17
**security** 186:5
193:12,19,23
193:25
**see** 6:15 24:3
27:15 73:6
122:6 123:20
126:23 129:13
129:20 130:11
136:11,13,23
137:15 157:18
178:14,20
200:12 223:20
231:25 246:2
256:15 300:3
314:11 330:19
330:22 332:15
332:17 341:18
341:20,24
343:6 346:18
347:10 352:19
352:22,25
355:5,9,25
357:16 358:3,5
358:6,17,21,24
359:7 360:16
360:20 361:16
361:20,21
362:13,18
363:14 366:6
366:22 371:3,6
371:24 372:5
372:11 373:10
375:5 376:3,4
376:4,10,16

378:11 380:9
**seeing** 125:19
125:25 129:22
131:13 132:6
137:3
**seen** 17:21 23:3
104:3 192:19
197:15 228:25
229:2 311:4
319:8 370:13
375:21 378:16
**segment** 92:19
92:21 343:5
345:19 347:19
**segments**
344:19
**select** 198:24
198:25 199:3
**selection**
302:11
**sell** 83:14 84:16
**selling** 84:3
229:13
**sells** 83:16
**send** 122:18
216:13 254:16
**senior** 46:19,25
**sense** 66:9
77:19 281:22
334:25
**sent** 13:3 17:6
23:7 24:11
81:22 333:14
334:2 346:14
352:6,7

**separate** 13:15
77:12 83:7
84:5 93:17
117:17 118:22
162:19 303:21
**separately**
141:13
**separation**
191:13
**september** 55:9
55:10 361:18
362:4,5,14,20
**sequence** 30:19
**series** 355:12
**seriously**
188:23
**serve** 21:16
23:11
**served** 21:13
**service** 139:7
**serviceable**
287:7
**services** 117:21
119:13 352:14
**session** 11:13
11:22
**set** 81:12 162:5
162:7,12,18
168:19 171:25
316:2 369:13
**sets** 81:13
**setted** 86:24
**setting** 163:7
164:5 171:11
171:22 172:4

175:25
**settle** 37:4
**settled** 37:6
**settlement**
43:17,18
**seven** 374:7,16
**several** 14:10
25:2,3 28:15
45:14 57:11
61:23 80:16
84:19 88:16
94:9 133:5,8
133:11 134:16
160:5
**severance**
194:23
**shaded** 370:15
**shaila** 1:6 5:20
26:20 27:9,22
27:24,25 28:5
28:23 29:2,6
30:6 34:14
39:19 41:10
42:10 113:8
122:7 131:17
155:2 163:2
179:24 182:5,8
183:4,4,5
185:6 219:21
237:3,8,15,24
237:25 238:4
239:5,18,25
240:8 243:16
259:5,19 260:8
261:18 277:16

285:16 304:5
305:12 311:6
312:24 314:16
318:9 319:5,11
321:7,16 324:8
326:4 328:21
331:19 337:20
337:22 338:10
338:22 339:17
339:23 340:3,7
340:9,14,23
341:8 342:21
345:4,13,25
346:25 377:6
377:13 378:2
**shaila's** 31:11
41:4 164:2
182:11 238:9
238:20 261:13
310:7
**shake** 9:14
**shani** 128:3,4,5
**share** 68:24
72:12,18 73:14
73:17,21,22
75:21 76:4,6,6
76:8,19 77:22
77:25 78:3,10
78:11,16,20
79:2,2,8,19
81:25 85:7,9
85:18,19 87:23
88:22 91:16
93:14 97:2
137:4,5,6,24,25

138:4,7,9
148:11 179:24
180:2 246:17
255:25 294:25
319:18 351:2
368:11,11,15
368:18 369:4,5
376:18,20,21
376:23
**shared** 18:4,9
18:13,15,21
19:4,14 20:17
151:6
**shares** 68:13
88:16,18,18
89:25 96:14
285:25 289:17
289:20
**sharing** 18:8,25
19:22 20:2
47:14 68:12
**shawn** 2:21 5:2
11:5,6,8,11
380:6
**sheer** 274:8,9
**sheet** 93:2
162:8,10 383:2
**sheets** 50:3
**shift** 160:4
326:3,14
**shook** 159:15
**shopping**
276:18
**short** 82:21
195:12 255:11

300:24 321:21
323:5
**shortening**
227:9 228:4
**shortly** 162:23
207:11
**show** 19:10,11
23:20 24:4
26:20 29:13
49:16,17 64:24
70:3 78:6,11
78:13 85:25
86:2,10,18,19
87:18,21,23
88:2,23 90:2
90:18 91:16,22
95:11,13 96:25
97:6,13,22
98:7,8,19
99:20,21
100:15,20,21
105:2,3,21,22
105:22 106:20
108:17,22,25
113:6 117:20
120:19 125:15
125:20 131:2,2
131:19 132:8,9
132:22,23
134:4 135:25
136:2,5,19
137:2,9,9,24
138:15 142:3
142:16 143:8
143:10,14,19

**[show - slot]**                                                    Page 63

144:7,9 145:5
148:22 154:16
155:10,12,13
155:13,14,16
156:2,2,21
157:13,23
158:5,6 174:22
184:8,10
196:24 197:7
200:11 205:18
236:3,5 237:4
238:2 241:18
244:24 245:7
247:14 249:23
258:18 259:24
269:23 270:6
273:5 276:20
277:4 279:17
280:4,13,18
281:16,25
282:7,9 301:20
301:25 302:2
302:18,19,20
304:8 311:9
314:22 329:18
330:3 337:17
342:13 348:7
348:10 350:20
356:2,24
358:11 359:24
367:13
**showed**  29:15
237:22 313:19
**showing**  130:24

**shows**  49:13
86:4,5 91:12
103:7 105:9
106:23 108:3,5
108:7 122:10
124:14 136:21
137:11,13
142:8,9 154:12
154:21 156:5
174:20 196:25
198:8 246:25
249:2 364:13
**shrinks**  78:14
**shuret**  128:4
**side**  51:4 86:17
118:10 119:20
124:6,21,22,25
165:9 182:23
263:6 275:18
275:19 341:16
343:18 356:14
366:21
**sign**  194:22
**signal**  68:25
69:9 81:15
**signature**
382:16
**signed**  4:14,16
291:12 293:5
294:20 295:8
295:13 296:4,8
297:3,4
**significant**
64:24 69:11
88:20 105:7

**significantly**
27:23 35:14
88:11,12,13
189:15,17
190:2
**signings**  276:20
**signs**  63:7
**similar**  69:3
283:8 345:5
**simple**  38:6
**simplest**  115:17
**simply**  68:13
81:25
**single**  32:6
57:15 68:4
90:16 190:14
253:25
**sir**  170:14
**sisters**  229:15
269:17 270:5
270:14,19,25
272:3 275:14
275:19 276:5
276:10,17
277:20 278:3,9
278:17
**sit**  127:14
202:13 245:16
**sits**  49:13
127:25
**situation**  6:14
**situations**
174:3
**six**  251:20
255:20 257:7

335:21
**size**  68:14
81:11 201:20
274:8
**skill**  316:2
**skip**  163:25
275:16 276:2
**skit**  70:4
**slash**  232:20,20
302:9
**slide**  238:19
**slightly**  72:8
**sliver**  127:8
**slot**  27:13 28:2
28:20 93:9,15
95:25 96:14
97:23 99:7
106:21 107:2,9
107:12 113:8
122:6 130:23
131:10 138:16
142:17 144:2
158:9,13,15
159:22 160:7,9
163:4 175:12
197:8 206:12
206:13 223:23
226:15 234:24
236:8,13,15,17
236:24 238:20
238:23,25
239:2,3 242:15
244:5 249:12
249:19 259:21
280:15,20

302:15 305:5
305:11,14
**slots** 228:5
244:8 367:3
**slow** 349:19
**small** 78:4
127:7 165:24
254:4
**smaller** 82:7
202:19
**smith** 44:12
47:23 48:17,22
49:3 310:21
311:21 318:9
318:22,25
319:9 320:7,24
**smith's** 48:20
**smoothly** 48:2
**social** 26:13
148:22 150:7
210:5,10 213:9
213:11,14,19
213:20 215:12
222:23 228:22
229:24 235:2
235:18 259:23
**solutions** 12:13
**somebody**
27:12 29:6
39:8 51:6 81:9
95:10 105:20
111:2 114:21
152:3 172:11
172:15,21
197:13 213:4,5

213:6 229:6
235:17 241:18
242:19 250:9
253:22 259:22
304:9 312:8
314:20 326:3
**son** 61:19
**song** 198:9,13
**songs** 69:21,22
199:8,9,14
**soon** 116:3
206:19 214:12
299:12 339:19
**sorry** 11:4,5
16:11 20:9
27:19 30:11
36:12 56:15
60:20,25 61:2
67:20 68:3
72:6 90:8 93:8
100:13 104:24
106:6 121:15
125:8 134:9
135:13 145:21
148:16 159:15
171:6 190:9
193:24 196:3
202:17 206:4
231:12 232:4
233:11 234:14
242:8 248:19
249:9 263:14
271:14 287:20
301:22 316:22
319:24 321:13

322:13 331:7
332:3,5 349:22
351:10 357:12
357:14 359:2
360:10 371:22
373:3,5 375:19
**sort** 16:2
105:16 112:17
215:5 241:19
**sound** 235:5
243:5 245:24
246:20 273:18
**sounded** 235:4
243:6
**sounding** 249:7
**sounds** 242:20
**source** 146:11
**southern** 1:3
**space** 306:21
**span** 48:11
**spanish** 7:6
35:4,5,8 36:2,9
36:14,16 54:13
55:8,12,20
60:24,25
**speak** 7:12 8:21
11:22 28:24
44:13,15 45:7
159:18 185:8
191:16 205:2,9
206:25 207:4
207:10 208:13
210:23 212:20
214:10 224:17
231:3 262:20

311:18,23
312:7 323:19
324:10 349:20
**speaking** 37:11
43:25 44:2
204:4 254:18
341:15
**speaks** 102:20
347:17,22
**specialist** 301:6
301:11 302:24
**specific** 25:15
70:7 84:4
100:2 101:5
148:10 167:24
211:9 216:16
216:17 250:6
313:12 369:7
**specifically**
23:14 25:11
31:20 89:2
101:15 209:15
212:17 266:25
301:16 321:23
324:6 345:2,3
**specifics** 220:5
225:5 242:16
290:22 292:16
293:11,21
296:19 299:6
**spectacular**
249:5
**speculating**
25:22

**spend**   86:25
**spent**   47:15
　282:21 283:5
**split**   374:16
**spoke**   10:15,17
　30:20 37:2
　45:14 141:16
　223:18 236:6
　237:5 310:20
　318:12,13,21
　378:20
**spoken**   6:12
　38:13,17 44:7
　45:4,13 219:19
　222:21 246:7
　312:9
**spot**   30:7
　252:11
**spots**   174:2
　244:10
**spreadsheet**
　350:25 351:3
**spreadsheets**
　350:21
**spring**   216:22
　216:23 217:3
　307:25
**springtime**
　14:11 15:7,7
　35:10 55:11
　256:7
**squint**   366:13
**stacked**   199:23
**stadium**   274:5

**staff**   49:6,10,12
　49:24 50:2
　51:11,24,25
　52:10 82:24
　83:3,16 84:10
　84:11 108:16
　108:20,23
　109:5,14,15
　112:14 126:13
　269:23 277:15
　299:3 323:23
　324:2,4,10,10
**stage**   112:18
　116:9 154:6
　254:20,21
　273:18 274:9
**staggered**
　294:13,18
**stand**   356:16
**standard**   14:21
　62:22 63:4
　64:19 123:13
　185:5 227:10
　319:13
**standards**
　337:4
**standing**
　190:13
**standpoint**
　279:6
**stands**   356:17
**star**   64:23
　243:8 274:9
**start**   108:2,11
　151:22 171:8

　202:5 251:2
　255:22 258:15
　294:16,17
　351:4 362:16
　362:16 373:21
**started**   14:13
　50:24 62:3
　89:11 201:12
　299:15 308:10
**starts**   274:13
　357:3,3,8,15,23
　358:25 359:3
**state**   1:20 5:7
　35:23 62:21
**statement**
　171:15 343:11
　380:2
**statements**
　8:14
**states**   1:2 343:3
**station**   13:5
　14:24,25 15:2
　15:22 19:9,15
　20:3,4 21:6
　47:12 50:16
　53:4,22 64:15
　66:10,11 67:2
　67:4 68:4
　69:14,17,23,25
　71:7,12,15,20
　73:8 74:7
　75:13 76:17
　79:17,24 85:4
　85:22,25 90:16
　91:5,8 93:6

　96:20,23 97:2
　116:20,24
　122:16 124:14
　136:21,22,25
　137:2,12,22
　141:6,24 142:6
　143:7,9,18,24
　147:10 196:6
　197:4 199:6,15
　200:7,12
　201:14,17
　202:22,24
　229:17 251:22
　254:2,23,25
　271:5,6,20,24
　275:12 304:22
　313:20 364:15
　370:6
**station's**   21:2
　53:5
**stations**   15:13
　61:23 64:13
　65:25 66:17
　67:7 71:19
　72:16 81:19
　86:25 91:11
　93:3,14 94:7
　94:14 95:23
　96:6,15 98:23
　139:18 142:4
　142:10,11,20
　173:25 197:3,5
　197:6 254:3,9
　352:24 367:23
　368:3

**[stature - summer]** Page 66

stature  114:19
  114:22
stay  86:15
  170:25 246:10
stayed  170:21
  237:4 258:20
stenographic
  382:10
step  312:7
steps  321:25
  323:11
steve  64:25
  78:10 90:24
  142:13 143:15
  157:19 244:20
  244:24 246:5
  247:20 248:21
  248:23 277:17
  348:7,10
sticks  234:4
stiff  86:4
stipulated  4:5,9
  4:13
stipulations
  149:25
stock  59:2 60:2
  60:6 164:11
  190:18 286:13
  294:5,6,7
  297:6,6,7,9,13
  297:23
stokes  48:19,24
  49:22
stop  204:22
  207:13 327:18

372:23 373:21
stopped  204:25
  335:3
stories  229:5,23
strategic  12:12
street  5:14
  124:8,15
strongly  341:6
structure  17:20
  83:12 178:12
  184:15
stuck  307:12
studies  14:20
  339:2
studio  102:21
  107:16,21,22
  107:24 110:7
  117:17 123:16
  123:18 126:20
  126:24 127:14
studios  124:4
  124:23 377:15
  377:18
study  12:5,11
  14:8,10,16,19
  14:25 15:9,13
  15:23 18:5,12
  20:11,13 21:24
  24:5 27:22
  29:14,16 30:21
  237:20,21
  260:9 290:8
  304:5 307:15
  307:19,24
  308:5 310:10

312:18 313:4
  313:15,18
  333:5 335:10
  344:18 381:9
stuff  81:24
  148:20
stumbling
  241:22
style  64:17
  302:6
subject  15:23
  23:8 58:14
subjects  24:12
  24:24 25:10
subscribe
  94:21
subscribed
  380:16 383:22
subscribes
  354:8
subsequent
  240:16
substance
  260:17
substantial
  188:10 237:20
substantially
  63:24 86:13
  87:10 88:9
  177:11 187:25
  188:6 189:11
  189:17 190:6,8
  190:9 267:16
success  31:23
  85:4,11,12,21

85:25 86:13
successful
  314:8
sue  34:25 35:5
  35:8 36:15
sued  34:23 36:2
  36:3,8
sufficient
  374:11
suggest  190:14
  308:23 340:18
  340:22
suggested
  236:8 237:13
suggestion
  340:15
suggests  276:11
  350:13
suit  57:14
  307:7
suite  2:4,14
sum  260:17
summer  77:5
  216:21,23
  217:3 233:24
  234:4 255:19
  269:4,13 271:6
  271:11,17
  272:8 273:12
  274:12,13,17
  274:18,23
  275:10,20
  276:22 278:5
  278:14,18

**[summit - take]** Page 67

**summit** 201:7,9
  201:11
**summitmedia**
  201:7
**sunday** 94:24
  105:23 354:24
  367:14 371:19
  372:4 376:5
**sundays** 354:5
**supervise** 49:22
  51:9,22
**supervised**
  52:3,5
**supervising**
  110:17
**supervisory**
  52:18
**supplement**
  148:2
**supply** 162:7
**support** 343:4
  345:19 347:18
**supported**
  276:23
**supports**
  276:21
**sure** 13:19
  17:20 24:15
  42:4 44:8,21
  47:5,7,11,17
  48:2 49:18,21
  66:24 70:24
  71:3 74:24
  83:11 84:14
  96:10 100:2

102:5 103:20
110:22,25
111:2 119:14
119:21 126:9
126:12 127:18
130:19 135:10
143:13 145:22
147:3 153:17
153:17,18
157:5 159:16
171:3,5,24
173:12 185:20
185:21 186:23
189:8 195:23
201:8 210:10
216:6 223:6,7
224:20 233:7
234:16 251:18
254:15,20
256:14 262:18
262:21 269:5,6
272:23 274:2
277:10 285:22
300:23 302:8
302:11 303:3
311:16 312:16
319:17 320:15
321:11 325:5
327:14 330:24
335:22 338:18
347:11 349:15
355:19 357:7
371:23
**suret** 128:4

**surprise** 274:10
**surround**
  210:14
**surrounding**
  288:6
**survey** 130:22
  339:15
**surveying**
  80:25
**survive** 56:10
  285:18 307:6
**swear** 6:16
**sweetest** 122:3
**switch** 46:16
  102:14 145:9
**swore** 8:10
**sworn** 4:14,16
  5:7 380:16
  382:8 383:22
**syndicate** 144:4
  157:14
**syndicated**
  64:25 103:7,11
  124:13 141:17
  141:18 142:7
  142:14,23
  143:2,3,7,19
  144:10,15,18
  144:20 145:3
  145:13,18,25
  154:4,20
  155:11,17
  157:6,7,8,10,11
  158:6 160:13
  160:16,23

161:2,3,5,8,9
161:13 249:3
**syndicates**
  49:16,17
**syndication**
  141:19 160:17
**syndicator**
  144:8 157:16
**system** 7:6 35:4
  35:6,9 36:3,9
  36:14,17 55:9
  354:8

**t**

**t** 4:2,2 382:3,3
**table** 174:5
**tacked** 332:11
**tailored** 276:11
**take** 55:17 56:3
  56:11,18,20,24
  57:21 58:17
  59:22 63:14
  82:14 108:13
  128:13 129:4
  130:15 136:8
  137:23 138:12
  152:4 164:14
  187:17,19
  195:7 220:23
  222:5 255:5
  269:24 270:6
  287:14 288:5
  329:6 330:2
  331:10 338:19
  352:2 354:10
  355:8 357:6

**[take - terms]**                                                Page 68

363:5,22 366:3
366:19 371:18
373:7 375:7,13
375:24 376:8
378:6
**taken**  1:17
82:21 128:18
187:13 195:12
255:11 285:13
323:5
**takes**  14:10
52:8 255:20
257:6 272:16
274:12
**talent**  23:20
47:14 49:14
51:25 90:21
103:8,9 140:4
140:6,7,12,13
140:18 141:20
147:16 155:24
167:25 168:20
272:19 292:10
293:9
**talk**  25:12
64:12 73:21,24
157:7 203:19
203:22 262:2
303:7 341:21
**talked**  82:24
161:25 209:7
**talking**  40:12
44:17 50:15
68:19 73:22
86:3 87:17,20

87:25 94:3,6
95:18,21 107:6
124:12 149:7
153:24 154:3
200:2,11 249:9
265:16 268:2
271:10 273:6
297:24 320:11
326:15 337:15
338:23 368:12
**tanner**  201:2,3
202:23 203:23
208:22,24
**tara**  2:16 11:2
**target**  72:9
74:25 347:23
348:6,14,19
**targeted**  64:17
348:11
**tasked**  259:21
**tat**  116:12,12
116:14,22
117:14,19
118:2,17
119:22 120:3,3
120:5,15
128:10
**tat's**  117:20
**taxed**  297:7
**taylor**  44:16
**teaching**
321:17
**team**  52:6
165:14 245:18
246:6 276:2

284:23 318:15
324:8
**teams**  84:5
**teenagers**
314:10
**telephone**
208:21 209:13
215:10 231:25
**tell**  6:16 8:4,9
8:13 19:21
31:25 41:23
71:9 77:20
80:10,20 91:23
104:19 127:9
129:5 130:16
188:24 203:24
207:5 211:2
216:16 225:3
225:20 232:10
263:16 276:24
277:5 285:6,24
286:12 308:20
308:21 321:5
324:2 331:11
351:22 352:3
366:14,15
375:13,18
**telling**  150:20
166:3 340:7
**tells**  79:8,12
364:11 371:13
**ten**  161:20
**tendency**
349:20

**tenure**  69:24
158:16 159:22
**term**  66:23
80:3 102:16
143:22 192:9
194:5 289:5
300:21
**terminate**
31:11 192:11
260:8 303:9
305:4 308:3
312:15 340:8
**terminated**
35:16 55:13
193:10,19
328:13,18
**terminating**
217:15 238:10
258:25 259:14
260:3,18
324:14 341:4
**termination**
261:11,14
319:12 320:8
320:13,22
322:22 323:8
323:16,20
324:11 325:11
326:6 327:19
328:3
**terms**  52:9
55:23 68:25
72:24 84:15
104:17 174:5,6
191:13 201:16

Case 1:22-cv-05860-JHR   Document 67   Filed 07/09/23   Page 452 of 461

202:3,4,8,14
263:21 299:11
313:12
**terrible** 247:4
262:22
**test** 197:19,22
198:4,8,21,23
198:23 199:9
199:13,19
253:2,12,16
316:25
**testified** 5:8
23:17 28:18
52:21 55:16
175:24 192:2,6
222:4,15
296:23 298:3,8
298:12 300:8
306:12 323:15
**testify** 9:19
**testifying**
333:17
**testimony** 6:4,7
6:22 32:25
33:3 59:7
88:10 270:4
325:17 334:6
381:3
**tests** 19:10
197:24 198:14
198:20 200:9
**text** 38:4
215:18,19
216:12 217:4
217:12 218:21

219:2,14,20,24
220:15 353:7
**texting** 217:21
217:24
**texts** 215:22,24
218:6,18,19
**thank** 12:22
82:19 85:2
126:15 138:25
195:10 309:15
380:9
**thankfully**
47:15 89:15
**thing** 65:12,18
130:10 173:15
189:19 228:23
252:8 286:25
337:6 340:16
342:18 369:9
369:22
**things** 26:14
38:8 45:9
82:10 106:3
115:17 126:7
152:2 166:25
200:13 213:12
219:12 246:16
277:11,19
287:15 327:24
337:16 338:17
**think** 30:19
40:12 80:17
84:17 92:9
132:18 135:17
152:8 153:10

184:4 189:18
240:5 243:10
248:7 249:4
277:16 290:18
294:14 300:8
330:18 350:25
373:10 374:10
374:23
**thinking** 22:10
149:13 151:5
212:6 213:13
221:10,14
**thinks** 199:25
**third** 2:19 12:6
12:10 198:25
199:11 221:7
367:19
**thirty** 64:11
**thought** 27:5
101:17,17
106:5 147:17
204:11,14
208:3 209:4
213:4,7 235:21
236:4 239:22
240:11 244:9
249:24 252:20
256:6 264:23
298:9 328:21
345:3
**thousand**
267:23
**three** 25:7,9
65:5 89:22
92:8 125:2

160:22 184:24
191:11 193:9
257:7 295:6
296:16 335:22
336:2 341:21
342:2 346:12
347:7,14
355:24,25
360:19 368:2
371:9 376:8
**threshold**
58:11 59:21
178:2 179:7
360:25 371:3
371:11,11,12
371:23,25
**thresholds**
147:9 179:22
**throw** 256:16
368:7
**throws** 112:13
**thumbs** 207:9
**tie** 131:5 368:5
**tied** 131:25
136:5 178:12
178:22,24
184:10 269:4
305:5
**ties** 131:21
368:7
**time** 4:11 7:10
15:21 23:2,21
25:12,24 28:3
28:16 29:15
30:2,10,20

| | | | |
|---|---|---|---|
| 31:9,19 41:9 | 170:3,5 175:12 | 302:14 304:7 | **today** 5:22 8:20 |
| 41:12 42:12 | 179:23 188:18 | 305:3,11,14 | 9:20 22:10,22 |
| 43:4,19 44:3 | 188:25 189:9 | 307:22 321:18 | 38:7,14 174:9 |
| 45:14 50:2 | 189:21 191:8 | 323:4,6 325:6 | 325:8 368:12 |
| 53:13,25 54:3 | 192:11 193:10 | 325:7 326:16 | **today's** 7:25 |
| 54:8 56:4,5,8 | 193:20 195:11 | 326:16 328:2 | 10:13 11:18,23 |
| 59:17 61:22 | 195:13 196:13 | 328:18 329:15 | 22:20 332:2 |
| 64:7 76:12 | 197:7,18 | 333:7 338:8 | 333:24 |
| 82:20,22 83:5 | 203:13,20 | 359:16,21 | **together** 48:6 |
| 84:5 86:25 | 205:10 206:10 | 362:17 364:21 | 272:13,15,17 |
| 88:22 89:17 | 207:15 209:19 | 367:2,10 | 273:12 275:14 |
| 92:2 93:9 | 210:20 211:19 | 368:24 369:8 | 277:14,15 |
| 95:25 96:5,14 | 213:24 214:6 | 370:10,12 | 278:13 321:19 |
| 97:23 98:7 | 214:17,23 | 373:2,11,16,21 | **told** 41:9 |
| 99:19 101:7,14 | 215:9,17 217:3 | 373:23 374:2,7 | 185:13 207:7 |
| 101:21 102:13 | 217:19 221:7 | 374:14 380:11 | 225:12 228:17 |
| 103:9,11 | 221:18 222:21 | **timers** 59:18 | 241:24 242:13 |
| 106:20 110:10 | 223:4,9,10,14 | **times** 25:3,3 | 259:9 286:15 |
| 110:16 113:10 | 223:15,18 | 45:8 70:7 83:6 | 286:22,24 |
| 115:25 120:12 | 226:14 227:9 | 83:9 89:14 | 287:3,5 288:4 |
| 122:3 124:13 | 228:4 231:14 | 95:3 101:3,4 | 308:14,15 |
| 125:11 128:17 | 233:5 234:24 | 125:2,4 132:14 | 309:24 314:3 |
| 128:19 131:15 | 237:5 246:22 | 132:19 135:15 | 317:23 319:18 |
| 131:16 133:3 | 255:10,12,16 | 170:12 182:9 | 324:13 326:16 |
| 138:16 140:4,6 | 257:3,4 258:3 | 198:15 275:24 | 377:16,18,25 |
| 140:7,9,12 | 258:13,14 | **tires** 200:10 | **tongue** 206:18 |
| 144:2 147:14 | 262:15,19 | **title** 129:21,22 | **took** 56:7,15 |
| 153:12,25 | 263:17 272:24 | 301:5,7,8,19 | 59:25 60:10 |
| 154:15 155:18 | 278:21 282:10 | 302:21,25 | 63:5 164:9 |
| 156:22 157:17 | 282:21,23 | 303:5 | 171:2 190:16 |
| 157:24 158:12 | 283:4 284:11 | **titles** 69:19 | 190:24 191:6 |
| 159:25 160:8 | 284:13,15 | 198:7 | 285:14,15 |
| 160:10 161:4 | 286:10 291:10 | **tobin** 3:6 13:7 | 290:14,15 |
| 161:10 162:22 | 294:12 295:10 | 165:19 300:23 | 294:11 295:10 |
| 163:4,4,9,23 | 300:24 301:4 | 307:3 333:15 | 295:15,20,23 |

295:25 297:25
299:23 300:5
312:6 329:8,9
**tool**   76:15
199:13
**top**   29:22 30:4
30:24 31:17
33:13,18,19
69:21 81:19
87:21 92:21
97:15 116:10
118:15 131:2,4
133:24 149:2
153:2 165:21
178:19 206:17
247:24 334:11
339:8,10 344:4
347:15 371:12
371:15 372:3
**topics**   245:19
**tortiously**
204:21
**total**   73:7 79:13
79:16 168:11
265:5,16
266:11 292:3
365:8 368:21
**totally**   155:21
**touch**   45:7
209:17 210:10
357:13
**touchdown**
364:21
**touched**   357:11

**touching**
210:12,17
**tough**   56:5
170:12
**tour**   329:12
**toward**   127:3
**towards**   20:12
277:5 303:24
304:20 305:20
336:24
**townsquare**
253:6,8,9
254:12,17
**track**   60:21
82:10 212:2
306:7
**traditional**
117:6
**traditionally**
77:13 156:3
**trail**   219:9
**trained**   62:13
213:5,6
**training**   62:20
63:2 160:2
**trainings**   62:23
**transaction**
75:17 144:6
**transactional**
73:10
**transactions**
74:4
**transcript**   5:4
**transcription**
382:10

**transferred**
53:18
**transition**
46:13 61:7
219:13 284:17
286:17
**translate**   74:10
**trend**   356:5
**trends**   304:22
**trial**   4:12 36:21
**trickled**   147:22
**tried**   194:14
223:16
**trip**   147:24
**triple**   167:13
**true**   113:19
152:18 162:17
174:10 177:5
192:5 245:15
247:13 274:15
325:9 382:9
**truth**   6:16 8:10
8:13
**try**   8:21 9:4
47:14 86:16
135:16 148:23
148:23 159:23
167:10 171:7
218:5 260:14
353:17
**trying**   78:24
92:10 164:15
221:9,10,17
246:19 251:21
260:11 277:5

297:4 299:9
316:4,17,20
317:17 329:25
**tuesday**   105:24
**tune**   148:23
246:9,24
282:22 350:9
350:12 356:3
356:23
**tunes**   247:3
**tuning**   75:12
280:25 355:3
**turn**   200:16
351:6
**turning**   62:4
191:8
**turnover**
171:19
**tv**   65:14 156:15
156:15
**twice**   98:3,4
189:6,10 198:5
**twitter**   26:12
27:2 29:9
116:21 210:6
213:20
**two**   25:7,9
27:16,18,21
48:15 53:9
64:13 73:5
74:16 89:22
112:23 128:22
129:5 142:6
143:11 146:22
154:25 155:9

155:17 173:7
173:24 175:5,9
175:10 185:4,5
197:23 198:15
203:24 207:6
207:14 208:5
211:2,16
214:14 222:25
233:4,15 261:5
261:9 262:8
263:8 287:18
287:22 289:10
294:21,25
310:17 311:13
337:16 338:3,8
339:3
**type**  64:15
66:11 69:14
91:9 93:5
96:22 150:10
178:21 200:4
204:16 211:7
218:4 223:5
252:8,9 278:12
320:20
**types**  66:2,16
162:10 197:23
225:2
**typical**  227:11
364:16
**typically**
127:13 143:6

**u**

**u**  4:2 363:12
**uh**  30:22 162:3
252:12,14
253:10
**ultimate**
302:16
**ultimately**
243:22 267:7
**un**  227:10
**unable**  110:3
**unaided**  339:5
339:5,9
**uncomfortable**
316:16 351:12
**uncovered**  18:5
**under**  6:4,8,12
6:22 8:5
204:20 375:25
**underlined**
340:2 341:7
**underperfor...**
337:15
**underperfor...**
364:25
**understand**  8:7
8:12 9:2,9,15
10:4,6,9,10
13:12 17:18
40:25 118:4
132:17 133:14
137:13 145:14
150:8 171:5
173:12,14
226:13 246:18

265:5,13,19
266:4,9 274:22
276:25 301:18
**understanding**
7:18
**understood**
152:17 164:16
225:15 228:9
265:24 287:13
298:9
**undertaking**
273:8
**undervalued**
188:23,25
**unfortunately**
124:5 294:19
319:14
**unite**  84:18
**united**  1:2
83:10 84:13
**universe**  15:6
94:4 354:21
**univision**  61:4
61:11 62:2
**unlawful**  63:16
**unusual**  186:2
192:17,23
193:4,7
**update**  241:13
**upload**  330:6
**upper**  366:21
**uproot**  215:6
**upset**  253:3
322:9,14

**urban**  66:23
67:12,12 70:16
71:7,12,14,24
202:25 249:23
254:24
**usage**  199:4
**use**  15:5 37:19
37:19,21,23
50:14 73:14,20
74:3 81:6,8
85:13 117:14
141:9,11,11
190:2 198:10
198:25 199:5
310:5,6 313:25
315:9,22
**used**  67:4 73:9
75:8,11,17,18
76:13,14 81:2
81:8,8 146:17
166:25 196:5,6
199:14,17
275:21 276:8
279:7 297:6
301:12 343:21
354:12
**users**  279:12
**uses**  64:20
73:24 74:2,5
162:9 369:13
**using**  77:15
96:13 112:17
118:11 141:21
280:24 287:9
292:9 298:10

314:10 343:16
350:24 354:3
354:21 363:20
**usual** 186:4
193:4
**usually** 15:6
19:10 73:11
74:22 108:7
109:6 144:3
151:22,24
198:10 199:8
347:14
**ut** 252:12,14
**utilitarian**
64:22

**v**

**v** 383:5
**vacant** 205:18
**vacation** 77:5
77:14
**valdi** 2:6 5:19
40:14 104:25
120:21 135:20
140:24 195:4
271:13 327:13
332:10 351:5
362:7 372:23
374:19
**valuable** 213:7
**variance**
361:24
**various** 142:4
145:17 367:2
**vast** 302:15

**venue** 279:8
**verbalize** 9:13
**veritext** 383:2
**versa** 365:25
**versus** 79:17
181:15,22
199:8 245:19
246:12 338:21
339:15 345:25
363:12 370:7
**vice** 46:19,25
54:12 365:25
**video** 29:9
119:10 210:5
229:5
**virtual** 279:14
**voice** 216:11
**voiceover**
216:9,10
**voicing** 146:10
**voluntarily**
54:22 55:4
156:17 206:22
**vs** 363:13
**vu** 27:21
160:24 161:2
173:5 174:24
176:16,24
180:16 181:9
181:16,23
243:19 293:17
300:4 304:9
311:9
**vu's** 293:13

**w**

**wait** 16:12
70:25
**waiting** 339:20
**waived** 4:8
**walk** 105:8,10
108:2,11
124:22 125:13
126:6 328:20
**walked** 51:14
61:7 125:18
**walking** 125:14
125:19
**walks** 126:11
**wall** 63:7
**walls** 126:22
**want** 15:18
20:13 24:7
26:6 39:24
52:9 58:8 65:7
66:7 67:8
72:23 75:19,22
80:10 83:22
85:8 88:17
96:10 102:4
114:19 126:12
126:15 135:14
146:25 152:3
153:3 156:13
157:7 166:21
175:19,20
186:5 188:18
196:8 210:14
211:12 218:15
221:24 242:11

255:3 256:16
270:10 273:25
290:20 293:10
296:16 298:24
299:2,6 307:5
315:11 327:24
330:3 331:20
332:6 344:10
345:8 347:11
351:11 353:15
356:2 358:12
359:10 364:18
373:6 374:20
377:22,23
**wanted** 7:14
25:24 26:8,17
26:18,22 27:9
28:5 29:6,8,17
29:22 30:3,6
31:5 35:13,16
46:2 54:19
55:17 61:20
110:25 113:13
114:5 147:15
156:18 184:23
184:24 185:7,9
185:12,14
186:12,13,15
186:17 187:2
206:10 209:25
214:5 223:5,7
234:22 255:15
255:25 256:13
256:21 266:6
285:19,22

**[wanted - withdrawn]**                                    Page 74

287:4,6,7
290:12 309:25
314:15,20
315:3,13,15
317:14 318:14
318:16 335:16
336:3 363:4
373:9 377:4
**wanting**  56:3
304:13
**wants**  111:17
281:8 294:9
**waste**  102:13
**wave**  126:8
127:5,6,7,11
246:2
**way**  14:7 29:11
52:7 67:6
70:16 81:18
85:10 124:3
127:4 138:12
147:18,25
171:18 197:13
215:8 222:22
225:24 235:7
248:25 263:11
297:8 305:2
309:23 311:7
316:15 323:25
330:8 334:24
338:25 349:5
351:12 352:8
355:5,7 363:18
**ways**  73:5
74:16 100:8

143:12 339:3
**wbls**  13:5 15:20
15:25 18:11
25:4 43:16
48:11,23 50:24
51:2,5 64:14
64:15,16 65:9
65:21 67:11
68:9,13,23
69:18 72:12
83:4,16 84:11
97:21 98:21
100:21 101:3
110:18 113:10
113:22 116:2
121:21 131:5,8
131:15 132:23
133:7 142:17
143:16,16
155:11 195:15
197:24 200:3,5
202:25 209:25
214:7 229:7,8
259:24 277:14
278:10 280:15
280:20 282:21
305:10 307:22
307:23 315:12
317:7 329:18
330:10 343:16
375:25
**wbls's**  67:14,25
68:14 98:18
344:19

**we've**  62:19
149:13 168:5
198:10 261:17
276:23 293:5
372:25
**wear**  82:5,9,11
351:7
**wearables**  82:3
**web**  354:6
**websites**
253:18
**week**  25:3
74:20 75:15,23
89:21 229:25
354:14 376:15
376:23,24
380:10
**weekday**
124:12,13
154:16,21
**weekend**  49:12
49:24 50:2
103:8 109:15
154:11
**weekends**
140:8
**weekly**  47:19
74:18 75:6,16
212:25 213:2
281:2 356:3
**weeks**  14:10
77:10 89:20
257:7 328:22
328:24 341:22
342:3 362:9

**welcome**
374:21
**went**  23:21
26:20 79:2
172:19 240:18
355:6
**whatnot**  123:17
251:3
**whatsapp**
38:10
**when's**  211:19
**widest**  47:9
**wife**  247:2
**wigdor**  2:4
**willing**  26:13
56:24
**win**  87:4
**winded**  362:25
**window**  127:3
127:6
**windows**
126:21
**winning**  87:6
**withdrawing**
309:20,21
**withdrawn**
140:16 163:10
178:23 186:15
191:9 201:21
205:3 224:15
239:12 242:8
258:22 280:3
291:7 317:21
336:21 344:17

**witness** 5:13
16:14 22:16
71:3 72:6
82:17 121:6
130:13 136:12
148:16 186:18
213:18 218:14
257:13 298:25
322:13,24
349:22 354:18
357:10,14
366:9,12 374:9
382:7
**woman** 247:15
**women** 63:23
160:23 243:25
244:8 276:11
276:18 277:5,8
338:3
**word** 43:18
173:13 246:7
285:7,8 315:9
343:21
**words** 58:12
83:15 177:14
189:18 190:2
204:3 207:12
275:4 287:8
289:4 310:5,6
340:21 343:23
344:3 348:9
**work** 37:18
38:7 45:22
46:3 47:13,20
47:20,24 48:4

51:5 54:6 55:7
59:4 60:22
62:2 63:24
64:7 78:15
82:16 108:24
119:18 144:2
146:5 148:13
149:18 184:6,7
194:4 201:3,6
202:23 204:5
211:6 216:9,15
221:15 242:18
250:6 270:24
290:11 293:10
324:16 325:12
325:18 327:5
329:11 348:13
377:7,14
378:21 379:9
**worked** 6:25
7:15,16 18:19
54:7 55:8
60:23 61:3
62:13 110:11
116:3 200:22
209:5 275:17
275:25 321:19
**working** 13:20
45:11 54:5
57:6 60:21
61:25 63:13
115:20 121:13
144:24 246:15
270:18 327:18

**workings**
284:22
**works** 49:18
52:7 114:3
143:14 302:8
**world** 122:4
364:20
**worldwide**
285:10
**worst** 327:22
**worth** 60:11
**wow** 213:10
**wpow** 53:5
**wqht** 49:2,25
50:10
**write** 339:19,23
339:25 341:18
350:7
**writing** 12:24
23:24 95:2,3
335:2 378:12
**written** 21:23
75:19 251:13
299:5 320:19
335:9 350:8
**wrong** 42:17,25
43:7,10 240:23
296:24
**wrote** 18:3,20
22:2 23:2,10
24:16,25 251:9
331:16,24
335:4,7 340:6
**wtug** 254:24

**wxbk** 68:5
**wxdj** 62:3
**wza** 116:12
128:10

**x**

**x** 1:5,12 162:16

**y**

**yeah** 18:25
22:18 36:10
40:21 72:17
75:25 82:17
90:18 98:5
103:19,20
106:7 120:17
121:7 127:18
148:11 149:13
159:20 172:10
190:6 194:11
207:16 213:11
218:14 240:13
244:13 248:11
261:13 265:9
281:6 304:3
319:19 328:6
339:10 349:12
351:9 352:22
352:22 363:19
364:11 373:18
**year** 14:11,23
14:24 15:13
16:3,3,4,25
17:3 21:24
22:3 39:13
45:8 62:24

77:2,2 84:3
98:17 156:20
164:17 166:9
169:2 183:18
184:25 185:7,9
185:12,23
186:3 195:17
263:10 264:16
264:18,20
265:2,15
267:22,24
277:17,25
278:25 279:2
286:19 288:2
291:17,19
293:23 295:2
296:16 361:25
361:25 362:8
362:21 370:13
370:13,17,21
372:17,18
378:9,10
**year's**  274:12
274:13,16,18
**yearly**  234:2
278:9,10
**years**  6:10,10
6:22 34:5 53:9
54:9 64:11
92:8 146:22
147:23 161:20
163:12 168:5
172:19 184:24
185:5 191:11
193:9 198:18

209:11 240:13
250:17 251:20
252:6 287:18
290:14 295:6
307:21,21
354:23
**yesterday**
11:11,22 21:25
22:6,9,14,24
23:3
**york**  1:3,20 2:5
2:5,14,20,20
5:8,14 62:21
68:20 91:6
94:14 95:2,13
96:6,15,16
97:23 98:24
135:6,9 202:7
202:19 204:5
207:23 215:7
218:3 235:6
249:7 254:14
255:18 274:6,7
305:6 355:21
383:2,4
**york's**  69:25
**younger**  138:8
138:10 313:21
313:23 315:4
315:10,16,21
316:4,11,12,18
348:15,20
349:7
**youtube**  229:21

**yup**  16:14
136:12 357:19
365:20

**z**

**z100**  87:9,13,18
92:16 247:3
**zoom**  1:19
10:22 11:7
259:8 317:25
318:6 366:10

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.